FILED

2003 OCT 24 P 12: 20

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY | : |
| Plaintiff, | : |
| V. | : Civil No. 3:02CV1514 (JCH) |
| MELVIN WEARING | : |
| Defendant. | : October 22, 2003 |

MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The undersigned counsel hereby respectfully requests an extension of time up to and including November 10, 2003, to file an opposition to Defendant's Motion for Summary Judgment.

1.  The undersigned counsel represents that she contacted Attorney Jonathan Beamon, defense counsel in this case, regarding this motion. Attorney Beamon consents to the granting of this motion. The undersigned further represents that this is the second occasion on which an enlargement of time is sought with respect to this matter.

2.  The undersigned was unexpectedly put on trial in a criminal case in the Superior Court, which case involves multiple charges and two separate cases joined for trial. It is expected that this trial will conclude by verdict on or about October 31, 2003. Prior to this, the undersigned tried another case to the Court in an injunction matter involving three consolidated employment cases and the Court in that matter has requested post-trial briefs no later than

October 27, 2003.

3.  This Court further permitted the undersigned to take two additional depositions necessary to the preparation of an opposition. Those depositions proceeded as scheduled last Friday afternoon. The reporter has been asked to provide transcripts as soon as possible and the undersigned still awaits receipt of another court transcript necessary as part of the exhibits in this case.

4.  Due to the undersigned current trial commitment and other brief obligations, the undersigned is in need of an enlargement of time.

WHEREFORE, the undersigned counsel respectfully requests that this motion be granted.

THE PLAINTIFF<br>
ARPAD TOLNAY<br><br>
BY: /s/ Karen Lee Torre<br>
Karen Lee Torre<br>
Fed. Bar No. 01707<br>
51 Elm Street, Suite 307<br>
New Haven, CT 06150<br>
Tel.203-865-5541<br>
FAX:(203) 865-4844<br><br>
His Attorney

2

## CERTIFICATION

     I hereby certify that a copy of the foregoing was sent by regular U.S. Mail on this 22nd day of October, 2003, to

Jonathan H. Beamon, Esq.
Assistant Corporation Counsel
Office of the New Haven Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

                                                                             */s/ Karen Lee Torre*
                                                                             KAREN LEE TORRE

LAW OFFICES OF KAREN LEE TORRE • 51 ELM STREET, SUITE 307, NEW HAVEN, CONNECTICUT 06510 • TEL: (203) 865-5541