FILED

2003 OCT 24 P 12: 20

US [illegible]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARPAD TOLNAY

    Plaintiff,

V.

MELVIN WEARING

    Defendant.

Civil No. 3:02CV1514 (JCH)

October 22, 2003

GRANTED. Absent Objection
SO ORDERED.
Janet C. Hall, U.S.D.J.
10/29/03

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The undersigned counsel hereby respectfully requests an extension of time up to and including November 10, 2003, to file an opposition to Defendant's Motion for Summary Judgment.

1. The undersigned counsel represents that she contacted Attorney Jonathan Beamon, defense counsel in this case, regarding this motion. Attorney Beamon consents to the granting of this motion. The undersigned further represents that this is the second occasion on which an enlargement of time is sought with respect to this matter.

2. The undersigned was unexpectedly put on trial in a criminal case in the Superior Court, which case involves multiple charges and two separate cases joined for trial. It is expected that this trial will conclude by verdict on or about October 31, 2003. Prior to this, the undersigned tried another case to the Court in an injunction matter involving three consolidated employment cases and the Court in that matter has requested post-trial briefs no later than

LAW OFFICES OF KAREN LEE TORRE • 51 ELM STREET, SUITE 307, NEW HAVEN, CONNECTICUT 06510 • TEL: (203) 865-5541