UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY | : |
| Plaintiff, | : |
| | : Civil No. 3:02CV1514 (JCH) |
| V. | : |
| | : |
| MELVIN WEARING | : |
| | : November 10, 2003 |
| Defendant. | |

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The undersigned counsel hereby respectfully requests an extension of time up to and including November 21, 2003, to file an opposition to Defendant's Motion for Summary Judgment. In support of this motion, the undersigned represents as follows:

1.   Defense counsel in this case, Attorney Jonathan Beamon, was contacted this date and he consents to the granting of this motion. The undersigned counsel further represents that this is the third occasion on which an enlargement is sought.

2.   The undersigned was time was consumed by a criminal trial which was expected to end on October 31, 2003 but which did not go to verdict until November 3, 2003. The undersigned thereafter had to turn her attention to preparation of an opposition to a motion for summary judgment in a case before the Honorable Peter C. Dorsey. The undersigned, in connection with still another trial, had to prepare an extensive post-trial brief. In addition, while two needed transcripts have arrived, one additional transcript has yet to be delivered despite

repeated requests dating to mid-September. Upon still another inquiry to the Court Reporter, the undersigned was advised that it will take another week to produce the requested transcript.

3.  With the trials and the other brief commitments completed, the undersigned is presently working on the preparation of an opposition to the motion for summary judgment in this case.

WHEREFORE, the undersigned counsel respectfully requests that this motion be granted.

THE PLAINTIFF
ARPAD TOLNAY

BY: _____
Karen Lee Torre
Fed. Bar No. 01707
51 Elm Street, Suite 307
New Haven, CT 06150
Tel.203-865-5541
FAX:(203) 865–4844

His Attorney

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by regular U.S. Mail on this 10th day of November, 2003, to:

Jonathan H. Beamon, Esq.
Assistant Corporation Counsel
Office of the New Haven Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT  06510

*[signature]*
KAREN LEE TORRE

3

LAW OFFICES OF KAREN LEE TORRE • 51 ELM STREET, SUITE 307, NEW HAVEN, CONNECTICUT 06510 • TEL: (203) 865-5541