\# 19

GRANTED: Absent Objection
SO ORDERED
_____
Janet C. Hall, U.S.D.J. 11/14/03

FILED
2003 NOV 14 P 3:01
US DISTRICT COURT
BRIDGEPORT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARPAD TOLNAY             :
                         :
        Plaintiff,       :
                         :   Civil No.  3:02CV1514 (JCH)
V.                       :
                         :
MELVIN WEARING           :
                         :   November 10, 2003
        Defendant.       :

### MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The undersigned counsel hereby respectfully requests an extension of time up to and including November 21, 2003, to file an opposition to Defendant's Motion for Summary Judgment. In support of this motion, the undersigned represents as follows:

1. Defense counsel in this case, Attorney Jonathan Beamon, was contacted this date and he consents to the granting of this motion. The undersigned counsel further represents that this is the third occasion on which an enlargement is sought.

2. The undersigned was time was consumed by a criminal trial which was expected to end on October 31, 2003 but which did not go to verdict until November 3, 2003. The undersigned thereafter had to turn her attention to preparation of an opposition to a motion for summary judgment in a case before the Honorable Peter C. Dorsey. The undersigned, in connection with still another trial, had to prepare an extensive post-trial brief. In addition, while two needed transcripts have arrived, one additional transcript has yet to be delivered despite

LAW OFFICES OF KAREN LEE TORRE • 51 ELM STREET, SUITE 307, NEW HAVEN, CONNECTICUT 06510 • TEL: (203) 865-5541