UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY | : |
| Plaintiff, | : |
| V. | : Civil No. 3:02CV1514 (JCH) |
| MELVIN WEARING | : |
| Defendant. | : November 24, 2003 |

### PLAINTIFF'S MOTION FOR ONE DAY EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The undersigned counsel hereby respectfully moves for a one day extension of time to submit plaintiff's opposition to Defendant's Motion for Summary Judgment which is submitted herewith. The undersigned's previous motion for an enlargement of time requested a due date for the filing of the opposition of Friday, November 21, 2003. On Friday afternoon, however, technical problems were encountered in the final formatting of the plaintiff's brief. Three previous motions for extension were filed with the consent of defense counsel. With respect to the instant motion, the undersigned telephoned defense counsel but he was unavailable and his position cannot be reported.

WHEREFORE, undersigned counsel respectfully requests that this motion be granted and the appended opposition be accepted as filed.

                                           Respectfully submitted:

BY: _____
      Karen Lee Torre
      Fed. Bar No. 01707
      51 Elm Street, Suite 307
      New Haven, CT 06150
      Tel.203-865-5541
      FAX:(203) 865-4844
      His Attorney

## CERTIFICATION

      I hereby certify that a copy of the foregoing was hand-delivered on this 24th day of November, 2003, to:

Jonathan H. Beamon, Esq.
Assistant Corporation Counsel
Office of the New Haven Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

_____
KAREN LEE TORRE

2