UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARPAD TOLNAY            :
                        :
        Plaintiff,      :
                        :
V.                      :   Civil No. 3:02CV1514 (JCH)
                        :
MELVIN WEARING          :
                        :   November 24, 2003
        Defendant.      :

PLAINTIFF'S MOTION FOR ONE DAY EXTENSION OF TIME TO FILE
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The undersigned counsel hereby respectfully moves for a one day extension of time to submit plaintiff's opposition to Defendant's Motion for Summary Judgment which is submitted herewith. The undersigned's previous motion for an enlargement of time requested a due date for the filing of the opposition of Friday, November 21, 2003. On Friday afternoon, however, technical problems were encountered in the final formatting of the plaintiff's brief. Three previous motions for extension were filed with the consent of defense counsel. With respect to the instant motion, the undersigned telephoned defense counsel but he was unavailable and his position cannot be reported.

WHEREFORE, undersigned counsel respectfully requests that this motion be granted and the appended opposition be accepted as filed.

MOTION GRANTED.
SO ORDERED.

LAW OFFICES OF KAREN LEE TORRE • 51 ELM STREET, SUITE 307, NEW HAVEN, CONNECTICUT 06510 • TEL: (203) 865-5541