UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARPAD TOLNAY          :

    Plaintiff,     :

V.                    :   Civil No. 3:02CV1514 (JCH)

                      :

MELVIN WEARING        :

    Defendant.     :   November 24, 2003

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff hereby objects to Defendant's Motion for Summary Judgment and in opposition thereto submits the following:.

1. Plaintiff's Local Rule 56(a)(2) Statement.

2. Exhibits 1 through 20.

3. Memorandum of Law.

Respectfully submitted:

BY: _____
Karen Lee Torre
Fed. Bar No. 01707
51 Elm Street, Suite 307
New Haven, CT 06150
Tel.203-865-5541
FAX:(203) 865-4844
His Attorney

## CERTIFICATION

  I hereby certify that a copy of the foregoing was hand-delivered on this 24th day of November, 2003, to:

Jonathan H. Beamon, Esq.
Assistant Corporation Counsel
Office of the New Haven Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

                _____
                KAREN LEE TORRE