UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | |
|    Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-02-cv-1514 (JCH) |
| | : | |
| MELVIN WEARING | : | FEBRUARY 24, 2004 |
|    Defendant | : | |

### ORDER OF TRANSFER

The Honorable Janet C. Hall hereby transfers the above-identified case to the docket of **The Honorable Ellen Bree Burns** for all purposes.

All future pleadings and filings in this case shall be filed with the Clerk's Office in **New Haven,** and bear the docket number **3-02-cv-1514 (EBB).** Pleadings or documents related to this action and filed in any other seat of Court will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 7(a).]

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 24th of February, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge