UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR -8  A 11: 35
U.S. DISTRICT COURT

ARPAD TOLNAY

v.                  CASE NO. 3:02cv1514(EBB)

MELVIN WEARING

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

___ A ruling on all pretrial motions except dispositive motions
(orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___ A ruling on the following motions which are currently pending: (orefm.) Doc.#

_x__ A settlement conference (orefmisc./cnf)

___ A conference to discuss the following: (orefmisc./cnf)

___ Other: (orefmisc./misc)

SO ORDERED this 7th day of April, 2005, at New Haven, Connecticut.

ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

AO 72A
(Rev.8/82)