UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
ARPAD TOLNAY               :
    v.                     :  NO. 3:02CV1514(EBB)
MELVIN WEARING             :
```

<u>O R D E R</u>

Voir dire questions in the above-captioned case are to be filed by November 10, 2005.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this \_\_\_ day of November, 2005.