**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **ARPAD TOLNAY** : | |
|     **Plaintiff** : | |
| : | |
| **V.** : | **CIVIL NO. 3:02CV1514 (EBB)** |
| : | |
| **MELVIN WEARING** : | |
|     **Defendant** : | **NOVEMBER 10, 2005** |

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

1.    Have you, or anyone you know, ever been subjected to a search, arrested or seized by a police officer?

    a)    If so, please state:

        i)    whether the person arrested or seized was you or someone else and, if not you, state that person's relationship to you;

        ii)    the circumstances of the arrest or seizure; and

        iii)    which police department was involved.

    b)    If your answer to the first questions was "yes," what was your impression of the conduct of the police at the time?

2.    Have you, or anyone you know, ever been harassed, assaulted or verbally abused by a police officer?

    a)    If so, please state:

        i) whether the person harassed, assaulted or verbally abused was you or someone else and, if not you, state the person's relationship to you;

        ii) the circumstances of the harassment, assault or verbal abuse; and

        iii) which police department was involved.

    b) If your answer to the second questions was "yes", what was your impression of the conduct of the police at the time?

3. Have you ever witnessed an incident in which you felt that a police officer was harassing, assaulting or verbally abusing another person?

    a) If so, please state:

        i) the circumstances of the harassment, assault or verbal abuse; and

        ii) which police department was involved.

    b) If your answer to the third question was a "yes," what was your impression of the conduct of the police at the time?

4. Have you ever been a party to or witnessed an incident in which you felt that a police officer or officers acted improperly or without just cause?

    a) If so, please state:

        i) the circumstances of the incident;

        ii) which police department was involved.

    b) If your answer to the fifth question was "yes," what was your impression of the conduct of the police at the time?

5. Are you now, or have you ever been employed by a law enforcement or security agency?

    a) If so, please state:

        i) the nature of said employment, and

        ii) whether this would affect your ability to be a juror in a case involving a police officer.

6. Do you have any relatives or close friends who are now employed, or have been employed by a law enforcement or security agency?

    a) If so, please state:

        i) the nature of your relationship with this person or persons;

        ii) the nature of the employment; and

        iii) whether this would affect your ability to be a juror in a case involving a police officer.

7. Have you, or any member of your family or any acquaintance ever been employed by any government agency?

    a) If your answer to the foregoing question is "yes," do you feel such person was fairly treated by that employer, and if not, why not?

    b) Do you believe that anything about that experience or involvement might affect your ability to judge this case fairly, and if so, in what way?

8.  Have you, or any member of your family or close friend, ever belonged to any civil rights or civil justice organization?

    a)  If so, please provide details, including the name of the organization.

    b)  Do you believe that anything about that membership might affect your ability to judge this case fairly? If so, in what way?

9.  Have you, or any member of your family or close friend, ever belonged to any union?

    a)  If so, please provide details, including the name of the union and position(s) held.

    b)  Do you believe that anything about that membership might affect your ability to judge this case fairly? If so, in what way?

10. Have you ever filed a grievance in your current or former place of employment?

    a)  If so, please provide details, including the name of the employer.

    b)  Do you believe that anything about that grievance might affect your ability to judge this case fairly? If so, in what way?

11. Have you, or any member of your family, ever been subject to discipline at a place of employment, such as a suspension, reprimand or termination?

    a)  If so, please provide details, including the name of place of employment.

    b)  Do you believe that anything about that discipline might affect your ability to judge this case fairly? If so, in what way?

12. Have you ever filed a lawsuit in an employment matter?

    a) If so, please provide details, including the date the lawsuit was commenced, the name of the employer, the name of the defendant and the subject matter of that lawsuit.

    b) Do you believe that anything about that lawsuit might affect your ability to judge this case fairly? If so, in what way?

        THE DEFENDANT

        /s/_____
        Jonathan H. Beamon
        Assistant Corporation Counsel
        City of New Haven
        165 Church Street, 4th Floor
        New Haven, CT  06510
        Phone:  (203) 946-7958
        Fax: (203) 946-7942
        Federal Bar No. ct22937
        E-mail: jbeamon@newhavenct.net

## **C E R T I F I C A T I O N**

I hereby certify that a copy of the foregoing Voir Dire Questions has been mailed, postage prepaid, on November 10, 2005 to the following:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street
New Haven, CT 06510

/s/_____
Jonathan H. Beamon