UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL NO. 3:02CV1514 (EBB) |
| Plaintiff, | : | |
| V. | : | |
| MELVIN WEARING | : | |
| Defendant | : | November 14, 2005 |

**PLAINTIFF'S SUPPLEMENTAL PROPOSED VOIR DIRE**

Plaintiff's counsel respectfully requests this Court pose the following additional questions to prospective jurors in this case:

1. Does anyone here belong to the Second Star of Jacob church in New Haven or have a friend or relative who is a member of or associated with that church or any of its present or past leaders in any way?

2. Does anyone here belong to or associate with any church, religious or other faith-based organization that is committed to evangelical Christianity, or advances evangelical Christianity? Do you have a family member or close friend who has such a membership or association? If so, would you be able to follow an instruction by the court that your religious beliefs or agreement with the religious beliefs of any witness or individual involved in the events which led to this lawsuit are to play no role in your evaluation of the credibility of any

1

witness or party, your assessment of the evidence and your verdict?

3. Does anyone here contemplate running for any elective office, including a position of leadership on any political party's local, state or other committee. Does anyone here have a relative or close friend whom you believe has or may do so?

4. Does anyone here work for, or have a family member or friend who works for, any insurance company which defends or insures employment claims or claims against municipalities?

                                            THE PLAINTIFF

                                      BY_____
                                            Karen Lee Torre
                                            Fed. Bar No. ct01707
                                            51 Elm St., Suite 307
                                            New Haven, CT 06510
                                            Tel. 203-865-5541
                                            Fax. 203-865-4844

                                            His Attorney

**CERTIFICATION**

       A copy hereof was hand-delivered, this 14th day of November, 2005, to:

Jonathan H. Beamon, Esq.
Office of Corporation Counsel
165 Church St., 4th Floor
New Haven, CT 06510

                                                 _____
                                                 Karen Lee Torre