FILED

2005 NOV 14  A 8: 13

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY | : CIVIL NO. 3:02CV1514 (EBB) |
| Plaintiff, | : |
| V. | : |
| MELVIN WEARING | : |
| Defendant | : November 10, 2005 |

## PLAINTIFF'S PROPOSED VOIR DIRE

The undersigned counsel for the plaintiff respectfully requests this Court propound the following questions to prospective jurors in this case:

1. Does anyone here have any affiliations or relationships with the City of New Haven or any of its employees or appointed or elected officials?

2. Does anyone here have a relative or friend who does business with the City of New Haven, any of its constituent departments or with any elected or appointed official or employee of the City of New Haven?

3. Is anyone here active in any political party - - Democratic, Republican or other - - or does anyone have a family member, relative or close friend who is active in any such party or holds office or a position with any such party?

4. Is anyone here employed by an insurance carrier or other organization which

1

is involved in the evaluation and adjustment of employee claims?

5. Has anyone here ever been a party to a civil action or administrative proceeding involving claims or issues arising from an employment dispute?

6. Is anyone here employed in a job that involves personnel decisions?

7. Is anyone here a member of or involved in any way with an organization which is dedicated to or addresses issues regarding the legal system, law reform, political lobbying or the jury process?

8. Does anyone here have any strong opinions one way or the other about employment or civil rights litigation, including cases involving government employees who bring suit against a government employer?

9. Has anyone here ever made a complaint or legal claim against a police officer or had a relative or friend make such a complaint or claim?

10. Does anyone her have, or does a friend or relative of yours have, any connection or association of any kind with Mayor John DeStefano, any member of his administration or any of his political campaigns?

11. Does anyone here have any current or past association or relationship of any kind with anyone who works for or who previously worked for the city of New Haven?

12. Has anyone here ever held or run for elective office of any kind, including

membership on a local or state political committee? Have you any relative or friends who have?

                                        THE PLAINTIFF

BY _____
      Karen Lee Torre
      Fed. Bar No. ct01707
      51 Elm St., Suite 307
      New Haven, CT 06510
      Tel. 203-865-5541
      Fax. 203-865-4844

      His Attorney

**CERTIFICATION**

A copy hereof was mailed, this 10th day of November, 2005, via first class mail, to:

Jonathan H. Beamon, Esq.
Office of Corporation Counsel
165 Church St., 4th Floor
New Haven, CT 06510

_____
Karen Lee Torre