UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil No.  3:02CV1514 (EBB) |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
| | : | November 17, 2005 |
| Defendant. | | |

## REQUEST FOR LEAVE TO MAKE OPENING STATEMENT TO JURORS

Pursuant to Local Rule 83.4, the undersigned counsel seeks leave to make a brief opening statement to the jury at the commencement of trial on December 1, 2005.

The undersigned respectfully submits that an opening statement will be quite useful to jurors.  The undersigned was permitted to give an opening statement to the jury in the last two cases tried before the Honorable Janet Bond Arterton and Honorable Mark R. Kravitz.  In both cases, opening statements served to aid jurors in understanding the nature of the dispute and in understanding the purpose and sequence of the evidence on both sides.

The anticipated opening statement would be short and less than ten minutes.

WHEREFORE, the undersigned counsel respectfully requests this motion be granted.

THE PLAINTIFF


BY  _____
     Karen Lee Torre
     Fed. Bar No.  01707
     51 Elm Street, Suite 307
     New  Haven, CT 06150
     Tel.203-865-5541
     FAX:(203) 865–4844
     His Attorney

**CERTIFICATION**

     I hereby certify that a copy of the foregoing was hand-delivered on this 17th day of November, 2005, to:

Jonathan H. Beamon, Esq.
Assistant Corporation Counsel
Office of the New Haven Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT  06510

Robert A. Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880


_____
KAREN LEE TORRE

2