**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **ARPAD TOLNAY** : | |
|    Plaintiff : | |
| : | |
| V. : | **CIVIL NO. 3:02CV1514 (EBB)** |
| : | |
| **MELVIN WEARING** : | |
|    Defendant : | **NOVEMBER 22, 2005** |

**DEFENDANT'S MOTION IN LIMINE RE:**
**DEFENDANT'S DISCIPLINARY ACTIONS AGAINST POLICE OFFICERS**

Pursuant to Rules 402 and 403 of the Federal Rules of Evidence, the defendant hereby moves this Court, in limine, to preclude the plaintiff from offering evidence regarding other New Haven police officers who have been disciplined for the same violations as the plaintiff.

The defendant has filed the attached Memorandum of Law in Support of the Motion in Limine.

**ORAL ARGUMENT IS NOT REQUESTED**

THE DEFENDANT

/s/_____
Jonathan H. Beamon
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT  06510
Phone:  (203) 946-7958
Fax: (203) 946-7942
Federal Bar No. ct22937
E-mail: jbeamon@newhavenct.net

# C E R T I F I C A T I O N

I hereby certify that a copy of the foregoing Motion in Limine re: Defendant's Disciplinary Actions Against Police Officers been mailed, postage prepaid, on November 22, 2005 to the following:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street
New Haven, CT 06510

Robert A. Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880-4739

/s/_____
Jonathan H. Beamon