**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ARPAD TOLNAY : | |
|    Plaintiff : | |
| : | |
| V. : | CIVIL NO. 3:02CV1514 (EBB) |
| : | |
| MELVIN WEARING : | |
|    Defendant : | NOVEMBER 22, 2005 |

**DEFENDANT'S MOTION TO QUASH SUBPOENA &**
**MOTION IN LIMINE RE:**
**TRIAL TESTIMONY OF MAYOR JOHN DESTEFANO, JR.**

The defendant hereby moves this Court to quash the subpoena directed to Mayor John DeStefano, Jr. dated October 27, 2005. In addition, the defendant moves this Court, in limine, to preclude the testimony of Mayor John DeStefano, Jr. in the trial of this case. Pursuant to Rules 402 and 403 of the Federal Rules of Evidence, the potential testimony of Mayor DeStefano is irrelevant, unnecessary and cumulative.

The defendant has filed the attached Memorandum of Law in Support of the motions.

**ORAL ARGUMENT IS NOT REQUESTED**

THE DEFENDANT

/s/_____
Jonathan H. Beamon
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT  06510
Phone:  (203) 946-7958
Fax: (203) 946-7942
Federal Bar No. ct22937
E-mail: jbeamon@newhavenct.net

## C E R T I F I C A T I O N

I hereby certify that a copy of the foregoing Motion to Quash Subpoena and Motion in Limine re: Trial Testimony of Mayor John Destefano, Jr. has been mailed, postage prepaid, on November 22, 2005 to the following:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Robert A. Rhodes, Esq.
Halloran & Sage. LLP
315 Post Road West
Westport, CT 06880-4739

/s/_____
Jonathan H. Beamon