# **EXHIBIT A**

OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN
165 Church Street, New Haven, CT 06510
Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715

Page 1

```
 1  UNITED STATES DISTRICT COURT
 2
 3  DISTRICT OF CONNECTICUT
 4
 5  * * * * * * * * * * * * * *
 6                              *
    ARPAD TOLNAY,               *
 7            Plaintiff         *
                                *   CIVIL ACTION NO.
 8       -versus-               *   3:02CV1514 (JCH)
                                *
 9  MELVIN WEARING,             *
              Defendant         *
10                              *
    * * * * * * * * * * * * * *
11
12
13
14       Deposition of JOHN DeSTAFANO, JR.,
15       taken pursuant to Rule 30(b)
16       of the Federal Rules of Civil
17       Procedure, held at the Law
18       Offices of Corporation Counsel,
19       165 Church Street, New Haven,
20       Connecticut, before Cherie Dickson
21       Toman, LSR No. 00143, and a Notary
22       Public in and for the State of
23       Connecticut, on Friday, May 2, 2003
24       at 11:04 o'clock a.m.
```

Page 2

```
 1  A P P E A R A N C E S:
 2
 3
 4     ATTORNEY FOR THE PLAINTIFF:
 5         LAW OFFICES OF KAREN LEE TORRE
           51 Elm Street, Suite 307
 6         New Haven, Connecticut 06510
           By: KAREN LEE TORRE, ATTORNEY
 7
 8     ATTORNEY FOR THE DEFENDANT:
 9         OFFICE OF THE NEW HAVEN CORPORATION
           COUNSEL
10         165 Church Street, Fourth Floor
           New Haven, Connecticut 06510
11         By: JONATHAN H. BEAMON, ESQUIRE
              Assistant Corporation Counsel
12
13         Also present: Arpad Tolnay, plaintiff
```

Page 3

```
 1              S T I P U L A T I O N S
 2
 3
 4              IT IS HEREBY STIPULATED AND AGREED by
 5  and between counsel for the respective parties
 6  hereto that all technicalities as to proof of the
 7  official character before whom the deposition is
 8  to be taken are waived.
 9              IT IS FURTHER STIPULATED AND AGREED by
10  and between counsel for the respective parties
11  hereto that the reading and signing of the
12  deposition by the deponent are not waived.
13              IT IS FURTHER STIPULATED AND AGREED by
14  and between counsel for the respective parties
15  hereto that all objections, except as to form, are
16  reserved to the time of trial.

                    * * * * * *
```

Page 4

            JOHN DeSTAFANO, JR.
 2  having been called as a witness, was first duly
 3  sworn and testified on his oath as follows:
 4
 5
 6          DIRECT EXAMINATION
 7  BY MS. TORRE:
 8        MS. TORRE: I need you to mark this
 9  as Plaintiff's 1.
10        (The document referred to was marked as
11  Plaintiff's Exhibit 1 for identification.)
12        MS. TORRE: Before we start,
13  counselor, I wish to note that I did receive,
14  through my secretary, communication from you
15  yesterday indicating that the mayor needed to be
16  out of here by 12:30 at the latest.
17        MR. BEAMON: That's correct.
18        MS. TORRE: I'll see what I can do.
19        THE WITNESS: I would appreciate it
20  if you could accommodate that, counselor.
21        MS. TORRE: Will do. And if for some
22  reason we can't conclude --
23        THE WITNESS: Sure.
24        MS. TORRE: -- we'll finish up on

Page 5

1 another day.
2    Q  I'm going to start, Mr. Mayor, by
3 indicating that the purpose of today's examination
4 is to ask you a series of questions about what you
5 know and what role you played in the aftermath of
6 the arrest by the plaintiff, Arpad Tolnay, in this
7 case of two gentlemen on July 26, 2002. Those
8 gentlemen being Armando Hernandez and Daniel
9 Rodriguez, both allegedly ministers or leaders of
10 the Star of -- Second Star of Jacob Church in New
11 Haven.
12       You are being deposed as a witness in
13 this case. You are not a named party and,
14 nevertheless, I wish to ask you whether you've
15 ever seen or read a copy of the federal Complaint
16 filed on behalf of Arpad Tolnay in this action?
17    A  I have read the subpoena, I don't know
18 if that is the federal Complaint.
19    Q  It is not, okay. So you have not seen
20 the actual lawsuit that was filed in the district
21 court?
22    A  I don't recollect ever seeing it.
23    Q  Okay. Nevertheless, are you generally
24 familiar with the nature of Arpad Tolnay's

Page 6

1 complaint?
2    A  Only to the extent to which it's
3 represented in the subpoena.
4    Q  Okay. Showing you what has been marked
5 as Plaintiff's Exhibit 1, which is a copy of the
6 subpoena served upon you in connection with this
7 deposition, and attached to which is a Schedule A
8 calling for the production of certain documents
9 which may be in your possession or control. Did
10 you have an opportunity to review that Schedule A?
11    A  Could you show them to me, ma'am?
12    Q  Yes. The witness is being provided with
13 Plaintiff's Exhibit 1.
14       (The witness reviewed said document.)
15    A  Yes, I'm familiar with Schedule A.
16    Q  Have you brought any documents at all in
17 response to any of the enumerated requests?
18    A  (Pause).
19       MS. TORRE: Counselor?
20       MR. BEAMON: We have a letter to the
21 editor dated -- New Haven Register, dated August
22 8, 2002.
23       MS. TORRE: Mark that, please.
24       MR. BEAMON: And there's also a

Page 7

1 New Haven Register article dated August 7, 2002
2 and there is a brief statement by the mayor in
3 that.
4       MS. TORRE: All right. Is that it?
5       MR. BEAMON: Yes.
6       MS. TORRE: Would you mark those
7 two, please?
8       (The documents referred to were marked
9 as Plaintiff's Exhibits 2 and 3 for
10 identification.)
11       MS. TORRE: Counselor, is there a
12 reason why no documents have been produced in
13 response to request Nos. 4 and 5 since I have
14 presumed that such documents do, in fact, exist?
15       MR. BEAMON: As 4 and 5, they are
16 public records.
17       MS. TORRE: I don't care if they're
18 public records, I asked for them.
19       MR. BEAMON: I can provide them.
20 I have not provided them today, but they are --
21       MS. TORRE: Is --
22       MR. BEAMON: That is my answer, I
23 can provide them. They are public records.
24       MS. TORRE: All right. Well, I'll

Page 8

1 examine a little bit on the topic to the extent I
2 can get some information without the documents.
3       MR. BEAMON: Sure.
4    Q  Mr. Mayor, do you know Armando
5 Hernandez?
6    A  Yes.
7    Q  Who is he?
8    A  He is pastor of Second Star of Jacob
9 Church.
10    Q  Do you how long he's been involved with
11 that church?
12    A  No.
13    Q  Do you know how long he's been a
14 resident of New Haven?
15    A  No.
16    Q  How long have you known him?
17    A  I don't specifically recall; some period
18 of years.
19    Q  Do you know Daniel Rodriguez?
20    A  Yes.
21    Q  And who is he?
22    A  He is someone I met who is affiliated
23 with Second Star of Jacob Church.
24    Q  How many times have you met him?

