UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ARPAD TOLNAY** | : | |
|    Plaintiff | : | |
| | : | |
| V. | : | CIVIL NO. 3:02CV1514 (EBB) |
| | : | |
| **MELVIN WEARING** | : | |
|    Defendant | : | NOVEMBER 23, 2005 |

### DEFENDANT'S MOTION IN LIMINE RE: TESTIMONY OF CHIEF FRANCISCO ORTIZ

Pursuant to Rules 402 and 403 of the Federal Rules of Evidence, the defendant hereby moves this Court, in limine, to limit the scope of testimony from Chief Francisco Ortiz to events that took place in August 2002.

The defendant has filed the attached Memorandum of Law in Support of the Motion in Limine.

**ORAL ARGUMENT IS NOT REQUESTED**

                                                THE DEFENDANT

                                                /s/_____
                                                Jonathan H. Beamon
                                                Assistant Corporation Counsel
                                                City of New Haven
                                                165 Church Street, 4th Floor
                                                New Haven, CT  06510
                                                Phone:  (203) 946-7958
                                                Fax: (203) 946-7942
                                                Federal Bar No. ct22937
                                                E-mail: jbeamon@newhavenct.net

## **C E R T I F I C A T I O N**

    I hereby certify that a copy of the foregoing Motion in Limine re: Testimony of Chief Francisco Ortiz has been mailed, postage prepaid, on November 23, 2005 to the following:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street
New Haven, CT 06510

Robert A. Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880-4739

                                                /s/_____
                                                Jonathan H. Beamon