UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | |
| : | |
| Plaintiff, : | |
| : | Civil No. 3:02CV1514 (EBB) |
| V. : | |
| : | |
| MELVIN WEARING : | |
| : | November 29, 2005 |
| Defendant. | |

## PLAINTIFF'S EXHIBIT LIST

:

1. New Haven Department of Police Service Case Incident Report dated July 26, 2002 re: Arrest of Armando Hernandez and Daniel Rodriguez.

2. Misdemeanor Summons and Complaint dated July 26, 2002 re: Armando Hernandez.

3. New Haven Register article dated July 31, 2002.

   **OBJECTION: Hearsay, relevance.**

4. New Haven Department of Police Service Case Incident Report. dated August 3, 2002 re: Daniel Rodriguez.

5. New Haven Register article dated August 6, 2002.

   **OBJECTION: Hearsay, relevance.**

6.  New Haven Register article dated August 7, 2002.

**OBJECTION: Hearsay, relevance.**

7.  New Haven Register article dated August 7, 2002.

**OBJECTION: Hearsay, relevance.**

8.  New Haven Register editorial of August 11, 2002.

**OBJECTION: Hearsay, relevance.**

9.  Letter to the Editor of the New Haven Register.

**OBJECTION: Hearsay, relevance.**

10. New Haven Register article dated November 8, 2002.

**OBJECTION: Hearsay, relevance.**

11. Plaintiff's August 3, 2002 case incident report re: August 3, 2002 motor vehicle stop.

12. August 3, 2002 memorandum plaintiff to Captain Francisco Ortiz re: August 3, 2002 motor vehicle stop.

**OBJECTION: Hearsay, relevance.**

13. August 3, 2002 memorandum from Officer C. Colon re: August 3, 2002 motor vehicle stop.

**OBJECTION: Hearsay, relevance.**

14. August 4, 2002 memorandum from Officer C. Colon to Captain T. Veno re:

August 3, 2002 motor vehicle stop.

**OBJECTION: Hearsay, relevance.**

15. August 5, 2002 memorandum from Officer Waleska Bermudez to Captain Ortiz re: August 3, 2002 motor vehicle stop.

**OBJECTION: Hearsay, relevance.**

16. August 8, 2002 memorandum from Captain Francisco Ortiz to defendant Wearing re: citizen's complaint.

17. August 14, 2002 memorandum from defendant to plaintiff.

18. August 16, 2002 personnel memorandum regarding plaintiff by Melvin H. Wearing.

19. Personnel memorandum regarding Jason Koenig dated July 31, 1997 authored by Melvin H. Wearing

**OBJECTION: Relevance.**

20. Personnel memorandum regarding Officer Domingo Paul dated October 23, 1997 authored by Melvin H. Wearing.

**OBJECTION: Relevance.**

21. Personnel memorandum regarding Dispatcher Assistant I Maurice Evans dated June 16, 1998 authored by Melvin H. Wearing.

**OBJECTION: Relevance.**

22. Personnel memorandum regarding Officer Robert Lawlor. dated August 10, 1998 authored by Melvin H. Wearing.

**OBJECTION: Relevance.**

23. Personnel memorandum regarding Sergeant Peter Reichard dated October 28, 1998 authored by Melvin H. Wearing.

**OBJECTION: Relevance.**

24. Personnel memorandum regarding Officer Samson Reed dated March 2, 1999 authored by Melvin H. Wearing.

**OBJECTION: Relevance.**

25. Personnel memorandum regarding Officer Raymond Crowley dated March 5, 1999 authored by Melvin H. Wearing.

**OBJECTION: Relevance.**

26. Personnel memorandum regarding Building Attendant Nicholas Schiavone dated June1, 1999 authored by Melvin H. Wearing.

**OBJECTION: Relevance.**

27. Personnel memorandum regarding Assistant Animal Control Officer Nancy Choronzy dated June 28, 1999

authored by Melvin H. Wearing.

**OBJECTION: Relevance.**

28. Personnel memorandum regarding Dispatcher Assistant Deloris Lopez dated July 1, 1999 authored by Melvin H. Wearing.

**OBJECTION: Relevance.**

29. Personnel memorandum regarding Officer Raymond Crowley dated March 23, 2000 authored by Melvin H. Wearing.

**OBJECTION: Relevance.**

30. Personnel memorandum regarding Detective Petisia Adger dated September 15, 2000 authored by Melvin H. Wearing.

**OBJECTION: Relevance.**

31. Personnel memorandum regarding Detective Marc Calafiore dated September 18, 2000 authored by Melvin H. Wearing.

**OBJECTION: Relevance.**

32. Page one of personnel memorandum regarding Assistant Animal Control Officer Jean Marden dated December 8, 2000 authored by Melvin H. Wearing.

**OBJECTION: Relevance.**

33. Personnel memorandum regarding Officer Angel Valentin dated March 22, 2001 authored by Melvin H. Wearing.

    **OBJECTION: Relevance.**

34. Page one of personnel memorandum regarding Dispatcher Assistant Maurice Evans dated January 23, 2002 authored by Melvin H. Wearing.

    **OBJECTION: Relevance.**

35.. Personnel memorandum regarding Officer Caminer Lavache dated October 4, 2002 authored by Melvin H. Wearing.

    **OBJECTION: Relevance.**

36. May 21, 2003 New Haven Register article.

    **OBJECTION: Hearsay, relevance.**

                                        THE PLAINTIFF
                                        ARPAD TOLNAY

                                        BY: _____
                                         Karen Lee Torre
                                         Fed. Bar No. 01707
                                         51 Elm Street, Suite 307
                                         New Haven, CT 06150
                                         Tel.203-865-5541
                                         FAX:(203) 865–4844

                                        His Attorney

762972.1(HS-FP)

6