UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY | : |
|     Plaintiff | : |
| | Civil No. 3:02CV1504 (EBB) |
| V. | : |
| MELVIN WEARING | : |
| | November 29 , 2005 |
|     Defendant | : |

**PLAINTIFF'S WITNESS LIST**

    1.    **Arpad Tolnay**.  The plaintiff will testify regarding his history of service in the New Haven Police Department, his work record and reputation, police officer training, the circumstances surrounding the arrests which led to the dispute which is the subject of this action, his interactions with the defendant and other superior officers involved in the events, the adverse actions taken against him, and his economic and non-economic damages.

    2.    **Melvin Wearing**.  The defendant will be called to testify regarding his duties and authority as Chief of Police, the chain of command, his involvement in the events complained of, his disciplinary and adverse actions against the plaintiff and his patterns and practice of discipline respecting other department officers and employees.

    3.    **David Newman**.  Will be called to testify regarding his authority and job duties as a Supervisory Assistant State's Attorney, his interactions and communications with the defendant regarding the prosecution of the individuals arrested by the plaintiff, standards and past

practices of his office, and the circumstances under which the arrestees were granted nolles of all charges.

4. **Sherri Murowski**. Will be called to testify regarding her duties and responsibilities as an employee in the State's Attorney's Office at G.A. 23 in New Haven, her relationship with David Newman, her knowledge of the workings and practices of the office with respect to the handling of the criminal docket, the interactions between David Newman and the defendant regarding the disposition of the criminal charges against Messrs. Hernandez and Rodriguez and the manner in which the charges were nolled.

5. **John DeStefano**. Will be called to testify regarding the powers and duties of his office, his role and authority with the respect to the appointment of Chiefs of Police and other department heads in city service, his relationship and communications with the arrestees, his relationship with the leaders and members of the congregation of the Second Star of Jacob Church, his appearance at the church and public speech respecting the arrests of Messrs. Hernandez and Rodriguez and their role as political supporters and vote-getters for the Mayor.

6. **Armando Hernandez**. Will be called to testify regarding the circumstances of his arrest and his behavior toward the plaintiff and other officers at the scene of the arrest. He will also be called to testify regarding his relationship with Mayor DeStefano and New Haven Police Officials. He will also testify regarding his second encounter with the plaintiff during a motor vehicle stop and his relationship and communications with then-captain, now Chief of Police

2

Francisco Ortiz.

       7.    **Daniel Rodriguez**.  Will be called to testify regarding the circumstances of his arrest and his behavior toward the plaintiff and other officers at the scene of the arrest.  He will also be called to testify regarding his relationship with Mayor DeStefano and New Haven Police Officials.  He will also testify regarding his second encounter with the plaintiff during a motor vehicle stop and his relationship and communications with then-captain, now Chief of Police Francisco Ortiz.

       8.    **Louis Cavalier**.  Will be called to testify regarding his role and years of service as the President of the New Haven Police Officers Union and his personal knowledge of the disciplinary patterns and practices of the defendant and the New Haven Police Department and the effects of discipline on officers.

       9.    **Leo Bombalicki**.  Will be called to testify regarding the meeting between the parties which led to the adverse actions complained of, the Union's role in the disciplinary process and the Department's pattern and practice with respect to officer discipline.

       10.    **Francisco Ortiz**: Will be called to testify regarding his role in the city's favorable treatment of Messrs. Hernandez and Rodriguez, the enforcement actions taken against them, orders issued to the plaintiff with respect to both men, his relationship with Hernandez and Rodriguez and his role in the adverse actions taken against the plaintiff.

       11.    **Officer Jaime Abate**: Will testify to the incident involving Messrs.

Hernandez and Rodriguez and defendant's responsive conduct.

    12.    **Sgt. Jeff Hoffman**:  Will testify to the incident involving Messrs. Hernandez and Rodriguez and defendant's responsive conduct.

    13.    **Officer Waleska Bermudez**: Will testify as to plaintiff's and her conduct in connection with the motor vehicle stop.

        THE PLAINTIFF
        ARPAD TOLNAY


BY: _____
     Karen Lee Torre
     Fed. Bar No. 01707
     51 Elm Street, Suite 307
     New Haven, CT 06150
     Tel. 203-865-5541
     FAX: (203) 865–4844
     His Attorney