UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL NO. 3:02CV1514 (EBB) |
| Plaintiff | : | |
| V. | : | |
| MELVIN WEARING | : | |
| Defendant | : | NOVEMBER 29, 2005 |

## PLAINTIFF'S PROPOSED VERDICT FORM

**A.   LIABILITY**

    1.   Do you find that one or more of the plaintiff's First Amendment-protected expressions of opinion were a substantial motivating factor in the defendant's decision to suspend the plaintiff from his employment?

Answer:   Yes _____   No_____

    2.   Do you find that one or more of the plaintiff's First Amendment-protected expressions of opinion were a substantial factor in the defendant's decision to reassign the plaintiff?

Answer:   Yes _____   No_____

If you answered "yes" to **either** or **both** Question A.1 and/or A.2 above, proceed to Section B. below (damages).

**B.  COMPENSATORY DAMAGES**

    1.  **Economic Damages**.

What amount of economic damages do you award the plaintiff? $_____.

    2.  **Non-Economic Damages**.

What amount of non-economic damages do you award the plaintiff for such injuries as humiliation, embarrassment, reputational harm, inconvenience annoyance and emotional distress? $_____.

**C.  PUNITIVE DAMAGES**

    1.  Do you find, by a preponderance of the evidence, that the defendant acted either wilfully, intentionally **OR** in reckless disregard of the plaintiff's civil rights?

Answer:   Yes _____   No _____

    2.  If your answer to question C1 above is "yes", what amount, if any, of punitive damages do you find is necessary, and thus assess, in order to punish the misconduct and/or deter the defendant and others similarly situated from engaging in such misconduct in the future? $_____.

THE PLAINTIFF

BY_____
Karen Lee Torre
Fed. Bar No. ct01707
51 Elm St., Suite 307
New Haven, CT 06510
Tel. 203-865-5541
Fax. 203-865-4844

His Attorney