### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ARPAD TOLNAY** | : | |
| **Plaintiff** | : | |
| | : | |
| **V.** | : | **CIVIL NO. 3:02CV1514 (EBB)** |
| | : | |
| **MELVIN WEARING** | : | |
| **Defendant** | : | **DECEMBER 1, 2005** |

### <u>DEFENDANT'S MOTION IN LIMINE RE:</u>
### <u>TESTIMONY OF DAVID NEWMAN</u>

Pursuant to Rules 402 and 403 of the Federal Rules of Evidence, the defendant hereby moves this Court, in limine, to limit the scope of testimony from David Newman to events that took place in August 2002 relative to the instant lawsuit.

The defendant has filed the attached Memorandum of Law in Support of the Motion in Limine.

**ORAL ARGUMENT IS NOT REQUESTED**

THE DEFENDANT

/s/_____
Jonathan H. Beamon
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT  06510
Phone:  (203) 946-7958
Fax: (203) 946-7942
Federal Bar No. ct22937
E-mail: jbeamon@newhavenct.net


### C E R T I F I C A T I O N

I hereby certify that a copy of the foregoing Motion in Limine re: Testimony of

David Newman has been hand delivered on December 1, 2005 to the following:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street
New Haven, CT 06510

Robert A. Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880-4739

/s/_____
Jonathan H. Beamon