UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------X
ARPAD TOLNAY,                     :
            Plaintiff,            :   CIVIL ACTION NO.
      v.                          :   3:02 CV 1514 (EBB)
                                  :
MELVIN WEARING,                   :
            Defendant.            :
                                  :
---------------------------------X

## VERDICT FORM

**A.  LIABILITY**

  1.  Do you find that one or more of the plaintiff's First Amendment-protected expressions of opinion made during the meeting of August 13, 2002 were a substantial motivating factor in the defendant's decision to suspend the plaintiff from his employment?

      Answer:    Yes  **X**        No _____

  2.  Do you find that one or more of the plaintiff's First Amendment-protected expressions of opinion made in the Case Incident Report of August 3, 2002 were a substantial motivating factor in the defendant's decision to suspend the plaintiff from his employment?

      Answer:    Yes  **X**        No _____

Page 1 of  4

3. Do you find that one or more of the plaintiff's First Amendment-protected expressions of opinion made during the meeting of August 13, 2002 were a substantial motivating factor in the defendant's decision to reassign the plaintiff?

Answer:   Yes  X      No ____

4. Do you find that one or more of the plaintiff's First Amendment-protected expressions of opinion made in the Case Incident Report of August 3, 2002 were a substantial motivating factor in the defendant's decision to reassign the plaintiff?

Answer:   Yes  X      No ____

If you answered "Yes" to Question A.1, Question A.2, Question A.3, and/or Question A.4 above, proceed to Section B.

B.   **COMPENSATORY DAMAGES**

1. Economic Damages.

What amount of economic damages do you award the plaintiff? $ 903.84 .

2. <u>Non-Economic Damages</u>.

What amount of non-economic damages do you award the plaintiff for such injuries as humiliation, embarrassment, harm to his reputation, inconvenience, annoyance and emotional distress? $ _150,000_ .

C. **PUNITIVE DAMAGES**

1. Do you find, by a preponderance of the evidence, that the defendant acted either willfully, intentionally **OR** in reckless disregard of the plaintiff's civil rights?
<u>Answer</u>:   Yes _X_   No _____

2. If your answer to question C1 above is "Yes," do you assess punitive damages?
<u>Answer</u>:   Yes _X_   No _____

3. If you answered "Yes" to question C2, what amount do you find is necessary, and thus assess, in order to punish the misconduct and/or deter the defendant and others similarly situated from engaging in such conduct in the future? $ _5 million_ .

                                              _____
                                              Foreperson

Dated at New Haven, Connecticut this **12** day of December, 2005.