AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF CT

United States District Court
FILED AT NEW HAVEN
12/12 2005
Kevin F. Rowe, Clerk
By M. Ruocco
Deputy Clerk

Tolnay v. Wearing

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:02cv1514

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen Burns | K. Torre | R. Rhodes / J. Beamon |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/1/05 - 12/12/05 | Falzarano | M. Ruocco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/8/05 | | | Juror note re: damages |
| 2 | | 12/12/05 | | | Juror note re: verdict |