AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF CT

FILED 12/12 2005
Kevin F. Rowe, Clerk
By M. Ruocco, Deputy Clerk

**Tolnay v. Wearing**

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:02cv1514(EBB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen Burns | Karen Torre | R. Rhodes / J. Beamon |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/1/05 – 12/12/05 | Falzarano | M. Ruocco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 12/1/05, 12/2/05 | | | Arpad Tolnay – Shelton, CT |
| ✓ | | 12/2/05, 12/5/05, 12/6/05 | | | Melvin Wearing – West Haven, CT |
| ✓ | | 12/5/05 | | | David Newman – Monroe, CT |
| ✓ | | 12/6/05 | | | Leo Bombalicki – New Haven, CT |
| ✓ | | 12/6/05, 12/7/05 | | | John DeStefano – New Haven, CT |
| ✓ | | 12/7/05 | | | Shari Murawski – New Haven, CT |
| ✓ | | 12/7/05 | | | Francisco Ortiz – New Haven, CT |
| ✓ | | 12/7/05 | | | Jamie Sanchez – Meriden, CT |
| | ✓ | 12/7/05 | | | Scott Nabel – Branford, CT |
| | ✓ | 12/7/05 | | | Melvin Wearing – |