

United States District Court
District of Connecticut
FILED AT NEW HAVEN
12/12 20 05
Kevin F. Rowe, Clerk
By M. Ruocco
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY<br>**Plaintiff** | :<br>:<br>: |
| V. | :    CIVIL NO. 3:02CV1514 (EBB) |
| MELVIN WEARING<br>**Defendant** | :<br>:<br>:    DECEMBER 1, 2005 |

### DEFENDANT'S EXHIBIT LIST

F. 12/7/05    A.    Memorandum from Chief Wearing dated August 16, 2002

F 12/7/05    B.    Wearing's summary of incident.

C.    Plaintiff's 2002 attendance controller

D.    Payroll records re: overtime plaintiff earned in 2002

E.    Agreement resolving grievance dated October 16, 2003

Full 12/6/05    F.    Letter from Wearing to Tolnay dated August 14, 2002

Full 12/6/05    G.    Letter from Wearing to Abate and Tolnay dated August 9, 2002

Full 12/6/05    H.    Memorandum from Ortiz to Wearing re: Citizens Complaint dated August 8, 2002

F. 12/7/05    I.    Memo from Tolnay to Ortiz dated August 3, 2002

Full 12/6/05    J.    Photos of Chief's Office

K.    Certified Mayoral Election Results in New Haven, 2001 and 2003

OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN
165 Church Street, New Haven, CT 06510
Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715

THE DEFENDANT

/s/ _____
Jonathan H. Beamon
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT 06510
Phone: (203) 946-7958
Fax: (203) 946-7942
Federal Bar No. ct22937
E-mail: jbeamon@newhavenct.net

## CERTIFICATION

I hereby certify that a copy of the foregoing has been hand delivered on December 1, 2005 to the following:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street
New Haven, CT 06510

Robert A. Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880-4739

/s/ _____
Jonathan H. Beamon