**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ARPAD TOLNAY

     v.                                  Civil No.  3:02CV1514 (EBB)

MELVIN WEARING

## J U D G M E N T

This matter came on for trial before a jury and the Honorable Ellen Bree Burns, Senior United States District Judge.  On December 12, 2005, the jury returned a verdict for the plaintiff and awarded $150,903.84 in compensatory damages and $5,000,000.00 in punitive damages.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff in the amount of $5,150,903.84 and the case is closed.

Dated at New Haven, Connecticut this 14th day of December, 2005.

KEVIN F. ROWE, Clerk
By

Melissa Ruocco
Deputy Clerk

EOD : _____