IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
|     Defendant | : | DECEMBER 28, 2005 |

## DEFENDANT'S MOTION FOR REMITTITUR

Pursuant to Rule 59 of the Federal Rules of Civil Procedure and Local Rule 7, the defendant, Melvin Wearing, the former Chief of Police for the City of New Haven, moves the Court to substantially reduce the jury's award of noneconomic compensatory damages and its award of punitive damages and to offer the plaintiff the opportunity to accept the reduced awards in lieu of submitting to a new trial. This motion is submitted in the alternative to Chief Wearing's motion for judgment as a matter of law and his motion for a new trial. If the Court does not enter a judgment as a matter of law in favor of Chief Wearing or order a new trial outright, the Court should give the plaintiff the option of accepting substantially reduced amounts for (1) the award of compensatory (noneconomic) damages and (2) the award of punitive damages or submitting to a new trial.

In support of his motion, Chief Wearing has submitted a memorandum of law and a consolidated appendix of Exhibits (1 through 46). He also incorporates by reference the pleadings and arguments submitted in connection with his other post-trial motions. For the reasons set forth in detail in the accompanying memorandum of law, the Court should grant Chief Wearing's motion.

**ORAL ARGUMENT REQUESTED**

**WHEREFORE**, Chief Wearing requests that the Court grant his motion for remittitur, in the alternative.

Respectfully submitted,

**DEFENDANT**
**MELVIN WEARING**

By: _____

Jonathan H. Beamon, Esq.
CT Fed. Bar No. 22937
Assistant Corporation Counsel
**OFFICE OF THE NEW HAVEN**
  **CORPORATION COUNSEL**
165 Church Street, 4th Floor
New Haven, CT 06510
Tel:     (203) 946-7958
Fax:     (203) 946-7942
E-Mail: JBeamon@Newhavenct.net

Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:     (203) 227-2855
Fax:     (203) 227-6992
E-Mail: rhodes@halloran-sage.com

and

John B. Farley, Esq.
CT Fed. Bar No. 02239
Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel:     (860) 522-6103
Fax:     (860) 548-0006
E-Mail: johnsonr@halloran-sage.com

His Attorneys

## CERTIFICATION

This is to certify that on this 28th day of December, 2005, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06150

_____
Ralph W. Johnson, III

771841_1.DOC