IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
|     Defendant | : | DECEMBER 28, 2005 |

## DEFENDANT'S MOTION FOR THE ENTRY OF JUDGMENT AS A MATTER OF LAW

Pursuant to Rule 50(b) of the Federal Rules of Civil Procedure and Local Rule 7, the defendant, Melvin Wearing, the former Chief of Police for the City of New Haven, moves for the entry of judgment as a matter of law in his favor. In support of his motion, Chief Wearing has submitted a memorandum of law and consolidated appendix of exhibits (Exhibits 1 through 46). For the reasons set forth in detail in the memorandum of law, the Court should grant Chief Wearing's motion and enter judgment in his favor.

**ORAL ARGUMENT REQUESTED**

**WHEREFORE**, Chief Wearing requests that the Court grant his motion and enter judgment as a matter of law in his favor.

                                        Respectfully submitted,

                                        **DEFENDANT**
                                        **MELVIN WEARING**

                                        By: _____

| | |
|---|---|
| Jonathan H. Beamon, Esq. | Robert A. Rhodes, Esq. |
| CT Fed. Bar No. 22937 | CT Fed. Bar No. 13583 |
| Assistant Corporation Counsel | **HALLORAN & SAGE LLP** |
| **OFFICE OF THE NEW HAVEN CORPORATION COUNSEL** | 315 Post Road West |
| 165 Church Street, 4th Floor | Westport, CT 06880 |
| New Haven, CT 06510 | Tel: (203) 227-2855 |
| Tel: (203) 946-7958 | Fax: (203) 227-6992 |
| Fax: (203) 946-7942 | E-Mail: rhodes@halloran-sage.com |
| E-Mail: JBeamon@Newhavenct.net | |

                                                                    and

                                          John B. Farley, Esq.
                                          CT Fed. Bar No. 02239
                                          Ralph W. Johnson III, Esq.
                                          CT Fed. Bar No. 15277
                                          **HALLORAN & SAGE LLP**
                                          One Goodwin Square
                                          225 Asylum Street
                                          Hartford, CT 06103
                                          Tel: (860) 522-6103
                                          Fax: (860) 548-0006
                                          E-Mail: johnsonr@halloran-sage.com

                                          His Attorneys

## **CERTIFICATION**

  This is to certify that on this 28th day of December, 2005, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06150

_____
Ralph W. Johnson, III

771831_1 DOC