IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
| Defendant | : | DECEMBER 28, 2005 |

## DEFENDANT'S MOTION FOR A NEW TRIAL

Pursuant to Rule 59 of the Federal Rules of Civil Procedure and Local Rule 7, the defendant, Melvin Wearing, the former Chief of Police for the City of New Haven, moves for an order directing that a new trial be held in this matter. In support of his motion, Chief Wearing has submitted a memorandum of law and a consolidated appendix of exhibits (Exhibits 1 though 46). This motion is submitted in the alternative to Chief Wearing's motion for the entry of judgment as a matter of law. If the Court does not enter judgment as a matter of law in favor of Chief Wearing, it should order a new trial. The pleadings submitted in connection with the motion for judgment as a matter of law are incorporated by reference into this motion.

For the reasons stated in detail in the accompanying memorandum of law, the Court should grant Chief Wearing's motion.

**ORAL ARGUMENT REQUESTED**

WHEREFORE, Chief Wearing requests that the Court grant his motion and order a new trial.

                              Respectfully submitted,

                              **DEFENDANT**
                              **MELVIN WEARING**

                            By: _____

| | |
|---|---|
| Jonathan H. Beamon, Esq. | Robert A. Rhodes, Esq. |
| CT Fed. Bar No. 22937 | CT Fed. Bar No. 13583 |
| Assistant Corporation Counsel | **HALLORAN & SAGE LLP** |
| **OFFICE OF THE NEW HAVEN CORPORATION COUNSEL** | 315 Post Road West |
| | Westport, CT 06880 |
| 165 Church Street, 4th Floor | Tel:   (203) 227-2855 |
| New Haven, CT 06510 | Fax:  (203) 227-6992 |
| Tel:   (203) 946-7958 | E-Mail: rhodes@halloran-sage.com |
| Fax:  (203) 946-7942 | |
| E-Mail: JBeamon@Newhavenct.net | and |
| | |
| | John B. Farley, Esq. |
| | CT Fed. Bar No. 02239 |
| | Ralph W. Johnson III, Esq. |
| | CT Fed. Bar No. 15277 |
| | **HALLORAN & SAGE LLP** |
| | One Goodwin Square |
| | 225 Asylum Street |
| | Hartford, CT  06103 |
| | Tel:   (860) 522-6103 |
| | Fax:  (860) 548-0006 |
| | E-Mail: johnsonr@halloran-sage.com |
| | |
| | His Attorneys |

## **CERTIFICATION**

This is to certify that on this 28th day of December, 2005, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06150

                                                      Ralph W. Johnson, III

771810_1 DOC