IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | CIVIL ACTION NO. |
| Plaintiff : | 3:02-CV-1514 (EBB) |
| V. : | |
| MELVIN WEARING : | |
| Defendant : | DECEMBER 28, 2005 |

## DEFENDANT'S MOTION TO CORRECT/SUPPLEMENT RECORD

The defendant, Melvin Wearing, the former Chief of Police for the City of New Haven, hereby moves the Court for an order allowing the record in this matter to be corrected/supplemented. In support of his motion, Chief Wearing submits the affidavit of his attorney, Robert A. Rhodes, attached hereto as Exhibit 1. By this motion, Chief Wearing requests that the Court docket a copy of the jury interrogatories provided to the Court and to the plaintiff's counsel during the charge conference held on December 8, 2005. That conference was not recorded by a stenographer. A copy of the jury interrogatories is attached as Exhibit A to Attorney Rhodes' affidavit. In further support of his motion, Chief Wearing states as follows:

1. On December 8, 2005, the Court held a conference regarding the instructions to be given to the jury. (Rhodes Aff. ¶ 3)

2. During the December 8 charge conference, Attorney Rhodes, Chief Wearing's co-trial counsel, gave the Court and the plaintiff's counsel a set of proposed interrogatories to be given to the jury. (Id. ¶ 4)

3. The proposed interrogatories were not, however, filed with the Clerk of the Court. (Id.)

**ORAL ARGUMENT REQUESTED**

4.  A true and accurate copy of the jury interrogatories that Attorney Rhodes gave to the Court and to the plaintiff's counsel at the December 8 charge conference is attached as Exhibit A to Attorney Rhodes' affidavit submitted with this motion. (Id. ¶ 5)

5.  By this motion, Chief Wearing requests that the Court docket the copy of the proposed jury interrogatories submitted to it during the December 8 charge conference and identify those interrogatories on the docket as having been provided to the Court during the December 8 charge conference.

**WHEREFORE**, good cause having been shown, Chief Wearing requests that the Court grant his motion as requested above.

Respectfully submitted,

**DEFENDANT**
**MELVIN WEARING**

By: _____

| | |
|---|---|
| Jonathan H. Beamon, Esq. | Robert A. Rhodes, Esq. |
| CT Fed. Bar No. 22937 | CT Fed. Bar No. 13583 |
| Assistant Corporation Counsel | **HALLORAN & SAGE LLP** |
| **OFFICE OF THE NEW HAVEN** | 315 Post Road West |
| **CORPORATION COUNSEL** | Westport, CT 06880 |
| 165 Church Street, 4th Floor | Tel:    (203) 227-2855 |
| New Haven, CT 06510 | Fax:   (203) 227-6992 |
| Tel:    (203) 946-7958 | E-Mail: rhodes@halloran-sage.com |
| Fax:   (203) 946-7942 | |
| E-Mail: JBeamon@Newhavenct.net | and |

John B. Farley, Esq.
CT Fed. Bar No. 02239
Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel:    (860) 522-6103
Fax:   (860) 548-0006
E-Mail: johnsonr@halloran-sage.com

His Attorneys

3

## CERTIFICATION

This is to certify that on this 28th day of December, 2005, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06150

                                                                                                                   _____

                                                                                                                    Ralph W. Johnson, III

773164_1 DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
| Defendant | : | DECEMBER 21, 2005 |

### AFFIDAVIT OF ROBERT A. RHODES

| | | |
|---|---|---|
| STATE OF CONNECTICUT | ) | |
| | ) | ss. Westport |
| COUNTY OF FAIRFIELD | ) | |

**ROBERT A. RHODES**, being duly sworn and upon personal knowledge, deposes and states as follows:

1. I am a partner in the law firm of Halloran & Sage LLP, counsel for the defendant, Melvin Wearing, in the above-captioned action. I submit this affidavit in support of the defendant's motion to correct/supplement the record.

2. I served as co-trial counsel for the defendant in the jury trial of this case.

3. On December 8, 2005, the Court held a conference regarding the instructions to be given to the jury.

4. During the December 8 charge conference, I presented to the Court and the plaintiff's counsel, a set of proposed interrogatories to be given to the jury. The proposed interrogatories were not, however, filed with the Clerk.

5. A true and accurate copy of the jury interrogatories that I gave to the Court and the plaintiff's counsel at the December 8 charge conference is attached hereto as Exhibit A.

*[signature]*
Robert A. Rhodes

Subscribed and Sworn to before me
this ___ day of December 2005.

*[signature]*

~~Notary Public~~ John W. Dietz
Commissioner of the Superior Court

771820_1 DOC

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02 CV 1514 (JCH) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
|     Defendant | : | DECEMBER ____, 2005 |

## JURY INTERROGATORIES

1. Do you find that the statements contained in the plaintiff's report of August 3, 2002 constituted speech protected by the First Amendment?

   Yes ____   No ____

2. Do you find that the statements made by the plaintiff during his meeting with Melvin Wearing on August 13, 2003, constituted speech protected by the First Amendment?

   Yes ____   No ____

   If you have responded "Yes" to either interrogatories 1 or 2, proceed to interrogatory 3. If you responded "No" to both interrogatories 1 and 2, proceed to the Defendant's Verdict form.

3. Do you find that any protected speech contained in the report of August 3, 2002 was a substantial or motivating factor behind the plaintiff's suspension from duty?

   Yes ____   No ____

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

4. Do you find that any protected speech in the meeting of August 13, 2002, was a substantial or motivating factor behind the plaintiff's suspension from duty?

Yes _____   No _____

If you have responded "Yes" to either interrogatories 3 or 4, then proceed to interrogatory 5. If you responded "No" to both interrogatories 3 and 4, proceed to the Defendant's Verdict form.

5. Do you find that Melvin Wearing would have suspended the plaintiff from duty even if the plaintiff had not made the statements which you determined to be protected by the First Amendment?

Yes _____   No _____

If you have responded "No" to interrogatory 5, proceed to interrogatory 6. If you responded "Yes" to interrogatory 5, proceed to the Defendant's Verdict form.

6. Do you find that the interests of Melvin Wearing in promoting a disciplined, effective and efficient police department outweigh the plaintiff's First Amendment rights under the facts and circumstances of the present case?

Yes _____   No _____

2

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

If you have responded "No" to interrogatory 6, proceed to interrogatory 7. If you responded "Yes" to interrogatory 6, proceed to the Defendant's Verdict form.

7. Do you find that it was objectively reasonable for Melvin Wearing to believe that he could suspend the plaintiff for his conduct on August 13, 2002, without violating the plaintiff's First Amendment rights.

Yes \_\_\_\_   No \_\_\_\_

If you have responded "No" to interrogatory 7, proceed to interrogatory Plaintiff's Verdict Form. If you responded "Yes" to interrogatory 7, proceed to the Defendant's Verdict form.

3

HALLORAN
& SAGE LLP

315 Post Road West
Westport, CT 06880

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

DEFENDANT
MELVIN WEARING

By_____
ROBERT A. RHODES
HALLORAN & SAGE LLP
Fed. Bar #ct 13583
315 Post Road West
Westport, CT 06880
Telephone:  (203) 227-2855
Facsimile:   (203) 227-6992
rhodes@halloran-sage.com

4

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195