IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
| Defendant | : | DECEMBER 28, 2005 |

## DEFENDANT'S MOTION FOR LEAVE
## TO FILE SUPPLEMENTAL BRIEFS IN SUPPORT OF HIS POST-TRIAL MOTIONS

The defendant, Melvin Wearing, the former Chief of Police for the City of New Haven,

hereby moves for an order allowing him to file supplemental briefs in support of his: (1) motion

for judgment as a matter of law, (2) motion for a new trial and (3) motion for a remittitur. As the

Court will recall, this case involved five days of trial testimony and a day for the closing

arguments and the jury charge. The verdict was received on the seventh day of the proceedings.

Thus, there are seven transcripts involved. Chief Wearing's counsel called the court reporter's

office the afternoon the verdict was received to order transcripts on an expedited basis. Counsel

received three days of transcripts on December 21 and one day's transcript on December 23.

Nonetheless, as of the filing of the post-trial motions, Chief Wearing's counsel had yet to receive

the transcripts for December 5, 7 and 12. Upon receipt of the transcripts, counsel will confirm

that copies are filed with the Court.

Accordingly, although Chief Wearing has cited the trial transcript he has in connection

with his post-trial motions, it would be appropriate and helpful if he was given the opportunity to

file supplemental briefs citing the transcripts in detail in connection with the arguments made in

support of the post-trial motions. The supplemental briefs should assist the Court with the

adjudication of the post-trial motions.

Specifically, assuming that the Court grants this motion, Chief Wearing requests that his

counsel be given 30 days from the date they receive the last transcript to file supplemental briefs.

**WHEREFORE**, Chief Wearing requests that the Court grant his motion and allow him

to file the supplemental briefs in the manner described above.

Respectfully submitted,

**DEFENDANT
MELVIN WEARING**

By: _____

Jonathan H. Beamon, Esq.
CT Fed. Bar No. 22937
Assistant Corporation Counsel
**OFFICE OF THE NEW HAVEN
  CORPORATION COUNSEL**
165 Church Street, 4th Floor
New Haven, CT 06510
Tel:    (203) 946-7958
Fax:    (203) 946-7942
E-Mail:  JBeamon@Newhavenct.net

Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:    (203) 227-2855
Fax:    (203) 227-6992
E-Mail:  rhodes@halloran-sage.com

and

John B. Farley, Esq.
CT Fed. Bar No. 02239
Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
Tel:    (860) 522-6103
Fax:    (860) 548-0006
E-Mail:  johnsonr@halloran-sage.com

His Attorneys

## <u>CERTIFICATION</u>

This is to certify that on this 28th day of December, 2005, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06150


_____
Ralph W. Johnson, III


771752_1 DOC