IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
|     Defendant | : | DECEMBER 28, 2005 |

## APPEARANCE

Enter my appearance as Attorney for the defendant, Melvin Wearing, in the above-captioned case.

Respectfully Submitted,

**DEFENDANT**
**MELVIN WEARING**

By: _____
Ralph W. Johnson, III
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
Tele:   (860) 522-6103
Fax:    (860) 548-0006
E-Mail: johnsonr@halloran-sage.com

## CERTIFICATION

This is to certify that on this 28th day of December, 2005, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06150

Jonathan H. Beamon, Esq.
Assistant Corporation Counsel
Office of the New Haven Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

                                                                                       _____
                                                                                       Ralph W. Johnson, III

771861_1 DOC