IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
|     Defendant | : | DECEMBER 28, 2005 |

**CONSOLODATED APPENDIX OF EXHIBITS SUBMITTED IN SUPPORT OF THE DEFENDANT'S POST-TRIAL MOTIONS - VOLUME 1 OF 6**

The defendant, Melvin Wearing, submits this consolidated appendix of exhibits in support of his motion for judgment as a matter of law, motion for a new trial and motion for remittitur. The appendix consists of six volumes and contains the trial exhibits and trial transcripts. This volume of the appendix contains the following exhibits:

1. Court Exhibit No. 1 (Jury Note).

2. Plaintiff's Trial Exhibit No. 1. New Haven Department of Police Service Case Incident Report dated July 26, 2002 re: arrest of Armando Hernandez and Daniel Rodriguez.

3. Plaintiff's Trial Exhibit No. 2. Misdemeanor Summons and Complaint dated July 26, 2002 re: Armando Hernandez

4. Plaintiff's Trial Exhibit No. 3. New Haven Register Article dated July 31, 2002.

5. Plaintiff's Trial Exhibit No. 4. New Haven Department of Police Service Case Incident Report.

6. Plaintiff's Trial Exhibit No. 5. New Haven Register article dated August 6, 2002.

7. Plaintiff's Trial Exhibit No. 6. New Haven Register article dated August 7, 2002.

8. Plaintiff's Trial Exhibit No. 7. New Haven Register article dated August 7, 2002.

9. Plaintiff's Trial Exhibit No. 12. August 3, 2002 memorandum plaintiff to Captain Francisco Ortiz re: August 3, 2002 motor vehicle stop.

10. Plaintiff's Trial Exhibit No. 13. August 3, 2002 memorandum from Officer C. Colon re: August 3, 2002 motor vehicle stop.

11. Plaintiff's Trial Exhibit No. 14. August 4, 2002 memorandum from Officer C. Colon to Captain T. Veno re: August 3, 2002 motor vehicle stop.

12. Plaintiff's Trial Exhibit No. 15. August 5, 2002 memorandum from Officer Waleska Bermudez to Captain Ortiz re: August 3, 2002 motor vehicle stop.

13. Plaintiff's Trial Exhibit No. 16. August 8, 2002 memorandum from Captain Francisco Ortiz to defendant Wearing re: citizen's complaint.

14. Plaintiff's Trial Exhibit No. 17. August 14, 2002 memorandum from defendant to plaintiff.

15. Plaintiff's Trial Exhibit No. 18. August 16, 2002 personnel memorandum regarding plaintiff by Melvin H. Wearing.

16. Plaintiff's Trial Exhibit No. 19. Personnel memorandum regarding Jason Koenig dated July 31, 1007 authorized by Melvin H. Wearing.

17. Plaintiff's Trial Exhibit No. 20. Personnel memorandum regarding Officer Domingo Paul dated October 23, 1997 authored by Melvin H. Wearing.

18. Plaintiff's Trial Exhibit No. 21. Personnel memorandum regarding Dispatcher Assistant I Maurice Evans dated June 16, 1998 authored by Melvin H. Wearing.

19. Plaintiff's Trial Exhibit No. 22. Personnel memorandum regarding Officer Robert Lawlor dated August 10, 1998 authored by Melvin H. Wearing.

20. Plaintiff's Trial Exhibit No. 23. Personnel memorandum regarding Sergeant Peter Reichard dated October 28, 1998 authored by Melvin H. Wearing.

21. Plaintiff's Trial Exhibit No. 24. Personnel memorandum regarding Officer Samson Reed dated Mary 2, 1999 authored by Melvin H. Wearing.

22. Plaintiff's Trial Exhibit No. 25. Personnel memorandum regarding Officer Raymond Crowley dated March 5, 1999 authored by Melvin H. Wearing.

23. Plaintiff's Trial Exhibit No. 26. Personnel memorandum regarding Building Attendant Nicholas Schiavone dated June 1, 1999 authored by Melvin H. Wearing.

24. Plaintiff's Trial Exhibit No. 27. Personnel memorandum regarding Assistant Animal Control Officer Nancy Choronzy dated June 28, 1999 authored by Melvin H. Wearing.

25. Plaintiff's Trial Exhibit No. 28. Personnel memorandum regarding Dispatcher Assistant Deloris Lopez dates July 1, 1999 authored by Melvin H. Wearing.

26. Plaintiff's Trial Exhibit No. 29. Personnel memorandum regarding Officer Raymond Crowley dated March 23, 2000 authored by Melvin H. Wearing.

27. Plaintiff's Trial Exhibit No. 30. Personnel memorandum regarding Detective Petisia Adger dated September 15, 2000 authored by Melvin H. Wearing.

28. Plaintiff's Trial Exhibit No. 31. Personnel memorandum regarding Detective Marc Calafiore dated September 18, 2000 authored by Melvin H. Wearing.

29. Plaintiff's Trial Exhibit No. 32. Page one of personnel memorandum regarding Assistant Animal Control Officer Jean Marden dated December 8, 2000 authored by Melvin H. Wearing.

30. Plaintiff's Trial Exhibit No. 33. Personnel memorandum regarding Officer Angel Valentin dated March 22, 20001 authored by Melvin H. Wearing.

31. Plaintiff's Trial Exhibit No. 34. Personnel memorandum regarding Maurice Evans dated January 23, 2002 authored by Melvin H. Wearing.

32. Plaintiff's Trial Exhibit No. 35. Personnel memorandum regarding Officer Caminer Lavache dated October 4, 2002 authored by Melvin H. Wearing.

33. Defendant's Trial Exhibit A. Memorandum from Chief Wearing dated August 16, 2002.

34. Defendant's Trial Exhibit B. Wearing's summary of incident.

35. Defendant's Trial Exhibit F. Letter from Wearing to Tolnay dated August 14, 2002.

36. Defendant's Trial Exhibit G. Letter from Wearing to Abate and Tolnay dated August 9, 2002.

37. Defendant's Trial Exhibit H. Memorandum from Ortiz to Wearing re: Citizens Complaint dated August 8, 2002.

38. Defendant's Trial Exhibit I. Memo from Tolnay to Ortiz dated August 3, 2002.

39. Defendant's Trial Exhibit J. Photos of Chief's Office.

Respectfully submitted,

**DEFENDANT
MELVIN WEARING**

By: _____

| | |
|---|---|
| Jonathan H. Beamon, Esq. | Robert A. Rhodes, Esq. |
| CT Fed. Bar No. 22937 | CT Fed. Bar No. 13583 |
| Assistant Corporation Counsel | **HALLORAN & SAGE LLP** |
| **OFFICE OF THE NEW HAVEN** | 315 Post Road West |
| **CORPORATION COUNSEL** | Westport, CT 06880 |
| 165 Church Street, 4th Floor | Tel:    (203) 227-2855 |
| New Haven, CT 06510 | Fax:   (203) 227-6992 |
| Tel:    (203) 946-7958 | E-Mail:  rhodes@halloran-sage.com |
| Fax:   (203) 946-7942 | |
| E-Mail:  JBeamon@Newhavenct.net | and |

John B. Farley, Esq.
CT Fed. Bar No. 02239
Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
Tel:    (860) 522-6103
Fax:   (860) 548-0006
E-Mail:  johnsonr@halloran-sage.com

His Attorneys

4

5

## CERTIFICATION

This is to certify that on this 28th day of December, 2005, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06150

_____
Ralph W. Johnson, III

771849_1 DOC

5