IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
|     Defendant | : | DECEMBER 28, 2005 |

## CONSOLODATED APPENDIX OF EXHIBITS SUBMITTED IN SUPPORT OF THE DEFENDANT'S POST-TRIAL MOTIONS - VOLUME 2 OF 6

The defendant, Melvin Wearing, submits this consolidated appendix of exhibits in support of his motion for judgment as a matter of law, motion for a new trial and motion for remittitur. The appendix consists of six volumes and contains the trial exhibits and trial transcripts. This volume of the appendix contains the following exhibits:

    40.    Trial Transcript for December 1, 2005.

Respectfully submitted,

**DEFENDANT
MELVIN WEARING**

By: _____

| | |
|---|---|
| Jonathan H. Beamon, Esq. | Robert A. Rhodes, Esq. |
| CT Fed. Bar No. 22937 | CT Fed. Bar No. 13583 |
| Assistant Corporation Counsel | **HALLORAN & SAGE LLP** |
| **OFFICE OF THE NEW HAVEN CORPORATION COUNSEL** | 315 Post Road West |
| 165 Church Street, 4th Floor | Westport, CT 06880 |
| New Haven, CT 06510 | Tel:  (203) 227-2855 |
| Tel:  (203) 946-7958 | Fax:  (203) 227-6992 |
| Fax:  (203) 946-7942 | E-Mail: rhodes@halloran-sage.com |
| E-Mail: JBeamon@Newhavenct.net | |

and

John B. Farley, Esq.
CT Fed. Bar No. 02239
Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel:  (860) 522-6103
Fax:  (860) 548-0006
E-Mail: johnsonr@halloran-sage.com

His Attorneys

## **CERTIFICATION**

  This is to certify that on this 28th day of December, 2005, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06150


                    Ralph W. Johnson, III

773117_1 DOC