IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
| Defendant | : | DECEMBER 28, 2005 |

## CONSOLODATED APPENDIX OF EXHIBITS SUBMITTED IN SUPPORT OF THE DEFENDANT'S POST-TRIAL MOTIONS - VOLUME 3 OF 6

The defendant, Melvin Wearing, submits this consolidated appendix of exhibits in support of his motion for judgment as a matter of law, motion for a new trial and motion for remittitur. The appendix consists of six volumes and contains the trial exhibits and trial transcripts. This volume of the appendix contains the following exhibits:

41.   Trial Transcript for December 2, 2005.

Respectfully submitted,

**DEFENDANT
MELVIN WEARING**


By: _____

Jonathan H. Beamon, Esq.            Robert A. Rhodes, Esq.
CT Fed. Bar No. 22937               CT Fed. Bar No. 13583
Assistant Corporation Counsel       **HALLORAN & SAGE LLP**
**OFFICE OF THE NEW HAVEN**         315 Post Road West
  **CORPORATION COUNSEL**           Westport, CT 06880
165 Church Street, 4th Floor        Tel:      (203) 227-2855
New Haven, CT 06510                 Fax:      (203) 227-6992
Tel:      (203) 946-7958            E-Mail:  rhodes@halloran-sage.com
Fax:      (203) 946-7942
E-Mail:  JBeamon@Newhavenct.net                     and

                                    John B. Farley, Esq.
                                    CT Fed. Bar No. 02239
                                    Ralph W. Johnson III, Esq.
                                    CT Fed. Bar No. 15277
                                    **HALLORAN & SAGE LLP**
                                    One Goodwin Square
                                    225 Asylum Street
                                    Hartford, CT  06103
                                    Tel:      (860) 522-6103
                                    Fax:      (860) 548-0006
                                    E-Mail:  johnsonr@halloran-sage.com

                                    His Attorneys

2

3

## <u>CERTIFICATION</u>

This is to certify that on this 28th day of December, 2005, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06150

_____
Ralph W. Johnson, III

773129_1 DOC

3