IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
|     Defendant | : | DECEMBER 28, 2005 |

## CONSOLODATED APPENDIX OF EXHIBITS SUBMITTED IN SUPPORT OF THE DEFENDANT'S POST-TRIAL MOTIONS - VOLUME 4 OF 6

The defendant, Melvin Wearing, submits this consolidated appendix of exhibits in support of his motion for judgment as a matter of law, motion for a new trial and motion for remittitur. The appendix consists of six volumes and contains the trial exhibits and trial transcripts. This volume of the appendix contains the following exhibits:

42. Trial Transcript for December 6, 2005 (incorrectly dated December 4, 2005).

                    Respectfully submitted,

                    **DEFENDANT**
                    **MELVIN WEARING**

                By: _____

| Jonathan H. Beamon, Esq. | Robert A. Rhodes, Esq. |
|---|---|
| CT Fed. Bar No. 22937 | CT Fed. Bar No. 13583 |
| Assistant Corporation Counsel | **HALLORAN & SAGE LLP** |
| **OFFICE OF THE NEW HAVEN** | 315 Post Road West |
|   **CORPORATION COUNSEL** | Westport, CT 06880 |
| 165 Church Street, 4th Floor | Tel: (203) 227-2855 |
| New Haven, CT 06510 | Fax: (203) 227-6992 |
| Tel: (203) 946-7958 | E-Mail: rhodes@halloran-sage.com |
| Fax: (203) 946-7942 | |
| E-Mail: JBeamon@Newhavenct.net | and |

                    John B. Farley, Esq.
                    CT Fed. Bar No. 02239
                    Ralph W. Johnson III, Esq.
                    CT Fed. Bar No. 15277
                    **HALLORAN & SAGE LLP**
                    One Goodwin Square
                    225 Asylum Street
                    Hartford, CT  06103
                    Tel: (860) 522-6103
                    Fax: (860) 548-0006
                    E-Mail: johnsonr@halloran-sage.com

                    His Attorneys

3

## CERTIFICATION

This is to certify that on this 28th day of December, 2005, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06150

_____
Ralph W. Johnson, III

773131_1 DOC

3