IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
|     Defendant | : | DECEMBER 28, 2005 |

**CONSOLODATED APPENDIX OF EXHIBITS SUBMITTED IN SUPPORT OF THE DEFENDANT'S POST-TRIAL MOTIONS - VOLUME 6 OF 6**

    The defendant, Melvin Wearing, submits this consolidated appendix of exhibits in support of his motion for judgment as a matter of law, motion for a new trial and motion for remittitur. The appendix consists of six volumes and contains the trial exhibits and trial transcripts. This volume of the appendix will contain the following transcripts when they are received from the court reporter:

    44.    Trial Transcript for December 5, 2005. (Volume 6A)

    45.    Trial Transcript for December 7, 2005. (Volume 6B)

    46.    Trial Transcript for December 12, 2005. (Volume 6C)

Respectfully submitted,

**DEFENDANT**
**MELVIN WEARING**

By: _____

| | |
|---|---|
| Jonathan H. Beamon, Esq. | Robert A. Rhodes, Esq. |
| CT Fed. Bar No. 22937 | CT Fed. Bar No. 13583 |
| Assistant Corporation Counsel | **HALLORAN & SAGE LLP** |
| **OFFICE OF THE NEW HAVEN** | 315 Post Road West |
| **CORPORATION COUNSEL** | Westport, CT 06880 |
| 165 Church Street, 4th Floor | Tel:    (203) 227-2855 |
| New Haven, CT 06510 | Fax:   (203) 227-6992 |
| Tel:    (203) 946-7958 | E-Mail:  rhodes@halloran-sage.com |
| Fax:   (203) 946-7942 | |
| E-Mail:  JBeamon@Newhavenct.net | and |

John B. Farley, Esq.
CT Fed. Bar No. 02239
Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
Tel:    (860) 522-6103
Fax:   (860) 548-0006
E-Mail:  johnsonr@halloran-sage.com

His Attorneys

2

## **CERTIFICATION**

This is to certify that on this 28th day of December, 2005, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06150


                                        Ralph W. Johnson, III

773141_1 DOC