UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | |
| : | |
| Plaintiff, : | |
| : | Civil No. 3:02CV1514 (EBB) |
| V. : | |
| : | |
| MELVIN WEARING : | |
| : | December 30, 2005 |
| Defendant. | |

### MOTION FOR EXTENSION OF TIME TO FILE
### MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS

Undersigned counsel respectfully requests an extension of time to file an application for fees and costs in the above-captioned matter. In support of this motion, counsel represents:

1. Counsel represents that she has taken ill and has been out of the office since Tuesday, December 27, 2005. Both yesterday and today, the undersigned was forced to undergo a series of medical tests and cannot work. This motion is filed in an exercise of caution as counsel believes the Local Rules of this district establish a deadline of thirty days from the day of entry of judgment to file a motion for an award of fees and costs. Should it be determined, however, that the fourteen-day deadline set forth in the Federal Rules applies, counsel requests an extension for the above reason.

2. Accordingly, the undersigned counsel needs additional time to prepare the application and requests a two-week extension or until Friday, January 13, 2006.

3. Undersigned counsel telephoned Attorney Robert Rhodes and Attorney Jonathan Beamon, counsel for the defendant herein. Neither were available and thus the undersigned, is unable to

apprise the court of their position on this motion.

    4.. In further accordance with Local Rules, undersigned represents that this is the first request for an extension of time for this purpose.

                                                         THE PLAINTIFF

                                                         ARPAD TOLNAY

                                       BY:_____
                                            KAREN LEE TORRE
                                            Federal Bar No. ct01707
                                            Law Offices of Karen Lee Torre
                                            51 Elm Street
                                            Suite 307
                                            New Haven, CT 06510
                                            (203) 865-5541

**CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed on this 30th day of December , 2005, to:

Jonathan H. Beamon, Esq.
Assistant Corporation Counsel
Office of the New Haven Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT  06510

Robert A. Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

                                                                         _____
                                                                         KAREN LEE TORRE