UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | |
| : | |
| Plaintiff, : | |
| : | Civil No.  3:02CV1514 (EBB) |
| V. : | |
| : | |
| MELVIN WEARING : | |
| : | January 11, 2006 |
| Defendant. | |

**PLAINTIFF'S MOTION FOR ADDITIONAL ENLARGEMENT
OF TIME TO SUBMIT APPLICATION FOR AWARD
OF ATTORNEY'S FEES AND COSTS**

The undersigned counsel for the plaintiff hereby respectfully moves this court for an additional extension of time up to and including January 30, 2006 within which to file plaintiff's application for an award of attorney's fees in costs.  In support of this motion, the undersigned represents as follows:

1.  Attorney Jonathan Beamon, counsel for the defendant, was contacted and he indicates that he consents to the granting of this motion.

2.  The undersigned counsel will be out of state on vacation from January 9, 2006 through January 20, 2006.

3.   Most of the moving papers have been prepared but the additional time is needed to accommodate the undersigned's absence from her office and the final accounting of time to date.

4.  In accordance with local rule, the undersigned represents that this is the second such

motion filed.

WHEREFORE, for all the foregoing reasons, the undersigned counsel respectfully requests that the motion be granted.

2

Case 3:02-cv-01514-EBB   Document 92   Filed 01/12/2006   Page 2 of 3

THE PLAINTIFF

ARPAD TOLNAY

BY:_____
KAREN LEE TORRE
Federal Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on this 10th day of January , 2006 to:

Jonathan H. Beamon, Esq.
Assistant Corporation Counsel
Office of the New Haven Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT  06510

Robert A. Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

John Burns Farley, Esq.
Ralph W. Johnson III, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum St.
Hartford, CT 06103

_____
KAREN LEE TORRE