UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | |
| : | |
| Plaintiff, : | |
| : | Civil No.  3:02CV1514 (EBB) |
| V. : | |
| : | |
| MELVIN WEARING : | |
| : | January 11, 2006 |
| Defendant. | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO DEFENDANT'S RULE 59 MOTION FOR A NEW TRIAL
AND ACCOMPANYING MOTION FOR REMITTITUR**

The undersigned counsel for the plaintiff hereby respectfully moves this court for a 20-day enlargement of time, until February 7, 2006, within which to respond to defendant's Rule 59 motion for a new trial and the accompanying motion for remittitur. In support hereof, the undersigned represents as follows:

1.  There was an inordinate delay in the undersigned's receipt of defendant's motions and voluminous submission. While counsel received electronic notice, the bulk of defendant's submission was a manual filing.  The undersigned placed several calls to determine why the undersigned was not served with copies of defendant's submission.  Defense counsel represented that a full copy of the submission was in fact mailed to the undersigned.

2.  Upon inquiry, the undersigned determined that the offices of defense counsel did in fact mail copies of the submission but mailed it to an incorrect zip code address in Hartford.  Thus, the

undersigned did not receive defendant's submission until some nine days after defendant filed it with the Clerk of the Court.

3. The undersigned is starting a much-needed vacation and will not return to Connecticut until January 20, 2006. Thus, the additional time is needed to conduct the extensive research and writing necessary to oppose these motions.

4. Undersigned counsel has spoken with Attorney Jonathan Beamon, counsel for the defendant, and Attorney Beamon has no objection to the granting of this motion.

5. This is the first motion for an enlargement of time for this purpose.

WHEREFORE, for all the foregoing reasons, the undersigned counsel respectfully requests that the motion be granted.

        THE PLAINTIFF

        ARPAD TOLNAY


BY:_____
    KAREN LEE TORRE
    Federal Bar No. ct01707
    Law Offices of Karen Lee Torre
    51 Elm Street
    Suite 307
    New Haven, CT 06510
    (203) 865-5541


## **CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed on this 10th day of January , 2006 to:

Jonathan H. Beamon, Esq.
Assistant Corporation Counsel
Office of the New Haven Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT  06510

Robert A. Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

John Burns Farley, Esq.
Ralph W. Johnson III, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum St.
Hartford, CT 06103


    _____
    KAREN LEE TORRE