UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY | : |
| Plaintiff, | : |
| | : Civil No. 3:02CV1514 (EBB) |
| V. | : |
| | : |
| MELVIN WEARING | : |
| | : January 30, 2006 |
| Defendant. | |

**MOTION FOR AWARD OF ATTORNEY FEES AND COSTS**

The plaintiff, Arpad Tolnay, by and through his undersigned counsel, respectfully moves this Court, pursuant to 42 U.S.C. § 1988, for an award of attorney fees and costs in this case. The plaintiff is a prevailing party under 42 U.S.C. § 1988, having secured a final judgment in his favor. As is shown by the exhibits appended hereto, plaintiff seeks an award of attorney fees in the sum of $ 168,805.00 for time expended by plaintiff's counsel, the sum of $1637.50 for time expended by a paralegal, and the sum of $ 2,776.64 in litigation costs incurred in connection with the successful prosecution of the action.

In support of this motion, the plaintiff submits the following:

1. Affidavit of plaintiff's counsel;

2. An accounting of time expended by plaintiff's counsel and paralegal appended hereto as Exhibit 1;

3. An itemization of litigation expenses appended hereto as Exhibit 2;

1

4. Affidavit of Joseph D. Garrison, Esq., appended hereto as Exhibit 3; and

5. Memorandum of Law.

For the reasons set forth herein, the plaintiff respectfully requests that this motion be granted. Plaintiff further requests leave of this Court to submit a supplemental application for an award of costs and fees for time to be expended in the future, if necessary, in connection with defendants' opposition to this motion, if any, further proceedings on it, and any work required as a result of post-judgment motions, appeals or other activity undertaken by defendant.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF, ARPAD TOLNAY

BY: _____
KAREN LEE TORRE
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844

His Attorney

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed, this 30th day of January 2006, to:

Jonathan H. Beamon, Esq.
Assistant Corporation Counsel
Office of the New Haven Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

Robert A. Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

KAREN LEE TORRE