**Law Offices of Karen Lee Torre**
51 Elm Street - Suite 307
New Haven, CT 06510
Phone: 203.865.5541
Fax: 203.865.4844

ARPAD TOLNAY vs. MELVIN WEARING                                      Date: 01/30/2006
Civil No.  3:02CV1514 (EBB)

| Date | Description | Hours |
|---|---|---|
| 06/21/2002 | Return telephone call to client, left message; file review. | 0.5 |
| 06/23/2002 | Office meeting with client. | 1 |
| 07/11/2002 | Facts investigation and document review. | 1 |
| 07/19/2002 | Continued facts investigation and document review. | 1.5 |
| 08/19/2002 | Telephone conference with client; review press reports; document review for preparation of USDC complaint. | 1.9 |
| 08/20/2002 | File & document review; start drafting of complaint & related papers. | 2.5 |
| 08/21/2002 | Extensive office meeting with client; document review; continued drafting of complaint; telephone conference with client. | 4.5 |
| 08/23/2002 | Continued work on draft of complaint. | 1.3 |
| 08/28/2002 | Final work and editing of complaint; conference with client. | 2 |
| 09/16/2002 | Two conferences with client. | 0.7 |
| 09/22/2002 | Extensive conference with client re: discovery issues. | 2 |
| 11/07/2002 | Telephone conference with client;  receive & review of motion for extension by defense counsel; telephone call to defense counsel re: 26(f) report; conduct 26(f) conference. | 1.4 |
| 11/20/2002 | Review counsel's draft of 26(f) report and sign same. | 0.4 |
| 12/16/2002 | Review and study defendant's motion to dismiss and memorandum of law. | 0.5 |
| 12/17/2002 | Telephone call to defense counsel; rewrite 26(f) report, edit & proof; draft letter to defense counsel and enclose report. | 1 |
| 01/09/2003 | Telephone conference with client. | 0.3 |
| 01/14/2003 | Telephone conference with defense counsel; draft stipulation; draft letter to defense counsel. | 0.9 |
| 01/14/2003 | Telephone call to counsel; review and sign stipulation of dismissal of state claim. | 0.4 |
| 03/31/2003 | File review for discovery needs; draft first set of interrogatories and requests for production. | 2.2 |
| 04/01/2003 | Review and study defendant's answer and affirmative defense - notes on same; cross-check with allegations of complaint. | 0.6 |
| 04/02/2003 | Document review; telephone call to client, 2 times; telephone call to and conference with witness; schedule depositions; telephone call to defense counsel, 2 times and conference re: discovery; continued work on drafting interrogatories and requests for production; draft deposition subpoena  and schedule of production requests to witness. | 3 |

**Law Offices of Karen Lee Torre**
51 Elm Street - Suite 307
New Haven, CT 06510
Phone: 203.865.5541
Fax: 203.865.4844

ARPAD TOLNAY vs. MELVIN WEARING                                         Date: 01/30/2006
Civil No.   3:02CV1514 (EBB)

