ARPAD TOLNAY v. MELVIN WEARING

Civil No. 3:02CV1514 (EBB)

**Itemization of Litigation Expenses**

| Date | Description | Amount |
|---|---|---|
| 08/22/02 | USDC - Filing Fee | 150.00 |
| 09/25/02 | Robert Miller - Service of Summons & Complaint | 53.80 |
| 04/28/03 | Robert Miller - Service of Subpoena - John DeStefano, Mayor | 81.80 |
| 05/02/03 | Morgillo & Flynn - Deposition of John Destefano and Melvin Wearing | 720.59 |
| 07/30/03 | Seligson Reporting - Services | 193.19 |
| 10/07/03 | Eve L. Miller - Fee for service | 163.60 |
| 10/17/03 | Morgillo & Flynn - Deposition of David Newman & Sherri Murowski | 354.84 |
| 11/10/03 | GoFor Services - Delivery to Fed Court in Bridgeport | 52.00 |
| 11/24/03 | GoFor Services - Delivery to Fed Court in Bridgeport | 77.00 |
| 11/09/05 | Eve L. Miller - Service of Subpoena - Sherri Murowski | 78.80 |
| 11/11/05 | Robert S. Miller - Service of Subpoena - John DeStefano, Mayor | 78.80 |
| 11/12/05 | James Uriano - Service of Subpoena - David Newman | 117.80 |
| 11/17/05 | Robert Miller - Service of Subpoena - Lt. Leo Bombalicki | 78.80 |
| 11/17/05 | Lt. Leo Bombalicki - Witness Fee | 50.00 |
| 11/30/05 | Staples Suppies - Binders and Index Tabs for Trial Exhibit Books | 166.72 |
| 11/30/05 | DocuPrint Invoice - Preparation and compliation of Juror Books and exhibits | 150.10 |
| 12/01/05 | Eve L. Miller - Service of Subpoena - Chief Francisco Ortiz, N.H.P.D. | 37.80 |
| 12/01/05 | Chief Francisco Ortiz - Witness Fee | 41.00 |
| 12/08/05 | Lt. Leo Bombalicki - Fee for Court Appearance | 130.00 |

Total Trial/Litigation Expenses   $2,776.64

```
            RECEIPT FOR PAYMENT
            DISTRICT COURT OF
                CONNECTICUT
             NEW HAVEN DIVISION

                                        N007325
       ------------------------------------
       RECEIVED FROM:

       TORRE, KAREN LEE
       51 ELM STREET SUITE 307
       NEW HAVEN, CT 06510
       ------------------------------------

         Case Number: 3:02CV1514

       ------------------------------------
       F/U/B/O:

       Party ID:

       Tender Type:          MONEY
                             ORDER
       02-086900                    $60.00

       Civil Filing-086900

       Remarks:

       02-510000                    $90.00

       Civil Filing-510000

       Remarks: #7484854    jch
       ------------------------------------
            Subtotal:            $150.00
       ------------------------------------

       Receipt Total:            $150.00
       ====================================
       * Checks and drafts are accepted
       subject to collections and full
       credit will only be given when
       the check or draft has been
       accepted by the financial
       institution on which it was drawn.

          Date:     8/29/02
          Clerk:
                    ------------------
                          KMF
```

## ROBERT S. MILLER
### STATE MARSHAL NEW HAVEN COUNTY
201 Orange Street
New Haven, CT  06510
Phone: 203.787.4805
Fax: 203.782.2860
s.s. 041-50.1514

Copy

September 25, 2002

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street
New Haven, CT  06510


Re:  Arpad Tolnay vs. Melvin Wearing
     Summons in a Civil Action



**SERVICES RENDERED............$ 53.80**

# ROBERT S. MILLER
### STATE MARSHAL NEW HAVEN COUNTY
201 Orange Street
New Haven, CT  06510
Phone: 203.787.4805
Fax: 203.782.2860
S.S. 041-50.1514

April 4, 2003

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street
New Haven, CT  06510

Re:  Arpad Tolnay, et al vs. Melvin Wearing
     subpoena - John DeStefano, Jr., Mayor

