UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY, | : | CIVIL CASE No. |
| Plaintiff, | : | 3:02CV1514 (JCH) |
| | : | |
| vs. | : | |
| | : | |
| MELVIN WEARING, | : | |
| Defendant. | : | January 27, 2006 |

### AFFIDAVIT OF JOSEPH D. GARRISON

I, Joseph D. Garrison, being duly sworn, depose and say:

1. I am a practicing attorney in New Haven, Connecticut and a partner in the law firm of Garrison, Levin-Epstein, Chimes & Richardson, P.C.

2. I graduated from Wesleyan University in 1965 and Cornell Law School in 1968.

3. I was the founding Chairman of the Connecticut Employment Lawyers Association, and am a past President and former member of the Board of Directors of the National Employment Lawyers Association which has over 3,200 affiliated attorneys nationally. I am a member of the Board of Directors of NELA's 501(c)(3) organization, Workplace Fairness. I have been a speaker at numerous national meetings and seminars, including NELA conventions, and am a frequent lecturer and seminar contributor in Connecticut and other states. I was appointed a Charter Fellow of the Board of Governors of the College of Labor and Employment Lawyers, and was President of the College in 2004. I have been named in The Best Lawyers in America since 1987.

4. My practice is concentrated in the area of employment law. Our office represents employees more than 95% of the time. Many of our cases involve statutes in

which attorney's fees are awarded, so that I attempt to remain current with the market for fee award purposes of attorneys in my office.

5. I am personally aware of Karen Torre's trial skills. Some years ago, she prevailed representing the plaintiff against my client in one of my few ventures representing a defendant, in a court trial before Honorable T.F. Gilroy Daly (Maturo v. National Graphics).

6. I have asked her to be a speaker on trial techniques for the national convention of NELA, and also for more local programs in Connecticut.

7. She has been involved in some high profile cases, such as Dillon v. Bailey and Shutts v. Feldman, in which she won substantial verdicts before juries. To my knowledge, she has prevailed in every jury trial she has conducted except one, which is an exceptional record for an attorney representing plaintiffs in civil rights cases.

8. I understand that her current billing rate is $325 per hour. Based on my knowledge of the market and of comparable trial attorneys, this rate is very reasonable. If she were a partner in my office (and she would be a partner based on her experience), we would be billing her time at somewhere between $350 and $400 per hour. My own billing rate is $500 per hour now. I was recently awarded $450 per hour, which was my rate in 2004 and 2005, as the appropriate rate in a class-action settlement.

9. Most defense counsel, in larger firms in New Haven area, bill partners' time at at least $350 per hour for litigation, and many of them have far less trial experience than attorney Torre. Attorney Torre should, in my opinion, bill her time at more than $325 per hour, if she were to bill in accordance with her value to clients.

10. In my opinion, it is important to enforcement of civil rights legislation that attorneys who prevail in contested cases before juries receive, at a minimum, their normal hourly rate. The usual jury trial involves serious risks, and it is common for jury verdicts to be subject to post-trial motions and appeals. Generally, defense counsel will be paid in full even if they lose. The successful plaintiff's counsel should also be paid in full when she wins.

*Joseph D. Garrison*

Subscribed and sworn to before me, this 27th day of January, 2006.

*Cheryl A. Maturo*
CHERYL A. MATURO
Notary Public
My Commission Expires: 9/30/09