IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | CIVIL ACTION NO. |
| Plaintiff : | 3:02-CV-1514 (EBB) |
| : | |
| V. : | |
| : | |
| MELVIN WEARING : | |
| Defendant : | FEBRUARY 7, 2006 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendant, Melvin Wearing, the former Chief of Police for the City of New Haven, hereby requests a thirty (30) day extension of time, from February 20, 2006 to and including March 22, 2006, of his deadline to file an opposition to the plaintiff's motion for an award of attorney's fees and costs. The plaintiff's counsel, Karen Lee Torre, does not oppose the granting of this motion. For the reasons set forth below, the Court should grant Chief Wearing's motion.

In support of his motion, Chief Wearing states as follows:

1. This is Chief Wearing's first request for an extension of the deadline at issue. As noted above, the plaintiff's counsel does not oppose the granting of the requested extension.

2. The deadline for the filing of Chief Wearing's opposition to the plaintiff's motion for an award of attorney's fees and costs is currently February 20, 2006.

3. The plaintiff moved for and received two extensions of time of his deadline to file his motion for an award of attorney's fees and costs prior to his filing that motion on January 30, 2006. Chief Wearing did not oppose those motions or any of the other motions for extensions of time filed by the plaintiff since the trial.

4.  Chief Wearing's counsel require the requested extension of time because of competing case obligations, including a conference in this case scheduled for February 13, 2006. Chief Wearing's counsel further require the extension to fully analyze the plaintiff's motion, including the time sheets and affidavits attached as exhibits and the case law cited in the plaintiff's memorandum and to draft a response pleading.

**WHEREFORE**, for good cause shown, Chief Wearing requests that the Court grant his motion to extend the deadline at issue from February 20 to and including March 22, 2006.

Respectfully submitted,

**DEFENDANT**
**MELVIN WEARING**

By: _____

Jonathan H. Beamon, Esq.
CT Fed. Bar No. 22937
Assistant Corporation Counsel
**OFFICE OF THE NEW HAVEN**
 **CORPORATION COUNSEL**
165 Church Street, 4th Floor
New Haven, CT 06510
Tel:   (203) 946-7958
Fax:  (203) 946-7942
E-Mail: JBeamon@Newhavenct.net

Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:   (203) 227-2855
Fax:  (203) 227-6992
E-Mail: rhodes@halloran-sage.com

and

John B. Farley, Esq.
CT Fed. Bar No. 02239
Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel:   (860) 522-6103
Fax:  (860) 548-0006
E-Mail: johnsonr@halloran-sage.com

His Attorneys

## **CERTIFICATION**

  This is to certify that on this 7th day of February, 2006, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

                   _____
                   Ralph W. Johnson, III

789162_1 DOC