UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY | : |
| | : |
|     Plaintiff, | : |
| | :   Civil No.   3:02CV1514 (EBB) |
| V. | : |
| | : |
| MELVIN WEARING | : |
| | :   February 7, 2006 |
|     Defendant. | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO DEFENDANT'S RULE 59 MOTION FOR A NEW TRIAL
AND ACCOMPANYING MOTION FOR REMITTITUR**

    The undersigned counsel for the plaintiff hereby respectfully moves this court for an additional two-week enlargement of time, or up to and including February 21, 2006, within which to respond to defendant's post-judgment Rule 59 motion for a new trial and accompanying motion for remittitur.  In support hereof,  the undersigned represents as follows:

    1.  The undersigned conferred with Attorney Robert Rhodes, counsel for the defendant, who consents to the grant of this motion.

    2.  The parties and their counsel are proceeding to a settlement conference with the Honorable Joan G. Margolis to take place on February 13, 2006.  Both parties are proceeding to this conference in good faith.  In light of this, undersigned counsel wishes, as does the defendant, to avoid the additional and attorney's fees which would accrue in connection with time-consuming preparation of opposition memoranda, especially where attorney's fees and costs are chargeable to the defendant.

3. If the settlement conference efforts, counsel will move quickly to prepare the plaintiff's opposition to the post-judgment motions.

4. In addition to the foregoing, the undersigned's time has also been consumed of late with the drafting of a substantial summary judgment brief in another case before Judge Kravitz.

5. In further compliance with Local Rule, the undersigned represents that one previous extension was sought in respect to this obligation.

WHEREFORE, for all the foregoing reasons, the undersigned counsel respectfully requests that the motion be granted.

                THE PLAINTIFF

                ARPAD TOLNAY

BY:_____
    KAREN LEE TORRE
    Federal Bar No. ct01707
    Law Offices of Karen Lee Torre
    51 Elm Street
    Suite 307
    New Haven, CT 06510
    (203) 865-5541

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on this 7th day of February , 2006 to:

Jonathan H. Beamon, Esq.
Assistant Corporation Counsel
Office of the New Haven Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT  06510

Robert A. Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

_____
KAREN LEE TORRE