UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | |
| : | |
| Plaintiff, : | |
| : | Civil No.  3:02CV1514 (EBB) |
| V. : | |
| : | |
| MELVIN WEARING : | |
| : | February 14, 2006 |
| Defendant. : | |

**PLAINTIFF'S MOTION FOR BOND TO SECURE JUDGMENT**

Plaintiff hereby moves this court to require the defendant to post bond to secure the judgment in this case.  In support of this motion, plaintiff respectfully represents:

1.  On December 15, 2005, pursuant to a jury verdict, this court entered judgment against the defendant for $5,150,903.84.

2.  Pursuant to Rule 62 of the Federal Rules of Civil Procedure, plaintiff may now move to execute on that judgment.  Defendant would be entitled to move for a stay of proceedings subject to conditions that this court finds proper to protect the security of the plaintiff.  See Fed.R.Civ.Pro. Rule 62(a) and (b).

3.  Rather than initiating proceedings to execute on the judgment, thereby forcing the defendant to move for a stay, plaintiff requests that, in accordance with the "commonly understood" practice of securing the status quo while protecting the rights of the non-appealing party pending appeal, see Harris v. Butler, 961 F.Supp. 61, 62 (S.D.N.Y. 1997), this court order the defendant to

post a supersedeas bond sufficient to secure the verdict.

                          THE PLAINTIFF

                          ARPAD TOLNAY

BY:_____
     KAREN LEE TORRE
     Federal Bar No. ct01707
     Law Offices of Karen Lee Torre
     51 Elm Street
     Suite 307
     New Haven, CT 06510
     (203) 865-5541

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on this 14th day of February, 2006 to:

Jonathan H. Beamon, Esq.
Assistant Corporation Counsel
Office of the New Haven Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT  06510

Robert A. Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

John Burns Farley, Esq.
Ralph W. Johnson III, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum St.
Hartford, CT 06103

_____
KAREN LEE TORRE