UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | |
| : | |
| Plaintiff, : | |
| : | Civil No.  3:02CV1514 (EBB) |
| V. : | |
| : | |
| MELVIN WEARING : | |
| : | February 21, 2006 |
| Defendant. | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO DEFENDANT'S RULE 59 MOTION FOR A NEW TRIAL
AND ACCOMPANYING MOTION FOR REMITTITUR**

The undersigned counsel for the plaintiff hereby respectfully moves this court for an additional enlargement of time up to and including March 10, 2006, within which to submit briefs in opposition to defendant's post-judgment Rule 59 Motion for a New Trial and accompanying Motion for Remittitur.  In support hereof, the undersigned represents as follows:

1. On this date, the undersigned conferred with Attorney Robert A. Rhodes, counsel for the defendant.  Defendant has no objection to this motion.

2. Plaintiff previously moved for an extension of time until February 21, 2006 in light of the parties' agreement to engage in settlement efforts with the Hon. Joan G. Margolis.

3.  Magistrate Judge Margolis held a settlement conference in her chambers on February 13, 2006 attended by the undersigned and four attorneys representing the defendant.

4. Subsequent to said conference, defense counsel notified the Magistrate Judge that they

needed additional time to respond to certain questions posed by the Magistrate Judge. Thereafter, on Friday, February17, 2006 the undersigned conferred further with the Magistrate Judge. The parties, with the continued assistance of the Magistrate Judge, continue to confer in an effort to settle this matter. Pursuant to the latest conference between counsel which took place today, counsel will continue to confer in an effort towards settlement. On March 1, 2006 a meeting is scheduled for this purpose and on said date counsel should be able to determine whether this case will in fact settle or proceed with further litigation.

5. Accordingly, with this time and effort devoted to efforts at settlement, and for those reasons previously set forth in counsel's prior motion regarding counsels' efforts to stem rising costs, the undersigned needs the additional time to complete the research and writing of the brief in opposition to defendant's motion.

6. In addition, the undersigned counsel needs the trial transcript for December 7, 2005, one day of trial not previously included in defendant's submission, in order to write both opposition briefs. Counsel's staff contacted the court reporter and requested this transcript last Friday and still awaits a response to the request.

7. There have been two previous motions for extension of time for this purpose.

WHEREFORE, for all the foregoing reasons, the undersigned counsel respectfully requests that the motion be granted.

        THE PLAINTIFF

        ARPAD TOLNAY


BY:_____
    KAREN LEE TORRE
    Federal Bar No. ct01707
    Law Offices of Karen Lee Torre
    51 Elm Street
    Suite 307
    New Haven, CT 06510
    (203) 865-5541

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on this 21st day of February , 2006 to:

Jonathan H. Beamon, Esq.
Assistant Corporation Counsel
Office of the New Haven Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT  06510

Robert A. Rhodes, Esq.            John Burns Farley, Esq.
Halloran & Sage, LLP             Ralph W. Johnson III, Esq.
315 Post Road West              Halloran & Sage
Westport, CT 06880              One Goodwin Square
                                        225 Asylum St.
                                        Hartford, CT 06103

_____
KAREN LEE TORRE