IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | CIVIL ACTION NO. |
|     Plaintiff : | 3:02-CV-1514 (EBB) |
| : | |
| V. : | |
| : | |
| MELVIN WEARING : | |
|     Defendant : | FEBRUARY 23, 2006 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendant, Melvin Wearing, the former Chief of Police for the City of New Haven, requests a thirty (30) day extension of time, from March 16, 2006 to and including April 17, 2006, of his deadline to respond to the plaintiff's post-judgment discovery served on February 14. The plaintiff's counsel, Karen Lee Torre, does not oppose the granting of this motion. For the reasons set forth below, the Court should grant Chief Wearing's motion.

In support of his motion, Chief Wearing states as follows:

1.  This is Chief Wearing's first request for an extension of the deadline at issue. As noted above, the plaintiff's counsel does not oppose the granting of the requested extension.

2.  The deadline for Chief Wearing to respond to the plaintiff's post-judgment discovery is currently March 16, 2006.

3.  The plaintiff has moved for and received three extensions of time to file his opposition to Chief Wearing's post-trial motions. His opposition is currently due to be filed on March 10, 2006. The plaintiff also moved for and received two extensions of time of his deadline to file his motion for an award of attorney's fees and costs prior to his filing that motion

on January 30, 2006. Chief Wearing has not opposed any of the plaintiff's motions for extension of time.

4.      Chief Wearing's counsel require the requested extension of time to consult with their client and because of competing case obligations. Chief Wearing's counsel is also currently analyzing the plaintiff's motion for attorney's fees and costs, including the time sheets and affidavits attached as exhibits and the case law cited in the plaintiff's memorandum.

**WHEREFORE**, for good cause shown, Chief Wearing requests that the Court grant his motion to extend the deadline at issue from March 16 to and including April 17, 2006.

Respectfully submitted,

**DEFENDANT**
**MELVIN WEARING**

By: _____
Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:    (203) 227-2855
Fax:    (203) 227-6992
E-Mail: rhodes@halloran-sage.com

and

Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel:    (860) 522-6103
Fax:    (860) 548-0006
E-Mail: johnsonr@halloran-sage.com

His Attorneys

## **CERTIFICATION**

      This is to certify that on this 23rd day of February, 2006, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Jonathan H. Beamon, Esq.
Assistant Corporation Counsel
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

 

                                                                          Ralph W. Johnson, III

797380_1 DOC