IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | CIVIL ACTION NO. |
| Plaintiff : | 3:02-CV-1514 (EBB) |
| : | |
| V. : | |
| : | |
| MELVIN WEARING : | |
| Defendant : | MARCH 2, 2006 |

### MOTION FOR STAY OF ENFORCEMENT
### AND EXECUTION OF JUDGMENT AND
### REQUEST FOR EXPEDITED ADJUDICATION AND FOR IMMEDIATE STAY
### PENDING RESOLUTION OF THE INSTANT MOTION

Pursuant to Federal Rule of Civil Procedure 62(b) and Local Rule 7, the defendant, Melvin Wearing, the former Chief of Police for the City of New Haven, hereby moves the court for an order staying the execution of, or any proceedings to enforce, the judgment entered in favor of the plaintiff, pending disposition of Chief Wearing's motion for judgment as a matter of law, motion for a new trial and motion for remittitur, in the alternative.

In support of his motion, Chief Wearing has submitted a memorandum of law and his affidavit.

Chief Wearing requests that the Court enter an order establishing an expedited briefing schedule and schedule argument on this motion as soon as possible. Chief Wearing further requests that, as part of the scheduling order, the Court stay any execution or enforcement of the judgment pending its ruling on this motion.

**ORAL ARGUMENT REQUESTED**

**WHEREFORE**, for the reasons set forth in detail in his memorandum of law and for good cause shown, Chief Wearing requests that the Court grants his motion.

Respectfully submitted,

**DEFENDANT
MELVIN WEARING**

By: _____
Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:    (203) 227-2855
Fax:    (203) 227-6992
E-Mail:  rhodes@halloran-sage.com

and

Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
Tel:    (860) 522-6103
Fax:    (860) 548-0006
E-Mail:  johnsonr@halloran-sage.com

His Attorneys

## CERTIFICATION

This is to certify that on this 2nd day of March, 2006, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Jonathan H. Beamon, Esq.
Assistant Corporation Counsel
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

The Honorable Ellen B. Burns
United States District Court
  for the District of Connecticut
141 Church Street
New Haven, CT 06510
(Courtesy Copy, Via Hand Delivery)

 

                                                Ralph W. Johnson, III

798346_1 DOC