IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | CIVIL ACTION NO. |
| Plaintiff : | 3:02-CV-1514 (EBB) |
| : | |
| V. : | |
| : | |
| MELVIN WEARING : | |
| Defendant : | MARCH 3, 2006 |

### NOTICE OF FILING ORIGINAL AFFIDAVIT

On March 2, 2006, the defendant, Melvin Wearing, the former Chief of Police for the City of New Haven, filed a "Motion for Stay of Enforcement and Execution of Judgment and Request for Expedited Adjudication and for Immediate Stay Pending Resolution of the Instant Motion." Exhibit A to the Memorandum of Law in support of the Motion was Chief Wearing's affidavit. The affidavit attached to the memorandum was a copy. The original affidavit is attached hereto as Exhibit A.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

Respectfully submitted,

**DEFENDANT
MELVIN WEARING**

By: _____
Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:     (203) 227-2855
Fax:     (203) 227-6992
E-Mail:  rhodes@halloran-sage.com

and

Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel:     (860) 522-6103
Fax:     (860) 548-0006
E-Mail:  johnsonr@halloran-sage.com

His Attorneys

2

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

HALLORAN
& SAGE LLP

## CERTIFICATION

This is to certify that on this 3rd day of March, 2006, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Jonathan H. Beamon, Esq.
Assistant Corporation Counsel
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

Robert A. Rhodes

800573_1 DOC

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
|     Defendant | : | MARCH 2, 2006 |

### AFFIDAVIT OF MELVIN WEARING

STATE OF CONNECTICUT    )
                                    )    ss. Westport
COUNTY OF FAIRFIELD     )

**MELVIN WEARING**, being duly sworn and upon personal knowledge, deposes and states as follows:

1. I am the former Chief of Police for the City of New Haven. I am over eighteen (18) years of age and believe in the obligations of an oath.

2. I do not have the assets to pay the judgment for $5,150,903.84 that was entered in the above-captioned action.

3. My assets can be summarized as follows:

    (a)    I own a home (together with my wife) in Connecticut. It was purchased in 1972 and there is a home equity loan on it with a balance of $13,962.62 remaining;

    (b)    I own a vacation home (together with my wife), which is located outside of Connecticut. There is a mortgage with a remaining balance of $137,628.43 on it;

(c) I own a motor vehicle, model year 2003, with monthly payments of $679.56 and a remaining balance of $18,046.68;

(d) I own an old pick-up truck, which is located outside of Connecticut;

(e) I have savings of approximately $40,000, which is held jointly with my wife;

(f) My pension pays me approximately $76,000 per year; and

(g) My current salary is $105,000 per year.

4. In addition to my wife, I have two minor grandchildren who live with me and for whom I am financially responsible.

5. If I were required to commit any of my assets as security for the judgment, it would have a significant and adverse impact on my ability to pay my other creditors and to support my family. If required to commit my assets in order to obtain a stay of execution on the judgment, I would be forced to consult with bankruptcy counsel.

_____
Melvin Wearing

Subscribed and Sworn to before me
this 2nd day of March 2006.

_____
~~Notary Public~~
Commissioner of the Superior Court

798474_1 DOC
799986-1(HSFP)

2