**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **ARPAD TOLNAY** | : | |
|    Plaintiff | : | |
| | : | |
| V. | : | **CIVIL NO. 3:02CV1514 (EBB)** |
| | : | |
| **MELVIN WEARING** | : | |
|    Defendant | : | **MARCH 9, 2006** |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel respectfully requests to withdraw his appearance on behalf of the defendant Melvin Wearing in the above captioned case. The defendant is also represented by Attorney Robert A. Rhodes.

                                                     THE DEFENDANT

                                                     /s/_____
                                                     Jonathan H. Beamon
                                                     Assistant Corporation Counsel
                                                     City of New Haven
                                                     165 Church Street, 4th Floor
                                                     New Haven, CT  06510
                                                     Phone:  (203) 946-7958
                                                     Fax: (203) 946-7942
                                                     Federal Bar No. ct22937
                                                     E-mail: jbeamon@newhavenct.net

## **C E R T I F I C A T I O N**

      I hereby certify that a copy of the foregoing Motion to Withdraw Appearance was mailed on March 9, 2006 to the following:

Karen Lee Torre, Esq.  
Law Offices of Karen Lee Torre  
51 Elm Street, Suite 307  
New Haven, CT 06510

Robert A. Rhodes, Esq.  
Halloran & Sage, LLP  
315 Post Road West  
Westport, CT 06880-4739

                                                  /s/_____  
                                                  Jonathan H. Beamon