UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY | : |
| | : |
|        Plaintiff, | : |
| | :   Civil No.  3:02CV1514 (EBB) |
| V. | : |
| | : |
| MELVIN WEARING | : |
| | :  March 10, 2006 |
|        Defendant. | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO DEFENDANT'S RULE 59 MOTION FOR A NEW TRIAL
AND ACCOMPANYING MOTION FOR REMITTITUR**

The undersigned counsel for the plaintiff hereby respectfully moves this court for an additional enlargement of time up to and including March 20, 2006, within which to submit briefs in opposition to defendant's post-judgment Rule 59 Motion for a New Trial and accompanying Motion for Remittitur. In support hereof, the undersigned represents as follows:

1. Undersigned counsel had previously requested extensions of time in light of the parties' participation in ongoing settlement conferences overseen by the Hon. Joan G. Margolis. In plaintiff's previous motion for enlargement, the undersigned advised the court that she would be able to determine whether this case would settle on or about March 1, 2006 as a meeting was to take place that day which would determine whether a settlement would in fact occur. On March 1, 2006, the undersigned had heard nothing regarding the matter. On March 2, 2006, counsel for defendant left a telephone message for the undersigned but the undersigned was unable to reach him back. Thus,

on March 3, 2006, the undersigned did in fact reach and confer with defense counsel and it was clear to counsel on March 3, 2006 that this case would not in fact settle. Accordingly, the undersigned proceeded to work on the briefs. (Plaintiff's counsel had, notwithstanding the ongoing settlement efforts, continued with extensive trial transcript review and legal research so as not to unduly delay the submission of briefs should the filing of same become necessary).

2. Undersigned counsel unfortunately took sick with some type of vile infection and has been to the doctor and prescribed antibiotics and codeine for severe cough. The undersigned's symptoms include high fever and loss of her voice, all of which have made it impossible to complete the dictation of the briefs within the current deadline.

3. The undersigned is, however, near completion of plaintiff's opposition to defendant's Rule 50 Motion for Judgement as a Matter of Law and, although by separate motion the undersigned seeks a like enlargement of time, she will file same as soon as possible before the new requested deadline.

4. The undersigned conferred with Attorney Robert Rhodes, counsel for the defendant, regarding this motion. Defendant has no objection to the granting of the requested enlargement.

5. There have been three previous motions for extension of time for this purpose.

6. In the event, as she hopes, that she regains her health quickly, the undersigned will endeavor to file the briefs if possible before the new requested deadline of March 20, 2006.

WHEREFORE, for all the foregoing reasons, the undersigned counsel respectfully requests that this motion be granted.

2

THE PLAINTIFF

ARPAD TOLNAY


BY:_____
     KAREN LEE TORRE
     Federal Bar No. ct01707
     Law Offices of Karen Lee Torre
     51 Elm Street
     Suite 307
     New Haven, CT 06510
     (203) 865-5541

## <u>CERTIFICATION</u>

     I hereby certify that a copy of the foregoing was mailed on this 10th day of March , 2006 to:

Jonathan H. Beamon, Esq.
Assistant Corporation Counsel
Office of the New Haven Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT  06510

| | |
|---|---|
| Robert A. Rhodes, Esq. | John Burns Farley, Esq. |
| Halloran & Sage, LLP | Ralph W. Johnson III, Esq. |
| 315 Post Road West | Halloran & Sage |
| Westport, CT 06880 | One Goodwin Square |
| | 225 Asylum St. |
| | Hartford, CT 06103 |


_____
KAREN LEE TORRE