IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | CIVIL ACTION NO. |
|     Plaintiff : | 3:02-CV-1514 (EBB) |
| : | |
| V. : | |
| : | |
| MELVIN WEARING : | |
|     Defendant : | MARCH 13, 2006 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendant, Melvin Wearing, the former Chief of Police for the City of New Haven, hereby requests a twenty-one (21) day extension of time, from March 22, 2006 to and including April 12, 2006, of his deadline to file an opposition to the plaintiff's motion for an award of attorney's fees and costs. The plaintiff's counsel, Karen Lee Torre, does not oppose the granting of this motion. For the reasons set forth below, the Court should grant Chief Wearing's motion.

In support of his motion, Chief Wearing states as follows:

1. This is Chief Wearing's second request for an extension of the deadline at issue. As noted above, the plaintiff's counsel does not oppose the granting of the requested extension.

2. The deadline for the filing of Chief Wearing's opposition to the plaintiff's motion for an award of attorney's fees and costs is currently March 22, 2006.

3. The plaintiff moved for and received two extensions of time of his deadline to file his motion for an award of attorney's fees and costs prior to his filing that motion on January 30, 2006. Chief Wearing did not oppose those motions or any of the other, multiple motions for extensions of time filed by the plaintiff since the trial.

4. Chief Wearing's counsel require the requested extension of time because of competing case obligations. Chief Wearing's counsel further require the extension to fully analyze the plaintiff's motion, including the time sheets and affidavits attached as exhibits and the case law cited in the plaintiff's memorandum and to draft a response pleading.

**WHEREFORE**, for good cause shown, Chief Wearing requests that the Court grant his motion to extend the deadline at issue from March 22 to and including April 12, 2006.

Respectfully submitted,

**DEFENDANT
MELVIN WEARING**


By: _____
Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:   (203) 227-2855
Fax:   (203) 227-6992
E-Mail:  rhodes@halloran-sage.com

and

Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
Tel:   (860) 522-6103
Fax:   (860) 548-0006
E-Mail:  johnsonr@halloran-sage.com

His Attorneys

## CERTIFICATION

This is to certify that on this 13th day of March, 2006, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

                                             Ralph W. Johnson, III

804191_1.DOC