UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil No.  3:02CV1514 (EBB) |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
| | : | March 10, 2006 |
| Defendant. | | |

## PLAINTIFF'S OBJECTION TO MOTION TO WITHDRAW APPEARANCE FILED BY ATTORNEY JONATHAN H. BEAMON

Under date of March 9, 2006, Jonathan H. Beamon, Assistant Corporation Counsel for the City of New Haven, moved to withdraw his appearance for the defendant in this action. Attorney Beamon's motion was filed pursuant to Local Rule 7(e). Plaintiff objects to this motion on the ground that it fails to comply with the provisions of Local Rule 7(e). Attorney Beamon's motion does not contain a showing that the defendant Melvin Wearing has received actual notice of the motion by personal service or by certified mail.

Although Attorney Beamon indicated that his motion was filed pursuant to Local Rule 7(e), Attorney Beamon evidently did not read the provision which unequivocally states as follows:

> **Withdrawal of Appearances.** Withdrawal of appearances may be accomplished only by leave of Court on motion duly noticed, and normally shall not be granted except upon a showing that other

> counsel has appeared or that the party has elected to proceed pro se, <u>and that the party whose counsel seeks to withdraw has received actual notice by personal service or by certified mail of the motion to withdraw</u>.

D. Conn. L. Civ. R. 7(e) (Emphasis supplied.)

Neither the text nor the certification attached to Attorney Beamon's motion contains the required showing that Melvin Wearing has been given notice of the motion by personal service or certified mail. One of the obvious purposes of the rule's mandate is to afford a litigant the opportunity to object to such a motion or to bring to the court's attention any considerations which may affect the court's decision on the motion. Accordingly, Attorney Beamon's motion must be denied. Attorney Beamon is certainly free to renew such a motion upon the required showing and upon Melvin Wearing's opportunity in due course to oppose the motion if he so chooses within the standard time frame for a response.

THE PLAINTIFF

ARPAD TOLNAY

BY:_____
KAREN LEE TORRE
Federal Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on this 10th day of March, 2006 to:

Jonathan H. Beamon, Esq.
Assistant Corporation Counsel
Office of the New Haven Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT  06510

Robert A. Rhodes, Esq.           John Burns Farley, Esq.
Halloran & Sage, LLP             Ralph W. Johnson III, Esq.
315 Post Road West               Halloran & Sage
Westport, CT 06880               One Goodwin Square
                                 225 Asylum St.
                                 Hartford, CT 06103

_____
KAREN LEE TORRE