UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | 3:02cv1514(EBB) |
| | : | |
| MELVIN WEARING | : | MARCH 17, 2006 |

## APPEARANCE

Please enter my appearance on behalf of the plaintiff, Arpad Tolnay, in addition to that of Attorney Karen Lee Torre.

THE PLAINTIFF

By_____
NORMAN A. PATTIS
649 Amity Road
Bethany, CT 06524
203.393.3017
203.393.9745
ct13120

## CERTIFICATION

The foregoing was mailed, first-class postage pre-paid this 17th day of March 2006 to: John Farley, Halloran & Sage, 225 Asylum Street, Hartford, CT 06103; Ralph Johnson, Halloran & Sage, 225 Asylum Street, Hartford, CT 06103; and, Robert Rhodes, Halloran & Sage, 315 Post Road West, Westport, CT 06880.

_____
NORMAN A. PATTIS