**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **ARPAD TOLNAY** : | |
|    Plaintiff : | |
| : | |
| **V.** : | **CIVIL NO. 3:02CV1514 (EBB)** |
| : | |
| **MELVIN WEARING** : | |
|    Defendant : | **MARCH 17, 2006** |

## SECOND MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel respectfully requests to withdraw his appearance on behalf of the defendant Melvin Wearing in the above captioned case. The defendant is also represented by Attorney Robert A. Rhodes, Attorney John Burns Farley and Attorney Ralph W. Johnson III. In addition, the undersigned counsel hereby withdraws his first motion to withdraw appearance dated March 9, 2006.

                                                                                     THE DEFENDANT

                                                                                     By:/s/_____
                                                                                      Jonathan H. Beamon
                                                                                      Assistant Corporation Counsel
                                                                                      City of New Haven
                                                                                      165 Church Street, 4th Floor
                                                                                      New Haven, CT 06510
                                                                                      Phone: (203) 946-7958
                                                                                      Fax: (203) 946-7942
                                                                                      Federal Bar No. ct22937
                                                                                      E-mail: jbeamon@newhavenct.net

## C E R T I F I C A T I O N

I hereby certify that a copy of the foregoing Second Motion to Withdraw Appearance was mailed on March 17, 2006 to the following:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Robert A. Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880-4739

John Burns Farley, Esq.
Ralph W. Johnson III, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

And a copy of the foregoing motion was sent on this date by certified mail to the following:

Melvin Wearing
17 Kilborn Street
West Haven, CT 06516

/s/_____
Jonathan H. Beamon