UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil No.  3:02CV1514 (EBB) |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
| | : | March 20, 2006 |
| Defendant. | | |

**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

The undersigned counsel for the plaintiff hereby respectfully moves this court for leave to exceed the 40-page limitation on Plaintiff's Memorandum Of Law In Opposition To Defendant's Rule 59 Motion For New Trial And Motion For Remittitur and to submit a brief of 51 pages.  In support of this motion, the undersigned represents that, among the post-trial motions in this case, the defendant has filed both a motion for new trial and a separate motion for remittitur, both of which seek a remittitur of the awards in this case.  Plaintiff moved to strike defendant's motion for remittitur on the grounds that the rules permit not such motion and the issue was already raised by way of defendant's motion for a new trial.  The court has not ruled on plaintiff's Motion to Strike. Therefore, although plaintiff's counsel accordingly had a right to submit two 40-page briefs, in the interest of efficiency and to avoid duplication, counsel preferred to write and submit one brief in opposition to the claims made by defendant via dual motions.  Plaintiff's Memorandum of Law only exceeds the page limit by eleven pages which would otherwise be set forth in an unnecessary separate brief.

WHEREFORE, for all the foregoing reasons, the undersigned counsel respectfully requests that this motion be granted.

          THE PLAINTIFF

          ARPAD TOLNAY


BY:_____
    KAREN LEE TORRE
    Federal Bar No. ct01707
    Law Offices of Karen Lee Torre
    51 Elm Street
    Suite 307
    New Haven, CT 06510
    (203) 865-5541

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on this 20th day of March , 2006 to:

| | |
|---|---|
| Robert A. Rhodes, Esq. | John Burns Farley, Esq. |
| Halloran & Sage, LLP | Ralph W. Johnson III, Esq. |
| 315 Post Road West | Halloran & Sage |
| Westport, CT 06880 | One Goodwin Square |
| | 225 Asylum St. |
| | Hartford, CT 06103 |


_____
KAREN LEE TORRE

2