UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02 CV 1514 (JCH) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
| Defendant | : | MARCH 21, 2006 |

### DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Pursuant to F.R.C.P. Rule 26(c), the defendant now moves for an order of protection to prevent the deposition of Melvin Wearing from taking place on March 23, 2006. Specifically, the defendant seeks an order preventing the deposition of Melvin Wearing until after the Court has ruled on the pending Motion for Stay of Enforcement and Execution of Judgment. The defendant also seeks an order prohibiting the plaintiff from conducting the deposition of Melvin Wearing until the objections to the plaintiff's requests for production have been resolved. Finally, the defendant moves for an order prohibiting the use of any information produced at the deposition for any purpose other than locating assets, and an order prohibiting the disclosure of any information produced at the deposition to third parties for any purpose other than locating assets. A detailed memorandum of law has been filed in support of this motion.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY REQUIRED**

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

DEFENDANT
MELVIN WEARING

By _____
ROBERT A. RHODES
HALLORAN & SAGE LLP
Fed. Bar #ct 13583
315 Post Road West
Westport, CT 06880
Telephone: (203) 227-2855
Facsimile: (203) 227-6992
rhodes@halloran-sage.com

315 Post Road West
Westport, CT 06880

2
HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

HALLORAN
& SAGE LLP

## CERTIFICATION

This is to certify that on this 21st day of March, 2006, I hereby mailed a copy of the foregoing to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06150

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Jonathan H. Beamon, Esq.
Assistant Corporation Counsel
Office of the New Haven Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

_____
ROBERT A. RHODES

807611_1 DOC
807632-1
807632-1(HSFP)

3

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195