UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil No. 3:02CV1514 (EBB) |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
| | : | March 23, 2006 |
| Defendant. | | |

**PLAINTIFF'S MOTION FOR TWO-DAY ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S "MOTION FOR A STAY OF ENFORCEMENT AND EXECUTION OF THE JUDGMENT AND REQUEST FOR EXPEDITED ADJUDICATION AND FOR IMMEDIATE STAY PENDING RESOLUTION OF [DEFENDANT'S] MOTION"**

Plaintiff respectfully requests a two-day enlargement of time up to and including Monday March 27, 2006, in which file his opposition to defendant's "Motion for a Stay of Enforcement and Execution of the Judgment and Request for Expedited Adjudication and for Immediate Stay Pending Resolution of [Defendant's] Motion". In support hereof the undersigned represents as follows:

1. This is the first such request for an enlargement.

2. Counsel for the defendant does not object to the requested enlargement.

3. The undersigned counsel's time over the past two days was diverted to attending to discovery disputes in this case which resulted in defendant's filing of a motion for a protective order and the necessity of the undersigned counsel to quickly prepare an opposition thereto and thereafter communicate both with chambers and the offices of

defense counsel respecting court intervention in that matter. This dispute also caused the undersigned to have to spend time conferring with her new co-counsel in this matter and the plaintiff.

Wherefore the foregoing motion should be granted.

                THE PLAINTIFF

                ARPAD TOLNAY

        BY:_____
            KAREN LEE TORRE
            Federal Bar No. ct01707
            Law Offices of Karen Lee Torre
            51 Elm Street
            Suite 307
            New Haven, CT 06510
            (203) 865-5541

**CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed on this 23rd day of March, 2006 to:

Robert A. Rhodes, Esq.
John Burns Farley, Esq.
Ralph W. Johnson III, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Norman A. Pattis, Esq
649 Amity Rd., PO Box 280
Bethany, CT   06524

 

_____
KAREN LEE TORRE

3