IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | CIVIL ACTION NO. |
|     Plaintiff : | 3:02-CV-1514 (EBB) |
| : | |
| V. : | |
| : | |
| MELVIN WEARING : | |
|     Defendant : | MARCH 23, 2006 |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendant, Melvin Wearing, the former Chief of Police for the City of New Haven, requests a thirty (30) day extension of time, from April 3, 2006 to and including May 3, 2006, of his deadline to file reply briefs in further support of his three, principal, post-trial motions (motion for judgment as a matter of law, motion for a new trial and motion for remittitur, in the alternative). The plaintiff's counsel, Karen Lee Torre, does not oppose the granting of this motion. For the reasons set forth below, the Court should grant Chief Wearing's motion.

In support of his motion, Chief Wearing states as follows:

1. This is Chief Wearing's first request for an extension of the deadline at issue. As noted above, the plaintiff's counsel does not oppose the granting of the requested extension.

2. The deadline for Chief Wearing to file reply briefs in support of his three principal, post-trial motions is currently April 3, 2006.

3. The plaintiff moved for and received four extensions of time to file his opposition briefs to Chief Wearing's post-trial motions. The plaintiff's two opposition briefs were filed on March 20, 2006. Chief Wearing's counsel received the plaintiff's briefs on March 21, via emails

from the Court. Eighty-two (82) days passed between the filing of the post-trial motions and the filing of the plaintiff's opposition briefs.

4.  Chief Wearing did not oppose any of the plaintiff's multiple motions for extension of time filed since the trial. In addition to the four extensions the plaintiff received in connection with the filing of his briefs in opposition to the post-trial motions, he also received two extensions of his deadline to file a motion for fees and costs.

5.  Chief Wearing's counsel require the requested extension of time to fully analyze the plaintiff's two opposition briefs, totaling 29 pages and 51 pages, respectively, and the numerous cases cited in them, to research the issues raised in the briefs and to draft the reply briefs in further support of the post-trial motions. Chief Wearing's counsel also require the requested extension of time because of competing case obligations.

**WHEREFORE**, for good cause shown, Chief Wearing requests that the Court grant his motion to extend the deadlines at issue from April 3 to and including May 3, 2006.

Respectfully submitted,

**DEFENDANT**
**MELVIN WEARING**

By: _____
Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:    (203) 227-2855
Fax:   (203) 227-6992
E-Mail:  rhodes@halloran-sage.com

and

Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel:    (860) 522-6103
Fax:   (860) 548-0006
E-Mail:  johnsonr@halloran-sage.com

His Attorneys

## CERTIFICATION

 This is to certify that on this 23rd day of March, 2006, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

               _____
               Ralph W. Johnson, III

808732_1 DOC