UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | |
| : | |
| Plaintiff, : | |
| : | Civil No.  3:02CV1514 (EBB) |
| V. : | |
| : | |
| MELVIN WEARING : | |
| : | March 29, 2006 |
| Defendant. | |

**PLAINTIFF'S MOTION FOR ORDER
PERMITTING REGISTRATION OF JUDGMENT**

Pursuant to 28 U.S.C. §1963, the plaintiff, Arpad Tolnay, by and through his undersigned counsel, hereby moves this court for an order permitting the plaintiff to register the judgment herein in the United States District Court in the State of South Carolina.

Good cause exists for the grant of this motion in light of the defendant's disclosure of his interest in real estate and personal property located in the State of South Carolina.

Notwithstanding current issues before the court respecting the availability to defendant of third-party sources of payment, defendant's right to same and plaintiff's right of subrogation, it remains that under the current posture of the case, defendant's assets within this district are insufficient to satisfy the judgment.  Accordingly, plaintiff has the right to register the judgment in another district in which the defendant has assets.  For the above reasons and those more fully set forth in the accompanying memorandum of law, the plaintiff respectfully requests that this motion be granted.

          THE PLAINTIFF

          ARPAD TOLNAY


          BY:_____
              KAREN LEE TORRE
              Federal Bar No. ct01707
              Law Offices of Karen Lee Torre
              51 Elm Street, Suite 307
              New Haven, CT 06510
              (203) 865-5541

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on this 29th day of March , 2006 to:

| | |
|---|---|
| Robert A. Rhodes, Esq.<br>Halloran & Sage, LLP<br>315 Post Road West<br>Westport, CT 06880 | John Burns Farley, Esq.<br>Ralph W. Johnson III, Esq.<br>Halloran & Sage<br>One Goodwin Square<br>225 Asylum St.<br>Hartford, CT 06103 |
| Norman A. Pattis, Esq.<br>649 Amity Road<br>P.O. Box 280<br>Bethany, CT 06524 | Hugh F. Keefe, Esq.<br>Lynch, Traub, Keefe & Errante, P.C.<br>P.O. Box 1612<br>New Haven, CT 06506-1612 |


          _____
          KAREN LEE TORRE