IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
|     Defendant | : | APRIL 4, 2006 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendant, Melvin Wearing, the former Chief of Police for the City of New Haven, hereby requests an extension of time of his deadline to file an opposition to the plaintiff's motion for a bond. Specifically, Chief Wearing requests that his deadline to file an opposition be set at twenty-one (21) days after the receipt of the final transcript of the ongoing proceedings on his motion for a stay. The requested extension is appropriate because its places Chief Wearing in a similar position as the plaintiff with regard to the briefing of the motion for stay and the motion for a bond. On March 28, 2006, the Court granted the plaintiff a third extension of time to file an opposition to Chief Wearing's motion for a stay and set his deadline at some unidentified time after the completion of the proceedings on the motion. The plaintiff's counsel has indicated that she objects to this motion and will file an objection.

For the reasons set forth below, the Court should grant Chief Wearing's motion. In support of his motion, Chief Wearing states as follows:

1. This is Chief Wearing's second request for an extension of the deadline at issue.

2. The deadline for the filing of Chief Wearing's opposition to the plaintiff's motion for a bond is currently April 6, 2006. He requests that his deadline be set at twenty-one (21) days after the receipt of the final transcript of the ongoing proceedings on his motion for a stay.

3. Chief Wearing believes that the requested extension is consistent with the extensions given to the plaintiff. Specifically, the plaintiff has moved for and received three extensions of time to file an opposition to Chief Wearing's motion for a stay. After the granting of the second extension, nunc pro tunc, the plaintiff's opposition was due on March 27. On March 28, when asked by the Court about the filing of the opposition, the plaintiff asked for and received a third extension of time to file the opposition until some, unidentified time after the conclusion of the proceedings on the motion for a stay.

4. Chief Wearing has not opposed the plaintiff's multiple motions for extensions of time filed by the plaintiff since the trial. For example, in addition to the three extensions in connection with his opposition to Chief Wearing's motion for a stay, the plaintiff moved for and received two extensions of time of his deadline to file his motion for an award of attorney's fees and costs. The plaintiff also moved for and received four extensions of time to file his opposition briefs to Chief Wearing's post-trial motions. Eighty-two (82) days passed between the filing of the post-trial motions and the filing of the plaintiff's opposition briefs.

5. The requested extension is appropriate because its places Chief Wearing in a similar position as the plaintiff with regard to the briefing of the motion for stay and the motion for a bond. Chief Wearing's counsel also require the requested extension of time because of competing case obligations and the other tasks in this case. Those tasks include: the analyzing of the plaintiff's opposition briefs to the defendant's post-trial motions and the preparing of reply

briefs and the analyzing of the plaintiff's motion to register the judgment in South Carolina and the preparing of a response pleading.

**WHEREFORE**, for good cause shown, Chief Wearing requests that the Court grant his motion to extend the deadline at issue from April 6 to and including twenty-one (21) days after the receipt of the final transcript of the ongoing proceedings in connection with the motion for stay.

Respectfully submitted,

**DEFENDANT
MELVIN WEARING**

By: _____
Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:   (203) 227-2855
Fax:   (203) 227-6992
E-Mail: rhodes@halloran-sage.com

and

Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel:   (860) 522-6103
Fax:   (860) 548-0006
E-Mail: johnsonr@halloran-sage.com

His Attorneys

## CERTIFICATION

This is to certify that on this 4th day of April, 2006, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

                                          Ralph W. Johnson, III

814425_1 DOC