IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
|     Defendant | : | APRIL 4, 2006 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendant, Melvin Wearing, the former Chief of Police for the City of New Haven, hereby requests a twenty-one (21) day extension of time, from April 12, 2006 to and including May 3, 2006, of his deadline to file an opposition to the plaintiff's motion for an award of attorney's fees and costs. The plaintiff's counsel, Karen Torre, does not oppose the granting of this motion. For the reasons set forth below, the Court should grant Chief Wearing's motion.

In support of his motion, Chief Wearing states as follows:

1. This is Chief Wearing's third request for an extension of the deadline at issue.

2. The deadline for the filing of Chief Wearing's opposition to the plaintiff's motion for an award of attorney's fees and costs is currently April 12, 2006.

3. The plaintiff moved for and received two extensions of time of his deadline to file his motion for an award of attorney's fees and costs.

4. Chief Wearing did not oppose the plaintiff's motions for extensions of time to file a motion for fees and costs or any of the other, multiple motions for extensions of time filed by the plaintiff since the trial. For example, the plaintiff moved for and received four extensions of time to file his opposition briefs to Chief Wearing's post-trial motions. Eighty-two (82) days

passed between the filing of the post-trial motions and the filing of the plaintiff's opposition briefs. The plaintiff also moved for and received three extensions of time to file an opposition to Chief Wearing's motion for a stay.

5.  Chief Wearing's counsel require the requested extension of time because of competing case obligations and the other tasks in this case. Those tasks include: the analyzing of the plaintiff's opposition briefs to the defendant's post-trial motions and the preparing of reply briefs and analyzing the plaintiff's motion to register the judgment in South Carolina and the preparing of a response pleading. Chief Wearing's counsel further require the extension to fully analyze the plaintiff's motion for fees and costs, including the time sheets and affidavits attached as exhibits and the case law cited in the plaintiff's memorandum and to draft a response pleading.

**WHEREFORE**, for good cause shown, Chief Wearing requests that the Court grant his motion to extend the deadline at issue from April 12 to and including May 3, 2006.

Respectfully submitted,

**DEFENDANT**
**MELVIN WEARING**


By: _____
Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:    (203) 227-2855
Fax:    (203) 227-6992
E-Mail: rhodes@halloran-sage.com

and

Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel:    (860) 522-6103
Fax:    (860) 548-0006
E-Mail: johnsonr@halloran-sage.com

His Attorneys

3

## **CERTIFICATION**

      This is to certify that on this 4th day of April, 2006, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

                                                                                              Ralph W. Johnson, III

814424_1 DOC