(Rev. 2/93)

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**APPEARANCE**

ARPAD TOLNAY

V.

MELVIN WEARING

CASE NUMBER: 3:02CV1514 (EBB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Jonathan Beamon, Esq., Thomas Ude, Esq. and Derek Slap, subpoenaed witnesses.

| | |
|---|---|
| March 28, 2006 | Signature |
| Date | Hugh F. Keefe |
| ct05106 | Print Clearly or Type Name |
| Federal Bar Number | Lynch, Traub, Keefe & Errante |
| 203-787-0275 | Address |
| Telephone Number | 52 Trumbull Street, P.O. Box 1612 |
| | New Haven, CT 06506-1612 |

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was hand delivered on this date to the following:

Karen Torre, Esq.
51 Elm Street
New Haven, CT 06510

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

W:\00000-000 No File Number\HFK\New Files\Federal Appearance. Tolnay v Wearing.doc