# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ARPAD TOLNAY,** | : | **CIVIL NO. 3:02CV1514 (EBB)** |
|    Plaintiff | : | |
| | : | |
| **V.** | : | |
| | : | |
| **MELVIN WEARING** | : | |
|    Defendant | : | **APRIL 4, 2006** |

## NOTICE OF APPEARANCE

    HUBERT J. SANTOS, of the law firm of SANTOS & SEELEY, P.C., hereby enters his appearance as counsel of record for the Defendant, Melvin Wearing, in addition to the appearances already on file.


          **THE DEFENDANT,**
          **MELVIN WEARING**


    BY_____
         HUBERT J. SANTOS
         Federal Bar No. ct 00069
         SANTOS & SEELEY, P.C.
         51 Russ Street
         Hartford, CT 06106
         Tel. (860) 249-6548
         Fax (860) 724-5533
         Email: hsantos@santos-seeley.net

**C e r t i f i c a t i o n**

       THIS IS TO CERTIFY that a copy of the foregoing has been mailed postage pre-paid to the following counsel of record on April 4, 2006:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT  06510

Norman A. Pattis, Esq.
Law Office of Norman A. Pattis, LLC
649 Amity Road
P.O. Box 280
Bethany, CT  06524

Robert A. Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Ralph W. Johnson, III, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT  06506

Jonathan H. Beamon, Esq.
Assistant Corporation Counsel
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT  06510

                                              _____
                                              HUBERT J. SANTOS