IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY | : CIVIL ACTION NO. |
| Plaintiff | : 3:02-CV-1514 (EBB) |
| | : |
| V. | : |
| | : |
| MELVIN WEARING | : |
| Defendant | : APRIL 13, 2006 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendant, Melvin Wearing, the former Chief of Police for the City of New Haven, hereby requests a twenty-one (21) day extension of time of his deadline to file an opposition to the plaintiff's motion for permission to register the judgment outside of the District of Connecticut. Specifically, Chief Wearing requests that his deadline be extended from April 20, 2006 to and including May 11, 2006. A message was left with the plaintiff's counsel's office on April 13, 2006 seeking her position on the instant motion. As of the filing of this motion, the plaintiff's counsel had not responded to the inquiry.

For the reasons set forth below, the Court should grant Chief Wearing's motion. In support of his motion, Chief Wearing states as follows:

1. This is Chief Wearing's first request for an extension of the deadline at issue.

2. The deadline for the filing of Chief Wearing's opposition to the plaintiff's motion for permission to register the judgment is currently April 20, 2006.

3. Chief Wearing has not opposed the multiple motions for extensions of time filed by the plaintiff since the trial. For example, the plaintiff received three extensions of time to file his opposition to Chief Wearing's motion for a stay. The last of the three extensions was an open-ended extension. Specifically, after the granting of the second extension, nunc pro tunc,

the plaintiff's opposition was due on March 27. On March 28, when asked by the Court about the filing of the opposition, the plaintiff asked for and received a third extension of time to file the opposition until some, unidentified time after the conclusion of the proceedings on the motion for a stay. The plaintiff also received two extensions of time of his deadline to file his motion for an award of attorney's fees and costs. The plaintiff also moved for and received four extensions of time to file his opposition briefs to Chief Wearing's post-trial motions. Eighty-two (82) days passed between the filing of the post-trial motions and the filing of the plaintiff's opposition briefs.

4.   Chief Wearing's counsel require the requested extension of time because of competing case obligations and the other tasks in this case. Those tasks include: the analyzing of the plaintiff's opposition briefs to the defendant's post-trial motions and the preparing of reply briefs and the preparation of an opposition to the plaintiff's motion for an award of attorney's fees and costs.

WHEREFORE, for good cause shown, Chief Wearing requests that the Court grant his motion to extend the deadline at issue from April 20 to and including May 11, 2006.

Respectfully submitted,

**DEFENDANT
MELVIN WEARING**

By: _____
Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:   (203) 227-2855
Fax:   (203) 227-6992
E-Mail:  rhodes@halloran-sage.com

and

Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
Tel:   (860) 522-6103
Fax:   (860) 548-0006
E-Mail:  johnsonr@halloran-sage.com

His Attorneys

## CERTIFICATION

    This is to certify that on this 13th day of April, 2006, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106


                                                Ralph W. Johnson, III

818495 DOC