IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
| Defendant | : | APRIL 19, 2006 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendant, Melvin Wearing, the former Chief of Police for the City of New Haven, requests a twenty-one (21) day extension of time, from May 3, 2006 to and including May 24, 2006, of his deadline to file reply briefs in further support of his three, principal, post-trial motions (motion for judgment as a matter of law, motion for a new trial and motion for remittitur, in the alternative). Chief Wearing is also awaiting a ruling on his pending motion for leave to file supplemental briefs.

The plaintiff's counsel, Karen Lee Torre, does not oppose the granting of this motion for an extension of time. For the reasons set forth below, the Court should grant Chief Wearing's motion.

In support of his motion, Chief Wearing states as follows:

1.    This is Chief Wearing's second request for an extension of the deadline at issue. As noted above, the plaintiff's counsel does not oppose the granting of the requested extension.

2.    The deadline for Chief Wearing to file reply briefs in support of his three principal, post-trial motions is currently May 3, 2006.

3.    The plaintiff moved for and received four extensions of time to file his opposition briefs to Chief Wearing's post-trial motions. The plaintiff's two opposition briefs were filed on

March 20, 2006. Chief Wearing's counsel received the plaintiff's briefs on March 21, via emails from the Court. The plaintiff's opposition to Chief Wearing's motion for judgment as a matter of law appears to have been re-filed or designated as filed on May 22, 2006 by the Clerk's office. Eighty-two (82) days passed between the filing of the post-trial motions and the filing of the plaintiff's opposition briefs.

4.      Chief Wearing did not oppose any of the plaintiff's multiple motions for extension of time filed since the trial. In addition to the four extensions the plaintiff received in connection with the filing of his briefs in opposition to the post-trial motions, he also received three extensions of time to file his opposition to Chief Wearing's motion for a stay. The last of the three extensions was an open-ended extension. Specifically, after the granting of the second extension, nunc pro tunc, the plaintiff's opposition was due on March 27. On March 28, when asked by the Court about the filing of the opposition, the plaintiff asked for and received a third extension of time to file the opposition until some, unidentified time after the conclusion of the proceedings on the motion for a stay. The plaintiff also received two extensions of time of his deadline to file his motion for an award of attorney's fees and costs.

5.      Chief Wearing's counsel require the requested extension of time to fully analyze the plaintiff's two opposition briefs, totaling 29 pages and 51 pages, respectively, and the numerous cases and jury verdict reports cited in them, to research the issues raised in the briefs and to draft the reply briefs in further support of the post-trial motions. Chief Wearing's counsel also require the requested extension of time because of competing case obligations and the other tasks in this case. Those tasks include: the preparation of an opposition to the plaintiff's motion for an award of attorney's fees and costs and the preparation of an opposition to the plaintiff's motion to register the judgment.

WHEREFORE, for good cause shown, Chief Wearing requests that the Court grant his

motion to extend the deadlines at issue from May 3 to and including May 24, 2006.

Respectfully submitted,

**DEFENDANT
MELVIN WEARING**

By: _____

Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:      (203) 227-2855
Fax:      (203) 227-6992
E-Mail:  rhodes@halloran-sage.com

and

Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
Tel:      (860) 522-6103
Fax:      (860) 548-0006
E-Mail:  johnsonr@halloran-sage.com

His Attorneys

## <u>CERTIFICATION</u>

This is to certify that on this 19th day of April, 2006, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

_____
Ralph W. Johnson, III

820990_1 DOC