IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY | : CIVIL ACTION NO. |
|     Plaintiff | : 3:02-CV-1514 (EBB) |
| | : |
| V. | : |
| | : |
| MELVIN WEARING | : |
|     Defendant | : APRIL 19, 2006 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendant, Melvin Wearing, the former Chief of Police for the City of New Haven, requests a twenty-one (21) day extension of time, from May 3, 2006 to and including May 24, 2006, of his deadline to file reply briefs in further support of his three, principal, post-trial motions (motion for judgment as a matter of law, motion for a new trial and motion for remittitur, in the alternative). Chief Wearing is also awaiting a ruling on his pending motion for leave to file supplemental briefs.

The plaintiff's counsel, Karen Lee Torre, does not oppose the granting of this motion for an extension of time. For the reasons set forth below, the Court should grant Chief Wearing's motion.

In support of his motion, Chief Wearing states as follows:

1.    This is Chief Wearing's second request for an extension of the deadline at issue. As noted above, the plaintiff's counsel does not oppose the granting of the requested extension.

2.    The deadline for Chief Wearing to file reply briefs in support of his three principal, post-trial motions is currently May 3, 2006.

3.    The plaintiff moved for and received four extensions of time to file his opposition briefs to Chief Wearing's post-trial motions. The plaintiff's two opposition briefs were filed on