(Rev. 2/93)

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**APPEARANCE**

ARPAD TOLNAY

V.

MELVIN WEARING

CASE NUMBER:   3:02CV1514 (EBB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mayor DeStefano, a subpoenaed witnesses.

| | |
|---|---|
| May 1, 2006 | |
| Date | Signature |
| ct05106 | Hugh F. Keefe |
| Federal Bar Number | Print Clearly or Type Name |
| 203-787-0275 | Lynch, Traub, Keefe & Errante |
| Telephone Number | Address |
| | 52 Trumbull Street, P.O. Box 1612 |
| | New Haven, CT 06506-1612 |

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Appearance was hand delivered on this date to the following:

Karen Torre, Esq.
51 Elm Street
New Haven, CT 06510

Robert A. Rhodes, Esq.
315 Post Road West
Westport, CT 06680

Hubert Santos, Esq.
51 Russ Street
Hartford, CT 06106

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)