UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARPAD TOLNAY : CASE NO. 3:02CV1514(EBB)

V.

MELVIN WEARING : MAY 1, 2006

**MOTION TO QUASH RE: MAYOR JOHN DESTEFANO**

The undersigned respectfully represents as follows:

1. That at approximately 3:30 p.m. on Friday, April 28, 2006, Mayor John DeStefano was served with a subpoena (attached hereto) commanding him to appear in this court at 11:00 a.m. on May 1, 2006, the next business day and to bring with him "any and all communications or evidence of such communication you have had respecting the municipal indemnification of the defendant in this civil action."

2. Mayor DeStefano has no documents as described in the subpoena.

3. Mayor DeStefano has nothing to do with the specific issue involved in the current litigation before this court in this case.

4. That the City of New Haven is not a party to this case.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\00000-000 NO FILE NUMBER\HFK\NEW FILES\MOT TO QUASH - TOLNAY 05-01-06.DOC

5. That contrary to Rule 45(c)(1), Attorney Torre made no effort to "take reasonable steps to avoid imposing undue burden" on Mayor DeStefano before the issuance and service of this subpoena.

6. That like similar subpoenas caused to be served by Attorney Torre in this litigation, the sole apparent purpose of this subpoena on Mayor DeStefano is harassment and a misguided and false belief on the part of counsel that the City of New Haven somehow is obligated to pay punitive damages on behalf of Melvin Wearing in this case, notwithstanding the clear law to the contrary.

WHEREFORE, the undersigned respectfully moves that the subpoena served on Mayor DeStefano be quashed in its entirety and that an order enter requiring plaintiff's counsel to pay the undersigned reasonable attorney's fees incurred in connection with this motion.

         MAYOR DESTEFANO

         BY:_____
          Hugh F. Keefe, Esq.
          Lynch, Traub, Keefe, & Errante, P.C.
          52 Trumbull Street
          New Haven, CT 06511
          Juris #34876

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\00000-000 NO FILE NUMBER\HFK\NEW FILES\MOT TO QUASH - TOLNAY 05-01-06.DOC

## CERTIFICATION

I hereby certify that a copy of the above was **hand-delivered** on 5/1/2006 to all counsel and pro se parties of record as follows:

Karen Lee Torre, Esq.
51 Elm Street
New Haven, CT 06510

Robert A. Rhodes, Esq.
315 Post Road West
Westport, CT 06880

Hubert Santos, Esq.
51 Russ Street
Hartford, CT 06106

                                                                                             _____
                                                                                              Hugh F. Keefe, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\00000-000 NO FILE NUMBER\HFK\NEW FILES\MOT TO QUASH - TOLNAY 05-01-06.DOC