AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ARPAD TOLNAY

V.

MELVIN WEARING

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 3:02CV1514 (EBB)

TO: John DeStefano

[x] **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court<br>141 Church Street<br>New Haven, CT | Courtroom of Hon. Ellen Burns |
| | DATE AND TIME<br>May 1, 2006<br>11:00 a.m. |

[ ] **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

[x] **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all communications or evidence of such communication you have had respecting the municipal indemnification of the defendant in this civil action.

| PLACE | DATE AND TIME |
|---|---|
| Same as above. | |

[ ] **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | April 28, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Attorney Karen Lee Torre, 51 Elm Street, New Haven, CT  (203) 865-5541

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)
If action is pending in district other than district of issuance, state district under case number.

3:30 PM Fri afternoon