UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARPAD TOLNAY,                          :
                                       :
            Plaintiff,                 :    CIVIL NO.
                                       :
      v.                               :
                                       :    3:02 CV 1514 (EBB)
MELVIN WEARING,                        :
                                       :
            Defendant.                 :

### RULING ON DEFENDANT'S MOTION TO CORRECT/SUPPLEMENT THE RECORD

On December 8, 2005, this Court held a jury charge conference regarding the instructions to be given to the jury prior to their deliberations.  The conference was attended by plaintiff's counsel and defendant's counsel from Halloran & Sage and the New Haven Corporation Counsel's Office.  Prior to the conference, both sides submitted proposed jury interrogatories. The plaintiff filed his with the clerk's office, thus they appear on the record.  See Doc. # 62.  The defendant failed to file his interrogatories on the record.  Now, the defendant seeks a ruling allowing him to "supplement" the record with the filing of his proposed interrogatories post-judgment.  See Def.'s Mot. To Correct/Supplement Record (Doc. # 78).

Attached to the defendant's motion is an affidavit by his attorney and a copy of the interrogatories defendant proposed during the charge conference.  The plaintiff objects to the defendant's motion because 1) there appears to be no rule or case

law addressing this issue and 2) the proposed interrogatories bear the wrong docket number and are not properly dated.  The affidavit attached to defendant's motion is also missing the date on which the affidavit was made under oath, however that error was corrected in defendant's reply.

This Court retained its notes and copies of the interrogatories proposed by each party during the December 8, 2005 charge conference.  A review of the interrogatories submitted with the motion presently before the Court reveals that they are identical to those offered by the defendant during the charge conference.  The Court recognizes that the defendant inadvertently failed to file his proposed interrogatories with the Clerk prior to the charge conference.  He is now permitted to supplement the record.

Therefore, the Defendant's Motion To Correct/Supplement Record (Doc. # 78) is hereby GRANTED.  The Clerk is directed to amend the record in this case, indicating therein that the interrogatories attached to the Defendant's motion at Exhibit A were offered to the Court during the December 8, 2005 charge conference.

SO ORDERED


_____
ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this _____ day of May, 2006.

2