IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
| Defendant | : | MAY 3, 2006 |

### APPENDIX OF EXHIBITS SUBMITTED IN SUPPORT OF THE DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO THE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

The defendant, Melvin Wearing, submits this appendix of exhibits in support of his

Memorandum of Law in Opposition to the Plaintiff's Motion for Attorney Fees and Costs. The

appendix contains the following exhibits:

1.    The June 3, 2005 Affidavit of Attorney Norman Pattis, filed in Arlio v. Lively, Docket No. 3:03cv02014 (JBA).

2.    Copies of billing records for Attorney Karen Lee Torre submitted in support of the plaintiff's motion for attorney's fees filed in Arlio v. Lively, Docket No. 3:03cv02014 (JBA).

3.    An analysis of the block or bundled billing entries contained within the billing records submitted in support of the plaintiff's motion for attorney's fees and costs in the instant case.

4.    Copies of the Motion for Award of Attorney Fees and Costs; the Affidavit of Karen Lee Torre; and the Memorandum of Law in Support of the Motion for Award of Fees and Costs; filed in Arlio v. Lively, Docket No. 3:03cv02014 (JBA).

Respectfully submitted,


**DEFENDANT**
**MELVIN WEARING**



By: _____

Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:    (203) 227-2855
Fax:    (203) 227-6992
E-Mail:  rhodes@halloran-sage.com


and

Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
Tel:    (860) 522-6103
Fax:    (860) 548-0006
E-Mail:  johnsonr@halloran-sage.com

His Attorneys

## <u>CERTIFICATION</u>

This is to certify that on this 3rd day of May, 2006, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06150

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT  06506-1612

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT  06106


_____
Ralph W. Johnson, III

823480_1.DOC