IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
|     Defendant | : | MAY 11, 2006 |

**DEFENDANT'S MOTION TO QUASH
AND, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

Pursuant to Rules 26(c) and 45 of the Federal Rules of Civil Procedure and Local Rule 7, the defendant, Melvin Wearing moves to quash the subpoena served by the plaintiff's attorney upon his counsel, the law firm of Halloran & Sage LLP, on May 8, 2006. In the alternative, if the subpoena is not quashed in its entirety, the defendant requests that the Court issue a protective order. The subpoena at issue commands that a representative from the law firm appear for a deposition on May 12. It further commands that the law firm produce its billing records in this case and from other cases. In support of his motion, the defendant submits the affidavit of Attorney Robert A. Rhodes. It is attached as Exhibit A to the accompanying memorandum of law and addresses the efforts that were made to resolve this discovery dispute short of motion practice.

**ORAL ARGUMENT REQUESTED**

**WHEREFORE**, for the reasons set forth in his memorandum of law, the defendant requests that the Court grants his motion and quash the subpoena in its entirety. In the alternative, the defendant requests that Court enter a protective order significantly limiting the information that must be produced. Moreover, if any information is required to be produced, it should be produced directly and exclusively to the Court in *in camera* proceedings held after the Court's issues its rulings on the principal, post-trial motions.

        Respectfully submitted,

        **DEFENDANT**
        **MELVIN WEARING**

By: _____
        Robert A. Rhodes, Esq.
        CT Fed. Bar No. 13583
        **HALLORAN & SAGE LLP**
        315 Post Road West
        Westport, CT 06880
        Tel:    (203) 227-2855
        Fax:   (203) 227-6992
        E-Mail: rhodes@halloran-sage.com

        and

        Ralph W. Johnson III, Esq.
        CT Fed. Bar No. 15277
        **HALLORAN & SAGE LLP**
        One Goodwin Square
        225 Asylum Street
        Hartford, CT 06103
        Tel:    (860) 522-6103
        Fax:   (860) 548-0006
        E-Mail: johnsonr@halloran-sage.com

        His Attorneys

## CERTIFICATION

This is to certify that on this 11th day of May, 2006, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

The Honorable Ellen B. Burns
United States District Court
 for the District of Connecticut
141 Church Street
New Haven, CT 06510
(Courtesy Copy, Via Hand Delivery)

_____
Robert A. Rhodes

829211_1 DOC

3