EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
| Defendant | : | MAY 11, 2006 |

### AFFIDAVIT OF ROBERT A. RHODES

| | | |
|---|---|---|
| STATE OF CONNECTICUT | ) | |
| | ) | ss. Westport |
| COUNTY OF FAIRFIELD | ) | |

I, **ROBERT A. RHODES**, being duly sworn and upon personal knowledge, deposes and states as follows:

1. I am over the age of 18 and believe in the obligations of an oath and have personal knowledge of the facts contained herein.

2. I am the counsel for the defendant, Melvin Wearing, in the above-captioned matter.

3. On Friday, May 5, 2006, at approximately 4:00 p.m., I received, via fax, a Subpoena, Notice of Deposition, and Request for Production in the above-captioned matter.

4. The Notice of Deposition by Subpoena commanded the presence of the representative from Halloran & Sage, LLP to appear for a deposition at the Law Offices

of Karen Lee Torre on May 12, 2006 and to produce certain documents at that time and place.

5. The Requests for Production seek the disclosure of the any and all bills, accountings, statements and any other records issued by Halloran & Sage, LLP concerning the present litigation, as well as, bills, accountings, other documents and affidavits concerning rates charged by other attorneys of Halloran & Sage, LLP in other matters which are completely unrelated to the present litigation.

6. On May 10, 2005, I contacted Karen Torre to discuss the Subpoena and was unable to resolve the issues presented by the Subpoena, Notice of Deposition and Requests for Production.

7. Therefore, we are filing a Motion to Quash the Subpoena.

_____
Robert A. Rhodes

Subscribed and Sworn to before me
this 11th day of May 2006.

_____
Commissioner of the Superior Court
Notary Public
My Commission expires 2/28/07

830053_1 DOC
830053-1(HSFP)

2

EXHIBIT B

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TOLNAY

v.

WEARING

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 3:02CV1514 (EBB)

TO: Halloran & Sage, One Goodwin Square, 225 Asylum Street, Hartford, CT

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | |
| | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| Law Office of Karen L. Torre, 51 Elm Street, New Haven, CT | May 12, 2006 10:00 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached Schedule A.

| PLACE | DATE AND TIME |
| --- | --- |
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)
Karen L. Torre, Attorney for Plaintiff

DATE: 5/5/06

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Karen L. Torre, Esq., 51 Elm Street, New Haven, CT 06510
(203) 865-5541

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY | : |
| Plaintiff, | : |
| | : Civil No. 3:02CV1514 (EBB) |
| v. | : |
| | : |
| MELVIN WEARING | : May 5, 2006 |
| Defendant. | : |

## NOTICE OF DEPOSITION BY SUBPOENA

TO:  Robert A. Rhodes, Esq.
John Burns Farley, Esq.
Ralph W. Johnson III, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum St.
Hartford, CT 06103

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Morgillo & Flynn, LLC
605 Washington Ave., Suite 5
North Haven, CT 06473

PLEASE TAKE NOTICE that the plaintiff in the above-entitled action will take the deposition of Halloran & Sage, LLP, said examination to take place, on **Friday, May 12, 2006**, at **10:00** o'clock in the morning, at the Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307,

New Haven, CT 06510. The deposition is being taken pursuant to Rule 30 (b) (6) of the Federal Rules of Civil Procedure. Accordingly the firm of Halloran & Sage, LLP, shall, pursuant to said rule, designate one or more officers, directors, or managing agents, or other persons who consent to testify in its behalf for the purpose of disclosing and authenticating the documents which the deponent is commanded to produce at the said time and place and which are more fully described in Schedule A attached hereto. The person so designated shall be able to and be possessed of the authority to make full disclosure of the requested documents and attest to the authenticity of the same.

Respectfully submitted:

BY: _____
Karen Lee Torre
Fed. Bar No. 01707
51 Elm Street, Suite 307
New Haven, CT 06150
Tel.203-865-5541
FAX:(203) 865-4844
His Attorney

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage paid, on this 5th day of May, 2006, to:

Robert A. Rhodes, Esq.
John Burns Farley, Esq.
Ralph W. Johnson III, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum St.
Hartford, CT 06103

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Morgillo & Flynn, LLC
605 Washington Ave., Suite 5
North Haven, CT 06473

KAREN LEE TORRE

3

## SCHEDULE A

1) Any and all billing records, accountings, statements and other like records, including those generated and stored electronically, which show the amount of time expended by any partner, associate, or other attorney in the defense of this action.

