UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02 CV 1514 (JCH) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
|     Defendant | : | DECEMBER ____, 2005 |

## JURY INTERROGATORIES

1.    Do you find that the statements contained in the plaintiff's report of August 3, 2002 constituted speech protected by the First Amendment?

    Yes _____    No _____

2.    Do you find that the statements made by the plaintiff during his meeting with Melvin Wearing on August 13, 2003, constituted speech protected by the First Amendment?

    Yes _____    No _____

If you have responded "Yes" to either interrogatories 1 or 2, proceed to interrogatory 3. If you responded "No" to both interrogatories 1 and 2, proceed to the Defendant's Verdict form.

3.    Do you find that any protected speech contained in the report of August 3, 2002 was a substantial or motivating factor behind the plaintiff's suspension from duty?

    Yes _____    No _____

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

4. Do you find that any protected speech in the meeting of August 13, 2002, was a substantial or motivating factor behind the plaintiff's suspension from duty?

Yes _____   No _____

If you have responded "Yes" to either interrogatories 3 or 4, then proceed to interrogatory 5. If you responded "No" to both interrogatories 3 and 4, proceed to the Defendant's Verdict form.

5. Do you find that Melvin Wearing would have suspended the plaintiff from duty even if the plaintiff had not made the statements which you determined to be protected by the First Amendment?

Yes _____   No _____

If you have responded "No" to interrogatory 5, proceed to interrogatory 6. If you responded "Yes" to interrogatory 5, proceed to the Defendant's Verdict form.

6. Do you find that the interests of Melvin Wearing in promoting a disciplined, effective and efficient police department outweigh the plaintiff's First Amendment rights under the facts and circumstances of the present case?

Yes _____   No _____

2

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

If you have responded "No" to interrogatory 6, proceed to interrogatory 7. If you responded "Yes" to interrogatory 6, proceed to the Defendant's Verdict form.

7. Do you find that it was objectively reasonable for Melvin Wearing to believe that he could suspend the plaintiff for his conduct on August 13, 2002, without violating the plaintiff's First Amendment rights.

Yes _____   No _____

If you have responded "No" to interrogatory 7, proceed to interrogatory Plaintiff's Verdict Form. If you responded "Yes" to interrogatory 7, proceed to the Defendant's Verdict form.

315 Post Road West
Westport, CT 06880

3
HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

HALLORAN
& SAGE LLP

DEFENDANT
MELVIN WEARING


By_____
ROBERT A. RHODES
HALLORAN & SAGE LLP
Fed. Bar #ct 13583
315 Post Road West
Westport, CT 06880
Telephone: (203) 227-2855
Facsimile: (203) 227-6992
rhodes@halloran-sage.com

315 Post Road West
Westport, CT 06880

4
HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195