AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF CT

FILED AT NEW HAVEN
5/23 ,2002
Kevin F. Rowe, Clerk
M. Ruocco

Tolnay v. Wearing

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:02cv1514

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen Burns | K. Torre / N. Pattis | R. Rhodes / R. Johnson |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/28/06, 4/27/06, 5/1/06 | I. Sanchez | M. Ruocco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED 5/23/06 | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 3/28/06 | | | Melvin Wearing |
| 1 | | 3/28/06 | ✓ | ID | Settlement agreement |
| ✓ | | 3/28/06 | | | Thomas Ude — New Haven, CT |
| 2 | | 3/28/06 | ✓ | ID | Settlement figure |
| ✓ | | 3/28/06 | | | Jonathon Beamon — New Haven, CT |
| ✓ | | 4/27/06 | | | Wearing continues |
| ✓ | | 4/27/06 | | | Martin Echter — New Haven, CT |
| ✓ | | 5/1/06 | | | Wearing continues |
| 3 | | 5/1/06 | ✓ | ✓ | Subpoena for Ude |
| 4 | | 5/1/06 | ✓ | ✓ | Subpoena for Beamon |
| 5 | | 5/1/06 | ✓ | ✓ | Objection to Post-Judgment Interrog. |
| 7 | | 5/1/06 | ✓ | ✓ | Post-Judgment Interrogatories |
| 8 | | 5/1/06 | ✓ | ✓ | Notice of deposition dated 3/17/06 |
| 9 | | 5/1/06 | ✓ | ✓ | Objections to Request for Disclosure |
| | A | 5/1/06 | ✓ | ✓ | 10/27/05 letter to Wearing from Rhodes |
| ✓ | | 5/1/06 | | | Derek Slap — Hamden, CT |
| 10 | | 5/1/06 | ✓ | ID | Letter to Keefe from Torre |
| ✓ | | 5/23/06 | | | John DeStefano, New Haven, CT |
| 11 | | 5/23/06 | ✓ | ✓ | Subpoena re: John DeStefano |
| 12 | | 5/23/06 | ✓ | ID | Campaign Disclosure record re: DeStefano |
| 13 | | 5/23/06 | ✓ | ✓ | Letter dated 5/24/06 to Rhodes from Santos |
| 14 | | 5/23/06 | ✓ | ✓ | Letter dated 5/24/06 to Ude from Santos |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST — CONTINUATION

Tolnay vs. Wearing

CASE NO. 3:02 CV 1514 (EBB)

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | B | 5/23/06 | ✓ | ID | insurance policy |