```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


ARPAD TOLNAY,                         :
                                      :
          Plaintiff,                  :    CIVIL NO.
                                      :
     v.                               :
                                      :    3:02 CV 1514 (EBB)
MELVIN WEARING,                       :
                                      :
          Defendant.                  :
```

### ORDER REGARDING APPLICABILITY OF *GARCETTI v. CEBALLOS*

In light of the recent United States Supreme Court ruling in Garcetti v. Ceballos, 547 U.S. ___ (2006), this Court hereby orders plaintiff and defendant to submit briefs to the Court addressing the potential relevance and applicability of Garcetti to the instant case.  Briefs should be submitted on or before Tuesday, June 27, 2006.


                                        SO ORDERED


                                        _____
                                        ELLEN BREE BURNS
                                        SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this _____ day of May, 2006.