UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | |
| : | |
| Plaintiff, : | |
| : | Civil No.  3:02CV1514 (EBB) |
| V. : | |
| : | |
| MELVIN WEARING : | |
| : | June 6, 2006 |
| Defendant. | |

**PLAINTIFF'S MOTION FOR ORAL ARGUMENT**

On May 31, 2006, this court entered an order directing the parties to submit briefs to the court addressing the potential relevance and applicability to this case of the recent United States Supreme Court decision in <u>Garcetti v. Ceballos</u>, 547 U.S.   (2006).  Briefs are to be submitted on or before June 27, 2006.  By the same date, defendant is to file his reply brief in respect to defendant's post-judgment motions which remain pending before the court.[1]

Plaintiff's counsel has read and analyzed the opinion in <u>Garcetti v. Ceballos</u> and welcomes the opportunity to brief the issue and further respectfully requests that the court entertain oral argument on the issue as well as those issues raised by defendant's pending motions.

The state of proceedings is such that defendant intends to file an oversized brief in reply to plaintiff's opposition to defendant's post-judgment motions for judgment as a matter of law

---

[1] The June 27, 2006 due date for defendant's reply brief was set upon this court's grant of defense counsel's motion for extension of time to submit same.

and for a new trial.

Plaintiff's counsel respectfully suggests that oral argument on these matters would be beneficial. In addition, oral argument on the impact, *vel non*, of the Garcetti opinion on the facts and verdict in this case would provide an opportunity for the parties' counsel to (1) respond to any additional questions the court may have upon review of the parties' briefs and (2) present the court with any further distinctions or considerations which they believe should bear upon the court's analysis of the matter.

          THE PLAINTIFF

          ARPAD TOLNAY

BY:_____
    KAREN LEE TORRE
    Federal Bar No. ct01707
    Law Offices of Karen Lee Torre
    51 Elm Street
    Suite 307
    New Haven, CT 06510
    (203) 865-5541

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, this 6th day of June, 2006, to:

Norman A. Pattis, Esq.
649 Amity Road
P.O. Box 280
Bethany, CT 06524

Robert A. Rhodes, Esq.
John Burns Farley, Esq.
Ralph W. Johnson III, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

_____
KAREN LEE TORRE