UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil No.  3:02CV1514 (EBB) |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
| | : | June 12, 2006 |
| Defendant. | | |

**<u>PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME NUNC PRO TUNC TO RESPOND TO DEFENDANT'S MOTION TO QUASH, AND, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER</u>**

Plaintiff respectfully moves this court for an enlargement of time, *nunc pro tunc*, to Wednesday, June 14, 2006, within which to file a response to defendant's Motion to Quash dated May 11, 2006 and entered on the court's docket on May 12, 2006.  In support hereof, the undersigned represents that although she has completed most of the work on the response to defendant's motion, because of the undersigned's competing briefing obligations, including a brief due to the United States Court of Appeals for the Second Circuit, she has not quite completed the brief in this matter.  Undersigned counsel will be able to submit a brief on June 14, 2006.  This is the first such request for an enlargement.

On this date, undersigned conferred with defense counsel who indicates that he does not consent to the granting of this motion.

          THE PLAINTIFF

          ARPAD TOLNAY


BY:_____
      KAREN LEE TORRE
      Federal Bar No. ct01707
      Law Offices of Karen Lee Torre
      51 Elm Street
      Suite 307
      New Haven, CT 06510
      (203) 865-5541

      His Attorney

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, this 12th day of June, 2006, to:

Norman A. Pattis, Esq.
649 Amity Road
P.O. Box 280
Bethany, CT 06524

Robert A. Rhodes, Esq.
John Burns Farley, Esq.
Ralph W. Johnson III, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

_____
KAREN LEE TORRE