IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

ARPAD TOLNAY                        :        CIVIL ACTION NO.
       Plaintiff               :        3:02-CV-1514 (EBB)
                              :
V.                                  :
                              :
MELVIN WEARING                      :
       Defendant               :        JUNE 21, 2006

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendant, Melvin Wearing, the former Chief of Police

for the City of New Haven, requests a three (3) day extension of time, from Tuesday, June 27,

2006 to and including Friday, June 30, 2006, of his deadlines to file: (a) supplemental briefs in

further support of his three, principal, post-trial motions (motion for judgment as a matter of law,

motion for a new trial and motion for remittitur, in the alternative), (b) reply briefs in further

support of his three, principal, post-trial motions and (c) the brief regarding Garcetti v. Ceballos,

126 S.Ct. 1951 (2006), which was ordered by the Court.

As the Court recognized in its ruling granting the request for leave to file supplemental

briefs, the nature of issues involved in the post-trial motions are significant. The requested

extension of time is reasonable and needed to address these issues. This short extension will be

of assistance with coordinating support staff and the finalization of the briefs.

As of the filing of this motion, Chief Wearing cannot report on the plaintiff's counsel

position on this motion. A message was left with her office requesting her position and Chief

Wearing's counsel has yet to receive a reply. As part of the message, Chief Wearing's counsel

indicated that he would not object to the plaintiff also receiving a 3 day extension to file his brief

regarding Garcetti, which brief is also currently due on June 27. For the reasons set forth below, the Court should grant Chief Wearing's motion.

In support of his motion, Chief Wearing states as follows:

1. The plaintiff has filed at least ten (10) motions for extension of time since the trial. All of them have been granted. Chief Wearing did not object to nine (9) of the plaintiff's motions. He only objected to the plaintiff's *nunc pro tunc* motion to file an opposition brief to a motion to quash a subpoena, as the motion for extension of time was filed on June 12, 14 days after the deadline had passed. The plaintiff's opposition had been due on May 29.

2. Specifically, on June 14, the Court granted the plaintiff a *nunc pro tunc* extension of time to file an opposition brief to Chief Wearing's May 7 motion to quash a subpoena served by the plaintiff and demanding *inter alia* the production of counsel's billing invoices and a deposition in connection with the document production, on 4 business days notice. The plaintiff's motion was granted despite the fact that the deadline for the filing of his brief had passed 16 days earlier. The plaintiff filed his opposition on June 14.

3. Moreover, the plaintiff moved for and received four (4) extensions of time to file his opposition briefs to Chief Wearing's post-trial motions. Eighty-two (82) days passed between the filing of the post-trial motions and the filing of the plaintiff's opposition briefs.

4. In addition to the four (4) extensions the plaintiff received in connection with the filing of his briefs in opposition to the post-trial motions, he also received three (3) extensions of time to file his opposition to Chief Wearing's motion for a stay. The last of the three extensions was an open-ended extension. Specifically, after the granting of the second extension, *nunc pro tunc*, the plaintiff's opposition was due on March 27. On March 28, when asked by the Court about the filing of the opposition, the plaintiff asked for and received a third extension of time to

2

file the opposition until some, unidentified time after the conclusion of the proceedings on the motion for a stay.

5.    The plaintiff also received two (2) extensions of time of his deadline to file his motion for an award of attorney's fees and costs.

6.    Chief Wearing's counsel require the requested extension of time to fully analyze the plaintiff's two opposition briefs, totaling 29 pages and 51 pages, respectively, and the numerous cases and jury verdict reports cited in them, to analyze the portions of the volumes of trial transcripts that were not available at the time of filing, to research the issues raised in the briefs and to draft the reply/supplemental briefs in further support of the post-trial motions and the brief addressing the <u>Garcetti</u> decision. Chief Wearing's counsel also require the requested extension of time because of competing case obligations.

7.    This is Chief Wearing's first request for an extension of the deadline for the filing of the brief regarding <u>Garcetti</u>. It is his second request for an extension of the deadline for the supplemental briefs and it is his fourth request for an extension of the deadline of the reply briefs

8.    The deadline for Chief Wearing to file all of the briefs at issue is currently June 27, 2006.

**WHEREFORE**, for good cause shown, Chief Wearing requests that the Court grant his motion to extend the deadlines at issue from June 27, to and including June 30, 2006.

Respectfully submitted,

**DEFENDANT
MELVIN WEARING**

By: _____
Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:     (203) 227-2855
Fax:     (203) 227-6992
E-Mail:  rhodes@halloran-sage.com

and

Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
Tel:     (860) 522-6103
Fax:     (860) 548-0006
E-Mail:  johnsonr@halloran-sage.com

His Attorneys

## CERTIFICATION

This is to certify that on this 21st day of June, 2006, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT  06506-1612

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT  06106

The Honorable Ellen B. Burns
United States District Court
  for the District of Connecticut
141 Church Street
New Haven, CT  06510
(Courtesy Copy, Via Hand Delivery)

_____
Ralph W. Johnson, III

845520_1 DOC