IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
|     Defendant | : | JUNE 23, 2006 |

## MOTION FOR ENLARGMENT OF TIME TO FILE REPLY BRIEF TO PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO QUASH

The defendant respectfully moves for an Enlargement of Time of 30 days up to and including July 28, 2006 in which to file a Reply Brief to the plaintiff's Opposition to Defendant's Motion to Quash and, in the alternative, for a Protective Order. This additional time is necessary because undersigned counsel's grandfather died on June 16, 2006 and undersigned counsel has been occupied with making arrangements for the funeral which occurred on June 20, 2006 and will be occupied with other issues related to the estate in the near future. Due to these commitments, undersigned counsel has not had an opportunity to commence work on the Reply Brief and will require additional time in order to respond to the arguments and case law cited in the plaintiff's opposition Memorandum. Plaintiff's counsel received a *nunc pro tunc* extension of fourteen (14) days to file her opposition.

This is the first request for an extension of time regarding this reply brief.

Attorney Karen Torre has been contacted concerning this Motion and has indicated that she will not consent to a thirty (30) day extension of time, but would consent to a ten (10) day extension of time.

Respectfully submitted,

**DEFENDANT**
**MELVIN WEARING**

By: _____
Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:     (203) 227-2855
Fax:     (203) 227-6992
E-Mail:  rhodes@halloran-sage.com

and

Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
Tel:     (860) 522-6103
Fax:     (860) 548-0006
E-Mail:  johnsonr@halloran-sage.com

His Attorneys

## CERTIFICATION

This is to certify that on this 23rd day of June, 2006, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

The Honorable Ellen B. Burns
United States District Court
 for the District of Connecticut
141 Church Street
New Haven, CT 06510
(Courtesy Copy, Via Hand Delivery)

Robert A. Rhodes

846654_1 DOC

3