UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | |
| : | |
| Plaintiff, : | |
| : | Civil No. 3:02CV1514 (EBB) |
| V. : | |
| : | |
| MELVIN WEARING : | |
| : | June 27, 2006 |
| Defendant. | |

### PLAINTIFF'S MOTION FOR A THREE-DAY EXTENSION TO SUBMIT BRIEF REGARDING THE UNITED STATES SUPREME COURT DECISION IN GARCETTI VS. CEBALLOS

Plaintiff seeks an extension of three days to June 30, 2006, to submit his breif on the issue of the opinion in <u>Garcetti v. Ceballos</u> per the Court's earlier order, the parties were to submit briefs on June 27, 2006. Defendant sought and received such an extension from this Court and plaintiff's request for the same filing deadline is for the purpose of allowing plaintiff's counsel the same additional time and to ensure the parties' simultaneous submission of briefs. Defense counsel has already indicated his consent to same.

THE PLAINTIFF, ARPAD TOLNAY

BY:_____
KAREN LEE TORRE
Federal Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510
(203) 865-5541
His Attorney

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on this 27th day of June, 2006 to:

Robert A. Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Norman A. Pattis, Esq.
649 Amity Road
P.O. Box 280
Bethany, CT 06524

Hubert J. Santos, Esq.
Santos & Seeley, P.C.
51 Russ St.
Hartford, CT 06106

_____
KAREN LEE TORRE