IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
| Defendant | : | JUNE 30, 2006 |

**APPENDIX OF EXHIBITS AND DESIGNATION OF TRANSCRIPTS SUBMITTED IN CONNECTION WITH THE DEFENDANT'S REPLY/SUPPLEMENTAL MEMORANDA OF LAW IN FURTHER SUPPORT OF HIS POST-TRIAL MOTIONS**

The defendant, Melvin Wearing, submits this appendix of exhibits in connection with his reply/supplemental memoranda of law in further support of his (a) motion for judgment as a matter of law, (b) motion for a new trial and (c) motion for remittitur. The exhibits are also submitted in connection with the defendant's memorandum regarding Garcetti v. Ceballos, 126 S.Ct. 1951 (2006). Specifically, The appendix contains the following exhibits:

Exhibit A  -  Analysis and Research on Jury Verdict Cases Cited By Plaintiff at Pages 33-35 of His Memorandum of Law in Opposition to Defendant's Motion for a New Trial

Exhibit 1  -  Defs.' Preliminary and Amended Preliminary Statements of the Issues filed in Burrell v. Yale Univ. (Conn. App. Ct.)
Exhibit 2  -  Amended Judgment in Breaux v. City of Garland
Exhibit 3  -  Docket Sheet in Grassilli v. Barr
Exhibit 4  -  Docket Report in Waffle House, Inc. v. Williams
Exhibit 5  -  Docket Report in Antoine v. Yellow Freight Sys., Inc.
Exhibit 6  -  Docket Report in Talbot-Lima v. Federal Express Corp.
Exhibit 7  -  Docket Report in Sadowski v. Philips Med. Sys. Cleveland, Inc.
Exhibit 8  -  Docket Report in EEOC v. Bon Secours DePaul Medical Center, Inc.
Exhibit 9  -  Docket Report and Judgment in Miller v. Media General Operations, Inc.
Exhibit 10 -  Order dated March 28, 2005 in Kavadias v. Randolph

| | | |
|---|---|---|
| Exhibit 11 | - | Docket Report in <u>Ulrich v. City and County of San Francisco</u> |
| Exhibit B | - | Brief For The United States As Amicus Curiae Supporting Petitioners in <u>Garcetti v. Ceballos</u>, No. 04-473 |
| Exhibit C | - | Slip Opinion in <u>Mills v. City of Evansville</u>, No. 05-3207 (7th Cir. June 20, 2006) |

In the defendant's initial memoranda of law in support of his three, principal post-trial motions, he cited to the trial transcripts provided by the court reporter at that time. The transcripts were in a draft format and copies of them were filed as exhibits.

In the reply/supplemental memoranda, the defendant has cited directly to the final transcripts, the originals of which have been filed with the Court by the court reporter. For example, a citation to the transcript for the proceedings on December 1, 2005 is listed as – "(12/1/05 Tr. at __)." Specifically, the trial transcripts are in the Court file as follows:

| | | |
|---|---|---|
| December 1, 2005 Transcript | - | Electronic Docket Entry No. 98 |
| December 2, 2005 Transcript | - | Electronic Docket Entry No. 72 |
| December 5, 2005 Transcript | - | Electronic Docket Entry No. 99 |
| December 6, 2005 Transcript ((mislabeled as December 4, 2006 Transcript) citations listed as "12/6/05 Tr. at __")) | - | Electronic Docket Entry No. 73 |
| December 7, 2005 Transcript | - | Electronic Docket Entry No. 100 |
| December 8, 2005 Transcript | - | Electronic Docket Entry No. 101 |
| December 12, 2005 Transcript | - | Electronic Docket Entry No. 102 |

These seven transcripts are hereby designated as Exhibits (D through J) to the defendant's reply/supplemental memoranda in support of his three, principle post-trial motions and his memorandum regarding <u>Garcetti</u>.

2

In the reply/supplemental memorandum in further support of the motion for remittitur, in the alternative, the defendant has also cited to the transcripts for the four days of hearings held in connection with the Defendant's Motion for a Stay of Execution and Enforcement of the Judgment filed on March 2, 2006. (Elec. Docket Entries Nos. 123-24) Specifically, the trial transcripts are listed in the Court's file as follows:

| | |
|---|---|
| March 28, 2006 Transcript  - | Electronic Docket Entry No. 169 |
| April 27, 2006 Transcript  - | Electronic Docket Entry No. 191 |
| May 1, 2006 Transcript  - | Electronic Docket Entry No. 187 |
| May 23, 2006 Transcript  - | Electronic Docket Entry No. 199 |

These four transcripts and Chief Wearing's affidavit (Elec. Docket Entry No. 125) are hereby designated as Exhibits (K through O) to the defendant's reply/supplemental memoranda in further support of his three principal post-trial motions and his memoranda regarding <u>Garcetti</u>. The exhibits from the 4 days of hearings and the Affidavit regarding the insurance policy and requested by the Court, all of which are in the Court's possession, are also designated as Exhibits.

Respectfully submitted,

**DEFENDANT
MELVIN WEARING**

By: _____
Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:   (203) 227-2855
Fax:   (203) 227-6992
E-Mail:  rhodes@halloran-sage.com

and

Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
Tel:   (860) 522-6103
Fax:   (860) 548-0006
E-Mail:  johnsonr@halloran-sage.com

His Attorneys

## CERTIFICATION

This is to certify that on this 30th day of June, 2006, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

                                          Ralph W. Johnson, III

847344_1 DOC