AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF CT

FILED 2006 JUL 21 P 2:58 U.S. ... RT

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02cv1514

Tolnay v. Wearing

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen Burns | Torre / Pattis | Johnson / Rhodes / Snedley |
| TRIAL DATE(S) Post-trial Motions 7/21/06 | COURT REPORTER D. Falzarano | COURTROOM DEPUTY M. Ruocco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | A | 7/21/06 | ✓ | ✓ | Garcetti Opinion |