IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
| Defendant | : | AUGUST 15, 2006 |

## DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT

Pursuant to Rules 60(b)(1), 60(b)(5) and 60(b)(6) of the Federal Rules of Civil Procedure and Local Rule 7, the defendant, Melvin Wearing, the former Chief of Police for the City of New Haven, moves for relief from the judgment against him. In support of his motion, Chief Wearing has submitted a memorandum of law. He also incorporates by reference the memoranda and reply/supplemental memoranda of law submitted in support of his motion for judgment as a matter of law under Rule 50(b), his motion for a new trial under Rule 59 and his motion for a remittitur, in the alternative, and all of the exhibits submitted in connection with those memoranda. He further incorporates by reference his memorandum of law regarding Garcetti v. Ceballos, 126 S.Ct. 195 (2006) filed on June 30, 2006.

For the reasons set forth in detail in the memoranda of law, the Court should grant Chief Wearing's motion and enter judgment in his favor. The Court should also order a new trial, as an alternative ruling.

**WHEREFORE**, Chief Wearing requests that the Court grant his motion and enter judgment as a matter of law in his favor. The Court should also order a new trial as an alternative ruling.

> Respectfully submitted,
>
> **DEFENDANT**
> **MELVIN WEARING**
>
> By: _____
> Robert A. Rhodes, Esq.
> CT Fed. Bar No. 13583
> **HALLORAN & SAGE LLP**
> 315 Post Road West
> Westport, CT 06880
> Tel:   (203) 227-2855
> Fax:   (203) 227-6992
> E-Mail: rhodes@halloran-sage.com
>
> and
>
> Ralph W. Johnson III, Esq.
> CT Fed. Bar No. 15277
> **HALLORAN & SAGE LLP**
> One Goodwin Square
> 225 Asylum Street
> Hartford, CT  06103
> Tel:   (860) 522-6103
> Fax:   (860) 548-0006
> E-Mail: johnsonr@halloran-sage.com
>
> His Attorneys

## CERTIFICATION

This is to certify that on this 15th day of August, 2006, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06150

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

The Honorable Ellen B. Burns
United States District Court
    for the District of Connecticut
141 Church Street
New Haven, CT 06510
(*Courtesy copy, via Hand Delivery*)

Ralph W. Johnson, III

868707_1 DOC