Page 9

1  A  To my recollection, a small handful of
2  times.
3  Q  You are in your fourth term of office?
4  A  I am in my fifth term.
5  Q  In your fifth term. In connection with
6  any of your campaigns for the office of mayor of
7  the City of New Haven, have you ever received any
8  support for your campaigns by Armando Hernandez or
9  Daniel Rodriguez?
10  A  Could you help me in characterizing
11  support?
12  Q  Sure. In connection with any of your
13  campaigns for office, for the office of mayor of
14  the City of New Haven, have you or any members of
15  your campaign staff ever had any meeting with
16  Armando Hernandez for the purpose of elicited
17  support for the members of the church or members
18  of the Hispanic community?
19  A  I'm sure, like thousands of people,
20  Armando Hernandez may have and some members of his
21  church may have been in campaign meetings. Again,
22  like thousands of others have.
23  Q  I am not really interested in the other
24  thousands, I am interested in those two fellows,

Page 10

1  Armando Hernandez and Daniel Rodriguez. Have you
2  ever personally met with Armando Hernandez?
3  A  I personally met with Armando Hernandez.
4  Q  And Daniel Rodriguez?
5  A  I have been in his presence. I don't
6  recall ever in a meeting such as we're having
7  right here but I have been in his presence.
8  Q  To your knowledge, have either one of
9  them ever volunteered in any way in any of your
10  mayoral campaigns?
11  A  I have no recollection of Mr. Rodriguez
12  ever being involved. I do believe back in 1989
13  Armando Hernandez was part of an endorsement group
14  of a group of Latinos. I am not aware, I do not
15  specifically recall formal participation other
16  than that.
17  Q  When you say "endorsement group," what
18  do you mean?
19  A  I remember in 1989 there were a group of
20  maybe 50 or 75 Latinos, those who did a Latino
21  endorsement of my candidacy.
22  Q  Can you tell me how that was done?
23  A  A group of Latinos endorsing me for
24  mayor.

Page 11

1  Q  I mean in what forum?
2  A  Press conference.
3  Q  Okay. The taking out of a one page ad in
4  the New Haven Register with signatures on it? Just
5  an oral endorsement at a scheduled press
6  conference?
7  A  To the best of my recollection, he was
8  part of 50 or 75 Latinos at a press event on some
9  date which I can't recall, and I do not even
10  recall that he necessarily spoke, but was just
11  part of a group. There may have been others; that
12  is the only one I can specifically recall.
13  Q  Have you ever personally telephoned
14  Hernandez or Rodriguez for any reason?
15  A  For any reason?
16  Q  Yes.
17  A  I have no recollection of ever
18  telephoning Mr. Rodriguez. I am certain I have
19  personally telephoned Armando Hernandez, although
20  I can't recall what it would have been for or on
21  what date it would have been. But I know I have
22  had personal telephone conversations with him.
23  Q  Mr. Mayor, isn't it true that Pastor
24  Hernandez is considered by you to be very

Page 12

1  important in bringing you the Hispanic vote in New
2  Haven?
3  A  I'm not aware that anyone delivers an
4  ethnic group vote in the City of New Haven. I know
5  Reverend Hernandez is someone who leads one of the
6  largest congregations in the city and interact
7  with him as I do any other religious leaders who
8  lead other ethnic groups in the city.
9  Q  Is it correct that the Star of Jacob
10  Church in New Haven does, indeed, represent one of
11  the largest Hispanic congregations in the city?
12  A  I don't know that --
13  Q  Well, can you identify --
14  A  If I could finish my question -- I am
15  sorry, I am giving the answers -- if I could
16  finish my answer. I don't know that analytically.
17  I mean, it is a large congregation.
18  Q  Can you -- off the top of your head, can
19  you identify for me any other religous
20  organization or congregation that you believe is
21  larger than the Second Star of Jacob Church in
22  terms of Hispanic membership?
23  A  In terms of Hispanic membership, First
24  Star of Jacob Church is a pretty large group.

Page 13

1 There are --
2    Q  Excuse me, did I misspeak? Are there two
3 churches? First Star and Second Star?
4    A  Yes.
5    Q  Okay.
6    A  First Star of Jacob is a very large
7 group; Church of the Rock has many large -- has
8 many Latino members, I don't know what percentage
9 they make up of their members. St. Rose of Lima
10 Church has a very large Latino membership, it's
11 pretty big. Sacred Heart Church has a very large
12 Latino membership and is pretty -- is pretty big.
13    Q  Do you know who runs the or who leads
14 the First Star of Jacob Church?
15    A  Abraham Arsorch.
16    Q  In connection with any of your campaigns
17 for election to the office of mayor of the City of
18 New Haven, have you ever appeared for campaign
19 purposes before the congregation of the First Star
20 of Jacob Church or the Second Star of Jacob Church
21 in order to speak to the congregation?
22    A  Yes; as I have at many other
23 congregations and is typical for our campaigns.
24    Q  When you appeared at the Second Star of

Page 14

1 Jacob Church, who would you or your campaign use
2 there to coordinate your appearance?
3    A  For instance, I don't recall appearing
4 in my last re-election effort at the church, I may
5 have. I know I have been there. I have run for
6 mayor six times, I am certain I have not appeared
7 there every time I have run, nor at any other
8 church particularly any time I have run. I do not
9 have a direct recollection, therefore, of dates or
10 who may have coordinated an appearance there,
11 whose specific date I can't recall.
12    Q  At any time that you appeared at the
13 Second Star of Jacob Church to address the
14 parishioners, did Pastor Hernandez ever stand with
15 you, next to you, as you stood to address the
16 congregation?
17    A  I don't specifically recall where he was
18 standing.
19    Q  As far as you can recall, without
20 reference to your campaign finance records, have
21 Armando Hernandez and/or Daniel Rodriguez ever
22 contributed financially to any of your campaigns
23 for office?
24    A  I don't have any recollection or