| Date | Description | Hours |
|---|---|---|
| 04/03/2003 | Continued file review; continued drafting and editing of discovery requests; draft letter to client re: same. | 1 |
| 04/04/2003 | File and document review for discovery; draft subpoena to Mayor DeStefano; drafting and editing of requests for production of documents to deponent; telephone call to court reporter; telephone call to Marshal's office; arrange for service; check status of service. | 2.7 |
| 04/11/2003 | Extensive conference with witness/potential deponent - note to file re: same. Fax from defense counsel re: postponement of Mayor's deposition; draft letter of reply; draft re-notice of deposition; telephone call to client re: same. | 1.8 |
| 04/14/2003 | Review defendant's discovery; draft letter to client re: same; docket same. | 0.8 |
| 04/24/2003 | Draft notice of deposition and request for production of documents to defendant; conference with client re: same; conference with staff - oversee service by fax and mail. | 1.5 |
| 04/28/2003 | Conference with court re: continuing court reporters for 5/2 deposition and defendant's appearances. Extensive office meeting with client to prepare responses to defenses' interrogatories and request for production. | 3 |
| 04/30/2003 | Conference with client. | 0.4 |
| 04/30/2003 | Extensive document review and preparation of deposition cross-examination of defendant; preparation of exhibits; draft of cross-examination of Mayor DeStefano. | 7 |
| 05/01/2003 | P.M. additional preparation for deposition of defendant Wearing and Mayor DeStefano. Confirm court reporter; telephone call from defense counsel re: DeStefano; document review in preparation for deposition of Mayor DeStefano; document review in preparation for deposition of defendant Wearing; draft examination questions. | 6 |
| 05/02/2003 | Travel to and appearance at deposition of DeStefano; office meeting with client; preparation and taking of deposition of defendant Wearing; after conference with client; memos to file re: same and additional discovery notes and needs; organize defense deposition exhibits; conference with court reporter. | 6.4 |
| 05/06/2003 | Extensive conference with client; drafting of responses to defendant's discovery requests; review client's draft answers and edit. | 4 |

**Law Offices of Karen Lee Torre**
51 Elm Street - Suite 307
New Haven, CT 06510
Phone: 203.865.5541
Fax: 203.865.4844

ARPAD TOLNAY vs. MELVIN WEARING
Civil No.  3:02CV1514 (EBB)

Date: 01/30/2006

| Date | Description | Hours |
|---|---|---|
| 05/29/2003 | Telephone call from client re: witnesses and note to file. | 0.3 |
| 07/01/2003 | Draft letter to client re: discovery. | 0.3 |
| 07/02/2003 | Receipt and review of defense compliance with plaintiff's interrogatories; draft extensive letter to defense counsel re: non-compliance and objections; letter to client; earlier telephone conference with defense counsel re: plaintiffs deposition. | 1.2 |
| 07/08/2003 | Extensive document review; conference with client in preparation for plaintiff's deposition. | 4 |
| 07/09/2003 | File review and preparation for plaintiff's deposition; meeting with plaintiff; attendance at deposition of plaintiff; after meeting with client re: discovery issues; file review and document review and notes re: additional discovery and production requests needed. | 6 |
| 07/17/2003 | Telephone call from Chief States Attorney's office re: deposition of David Newman; retrieve and review arrest information; 2nd telephone conference with CSAO's office re: deposition and document production. | 1 |
| 08/19/2003 | Review defendant's supplemental discovery disclosures. | 0.4 |
| 08/20/2003 | Study supplemental compliance by defendant; review personnel disciplinary records of New Haven Police Officers; extensive conference with client re: same; copy and send to client; facts investigation re: same. | 3.7 |
| 09/02/2003 | Receipt and preliminary perusal of defendant's motion for summary judgment; file review re: same; consult re: same. | 1.4 |
| 09/16/2003 | Legal research and conference re: defense's motion for summary judgment. | 3.7 |
| 09/17/2003 | Telephone conference with defense counsel re: motion for Summary Judgment. | 0.2 |
| 09/18/2003 | File review; telephone call to defense counsel re: Summary Judgment extension; document review; draft motion for enlargement; draft motion for leave to take discovery. | 1.5 |
| 09/19/2003 | Telephone call to defense counsel re: summary judgment; draft of motion for enlargement. | 0.5 |
| 09/22/2003 | Work on Motion for leave to conduct discovery. | 0.7 |
| 09/29/2003 | Telephone conference with counsel; re-draft Motion for Leave to take discovery. | 0.5 |