**SERVICES RENDERED.............$ 81.80**

**ARGILLO & FLYNN**

22 Elm Street, Unit 1, P.O. Box 61
No. Haven, CT 06473-0061
203-234-0078
Tax I.D. # 06-1332236

Invoice

| DATE | INVOICE # |
|---|---|
| 05/27/2003 | 14381 |

**BILL TO**

LAW OFFICES OF KAREN LEE TORRE
KAREN LEE TORRE, ESQ.
51 Elm Street
New Haven, CT 06510

| TERMS |
|---|
| Due on receipt |

| DESCRIPTION | AMOUNT |
|---|---|
| RE:   ARPAD TOLNAY VS MELVIN WEARING | |
| APPEARANCE:    May 2, 2003 | 100.00T |
| Deposition of:   JOHN DESTAFANO | 230.75T |
| CONDENSED TRANSCRIPT | 7.10T |
| PREPARATION OF JURAT: | 12.00T |
| Deposition of:   MELVIN WEARING | 302.25T |
| CONDENSED TRANSCRIPT | 9.30T |
| PREPARATION OF JURAT: | 12.00T |
| Shipping & Handling | 6.40T |
| R/ct | |
| Ct. State Sales Tax | 40.79 |

Thank you for your business.

**Total**    $720.59

SELIGSON REPORTING
208 Currier Drive
Orange, CT 06477
(203) 799-2016
FAX (203) 799-2724

LAW OFFICES OF KAREN LEE TORRE
51 ELM STREET
NEW HAVEN, CT 06510

KAREN LEE TORRE, ESQ.

TOLNAY, ARPAD V T79
WEARING, MELVIN
3:02CV1514 (JCH)

INVOICE NO.:        8965
INVOICE DATE:    7/30/2003
REPORTER:
JANICE CUMMINGS

ID#:  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

| Date | Description | Amount |
|---|---|---|
| 7/09/2003 | DEPOSITION OF ARPAD TOLNAY | |
| | TRANSCRIPT | 182.25 |
| | STATE SALES TAX | 10.94 |
| | | 193.19 |
| | Total Amount Due | 193.19 |

**THANK YOU FOR USING SELIGSON REPORTING**

# EVE L. MILLER
# AN INDIFFERENT PERSON
201 Orange Street
New Haven, CT  06510
Phone: 203.787.4805
Fax: 203.782.2860
S.S. 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

STATEMENT OF ACCOUNT
May 26, 2004

Karen Lee Torre, Esq.
51 Elm Street
New Haven, CT  06510

**October**
10/7/03    Arpad Tolnay vs. Melvin Wearing           $163.60    *Pay per KLT 5/27*

**MORGILLO & FLYNN**

222 Elm Street, Unit 1, P.O. Box 61
No. Haven, CT 06473-0061
203-234-0078
Tax I.D. # 06-1332236

Invoice

| DATE | INVOICE # |
|---|---|
| 10/27/2003 | 14911 |

**BILL TO**

LAW OFFICES OF KAREN LEE TORRE
KAREN LEE TORRE, ESQ.
51 Elm Street
New Haven, CT 06510

| TERMS |
|---|
| Due on receipt |

| DESCRIPTION | AMOUNT |
|---|---|
| RE: ARPAD TOLNAY VS MELVIN WEARING | |
| APPEARANCE: October 17, 2003 | 75.00T |
| Deposition of: DAVID NEWMAN | |
| Transcript of Proceedings: | 169.00T |
| CONDENSED TRANSCRIPT | 5.20T |
| Deposition of: SHERRI MUROWSKI | |
| Transcript of Proceedings: | 78.00T |
| CONDNESED TRANSCRIPT | 2.40T |
| Shipping & Handling | 5.15T |
| R/tj | |
| Ct. State Sales Tax | 20.09 |

Thank you for your business.