2) Any and all billing records, accountings, statements and other like records, including those generated and stored electronically, which show the amount of time expended by any paralegal or other non-lawyer in the defense of this action, where such expenditure of time was a billable event.

3) Any and all records which show the hourly rates billed for time expended and work performed by any and all attorneys and paralegals in connection with the defense of this case.

4) Any and all records which show the standard hourly rates billed to the firm's clients for time expended and work performed by any attorney or paralegal who performed services in the defense of this case.

5) Any and all affidavits or accountings filed by any attorney or other employee in the firm of Halloran & Sage in any Connecticut state or federal court in the past two years wherein a representation was made regarding the hourly rates of attorneys and partners in the firm.

4

EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
|     Defendant | : | MAY 11, 2006 |

## OBJECTIONS TO PLAINTIFF'S REQUESTS FOR PRODUCTION

1.  Any and all billing records, accountings, statements and other like records, including those generated and stored electronically, which show the amount of time expended by any partner, associate, or other attorney in the defense of this action.

**OBJECTION:** This request for production is objectionable because the materials sought are not relevant to any of the issues in the present matter, including the plaintiff's Application for Attorney's fees, as the bills and records of Halloran & Sage, LLP are not at issue in this matter and are not relevant to the issue of the fees to be awarded by the court. This request is beyond the proper scope of discovery in that it is unlikely to lead to the discovery of admissible evidence.

    This request is also objectionable as it is overly broad and vague in that it seeks "any and all billing records, accountings, statements and other like records, including those generated and stored electronically." This broadly worded request goes well

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

beyond the written bills submitted by the plaintiff in support of his application for fees which are at issue in the present case. Further, some of the above-mentioned terms including "accountings" and "statements" are vague and undefined.

This request is also objectionable as it seeks material which is work product, as well as, information which is protected by the attorney-client privilege.

This request is also objectionable as it is not limited to the period of time which is at issue in the plaintiff's current application for fees.

This request is also overly broad in that it is not limited to the specific tasks which have been challenged by the defendant in his opposition to the plaintiff's application for fees.

The request is also objectionable in that it seeks the disclosure of confidential proprietary information which is protected by F.R.C.P. 26(c).

The defendant also incorporates and adopts the arguments raised in his Motion to Quash the subpoena in question.

2. Any and all billing records, accountings, statements and other like records, including those generated and stored electronically, which show the amount of time expended by any paralegal or other non-lawyer in the defense of this action, where such expenditures of time was a billable event.

**OBJECTION:** This request for production is objectionable because the materials sought are not relevant to any of the issues in the present matter, including the plaintiff's

2

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

Application for Attorney's fees, as the bills and records of Halloran & Sage, LLP are not at issue in this matter and are not relevant to the issue of the fees to be awarded by the court. This request is beyond the proper scope of discovery in that it is unlikely to lead to the discovery of admissible evidence.

This request is also objectionable as it is overly broad and vague in that it seeks "any and all billing records, accountings, statements and other like records, including those generated and stored electronically." This broadly worded request goes well beyond the written bills submitted by the plaintiff in support of his application for fees which are at issue in the present case. Further, some of the above-mentioned terms including "accountings" and "statements" are vague and undefined.

This request is also objectionable as it seeks material which is work product, as well as, information which is protected by the attorney-client privilege.

This request is also objectionable as it is not limited to the period of time which is at issue in the plaintiff's current application for fees.

This request is also overly broad in that it is not limited to the specific tasks which have been challenged by the defendant in his opposition to the plaintiff's application for fees.

The request is also objectionable in that it seeks the disclosure of confidential proprietary information which is protected by F.R.C.P. 26(c).

3

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

The defendant also incorporates and adopts the arguments raised in his Motion to Quash the subpoena in question.

3. Any and all records which show the hourly rates billed for time expended and work performed by any and all attorneys and paralegals in connection with the defense of this case.

**OBJECTION:** This request for production is objectionable because the materials sought are not relevant to any of the issues in the present matter, including the plaintiff's Application for Attorney's fees, as the bills and records of Halloran & Sage, LLP are not at issue in this matter and are not relevant to the issue the fees to be awarded by the court. This request is beyond the proper scope of discovery in that it is unlikely to lead to the discovery of admissible evidence.