Page 15

1 knowledge that they have or haven't.
2    Q  To your knowledge or recollection, have
3 any substantial numbers of the members of the
4 congregation of the Second Star of Jacob Church
5 contributed to your campaign in any way? Of your
6 campaigns in any way?
7    A  I don't have any knowledge or
8 recollection nor do I particularly know from
9 contributors what faith or church they may belong
10 to.
11    Q  Have you appeared at any functions
12 sponsored by the Second Star of Jacob Church which
13 are designed to assist or promote your campaigns
14 in any way?
15    A  Not that I recall.
16    Q  Drawing your attention to July of 2002,
17 did there come a time when you became aware that
18 Armando Hernandez had been arrested by officers of
19 the New Haven police department?
20    A  Yes.
21    Q  How did you become aware of that?
22    A  I don't recollect.
23    Q  It was only eight months ago, Mayor; you
24 don't recollect who called you to report the

Page 16

1 arrest of a minister?
2       MR. BEAMON: Object to the form of
3 the question.
4    A  My answer is the same, counselor, I
5 don't recollect how I became aware.
6    Q  Did you receive any phone calls from
7 Francisco Ortiz regarding the arrest of Armando
8 Hernandez?
9    A  I don't recall receiving any calls from
10 Captain Ortiz.
11    Q  Did you become aware that Daniel
12 Rodriguez had also been cited?
13    A  At some point.
14    Q  Do you know who notified you of that?
15    A  I don't specifically recall who notified
16 me, no.
17    Q  Did you ever receive a phone call from
18 Armando Hernandez or any other communication from
19 Armando Hernandez wherein he discussed with you
20 anything about the fact that he'd been arrested?
21    A  Any contact -- to the best of my
22 recollection, any contact that I had with
23 Reference Hernandez on this matter was initiated
24 by me, not by he.

Page 17

1  Q Did you have contact with Daniel
2 Rodriguez regarding his arrest?
3  A I don't recall any specific contact with
4 Mr. Rodriguez about that, although when I appeared
5 at Second Star of Jacob Church at a service
6 subsequent to the arrest I believe he may have
7 been at that service and I may have had some
8 contact with him at that time.
9  Q What was the nature of your discussion
10 with Armando Hernandez -- let me back up. You say
11 you contacted him?
12  A To the best of my knowledge, that's my
13 general recollection.
14  Q Okay. Regarding his arrest?
15  A Regarding the incident that occurred;
16 the totality of the incident that occurred which
17 included his arrest.
18  Q Do you recall that he was arrested and
19 what the charges were?
20  A No, I do not.
21  Q Do you know how many people are arrested
22 in the City of New Haven every year?
23  A Specifically, I do not.
24  Q Can you tell me the last time you

Page 18

1 personally telephoned a person arrested and
2 charged with a crime?
3  A I did not call him on that basis,
4 counselor. I called him on the basis of concern of
5 the relationship between my police department and
6 a large congregation.
7  Q My question is, can you identify for me
8 any other occasion in the year 2002 where you, as
9 the mayor, personally telephoned someone who had
10 been arrested and was facing prosecution in the
11 New Haven Superior Court?
12  A Sure. We had a number of people who were
13 arrested for leafletting, for handing out flyers
14 in front of Yale New Haven; flyers that were
15 affiliated with an organizing effort by Local
16 1199. Also interacted with members of Locals 34
17 and 35 who staged civil disobediences -- I am
18 sorry, Local 34 and 35, who are employees of Yale
19 University, who have engaged in civil
20 disobediences which have resulted in arrests. So
21 at times where there have been; so in the last
22 years those do occur to me.
23  Q You didn't contact personally any of
24 those 1199 members who were arrested, did you?

Page 19

1 Talked to the leaders of 1199?
2  A No. I actually had interactions and had
3 meetings with those -- those individuals, to the
4 best of my recollection, although I can't recall
5 the date. I had interactions with them on
6 courthouse stairs and Superior Court over on Elm
7 Street. And with the Local 34, 35 individuals your
8 question is correct, that I did interact with
9 their leaders, although those leaders were
10 arrested as part of that action.
11  Q Okay.
12  A But not this -- there were, like, 5,000
13 people arrested. I did not interact with all of
14 them. Or 500.
15  Q Did the arrest of the leaf-litters in
16 and about the property of Yale New Haven Hospital,
17 occurred in the context of an effort by a national
18 health care union to organize workers there,
19 correct?
20  A That's not what the workers would say,
21 that's more what the hospital would say.
22  Q No, no, you misunderstood my question.
23 The arrest of them occurred in the context of an
24 organizing effort going on, which is why it upset

Page 20

1 the union that they thought the hospital was using
2 the security guards inappropriately with respect
3 to the leaf-litters, correct?
4  A It happened in the context of an
5 organizing drive.
6  Q Right, okay. And with the arrest or
7 citing of Local 34 members, that was also in
8 connection with their ongoing labor dispute with
9 Yale University, correct?
10  A That is accurate.
11  Q All right. Apart from -- now, 1199,
12 particularly Jerry Brown, have politically given
13 you support over the years in your elections for
14 campaign?
15  A No, never. They supported Martin Looney
16 in my 2001 primary; and indeed, in 1989 they
17 supported John Daniels. 1199 has never supported
18 me.
19  Q Have you ever appeared on a stage along
20 with Jerry Brown?
21  A Yes.
22  Q Didn't you appear on a stage with Jerry
23 Brown in a rally on the New Haven green regarding
24 organizing efforts at Yale and Yale New Haven

Page 21

1 Hospital?
2  A  (Pause).
3  Q  I saw you. I was there.
4  A  The last time I appeared -- I may have
5 appeared on the green, I do remember being at
6 the -- I think that actually preceded their
7 endorsements of Marty Looney, but subsequent
8 thereto I also appeared on a stage that I can
9 recall at a rally that they had outside the
10 memorial unit entrance on York Street a couple
11 months ago.
12  Q  And you have also received, throughout
13 your political career, the political support of
14 Locals 34 and 35, did you not?
15  A  Locals 34 and 35 did not endorse a
16 candidate in last year's primary with Martin
17 Looney. I don't specifically recall ever receiving
18 an endorsement from Local 34 or 35. I don't
19 preclude the possibility, you have it, but I don't
20 recall it.
21  Q  I am not talking about an official
22 endorsement, I am talking about lending their
23 support to you, encouraging their members to
24 support you, inviting you to speak at their site