**Law Offices of Karen Lee Tor**
51 Elm Street - Suite 307
New Haven, CT 06510
Phone: 203.865.5541
Fax: 203.865.4844

ARPAD TOLNAY vs. MELVIN WEARING                                         Date: 01/30/2006
Civil No.   3:02CV1514 (EBB)

| Date | Description | Hours |
|---|---|---|
| 10/02/2003 | Document review; list of discovery needs; draft motion for leave to take additional discovery; telephone call to counsel re: same. | 1 |
| 10/02/2003 | File and document review; telephone call to superior court reporter re: nolle records; draft letter to court reporters re: same. | 1 |
| 10/03/2003 | File and document review for discovery; conference with client re: discovery; draft subpoena and notice of deposition to Atty. Newman; draft schedule A request for production of documents to witness; arrange for marshal service. | 2.7 |
| 10/06/2003 | Draft notice to counsel re: deposition of Atty. Newman; telephone call to court reporter and notice to same; attention to status of service. | 1 |
| 10/07/2003 | Telephone conference with Marshall's office; receipt and review of return of service of disposition subpoena. | 0.5 |
| 10/10/2003 | Review litigation expenses and send letter to client re: same. | 0.5 |
| 10/16/2003 | Conference with client and court reporter; confirm depositions of witnesses; document review and preparation of cross-examinations for two depositions. | 4.5 |
| 10/17/2003 | Document review; meeting with client; preparation and taking of deposition of David Newman & deposition of Sherri Murowski; telephone conferences, 2 times, with State's Attorney's Office. | 6 |
| 10/22/2003 | Telephone call to defense counsel re: summary judgment; draft of motion for enlargement. | 0.5 |
| 10/31/2003 | Work on opposition to motion for summary judgment; telephone conference with client; telephone conference interview of witness. | 2 |
| 11/01/2003 | Read and study defendant's cases cited in motion for summary judgment; legal research for opposition; work on drafting of facts. | 7 |
| 11/02/2003 | Continued legal research and writing in opposition to defendant's motion for summary judgment; drafting of Rule 56(a) statements; drafting of affidavits; extensive document review. | 5 |
| 11/03/2003 | Continued research and document review for opposition to defendant's motion for summary judgment. | 4.5 |
| 11/04/2003 | Preparation of index and exhibit volumes in opposition to summary judgment; continued research and writing on same. | 4 |

**Law Offices of Karen Lee Torre**
51 Elm Street - Suite 307
New Haven, CT 06510
Phone: 203.865.5541
Fax: 203.865.4844

ARPAD TOLNAY vs. MELVIN WEARING  Date: 01/30/2006
Civil No. 3:02CV1514 (EBB)

| Date | Description | Hours |
|---|---|---|
| 11/05/2003 | Continued writing of opposition to defendant's motion for summary judgment; read and study cases. | 5.5 |
| 11/10/2003 | File review; telephone call to court reporter re: transcript arrival; telephone call to defense counsel re: summary judgment; document review; draft of motion for enlargement of time re: summary judgment opposition. | 0.9 |
| 11/17/2003 | Legal research; drafting of opposition to defense's motion for summary judgment. Document review and preparation of opposition to motion for summary judgment; draft cover pleading; legal research on cases cited by defense. | 10 |
| 11/18/2003 | Telephone call to client, 3 times; telephone call to witness; final preparation and ordering of exhibits; conference with staff re: same; drafting of facts and outline of argument; document review; study of all deposition transcripts. | 8 |
| 11/19/2003 | All day work on opposition to defense's motion for summary judgment; extensive office meeting with witness Leo Bombalicki; telephone conference with witness; extensive office conference with client; draft affidavit for Leo Bombalicki; draft affidavit for client. | 11 |
| 11/20/2003 | Office meeting with client to review, revise and complete affidavit. On-line research of news archives re: publicity over arrests and status and listing of arrestees. | 2.7 |
| 11/21/2003 | Continued legal research and writing; opposition to defense's motion for summary judgment. | 7 |
| 11/21/2003 | Draft of affidavit of counsel re: issue of discovery; document review for same; gather exhibits for motion. | 1 |
| 12/10/2003 | Review of defense's reply brief - notes on same; telephone call from client and conference re: Plaintiff's brief and summary judgment status. | 0.9 |
| 12/17/2003 | Receipt and note of Margin Order. | 0.1 |
| 12/24/2003 | Receipt and review of Marshall's bill; draft letter to client with enclosure re: same. | 0.3 |
| 03/02/2004 | Receipt and review of order from Judge Hall; note transferee and new docket number on files; draft letter to client re: same; conference with staff re: same. | 0.5 |
| 03/26/2004 | Telephone call from Chambers; note to file; telephone call to client. | 0.6 |