**Total**   $354.84

# GOFOR SERVICES
*Your same day delivery experts!*
1-800-479-7345

**Service Number: 43775**

## SERVICE RECORD

Date: 11/10/03  Pickup Time: _____  Driver: Joe D

Customer: _____

Contact: _____  Telephone: _____

Reference: TOLNAY

From: atty Torre
51 Elm St
New Haven CT

To: Federal Court
Bridgeport

Miscellaneous: _____

**RECEIVED BY (CUSTOMER)**
Sign Here: X
Print Here: _____
Date: _____  Time: _____

**RETURN**
Signature: _____  Time: _____  Date: _____

**NOTES**

**FEES**
Base: _____
Waiting Time: _____
Return: _____
TOTAL: $52.00

# GOFOR SERVICES
*Your same day delivery experts!*
1-800-479-7345

**Service Number: 40408**

## SERVICE RECORD

Date: 11/24/03  Pickup Time: _____  Driver: Adrienne
Customer: Torre
Contact: _____  Telephone: _____
Reference: Tolnay
From: 51 Elm St
New Haven, CT

To: USDC
950 Lafayette Blvd
Bridgeport, CT

Miscellaneous: _____

**RECEIVED BY (CUSTOMER)**
Sign Here: X
Print Here: _____
Date: 11/24/03   Time: _____

**RETURN**
Signature: _____  Time: _____  Date: _____

**NOTES**

**FEES**
Base: 52.00
Waiting Time: 1 hr. 25.00
Return: _____
TOTAL: 77.00

# EVE L. MILLER
# AN INDIFFERENT PERSON
205 Church Street
New Haven, CT  06510
Phone: 203.787.4805
Fax: 203.782.2860
S.S. 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

November 9, 2005

Karen Lee Torre, Esq.
51 Elm Street
New Haven, CT  06510


Re:  Arpad Tolnay vs. Melvin Wearing

    <u>Subpoena in a Civil Case</u>
    Sherri Murowski, Office of the State's Attorney


**<u>SERVICES RENDERED......................$78.80</u>**



# ROBERT S. MILLER
### STATE MARSHAL NEW HAVEN COUNTY
205 Church Street
New Haven, CT  06510
Phone: 203.787.4805
Fax: 203.782.2860
S.S. 041-50.1514

Karen Lee Torre, Esq.                                   November 11, 2005
The Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT  06510


Re:  Arpad Tolnay vs. Melvin Wearing

     <u>Subpoena in a Civil Case</u>
     John DeStefano, Mayor



**<u>SERVICES RENDERED:</u>**                                    **$78.80**

# JAMES URIANO
### AN INDIFFERENT PERSON
207 DiNatali Drive
Waterbury, CT  06705
phone:  203.755.5159
ss# 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

November 12, 2005

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street
New Haven, CT  06510


Re:  Arpad Tolnay vs. Melvin Wearing

    subpoena - David Newman



SERVICES RENDERED.............$117.80

# ROBERT S. MILLER
## STATE MARSHAL NEW HAVEN COUNTY
205 Church Street
New Haven, CT  06510
Phone: 203.787.4805
Fax: 203.782.2660
S.S. 041-50.1514

Karen Lee Torre, Esq.  November 17, 2005
The Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT  06510


Re:   Arpad Tolnay vs. Melvin Wearing

      Subpoena in a Civil Case
      Lt. Leo Bombalicki, NH PD



**SERVICES RENDERED:**                     **$78.80**

| | | | 4083 |
|---|---|---|---|
| LAW OFFICES OF KAREN LEE TORRE<br>ATTORNEY AT LAW<br>51 ELM ST SUITE 307<br>NEW HAVEN, CT 06510 | | WEBSTER BANK<br>NEW HAVEN, CT 06510<br>51-7010/2111 17 | 11/17/2005 |

PAY TO THE ORDER OF   Lt. Leo Bombalicki                                          $ ***50.00

Fifty and 00/100************************************************************************
_____ DOLLARS

Lt. Leo Bombalicki

MEMO   Tolnay v. Melvin Wearing - Subpoena                           AUTHORIZED SIGNATURE

⑊″004083⑊″  ⑊:211170101⑊:10  305882 2004⑊″

---

LAW OFFICES OF KAREN LEE TORRE/ATTORNEY AT LAW
   Lt. Leo Bombalicki                                              11/17/2005          4083
              11/17/05 - Lt. Leo Bombalicki - Subpoena Fee                             50.00


WEBSTER Office -    Tolnay v. Melvin Wearing - Subpoena                                50.00



that was easy.