This request is also objectionable as it is overly broad and vague in that it seeks "any and all billing records, accountings, statements and other like records, including those generated and stored electronically." This broadly worded request goes well beyond the written bills submitted by the plaintiff in support of his application for fees which are at issue in the present case. Further, some of the above-mentioned terms including "accountings" and "statements" are vague and undefined.

This request is also objectionable as it seeks material which is work product, as well as, information which is protected by the attorney-client privilege.

4

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

This request is also objectionable as it is not limited to the period of time which is currently at issue in the plaintiff's current application for fees.

This request is also overly broad in that it is not limited to the specific tasks which have been challenged by the defendant in his opposition to the plaintiff's application for fees.

The request is also objectionable in that it seeks the disclosure of confidential proprietary information which is protected by F.R.C.P. 26(c).

The defendant also incorporates and adopts the arguments raised in his Motion to Quash the subpoena in question.

4. Any and all records which show the standard hourly rates billed to the firm's clients for time expended and work performed by any attorney or paralegal who performed services in the defense of this case.

**OBJECTION:** This request for production is objectionable because the materials sought are not relevant to any of the issues in the present matter, including the plaintiff's Application for Attorney's fees, as the bills and records of Halloran & Sage, LLP are not at issue in this matter and are not relevant to the issue the fees to be awarded by the court. This request is beyond the proper scope of discovery in that it is unlikely to lead to the discovery of admissible evidence.

5

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

This request is also objectionable because it is overly broad in that it seeks "any and all records" concerning standard hourly rates.

This request is also objectionable because it is not limited to a reasonable period of time and could conceivable require searching through twenty years of records.

This request is also objectionable as it seeks material which is work product, as well as, information which is protected by the attorney-client privilege.

This request for production is overly broad in that it is not limited to records concerning fees charged in the present case. Additionally, any fees charged to clients in other matters is certainly not relevant to the issue of the plaintiff's attorney's rate to which he is seeking court approval in this case.

This request is also overly broad and irrelevant as it is not limited to § 1983 litigation.

The request is also objectionable in that it seeks the disclosure of confidential proprietary information which is protected by F.R.C.P. 26(c).

The defendant also incorporates and adopts the arguments raised in his Motion to Quash the subpoena in question.

315 Post Road West
Westport, CT 06880

6
HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

5.  Any all all affidavits or accountings filed by any attorney or other employee in the firm of Halloran & Sage in any Connecticut state or federal court in the past two years wherein a representation was made regarding the hourly rates of attorneys and partners in the firm.

**OBJECTION: This request for production is objectionable because the materials sought are not relevant to any of the issues in the present matter, including the plaintiff's Application for Attorney's fees, as the bills and records of Halloran & Sage, LLP are not at issue in this matter and are not relevant to the issue the fees to be awarded by the court. This request is beyond the proper scope of discovery in that it is unlikely to lead to the discovery of admissible evidence.**

**Additionally, this request for production is overly broad in that it is not limited to similar litigation (i.e. § 1983), it is not limited to a reasonable period of time and it is not limited to attorneys currently employed by Halloran & Sage, LLP.**

**This request is objectionable because it is overly broad and vague in that it seeks "any and all affidavits or accountings." The term accountings is vague and undefined.**

**This request is also objectionable as may seek material which is work product, as well as, information which is protected by the attorney-client privilege.**

**The request is also objectionable in that it seeks the disclosure of confidential proprietary information which is protected by F.R.C.P. 26(c).**

**This request for production is overly broad in that it is not limited to records concerning fees charged in the present case.**

7

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

The defendant also incorporates and adopts the arguments raised in his Motion to Quash the subpoena in question.

Respectfully submitted,

**DEFENDANT
MELVIN WEARING**

By: /s/ Robert A. Rhodes
Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:    (203) 227-2855
Fax:    (203) 227-6992
E-Mail: rhodes@halloran-sage.com

and

Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel:    (860) 522-6103
Fax:    (860) 548-0006
E-Mail: johnsonr@halloran-sage.com

His Attorneys

8

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

## CERTIFICATION

     This is to certify that on this 11th day of May, 2006, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

 

_____
Robert A. Rhodes

828176_1 DOC
828503-1(HSFP)

9

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195