Page 22

1 and to stand side-by-side on the platforms on the
2 green?
3  A  Generally when I have spoken in front of
4 the platforms on the green it has never been on
5 behalf of my candidacy but on behalf of their
6 labor issues, disputes.
7  Q  Is it true that Local 34 represents
8 several thousand of Yale employees, many of whom
9 live in the City of New Haven?
10  A  I don't recall how many they represent.
11  Q  It's more than just a few hundred, isn't
12 it?
13  A  I don't recall specifically. It may be.
14  Q  As you sit here today, is it your
15 testimony that you are unaware of whether Local 34
16 has more than a few hundred members?
17  A  I don't recall specifically how many
18 they have.
19  Q  I am not asking you to recall
20 specifically how many they have, I am asking you
21 whether you are sitting here today telling me that
22 you don't know whether they have more than just a
23 few hundred members?
24  A  I assume they have more than a few

Page 23

1 hundred members.
2  Q  Is it true that some members of the
3 administration of Yale New Haven Hospital have
4 believed that you have intervened as mayor in that
5 labor dispute because 1199 has a vote base for
6 you?
7  A  I can't speak to what someone else
8 believes.
9  Q  I am not asking you to speak to it; are
10 you aware that is the perception?
11  A  No, I am not.
12  Q  Apart from your contact with members or
13 leaders of Local 34 and 1199, in connection with
14 their arrests in the context of labor disputes
15 with two major New Haven employers, can you
16 identify for me any other instance in which you
17 personally telephoned an arrestee who is facing
18 prosecution in New Haven Superior Court?
19  A  There may be, sure, people I've known
20 over the years that have been -- that have been
21 arrested that I may personally know who have been
22 arrested. There just may be some that I have had
23 that will call and, you know, inquire how they're
24 doing or wish them well.

Page 24

1  Q  Can you identify for me any individual
2 in recent memory whom you telephoned where such
3 individual had been arrested by members of the New
4 Haven police department and was facing prosecution
5 in the New Haven Superior Court? Can you name me a
6 single person?
7  A  I can't recall a name.
8  Q  In the wake of the -- in connection with
9 the arrest of Mr. Hernandez and Mr. Rodriguez, did
10 you understand at any time thereafter, that the
11 arrest was in connection with an allegation that
12 they were using excessive amplified sound music to
13 the disturbance of surrounding neighbors?
14  A  I generally understood that that was the
15 complaint.
16  Q  Did you ever telephone any of the
17 complaining neighbors in connection with the
18 arrest of Pastor Hernandez?
19  A  No.
20  Q  Do you know who the complaining
21 neighbors are?
22  A  No.
23  Q  Did you ever seek to find out who they
24 are?

Page 25

1  A  No.
2  Q  Did you ever direct anyone subordinate
3  to you to contact those complaining victims and
4  ask them how they felt about it?
5  A  No.
6  Q  Is it your understanding that Officer
7  Tolnay just happened upon the scene by himself of
8  his own volition? Or is it your understanding
9  that he was dispatched to that scene by his
10  department?
11  A  I have no awareness of the circumstances
12  of the officer arriving on the scene.
13  Q  Do you have any information or basis for
14  knowing the nature and extent of any disruption to
15  the residents in that neighborhood caused by the
16  activities of Hernandez and Rodriguez?
17  A  I have a general sense that the music
18  was very loud and probably disruptive to the
19  neighbors.
20  Q  Would you agree that there was a
21  significant amount of press attention to the fact
22  of the arrest of Messrs. Hernandez and Rodriguez?
23  A  It got press. Characterized significant;
24  it got more than one press story.

Page 26

1  Q  Is it fair to say that Mr. Hernandez and
2  Rodriguez were very angry at being arrested?
3  A  I did not -- I have no personal sense of
4  their feelings or their anger. Any contemporaneous
5  understanding I would have had that I recall now
6  would logically have been out of the press
7  reports.
8  Q  Did you have any meetings with Hernandez
9  or Rodriguez, face-to-face meetings wherein the
10  subject of their arrest by Officer Tolnay and
11  others was discussed?
12  A  (Pause). I recall a meeting, I believe,
13  I am not certain, there was some ministers who
14  came to see me about the arrest, I can't recall
15  the date nor can I remember specifically who was
16  present.
17  Q  Was it a meeting in your office?
18  A  Yes.
19  Q  Isn't it true that Hernandez was there?
20  A  I don't specifically recall. He may have
21  been.
22  Q  You don't recall a meeting you may have
23  had with Hernandez eight months ago in your
24  office?

Page 27

1  A  That's what I answered, counselor.
2  Q  What other ministers are you talking
3  about?
4  A  It was -- I just generally recall a
5  meeting of ministers. I remember it was a
6  faith-based group.
7  Q  Can you identify any of these ministers?
8  A  I don't recall who they are.
9  Q  Can you tell me the churches with which
10  they are affiliated?
11  A  I don't recall.
12  Q  Can you tell me whether they're white,
13  Latino or African American?
14  A  My sense is that I don't recall.
15  Q  Does the mayor's office keep a record of
16  appointments with the mayor?
17  A  It keeps a record, not complete -- the
18  times of scheduled appointments that I may have.
19  That does not necessarily list who was in
20  attendance at the meeting.
21  Q  If I were to ask for appointment books
22  for the period of July 26, 2002 through September
23  1st, 2002, would it show the people who were
24  allowed to meet with the mayor of the City of New

Page 28

1  Haven?
2  A  It would show whatever is on them. What
3  specifically is on them, I don't know.
4  Q  Is it a written desk calendar or do you
5  have software to record your appointments?
6  A  It's software.
7  Q  And who runs that software in terms of
8  controlling data entry regarding your
9  appointments?
10  A  Generally, my executive administrative
11  assistant, Rosemarie Lemley.
12  Q  Lemley?
13  A  Lemley.
14  Q  Could you spell Lemley for the reporter?
15  A  L-E-M-L-E-Y.
16  Q  In connection with the arrest of Armando
17  Hernandez and Daniel Rodriguez, did you have any
18  contact with Melvin Wearing, chief of the police
19  department of New Haven?
20  A  Yes.
21  Q  Who called who and when?
22  A  I don't recall nor do I recall the date.
23  Q  Do you recall whether you called him or
24  whether he called you?