**Law Offices of Karen Lee Tor**
51 Elm Street - Suite 307
New Haven, CT 06510
Phone: 203.865.5541
Fax: 203.865.4844

ARPAD TOLNAY vs. MELVIN WEARING
Civil No.  3:02CV1514 (EBB)

Date: 01/30/2006

| Date | Description | Hours |
|---|---|---|
| 03/09/2005 | Read and study Summary Judgment ruling; telephone conferences with client, 2 times, re: Summary Judgment ruling; telephone call to defense counsel and conference re: settlement and status. | 1.5 |
| 03/16/2005 | Draft letter to client with enclosure re: summary judgment ruling. | 0.2 |
| 03/25/2005 | Conference with client re: summary judgment; draft letter to court re: same. | 0.6 |
| 04/11/2005 | Telephone call from Magistrate Judge's Chambers re: settlement; telephone call to defense counsel re: same; conference with staff re: dates for same; telephone call to client re: same. | 0.7 |
| 04/18/2005 | Telephone call to defense counsel re: scheduling of settlement conference; note to file | 0.3 |
| 04/20/2005 | File review; telephone messages from counsel - return telephone call. | 0.3 |
| 05/18/2005 | File review for settlement conference; extensive conference with client re: same. | 1.2 |
| 05/19/2005 | Appearance at USDC settlement conference; after conference with defense counsel; office conference with client; memo to file. | 3.5 |
| 05/26/2005 | Start task list for preparation of jury trial. | 1.5 |
| 06/01/2005 | Telephone calls, 2 times, to Marshall re: status of subpoena service; draft letter to client; review memo of telephone call from chambers re: trial scheduling; telephone call to chambers and conference re: same; note to file re: same. | 0.8 |
| 06/02/2005 | Draft letter to client re: status | 0.3 |
| 08/23/2005 | Conference with defense counsel re: trial;  start work on joint trial memo; preliminary preparation of voir dire, witness list, and verdict form; telephone call to client re: same; document review; letter to client re: trial preparation - enclose documents. | 4 |
| 08/25/2005 | Two telephone calls from and conference with Magistrate Judge re: settlement; note to file. | 0.3 |
| 08/29/2005 | Telephone conference with counsel re: trial; telephone call to Magistrate Judge Margolis re: settlement conference; 2nd telephone conference with client re: settlement. | 1 |
| 09/01/2005 | Review appearance of new counsel; conference with staff re: same; note on system and files. | 0.4 |

**Law Offices of Karen Lee Torre**
51 Elm Street - Suite 307
New Haven, CT 06510
Phone: 203.865.5541
Fax: 203.865.4844

ARPAD TOLNAY vs. MELVIN WEARING         Date: 01/30/2006
Civil No.  3:02CV1514 (EBB)