Low prices. Every item. Every day.
110% Price-Match. Guaranteed.
85 North Main Street (Rt.1)
BRANFORD, CT 06405
(203) 488-7300

SALE                     043942 6 002 11354
                         1506 11/30/05 14:14

```
QTY SKU                             OUR PRICE

 1   WRITE ON 8 TAB WHI
     072782231781                        7.29
 1   WRITE ON 8 TAB WHI
     072782231781                        7.29
 1   WRITE ON 8 TAB WHI
     072782231781                        7.29
     *****Buy More / Save More*****
 2   LEGAL INDEX 26-50
     072782113728      5.980ea          10.00
 4   LEGAL INDEX 1-25 W
     072782113704      5.980ea          20.00
 1   LEGAL INDEX 1-25 W
     072782113704                        5.00
 1   LEGAL INDEX 1-25 W
     072782113704                        5.00
 1   LEGAL INDEX 1-25 W
     072782113704                        5.00
 1   LEGAL INDEX 26-50
     072782113728                        5.00
     Discount Amount <-9.80>
*********************************************
 4   WRITE ON 8 TAB WHI
     072782231781      7.290ea          29.16
     *****Buy More / Save More*****
 3   HEAVY DUTY BINDER
     073333798852      6.990ea          18.75
 3   HEAVY DUTY BINDER
     073333798852      6.990ea          18.75
 3   HEAVY DUTY BINDER
     073333798852      6.990ea          18.75
     Discount Amount <-6.66>
*********************************************
SUBTOTAL                              157.28
     Standard Tax 6.00%                  9.44
TOTAL                                $166.72
```

# DOCUPRINT & IMAGING
## Digital Graphics • Printing • Copying

**INVOICE**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 48943 | 11/30/2005 |

Sales Rep: house account
Customer #: 1129
Page: 1

*Complete Printing & Graphics Services*

High Speed Copying — Short Run Full Color Printing
Legal Document Services — Large Format Color Posters
Trial Exhibits - B/W & Color — HP Certified Print Center
DTP & Graphic Design — Business Stationery
Oversized Copies - Up to 36" Wide — Carbonless Forms
Complete Mailing Services — Envelopes
Full Color Laser Copies — Labels
MAC & PC Digital Services — Pick-up & Delivery
Digital Color Output from Disk — 25+ Years of Experience

BILL TO:
Torre, Karen Lee
51 Elm Street
3rd Floor
New Haven, CT 06510

Tel: (203) 865-5541    Fax:

**THIS IS YOUR INVOICE. NO OTHER BILL WILL BE RENDERED.**

| TERMS | CUSTOMER PHONE | CUSTOMER CONTACT | PURCHASE ORDER # | CUSTOMER SERVICE REP. |
|---|---|---|---|---|
| Net 30 Day | (203) 865-5541 | Mary Ann | | |

| QUANTITY | DESCRIPTION | | TOTAL |
|---|---|---|---|
| 8 | Legal Copies - TOLNAY<br>Copy Stock<br>Copies on 8.5 x 11<br>75 Originals, 1 Side To 1 Side, Collated/Stagger<br>600 Copies<br>Copy Dept.    3 Hole Drilling<br>Tab Inserting | Y | 141.60 |

RECEIVED BY _____

| SHIP VIA | SUB-TOTAL | TAX RATE % | TAX | FREIGHT CHARGES | DEPOSIT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| Our Van | 141.60 | 6.000 | 8.50 | 0.00 | 0.00 | $ 150.10 |

Thank You

A service charge of 1% per month (18% per year) will be charged on all balances unpaid after 30 days.
Please return pink copy with your payment.

# EVE L. MILLER
# AN INDIFFERENT PERSON

205 Church Street
New Haven, CT  06510
Phone: 203.787.4805
Fax: 203.782.2860
S.S. 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

December 1, 2005

Karen Lee Torre, Esq.
51 Elm Street
New Haven, CT  06510


Re:  Arpad Tolnay vs. Melvin Wearing

   Subpoena in a Civil Case
   Chief Francisco Ortiz, NH PD


**SERVICES RENDERED**........................$37.80

LAW OFFICES OF KAREN LEE TORRE/ATTORNEY AT LAW

Chief Francisco Ortiz                                                                        4095
                                                              12/1/2005
            12/01/05 - Chief Franciso Ortiz - Witness Fee                                    41.00


_WEBSTER Office -    Witness Fee - Tolnay v. Wearing                                         41.00

LMP12