### Page 29

1  A  I don't recall.
2  Q  Isn't it true that you told the chief to
3  undo those arrests?
4  A  I don't recall saying that to the chief.
5  Q  You don't recall? Okay. As you sit here
6  today, can you rule out -- can you sit here and
7  deny under oath that you did? Or is it just a
8  failure of recollection?
9  A  What I recall, which is all I can give
10 you, is a discussion that ensued in the context of
11 what the event was, was the arrest the best way to
12 handle a dispute among neighbors in the context of
13 our community policing program.
14 Q  Where did that discussion take place?
15 A  Geez, I don't recall.
16 Q  Was it over the phone or in your office?
17 A  I don't recall.
18 Q  Did you make any notes of that
19 discussion?
20 A  I have no recollection of making notes
21 nor did my search of my files have any appear.
22 Q  My question to you is did you instruct
23 or suggest to Melvin Wearing that he take steps to
24 undo those arrests?

### Page 30

1  A  As I indicated, the best of my
2  recollection is a discussion about whether an
3  arrest in the context of our community policing
4  program was the best way to handle a dispute among
5  neighbors of this nature. I don't recall or -- not
6  recall. I mean and what I am sharing with you is
7  the best of my knowledge of what that discussion
8  was.
9  Q  I'd like an answer to my question,
10 Mr. Mayor. Did you instruct or suggest to Melvin
11 Wearing that he entertain steps to undo those
12 arrests?
13 A  To the best of my recollection, my
14 discussion with him was posing the question of
15 whether an arrest was the best way to have handled
16 them -- handled the situation between the church
17 and their neighbors.
18 Q  Did you instruct or suggest to Melvin
19 Wearing that he take steps to undo the arrests?
20 A  I don't recall any specifics of that
21 discussion other than the way I have conveyed it
22 to you three times now.
23 Q  Did you have any contact with any member
24 of the State's Attorney's office regarding the

### Page 31

1  arrest of Armando Hernandez and Daniel Rodriguez?
2  A  I have no recollection of a discussion
3  with the State's Attorney's office about this.
4  Q  Is it a failure of recollection? Or can
5  you rule out with certainty having made contact
6  with a member of the State's Attorney's office?
7  A  Unfortunately, my response is limited to
8  my ability to recollect and, again, I don't
9  recollect having that discussion.
10 Q  So you don't recall?
11 A  I don't recall having a discussion with
12 the State's Attorneys about this matter.
13 Q  Do you feel confident under oath ruling
14 it out?
15 A  I was responsive in the best way I felt
16 I could; I'm very aware of my oath and I just
17 don't recall having any discussion.
18 Q  My question is do you feel confident
19 under oath saying, "I did not have any contact
20 with them" regarding Hernandez and Rodriguez?
21 A  Again, to the best of my recollection, I
22 do not recall having a discussion with the State's
23 Attorneys about this matter.
24 Q  Did you send any letters to anyone

### Page 32

1  associated with the New Haven Superior Court,
2  including the State's Attorney's office, regarding
3  this matter?
4  A  I don't recall ever doing that.
5  Q  Did you send any letters to or
6  communications, e-mail or otherwise or memos to
7  Melvin Wearing regarding this matter?
8  A  I do not recall that I sent any written
9  or electronic communications to the chief.
10 Q  Did there come a time when members of
11 the Latino community and others associated with
12 the Second Star of Jacob Church had a rally of
13 sorts in and about the location of the New Haven
14 police department to protest the arrest of Armando
15 Hernandez and Daniel Rodriguez?
16 A  I recollect. And the basis of my
17 recollection, I believe, is the press reports.
18 There was a rally outside police headquarters.
19 Q  Well, you were there, weren't you?
20 A  I don't believe I was at that rally.
21 Q  At a protest rally by members of New
22 Haven's Hispanic community and those associated
23 with the Second Star of Jacob Church? Isn't it
24 true that you stood there and spoke with Hernandez

### Page 33

1  and Rodriguez regarding their arrest?
2     A  In a rally outside the police
3  department?
4     Q  At any rally; maybe I have the location
5  wrong.
6     A  I genuinely don't recollect certainly
7  being at a rally outside the police department. If
8  you're aware of something more specific, perhaps
9  that could help me refresh my memory.
10    Q  Did you appear at any gathering of
11 members of the Hispanic community and members of
12 the Second Star of Jacob Church and stand next to
13 Reverend Hernandez?
14    A  I do recall going to Second Star of
15 Jacob Church during a Sunday evening service.
16    Q  I'll get to that later. Did you
17 physically appear at a protest rally where members
18 of the Hispanic community were protesting the
19 arrest of Hernandez and Rodriguez?
20    A  I don't specifically recall. Perhaps if
21 I have some dates or circumstances I can better
22 recollect. I genuinely don't recollect. I guess I
23 don't preclude it out, from the nature of your
24 question, that I may have but I don't recollect

### Page 34

1  it.
2     Q  This would have been only approximately
3  eight months ago, Mayor; you have no recollection
4  of actually attending a protest rally of the
5  Hispanic community of New Haven regarding the
6  arrests of Hernandez and Rodriguez?
7     A  I got into my office at quarter to seven
8  yesterday morning; I got home at 9:30 last night.
9  I work seven days I a week. I apologize if I am
10 not able to be as responsive, apparently, as you
11 would like. I genuinely don't recollect.
12    Q  Did you ever, in front of other people
13 at a protest of the arrest of Reverend Hernandez
14 and Reverend Rodriguez, state to Hernandez in the
15 form of a question, the following: quote, "What
16 would you like me to do to this officer?" meaning
17 Tolnay. "Do you want me to have him fired?" Close
18 quote, question mark.
19       Did you ever make such a statement in
20 front of other people?
21    A  I don't recollect making such a
22 statement or the circumstances.
23    Q  Can you recall not having made such a
24 statement? Or do you just have a failure of

### Page 35

1  recollection?
2     A  I have no recollection of making such a
3  statement. Again, if you have a specific location
4  or time or date I could try to more specifically
5  recall.
6     Q  I'm asking you whether only eight months
7  ago you stood at a protest rally of the Latino
8  community in New Haven regarding Officer Tolnay's
9  arrest of these ministers and asked Reverend
10 Hernandez whether he wanted you to get this guy
11 fired?
12    A  And what were the date and location of
13 that rally?
14    Q  Why do you need that? You don't remember
15 it?
16       MR. BEAMON: Objection to the form.
17    A  As I said, I don't recollect that.
18 Perhaps if you have the specific date or location.
19    Q  Well, is there more than one protest
20 rally, to your knowledge, regarding the arrest of
21 Hernandez and Rodriguez?
22    A  I have no catalog that I could recall or
23 have at my disposal of a list of rallies that may
24 have occurred so I can't be responsive to that.