| Date | Description | Hours |
|---|---|---|
| 09/02/2005 | Conference with defense counsel, 2 times, re: trial; conference with chambers, 2 times re: same; memo to staff re: trial date change; note on docket; draft letter to counsel. | 1 |
| 09/05/2005 | Telephone call from chambers re: trial; telephone call from Magistrate Judge's Chambers re: settlement conference; note to file; telephone call to client re: same. | 0.4 |
| 09/13/2005 | Draft letter to client re: trial. | 0.3 |
| 10/21/2005 | Conference with staff re: scheduling of settlement conference; conference with Attorney Beamon; conference with Attorney Rhodes; conference with client; telephone call to Chambers re: same; docket settlement conference; draft letter to client. | 1 |
| 10/25/2005 | Telephone call from client re: 10/26/05 Settlement conference; receipt and review USDC notice re: same; return telephone call to client re: same; file review in preparation for same. | 1.5 |
| 10/26/2005 | Attendance at Settlement conference; conference with client; memo to file. | 1.5 |
| 11/07/2005 | Draft letter to client re: status. | 0.5 |
| 11/09/2005 | Work on Voir Dire and joint trial memorandum; file/document review. | 3 |
| 11/10/2005 | File review - attention to re-edit and filing of proposed voir dire; telephone conference with Marshall, 3 times, re: status of subpoena service; conference with staff re: same; telephone call from defense counsel and conference re: Mayor's attendance at trial. | 1.5 |
| 11/14/2005 | Review voir dire questions, draft supplemental voir dire; telephone call to defense counsel re: same; attention to USDC filing and chambers copy; fax copy to chambers, check court filing of 11/10/05; receipt and review memo from client and trial expenses - review same; appearance at clerk's office for retrieval of juror information; P.M. study of same; telephone conference with client re: jury selection; review exhibit and witness lists in preparation for jury selection; 2nd telephone conference with client re: same. | 5.5 |
| 11/14/2005 | Telephone conference with client re: jury selection; telephone conference with chambers, 2 times, re: filing of voir dire; telephone call to defense counsel re: same; send fax to chambers with voir dire; check status of court filing. | 0.6 |

**Law Offices of Karen Lee Torre**
51 Elm Street - Suite 307
New Haven, CT 06510
Phone: 203.865.5541
Fax: 203.865.4844

ARPAD TOLNAY vs. MELVIN WEARING
Civil No.  3:02CV1514 (EBB)

Date: 01/30/2006

| Date | Description | Hours |
|---|---|---|
| 11/15/2005 | A.M. preparation for jury selection; attendance at USDC jury selection; extensive meeting with client afterward; telephone conference with counsel to witness Newman; teleconference with witness Murowski; draft letter to witness with enclosures; document review and memorandum to file. | 6.7 |
| 11/16/2005 | Trial preparation and document review; conference with counsel; draft additional subpoena; telephone conference with witness. | 4.7 |
| 11/17/2005 | Trial preparation, document review; extensive conference with client; check local rule on statements; draft of motion for leave to make opening statement to jurors; telephone calls to witnesses. | 8 |
| 11/17/2005 | Document review re: witness Bombalicki; telephone call to same; draft letter to witness re: trial with enclosed documents. | 1 |
| 11/17/2005 | Document review; trial preparation and conference with client. | 3 |
| 11/18/2005 | Conference with client; prepare additional subpoenas and letters to witnesses; check status of service; draft notes re: opening statement - trial preparation. | 2.5 |
| 11/19/2005 | File review and preparation for trial | 3 |
| 11/22/2005 | Receipt and review Marshall returns on subpoenas; note to staff re: same; conference with staff re: joint trial memorandum. | 0.5 |
| 11/26/2005 | Trial preparation; review of defendant's fist motion in limine; review summary judgment decision; notes for joint trial memorandum preparation. | 5 |
| 11/26/2005 | Start deposition transcript review; telephone conference with witness; note to file re: same. | 2.5 |
| 11/27/2005 | Trial preparation; draft of opening statement; document review for preparation of joint trial memorandum; conference with client. | 6.7 |
| 11/28/2005 | Trial preparation and numerous conferences with defense counsel; exhibit review; draft of index to exhibits; draft of witness list; conference with chambers and counsel; receipt and review draft joint trial memorandum decision; notes for joint trial memorandum. | 4 |

**Law Offices of Karen Lee Torre**
51 Elm Street - Suite 307
New Haven, CT 06510
Phone: 203.865.5541
Fax: 203.865.4844

ARPAD TOLNAY vs. MELVIN WEARING
Civil No. 3:02CV1514 (EBB)