### Page 36

1     Q  Can you sit here under oath as the mayor
2  and tell me I know for a fact that I never said
3  that to Hernandez because I would never ask a
4  member of the community what his opinion is about
5  whether I should fire an officer?
6        MR. BEAMON: Object to the form.
7     A  First of all, I am sitting here as the
8  mayor of the city responding to these questions
9  under oath and, respectfully, I am very much aware
10 of that. I do -- as I said earlier, I don't recall
11 such a statement.
12    Q  Did you at some point appear at the
13 Second Star of Jacob Church to address the
14 congregation on the topic of the arrest by New
15 Haven police officers of Armando Hernandez and
16 Daniel Rodriguez?
17    A  Yes.
18    Q  Isn't it true that you stood in front of
19 a large congregation of people at that time? It
20 wasn't just a half a dozen, it was quite a few
21 people there?
22    A  Yes.
23    Q  Isn't it also true you apologized --
24    A  Yes.

Page 37

1  Q -- to the congregation for that
2  incident?
3  A  I apologized for the incident, yes.
4  Q  Now, prior to appearing at that church
5  to apologize for the incident, as you described
6  it, did you ever read Officer Arpad Tolnay's case
7  incident report in connection with that arrest?
8  A  I have no recollection whether I did or
9  didn't.
10 Q  Well, ordinarily, case incident reports
11 are not sent to the mayor so would it be fair to
12 say that if you were interested in reading a case
13 incident report you would have to make a request
14 for it?
15 A  That's a hypothetical. I don't know if
16 the chief would have supplied something to me or
17 not. As I said, I have a hard time conjecturing
18 about how I might have received a report that I
19 don't know whether I received.
20 Q  Let's back up a bit and talk about a
21 normal procedure.
22     When New Haven police effect arrests in
23 the City of New Haven --
24 A  Sure.

Page 38

1  Q -- as a matter of course the arrest
2  report is generated in the police department and
3  goes over to 121 Elm Street, correct?
4  A  I'm not specifically aware of the path
5  the arrest report follows.
6  Q  Certainly one of the reports is not to
7  the mayor's office. Meaning, when people are
8  arrested in the City of New Haven you don't
9  routinely get the case incident report of the
10 arresting officer?
11 A  Certainly not.
12 Q  Do you have a recollection of
13 requisitioning Officer Arpad Tolnay's case
14 incident report regarding the arrest of Armando
15 Hernandez and Daniel Rodriguez?
16 A  I have no recollection of requisitioning
17 the report or not requisitioning the report.
18 Q  Do you have any recollection of ever
19 seeing it or reading it?
20 A  As I indicated earlier, I don't have a
21 recollection whether I read the report or not. I
22 may have, I may not have.
23 Q  Are you aware of the existence of any
24 documents or tangible items which would reflect

Page 39

1  any communications between you and the police
2  department or you and the State's Attorney's
3  office wherein you are requesting to see and read
4  that report?
5  A  I am not aware of any documents of that
6  nature.
7  Q  Are you aware of any of the details of
8  Officer Arpad Tolnay's description of the behavior
9  of these two men?
10 A  I do not have a contemporaneous
11 understanding other than what was represented in
12 the subpoena which I read, reviewed this morning
13 of the officer's description of the behavior of
14 these individuals.
15 Q  Well, there was nothing in the subpoena
16 regarding his description. But as you sit here
17 today --
18 A  Yes, there was. There was very direct
19 descriptions that they were asking to be arrested,
20 that they were belligerent. That was in the
21 subpoena.
22 Q  No, it wasn't. Did you read another
23 document that I don't know about?
24 A  I don't know. There was -- anything I

Page 40

1  got was serviced from the court and is on top of
2  my desk, which you can have.
3  Q  I simply sent you a deposition notice
4  along with a Schedule A, Request for Production
5  documents.
6  A  It looks -- it was a subpoena.
7  Q  And yes, that's what it was called.
8  Where did you get this information from -- that
9  there was belligerence on the part of the two
10 ministers?
11 A  It was in a complaint. I think it was
12 laid out in the complaint. It had little numbers.
13 I think it was generated -- I am 99 percent
14 certain it was generated from your office.
15 Q  So in fact you may have read the
16 District Court complaint?
17 A  Is it about 10 pages?
18 Q  Yes.
19 A  Then I read the District Court
20 complaint.
21 Q  Okay, fair enough.
22     Prior to appearing at the Second Star of
23 Jacob Church to apologize for the incident, did
24 you telephone Arpad Tolnay?

Page 41

1  A  No, I did not.
2  Q  Did you ever ask to see him?
3  A  No, I did not.
4  Q  Did you give any consideration to how he
5  would feel about your appearing at that church to
6  apologize for that arrest?
7  A  I was very aware that the officers -- I
8  gave the officers the presumption of the doubt
9  that they were acting in what they felt were good
10 faith and what they felt were an appropriate
11 fashion. I tried to represent that in a letter
12 that I sent to the Register and that this was a
13 case that I felt both the church -- that the
14 resolution that resulted did not particularly well
15 serve the interests of any of the parties
16 involved -- the neighborhood, the church or the
17 officers.
18 Q  Why did you feel the need to write a
19 letter to the editor when there are hundreds, if
20 not thousands, of arrests in the City of New haven
21 every year?
22 A  Becuase I felt that there was division
23 in the community over this issue and that as
24 someone who is responsible both for civil

Page 42

1  authority in New Haven and for insuring that in
2  this very diverse city, the communities have the
3  capacity to work together to acknowledge that -- I
4  had little doubt that the music was loud, even
5  though I didn't witness it and even though I
6  didn't hear a report it just sounded like it was.
7  That I did not believe there was an instance of
8  the police department seeking to place itself in
9  an adversarial relationship and it was an incident
10 that occurred that perhaps just could have been
11 handled by everybody in a better way.
12 Q  You thought it could have been handled
13 in a better way by Arpad Tolnay?
14 A  I really made no judgment about any
15 specific officer's involvement in this.
16 Q  Do you think Arpad Tolnay arrested these
17 people improperly?
18 A  I really don't have a basis to make that
19 judgment.
20 Q  Then what were you apologizing for,
21 Mr. Mayor?
22 A  Like many -- there are many instances it
23 seems to me where officers have the right to
24 arrest legally within their bounds and often do