Date: 01/30/2006

| Date | Description | Hours |
|---|---|---|
| 11/29/2005 | All day trial preparation; final preparation of joint trial memorandum; draft of oppositions to defendant's 3 motions in limine; check status of witnesses; attention to marking and order of exhibits; draft of stipulation re: evidentiary dispute; telephone conference with client; set up meeting. | 10.8 |
| 11/30/2005 | All day trial preparation; telephone call from USDC reporter re: request for witness lists; draft letter to same with list; drafting of cross-examination questions; extensive exhibit review and conference with client; preparation of opening statement; oversee organizing and preparation of juror and bench evidence books; draft letter to court re: same. | 13.75 |
| 12/01/2005 | A.M. Preparation and attendance at trial; conference with client and P.M. preparation for next day. | 14.25 |
| 12/02/2005 | A.M. Preparation for trial; conference with client; appearance at trial; extensive P.M. preparation of direct and cross-examination; review deposition transcripts and testimony. | 14 |
| 12/03/2005 | Trial review and preparation; telephone calls with witnesses; reparation of witness testimony; conference with client, 4 times. | 9 |
| 12/04/2005 | Trial preparation; conference with client; exhibit review; review admitted records; defense exhibit review and notes on same; prepare testimony and examinations; review notes of testimony. | 8.5 |
| 12/05/2005 | A.M. Preparation, travel and appearance at trial; P.M. interview with witnesses; conferences with client; preparation for next day's proceedings; work on plaintiff's proposed jury charge. | 13.5 |
| 12/06/2005 | A.M. Telephone conference with witnesses; arrange for appearance; conference with staff; travel and appearance at USDC for trial; conference with client; P.M. meeting with witness for preparation of testimony; preparation of continued examination of Mayor; telephone conference with client; 2nd telephone interview of witness; arrange for witness's travel; preparation of examination of witness Ortiz. | 15 |
| 12/07/2005 | A.M. Preparation and all day appearance at trial; P.M. preparation of closing argument, testimony, and extensive review of evidence. | 13.8 |

**Law Offices of Karen Lee Torre**
51 Elm Street - Suite 307
New Haven, CT 06510
Phone: 203.865.5541
Fax: 203.865.4844

ARPAD TOLNAY vs. MELVIN WEARING
Civil No.   3:02CV1514 (EBB)

Date: 01/30/2006

| Date | Description | Hours |
|---|---|---|
| 12/08/2005 | A.M. Preparation and all day appearance at trial; P.M. conference with client; note to file. | 10 |
| 12/09/2005 | Telephone conferences with defense counsel and client re: status of court proceedings; telephone call to chambers and U.S. Marshall. | 2 |
| 12/10/2005 | Two telephone conferences with client re: settlement. | 1 |
| 12/11/2005 | Telephone conference with client re: settlement and verdict issues. | 0.6 |
| 12/12/2005 | Appearance at trial; extensive after conference with client; telephone calls to witnesses; conference with USDC clerk; note to file; conference with staff re: post-verdict deadlines. | 8 |
| 12/13/2005 | Check status of judgment; telephone call to consultant re: post-verdict motions; conference with client, 2 times; conference with union president; attention to defense counsel's statements in press conferences. | 1.5 |
| 12/14/2005 | Extensive conference with Atty. Norman Pattis re: prospects of counsel for post-judgment issues and appeal; memo to file. | 1 |
| 12/14/2005 | Check status of judgment; telephone conference with client. | 0.5 |
| 12/16/2005 | Receipt and review letter from clerk re: exhibits; check status of judgment; conference with staff re: same; conference with client re: status. | 0.9 |
| 01/03/2006 | Extensive conference with client re: status; docket reviews re: status of Plaintiff's post-judgment filings; telephone calls to counsel re: same. | 2.5 |
| 01/03/2006 | Telephone conference with Atty. Joseph Garrison re: supporting affidavit for fee application; e-mail back and forth re: same; research deadline for filing of same. | 1 |
| 01/04/2006 | Telephone conference with Attorney Kathleen Eldergill re: supporting affidavit for fee application; note to file re: same; telephone conference with client re: status. | 1 |
| 01/05/2006 | Check form of judgment, clerk filing, and EOD designation, on judgment; docket deadline. | 0.4 |
| 01/06/2006 | Start drafting of fees and costs accounting and motion. | 3 |
| 01/07/2006 | Extensive review of defendant's multiple post-judgment filings; file review and notes review re: issue of defendant's proposed jury interrogatories and attempt to correct record; legal research re: authority for defendant's separate filing of remittitur motion. | 4.7 |