Page 43

1  not. The issue I had was not with this, was with a
2  particular officer's performance, but that a
3  church, which has been in a community a long time,
4  and has a particular cultural fashion of
5  celebrating worship which could, indeed, disturb
6  neighbors by a reasonable standard, that the way
7  we try to approach policing in the city, that we
8  might have sought a way of resolving the issue
9  without arrests and in the context of mutual
10 partnership and understanding.
11 Q  If in fact, as Arpad Tolnay claimed,
12 these two gentlemen, Hernandez and Rodriguez, were
13 not only belligerent but contemptuous of the New
14 Haven police officers who responded and flatly
15 refused to turn down the music and even told them
16 to go "F" themselves and near started a riot
17 during which the officers were nearly assaulted,
18 do you think you had any business going to that
19 church and apologizing for those arrests?
20 A  Well, as someone who has had citizens
21 tell me to go "F" myself, as someone who has been
22 the subject of that kind of language, I try to
23 make a judgment in my shoes about remembering why
24 I'm there and what I'm trying to do. I don't seek

Page 44

1  to apologize to this officer's situation at that
2  point in time. I wasn't there, I can't put myself
3  into his shoes.
4  Q  Are you aware --
5  A  Could I finish?
6  Q  No, because you're not answering the
7  question.
8  A  I believe I am answering.
9  Q  No, you are giving me a speech. You are
10 not responsive to the question.
11    If in fact, Hernandez and Rodriguez --
12    MR. BEAMON: Let him finish.
13 A  Fine. Fine, fine. I am sorry, counselor.
14    MS. TORRE: If you want him to
15 finish, that's fine but at the same time the
16 witness tells me he has to be out of here at
17 12:30. I do not want political speeches here, I
18 want facts and he wasn't answering. I am not going
19 to listen to him make speeches. You have a right
20 to examine him, you could put that stuff on the
21 record. Right now I just need answers, okay.
22    MR. BEAMON: Well, your questions
23 are also long.
24    MS. TORRE: My questions are very

Page 45

1 clear and so patently easy and I am getting a
2 politician's response. I just want information. I
3 want "yes" or "no" answers. I am not going to sit
4 here for 20 minutes while I get a speech.
5    Q  If in fact, Mr. Mayor, Hernandez and
6 Rodriguez repeatedly refused to turn down the
7 music despite repeated requests from the officers,
8 what action do you think the officers should have
9 taken other than arrest? What alternative did
10 they have?
11   A  I would have hoped they would have
12 called their supervisors.
13   Q  They did. And a supervisor showed up on
14 the seen. Now what's your answer?
15       MR. BEAMON: Object to the form of
16 the question.
17   A  Counselor, as I said, I would have hoped
18 they would have called their supervisor and speak
19 to resolve it through some other way.
20   Q  Are you aware that a sergeant was called
21 to the scene and there were now three officers
22 there?
23   A  I would have hoped a sergeant would have
24 called the captain of patrol or the chief, if

Page 46

1 necessary.
2    Q  Why would you need to call the chief on
3 a noise complaint, Mr. Mayor?
4    A  Because apparently someone said the
5 officer felt threatened for their own safety.
6    Q  And they took care of it by making an
7 arrest.
8    A  I don't think that's a dispute here that
9 they arrested the reverends.
10   Q  In the face of repeated refusals to turn
11 down the music which was disturbing the neighbors
12 who had called the New Haven police to help them
13 eliminate that disturbance, what alternative are
14 you suggesting that these officers and their
15 supervisors should have taken?
16   A  Perhaps before the event we should have
17 noticed that they were set up for a revival
18 meeting. It's my understanding that it's not
19 unusual for the church to have revivals; perhaps
20 we should have made an effort to find out what the
21 rules of the road are going to be for those kinds
22 of events when we see them.
23       Again, I think if an incident develops
24 where the officers felt -- I don't know how many

Page 47

1 calls came into CCS about this and I am sure you
2 do -- but, and I can't speak directly to it
3 because, as I said earlier, other than a mention
4 that it was loud, I have no doubt it was.
5    Q  Do you believe that Mr. Hernandez and
6 Mr. Rodriguez should have obeyed the officers'
7 request to turn the volume down?
8    A  My general advice to them, if they had
9 asked, would have been they should have turned the
10 music down. And if they had a complaint that the
11 officers were telling them to do that, then they
12 should have subsequently contacted the chief of
13 the department and conveyed that complaint.
14   Q  So you agree that these two gentlemen
15 should have obeyed the repeated request of your
16 officers?
17   A  Generally, my advice to citizens would
18 be if you feel an officer is giving you an
19 instruction that you disagree with, to follow that
20 instruction and then a process exists that I
21 believe would fairly evaluate whether the
22 officers' behavior was appropriate or not.
23   Q  Did you speak with any other officer at
24 the scene of the arrest prior to appearing at the

Page 48

1 church to apologize?
2    A  I don't -- you don't mean I was at the
3 scene at the time but who were there?
4    Q  Yes.
5    A  I am not specifically aware of every
6 officer who might or might not have been at the
7 scene at the arrest. I know I spoke to the chief
8 about the issue. Subsequently I may have talked to
9 the assistant chief, Doug McDonald, or the captain
10 of patrol, Cisco Ortiz, although I don't recollect
11 that I did or didn't, but I may have.
12   Q  Do you have any specific recollection of
13 speaking to any other officer or sergeant who was
14 at the scene and involved in the arrest?
15   A  Who were the other officers who were at
16 the scene?
17   Q  Just answer the question I've asked.
18   A  Because I don't know specifically who
19 was at the scene. I can't speak to whether I may
20 have spoken to or not spoken to them about that.
21 Generally, all I recall speaking to about the
22 incident were the chief. I do not preclude the
23 possibility I talked to the assistant chief, the
24 captain of patrol anecdotally to one of the

Page 49

1 officers I may have met on the street and asked
2 what they thought about it.
3   Q  Were you concerned, sir, that because
4 the congregation was a discrete ethnic group in
5 the City of New Haven that the arrest of the
6 ministers in connection with their religious
7 services might cause racial tension between the
8 congregation and the police department?
9   A  I wasn't concerned about racial tension
10 between the police department and the church.
11   Q  Well, the reason I ask is you mentioned
12 the issue of diversity in a previous answer as one
13 of the factors that you thought was at issue in
14 this whole scenario and diversity to me connotes
15 the getting along of different ethnic and racial
16 groups.
17   A  I don't disagree with your definition of
18 diversity. I wasn't specifically concerned here
19 about the issue arising out of the fact that this
20 was a Latino population and the police department
21 ethnic composition of whatever it is today.
22   Q  So would it be fair to say you were not
23 concerned about any perception, right or wrong on
24 the part of the Hispanic community, that they were