**Law Offices of Karen Lee Torre**
51 Elm Street - Suite 307
New Haven, CT 06510
Phone: 203.865.5541
Fax: 203.865.4844

ARPAD TOLNAY vs. MELVIN WEARING
Civil No. 3:02CV1514 (EBB)

Date: 01/30/2006

| Date | Description | Hours |
|---|---|---|
| 01/08/2006 | Continued study and research on defendant's post-judgment motions; conferences with client and counsel re: status and extensions; start review of transcripts; legal research on remittitur issue. | 3.5 |
| 01/09/2006 | Drafting of motion for extension on opposition to Rule 50 Motion; drafting of motion for extension on defendant's Rule 59 Motion; draft motion for extension on fee application; memo to file re: telephone conference with defense counsel; conference with staff re: preparation of litigation expense report and supporting documents for fee application; preparation of draft of same; cross-check with receipts; conference with Magistrate Judge re: settlement; memo to file re: same and conference with counsel; arrange for filing of motions and pleadings; extensive telephone conference with client re: settlement; note to file re: same. | 7.5 |
| 01/10/2006 | to 01/12/06  Drafting and editing of opposition to defendant's motion to correct records; plaintiff's motion to strike defendant's motion for remittitur; plaintiff's objection to defendant's motion to file supplemental briefs and plaintiff's motions for enlargement. | 4.5 |
| 01/11/2006 | Telephone conference with counsel re: draft motion for enlargement to file fee application; research on same. | 0.9 |
| 01/12/2006 | Telephone call from client; respond to telephone call from trial witness re: witness fee; conference with staff re: same.; continued work on time accounting for fee application. | 1.5 |
| 01/19/2006 | Work on drafting of fee application and affidavit of counsel in support. | 1.7 |
| 01/19/2006 | Conference with staff re: research on defendant's motion for remittitur; review case-law; memo to file; telephone call to client re: status; start outline of facts for brief in opposition to motion for JMOL. | 2.5 |
| 01/21/2006 | Research on right of discovery of defendant's assets and source of payment and availability of post-judgment security; review ECF notices from USDC. | 1 |
| 01/22/2006 | Attention to preparation of fee application; extensive document review to check accuracy of accounting. | 3.5 |

**Law Offices of Karen Lee Torre**

51 Elm Street - Suite 307
New Haven, CT 06510
Phone: 203.865.5541
Fax: 203.865.4844

ARPAD TOLNAY vs. MELVIN WEARING
Civil No. 3:02CV1514 (EBB)