Page 50

1 being treated unfairly by white police officers?
2   A  No. Not in perception or in fact, in
3 fact.
4   Q  Did you express any opposition to the
5 dropping of the charges against these two
6 ministers to anyone?
7   A  No, not that I recall.
8   Q  Now, having been mayor for so many
9 years, you are no doubt aware, at least in a
10 thumbnail fashion, that the city has been exposed
11 to civil liability in connection with arrests made
12 by its officers, correct?
13   A  Yes; generally.
14   Q  In fact, New Haven corporation counsel's
15 office handles a number of cases or defends the
16 city in a number of actions brought by people
17 accusing New Haven police officers of illegal
18 arrest or excessive physical force employed during
19 the course of an arrest?
20   A  Generally aware we have those.
21   Q  And prior to your telephoning Hernandez,
22 your discussions with Chief Wearing regarding the
23 matter and your appearance at the church to
24 apologize, did you consider the interests of the

Page 51

1 city in connection with the dropping of any
2 charges against these two ministers? When I say
3 "the interest of the city" I mean the financial
4 interests of the city.
5   A  I can't say I recall being motivated by
6 the financial interest of the city.
7   Q  Actually, what I was interested in was
8 whether you failed to take the city's interest
9 into account when you engaged in the conduct that
10 you have described?
11   A  I believe I was acting in the city's
12 interest.
13   Q  Do you understand that by the dismissal
14 of these charges, that Officer Tolnay was left
15 wide open to being sued for false arrest?
16   A  I am not specifically aware of what the
17 legal implications of the possible false arrest
18 charge for Officer Tolnay or any of the other
19 officers involved in this may or may not have --
20 may or may not be.
21   Q  How many lawyers do you have working for
22 the city in corporation counsel's office?
23   A  I believe about 12 to 15.
24   Q  And from time to time isn't it fair to

Page 52

1 say that Tim Ude, corporation counsel, has to
2 report to you regarding the status of legal
3 matters against the city?
4   A  Yes.
5   Q  He is a direct report to you?
6   A  Yes.
7   Q  And are you telling me that you are
8 unaware that a requirement for suing police for
9 false arrest is that the charges were dropped or
10 that you were acquitted?
11   A  If I can very specifically answer that;
12 I am not aware of what the basis for such lawsuits
13 may be or may not be.
14   Q  You certainly must be aware that one is
15 who is convicted of a crime cannot sue for arrest
16 absent probable cause; aren't you aware of that?
17   A  Perhaps if I went to law school. I am
18 not a lawyer. The city, at any given time, has
19 thousands and thousands of lawsuits pending
20 against it and I rely on delegation of authority
21 to corporation counsel to act properly.
22   Q  Let me ask you this --
23   A  Sure.
24   Q  -- in connection with the activity you

Page 53

1  engaged in that you have already described, did
2  you seek the counsel of anyone in the Office of
3  Corporation Counsel as to whether the dropping of
4  the charges against these two men would leave the
5  city open to a civil lawsuit for false arrest?
6      A  I don't recall whether I spoke to the
7  corporation counsel on that point or any other
8  aspect of this. I may or may not have but I don't
9  recall it.
10     Q  Do you understand that as Arpad Tolnay
11 sits here today because those charges were dropped
12 he could be sued for false arrest?
13     A  As I said earlier, I'm not aware for
14 this officer or any of the other officers involved
15 in the incident, what the legal consequences or
16 implications may be for that decision.
17     Q  Did you give any thought to those issues
18 before you appeared at that church?
19     A  I do not recall, sitting here today,
20 what I may or may not have thought about that
21 point prior to appearing at the church.
22     Q  Did you give any thought prior to
23 appearing at the church that any lawyer who sued
24 Arpad Tolnay would have his case bolstered by the

Page 54

1  fact that the mayor of the city of New Haven
2  publicly apologized for the arrest and would
3  probably use it in order to gain a monetary
4  judgment against the City of New Haven and its
5  taxpayers?
6      A  I do not have a recollection today as to
7  what I may have thought about that before
8  appearing at the church.
9      Q  Since July of 2002, and the incident
10 involving the arrest of these two individuals,
11 have you had any contact with either one of them
12 at all? That is Reverends Hernandez and Rodriguez?
13     A  I am certain I have seen them a handful
14 of times since then.
15     Q  Have you been present in the same room
16 with them in the past eight months?
17     A  Sure; I remember three weeks ago I was
18 at a restaurant opening on Chapel Street and I
19 know Reverend Hernandez was at that, was in the
20 same room with a hundred other people.
21     Q  What restaurant was that?
22     A  El Ko Kee, I believe.
23     Q  Isn't it true that in some of your
24 appointments to positions in city service,

Page 55

1  you have sought to ratify the Hispanic community
2  by making decisions that you know will please the
3  Hispanic community?
4      A  When I appointed Cisco Ortiz acting
5  chief of the New Haven police department, I did so
6  for no reason other than the fact that he was the
7  best qualified individual to do it. Perhaps you're
8  aware of something specific.
9      Q  Mr. Mayor, in connection with the
10 appointment of Francisco Ortiz, isn't it true that
11 you had contact from Hernandez who was advocating
12 for that appointment?
13     A  As acting chief of the department? I had
14 no such contact.
15     Q  No, no, no. In connection with the
16 appointment with the promotion of Francisco Ortiz
17 to the position of assistant chief, isn't it true
18 that you received contact from Hernandez who was
19 advocating for your appointment of Ortiz?
20     A  I have no recollection of contact with
21 Reverend Hernandez about that point. Chief Wearing
22 came to me, told me Dick McDonald was vacating the
23 position. I asked Chief Wearing who he wanted to
24 recommend to the Board of Police Commissioners. He

Page 56

1  felt Francisco Ortiz was ready to take on this
2  responsibility. I said I agreed. That was the end
3  of it.
4      Q  This appointment was quite recent, was
5  it not?
6      A  The assistant chief was about two or
7  three months ago.
8      Q  Are you denying that you had any
9  lobbying at all from the Hispanic community?
10     A  You didn't ask me that question.
11     Q  I am asking it now -- were you prompted
12 by any leaders of the Hispanic community to
13 approve the promotion of Francisco Ortiz?
14     A  I had -- do not recall -- I am sure I
15 got calls about the vacancy once it occurred. I
16 don't recall specifically, I may well have
17 received calls from people about the assistant
18 chief's position. I don't recall a call from
19 Reverend Hernandez.
20     Q  Did you have any meetings with Hernandez
21 at which the topic of Francisco Ortiz's possible
22 promotion was discussed?
23     A  Not that I recall. I don't preclude it
24 but I don't recall it.