Date: 01/30/2006

| Date | Description | Hours |
|---|---|---|
| 01/23/2006 | Reading and studying of trial transcripts for drafting of post-judgment briefs; two telephone calls to defense counsel's office; check status of motions; telephone call to chambers of Magistrate Judge; jury verdict research; research on issue of post-judgment interest; telephone call to and conference with USDC clerk re: same. | 6.9 |
| 01/24/2006 | Continued research on post-judgment interest rates; calculation of rate and interest accrual for settlement purposes; telephone call to defense counsel and extensive conference re: settlement; draft memo to file re: same; receipt and study of 3 pleadings by defendant; defendant's reply memoranda on motion to correct record; defendant's opposition to plaintiff's motion to strike defendant's motion for remittitur; defendant's reply memorandum re: issue of supplemental briefs; telephone call to jury verdict research firm - note to file re: same; legal research on issue of defendant's separate motion for remittitur for drafting of reply memorandum; notes to file re: points on reply to defendant's 1/23/06 pleadings. | 7.3 |
| 01/25/2006 | Telephone calls to attorneys re: supporting affidavits for fee application; fax documents to Atty. Garrison re: same; continued work on fee application; start draft of reply to defendant's memorandum in opposition to motion to strike defendant's motion for remittitur; telephone call to client and conference re: status of post-judgment motions and settlement; telephone conference with jury verdict research firm; continued legal research on defendant's post-judgment motions; continued review of trial transcripts for same; attention to issue of post-judgment security. | 6 |
| 01/25/2006 | Check status of plaintiff's motions for enlargement; telephone call from witness re: issue of witness fee; telephone call to client and conference re: same; telephone calls to attorneys re: fee application; telephone conference with Magistrate Margolis re: status of settlement discussions; continued attention to fee application, extensive file review for cross-checking of attorney fee accounting and accuracy. | 2.5 |

**Law Offices of Karen Lee Torre**
51 Elm Street - Suite 307
New Haven, CT 06510
Phone: 203.865.5541
Fax: 203.865.4844

ARPAD TOLNAY vs. MELVIN WEARING
Civil No.   3:02CV1514 (EBB)

Date: 01/30/2006

| Date | Description | Hours |
|---|---|---|
| 01/25/2006 | Draft fax to attorney fee affidavits with appended documents re: fee application; telephone conference with public interest group representative re: amici support on issue of punitive award; extensive conference with verdict search representatives re: verdict research for remittitur issue; memo to file; receipt and review of e-mail from verdict search; attention to contract for services and payment for same; conference with paralegal re: time accounting for fee application. | 1.5 |
| 01/26/2006 | Legal research and start draft of reply memorandum on plaintiff's motion to strike defendant's motion for remittitur. | 1 |
| 01/26/2006 | Reading and notes on transcripts of trial proceedings; outline of testimony to be used for post judgment briefs; check status of plaintiff's motions on docket; telephone call from Magistrate Judge's chambers re: scheduling of settlement conference; conference with staff re: same; attention to scheduling issue; telephone call to client re: same and status; continued review of transcript; telephone conference with jury verdict trial research firm; attention to litigation expenses; continued work on fee application; final preparation of expense exhibit; start draft of affidavit for fee application; attention to payment of trial expense. | 8 |
| 01/27/2006 | Continued reading and studying of trial transcripts for post-judgment brief; telephone conference with client; legal research on defendant's Rule 50 motion for judgment; review transcript of defense counsel's trial Rule 50 oral motion and argument; notes on plaintiff's rule 50 responsive brief. | 8 |
| 01/30/2006 | Legal research on fee issue; final preparation of motion for award of fees; memorandum; exhibits and affidavit; attention to USDC filing of same. | 4.5 |

Total Hours of KLT = 482.3

<u>In re: Tolnay v. Wearing</u>

<u>Time Expended by David Bachman</u>

| <u>Date</u> | <u>Description</u> | <u>Hours</u> |
|---|---|---|
| 11/30/2005 - | Trial preparation | 4.5 |
| 01/16/2006 - | Legal research (Defendant's post-judgment motions) | 0.8 |
| 01/17/2006 - | Legal research (Remittitur) | 1.5 |
| 01/18/2006 - | Legal research (Remittitur) | 0.8 |
| 01/23/2006 - | Legal research (Post-judgment interest) | 0.7 |
| 01/24/2006 - | Legal research (Remittur) | 0.8 |
| 01/25/2006 - | Legal research (Remittur) | 0.8 |
| 01/26/2006 - | Legal research (Security for judgment) | 3.0 |
| 01/27/2996 - | Legal research (§ 1988 attorney fees) | 1.0 |

Total: 13.1