# EXHIBIT B

# CASE INCIDENT REPORT
## NEW HAVEN DEPARTMENT OF POLICE SERVICE

| | |
|---|---|
| PAGE 1 OF 5 | COMPLAINT NO 02-44465 |

**OCCURRENCE DATE(S) ON OR BETWEEN:** 08/3/02
**DATE OF REPORT:** 08/3/02
☒ INITIAL  ☐ SUPPLEMENTAL RE:  ☐ FVOR  ☐ VAR
**CROSS REFERENCE C/N(S):** 02-42911
**INCIDENT DESCRIPTION:** MOTOR VEHICLE VIOLATION
**INCIDENT CODE:** 3001
**DAY OF WEEK:** 07  **TIME:** 1858
**DAY OF WEEK:** 07  **TIME:** 2130
**INCIDENT ADDRESS OR INTERSECTION:** 375 POPLAR STREET
**APT #:** 
**DIST #:** 8
**OFFENDER SUSPECTED OF USING:** ☐ ALCOHOL  ☐ DRUG  ☐ COMPUTER

### REFERRALS & NOTIFICATIONS
1-COMMUNITY MEDIATION, 2-LCI, 3-YALE CDCP, 4-DCF, 5-BOARD OF EDUCATION, 6-ADULT PROTECTIVE SERVICE, 7-CITY ELDERLY SERVICES, 8-ISU, 9-B OF I, 10-ARSON, 11-SEX & BIAS, 12-NARCOTICS, 13-ROBBERY/BURGLARY, 14-FIREARMS, 15-FAMILY SERVICES, 16-DOM. VIOLENCE, 17-NEIGHBORHOOD SRVS, 18-VICTIM SERVICES, 19-ANIMAL SHELTER, 20-INT. VALUES & ETHICS, 21-PUBLIC HOUSING, 22-PAROLE, 23-ADULT PROBATION, 24-JUV. PROBATION, 25-GA 6, 26-JUV COURT, 27-TOT, 28-OTHER

### SCENE PROCESSED
1-PHOTOS, 2-PRINTS, 3-STATEMENTS TAKEN, 4-EVIDENCE COLLECTED, 5-OTHER PROCESSING

### OFFENSE / NIBRS OFFENSES
(blank)

### ROBBERY/BURGLARY
☐ RESIDENCE  ☐ NON-RESIDENCE  ☐ VEHICLE
**ENTRY METHOD:** 1-UNLOCKED, 2-KEY USED, 3-LOCK DEFEATED, 4-GLASS BROKEN, 5-DOOR DEFEATED, 6-OTHER
PREMISES ALARMED / ALARM ACTIVATED / ALARM DEFEATED — YES/NO
NO OF UNITS ENTERED (HOTEL RULE): ___

### VICTIMS / PERSONS / BUSINESSES

**NAME:** RODRIGUEZ, DANIEL
**DOB:** 10/19/67
**STREET ADDRESS:** 84 WOOLSEY STREET
**RES. PHONE:** (203) 773-0767
**CITY:** NEW HAVEN  **STATE:** CT  **SEX:** M  **HEIGHT:** 510  **WEIGHT:** 188  **HAIR:** GRY  **EYES:** BRO
**EMPLOYER/OCCUPATION/SCHOOL:** UNKNOWN
**PERSON CODE:** ☒ OTHER PERSON / REPORTING PERSON
**VICT TYPE:** 1-INDIVIDUAL
**RACE:** 1-WHITE  **ETHNIC:** 1-HISPANIC  **RES STATUS:** 1-093 RESIDENT

**NAME:** OFC. TOLNAY A. PD093
**PERSON CODE:** (Officer)
**VICT TYPE:** 2 - POLICE OFF.
**RES STATUS:** NON RESIDENT

### SOLVABILITY FACTORS
☒ 1-SUSPECT IDENTIFIED
**LIGHT COND:** 2-SUNLIT
**WEATHER:** 1-CLEAR

### ARREST
☒ 4 - NO ARREST
**DIVISION:** USD
**CAR/BEAT #:** 84 B

**PRINT NAME - OFFICER/DA:** ARPAD S. TOLNAY
**ARREST OR ID#:** 975
**DATE:** 8/3/02

NHPD FORM A                                                                 REV: 8/2000

# CASE INCIDENT REPORT (VICTIMS / PERSONS / BUSINESSES)
## NEW HAVEN DEPARTMENT OF POLICE SERVICE

PAGE: 2 OF 5
COMPLAINT NO: 02-44465

☒ INITIAL  ☐ ADDITIONAL  ☐ SUPPLEMENTAL RE:

**ADDITIONAL VICTIMS / PERSONS / BUSINESSES**

---

**NAME:** SGT. BURGH SUPV. PD093

Person Code, Victim No., Victim Type, Univ. Affil., Race, Ethnic, Res. Status, Appar. Injury Type, Hosp., Victim of Offender / Relationship, Appar. Agg. Assault Homicide Code — (no boxes checked)

---

**NAME:** OFC. COLON C. PD093

(no boxes checked)

---

**NAME:** CAPT. ORTIZ. F. PD093

(no boxes checked)

---

**NAME:** (blank)

(no boxes checked)

---

**PRINT NAME – OFFICER / DA:** ARPAD S. TOLNAY
**ARREST OR ID#:** 975
**DATE:** 8/2/02

THIS REPORT SIGNED UNDER THE PENALTIES OF STATE LAW FOR MAKING A FALSE STATEMENT

[signature: Arpad S. Tolnay]

NHPD FORM A-2                                          REV. 8/2000

## CASE INCIDENT REPORT (NARRATIVE)

### NEW HAVEN DEPARTMENT OF POLICE SERVICE

PAGE 3 OF 5

COMPLAINT NO. 02 - 44465

CROSS REFERENCE C/N(S): 02 - 42911

[X] INITIAL  [ ] ADDITIONAL  [ ] SUPPLEMENTAL RE:

**NARRATIVE**

ON 08/03/02 AT APPROX. 1858HRS. THIS OFFICER WAS TRAVELLING NORTH ON POPLAR STREET CONDUCTING VEHICLE PATROL OF SAID AREA(S). AS I APPROACHED THE INTERSECTION OF POPLAR ST. NEAR PINE STREET I OBSERVED A GREEN JEEP WRANGLER BEARING CT. 122-RMT OPERATING NORTH ON POPLAR ST. WITH (2) YOUNG MALES HOLDING ON TO THE OPEN TOP JEEP ROLLBARS AND STANDING ON THE SIDE STEP BUMPERS. AT THAT TIME THIS OFFICER ACTIVATED THE OVERHEAD LIGHTS IN AN ATTEMPT TO CONDUCT A MOTOR VEHICLE STOP BASED ON THE VIOLATION I HAD OBSERVED.

AT THAT TIME THE OPERATOR OF THE JEEP PROCEEDED TO STOP JUST NORTH OF PINE STREET ON POPLAR STREET. AS I APPROACHED THE VEHICLE THIS OFFICER OBSERVED THAT THE ABOVE MENTIONED JEEP DID NOT DISPLAY ANY SPECIAL MARKINGS OR INDICATE THAT IT WAS A VEHICLE DESIGNATED TO HAVE PASSENGERS RIDING ON THE OUTSIDE OF THE VEHICLE. IN ADDITION THIS OFFICER OBSERVED THAT THE (2) YOUNG MALES APPEARED TO BE APPROX. 10 TO 11 YEARS OF AGE AND 14-15 YEARS OF AGE AND NEITHER WERE BEING SECURED TO THE OUTSIDE OF THE VEHICLE BY ANY TYPE OF SAFETY RESTRAINT. AS I OBSERVED THE ABOVE MENTIONED, THIS OFFICER COULD NOT SEE THE OPERATOR OF THE VEHICLE DUE TO MY APPROACH FROM THE REAR.

AS THIS OFFICER OBSERVED THE OPERATOR TO BE DANIEL RODRIGUEZ. THIS OFFICER IS FAMILIAR WITH DANIEL RODRIGUEZ FROM AN INCIDENT WHICH OCCURRED ON 07/26/02. (FOR COMPLETE INFORMATION REGARDING SAID INCIDENT PLEASE REFER TO THIS OFFICER REPORT CN 02-42911). UPON RODRIGUEZ OBSERVING THIS OFFICER HE STATED SOMETHING THAT WAS NOT HEARD BY ME AT THAT TIME. THIS OFFICER THEN NOTICED THAT RODRIGUEZ AND THE (2) YOUNG MALES WERE DISTRIBUTING FLIERS IN REGARDS TO AN ORGANIZED PROTEST REGARDING THE INCIDENT FOR CN 02-42911). THIS OFFICER BEING AWARE OF THE POLITICAL INFLUENCE THAT WAS EXERCISED BY RODRIGUEZ REGARDING SAID INCIDENT AND THE IMPENDING PROTEST THIS OFFICER STATED TO RODRIGUEZ THAT HE HAD ABSOLUTE RIGHT TO DISTRIBUTE THE FLIERS BUT THAT THE (2) YOUNG MALES NEEDED TO BE INSIDE THE CAB OF THE VEHICLE WITH THEIR SAFETY RESTARINTS FASTENED. THE ABOVE STATED COMMENT WAS

THIS REPORT INCLUDES FORMS:
[ ] A#____  [ ] A-1#____  [ ] A-2#____  [ ] B#____  [ ] C#____  [ ] D#/____  [ ] D1#____

PRINT NAME – OFFICER / DA: ARPAD S. TOLNAY
ARREST OR ID#: 975
DATE: 8/03/02

PRINT SUPERVISORS NAME & RANK:

SUBSCRIBED AND SWORN TO BEFORE ME (SIGN & DATE):

NOTARY [ ]   1-24 [ ]   ADD NARRATIVE [ ]

NHPD FORM B

REV 8/2000

# CASE INCIDENT REPORT (NARRATIVE)

**NEW HAVEN DEPARTMENT OF POLICE SERVICE**

PAGE 4 OF 5

COMPLAINT NO. 02-44465

CROSS REFERENCE C/N(S): 02 - 42911

[X] INITIAL  [ ] ADDITIONAL  [ ] SUPPLEMENTAL RE:

**ADDITIONAL NARRATIVE:**

GIVEN TO RODRIGUEZ VERBATIM. AT THAT TIME RODRIGUEZ INFORMED THE (2) YOUNG MALES TO GET INTO THE JEEP. AT THAT TIME THIS OFFICER STATED TO RODRIGUEZ THAT HE WAS FINE TO GO. AT THAT TIME RODRIGUEZ LEFT WITHOUT INCIDENT.

UPON RODRIGUEZ LEAVING THE SCENE THIS OFFICER CONTACTED SGT. BURGH WHO WAS THE OFFICER ON DUTY AT THAT TIME AND NOTIFIED HIM OF THE INCIDENT THAT HAD JUST OCCURRED AND THAT I WOULD BE WRITING A REPORT TO DOCUMENT SUCH. AT THAT TIME THIS OFFICER LEFT THE SCENE WITHOUT FURTHER INCIDENT.

THIS OFFICER WILL NOTE THAT DANIEL RODRIGUEZ IN THE COURSE OF OPERATING SAID VEHICLE WITH THE (2) YOUNG MALES ON THE OUTSIDE WAS IN FACT IN VIOLATION OF THE INFRACTION 14-272a FOR IMPROPER OPERATION OF A TRUCK OR OTHER MOTOR VEHICLE WITH A CHILD UNDER 16 YEARS OF AGE IN AN OPEN REAR SECTION OR BED WITHOUT SAFETY BELT AS DEFINED IN THE STATE OF CONNECTICUT MOTOR VEHICLE STATUTES WHICH IS PUNISHABLE BY AN INFRACTION OF $121.00. IN ADDITION RODRIGUEZ IN THE COURSE OF OPERATING SAID VEHICLE WITH THE (2) YOUNG MALES COULD HAVE BEEN CHARGED WITH RISK OF INJURY TO A MINOR (2 COUNTS) WHICH IS A VIOLATION OF THE cgs 53-21 WHICH STATES THE ACTOR (DANIEL RODRIGUEZ) WILLFULLY OR UNLAWFULLY CAUSES OR PERMITS ANY CHILD UNDER THE AGE OF SIXTEEN YEARS TO BE PLACED IN SUCH A SITUATION THAT IT'S LIFE OR LIMB IS ENDANGERED, OR IT'S HEALTH LIKELY TO BE INJURED, OR IT'S MORALS LIKELY TO BE IMPAIRED AS DEFINED IN THE CONNECTICUT PENAL CODE. DANIEL RODRIGUEZ DID PLACE THE (2) YOUNG MALES IN A POSITION WHERE THERE COULD HAVE BEEN SEVERE INJURY TO TO HIS OPERATION ON A MAIN ROADWAY.

THIS OFFICER FEELS HE WAS NOT ABLE TO ACT TO HIS FULL POTENTIAL AT THAT TIME BASED ON THE CIRCUMSTANCES OF SAID SITUATION. THIS OFFICER FEELS THAT AT THE MOMENT IN QUESTION HE ACTED WITH JUDGEMENT THAT WAS IMPOSED ON HIS POLICE JURISDICTION DUE TO THE IDENTITY AND POLITICAL INVOLVEMENT OF RODRIGUEZ. THIS OFFICER WAS REAFFIRMED BY HIS ACTIONS AFTER THE COMPLETION OF SAID INCIDENT AS THIS OFFICER WAS INSTRUCTED BY THE PATROL SHIFT SUPERVISOR CAPT. F. ORTIZ TO NOT HAVE ANY CONTACT WITH PERSON(S)

THIS REPORT INCLUDES FORMS:
[ ] A#____ [ ] A-1#____ [ ] A-2#____ [ ] B#____ [ ] C#____ [ ] D#____ [ ] D1#____

PRINT NAME - OFFICER/DA: ARPAD S. TOLNAY
ARREST OR ID#: 975
DATE: 8/03/02

NHPD FORM B

REV 8/2000

## CASE INCIDENT REPORT (NARRATIVE)

**NEW HAVEN DEPARTMENT OF POLICE SERVICE**

PAGE 5 OF 5

COMPLAINT NO. 02-44465

CROSS REFERENCE C/N(S): 02-42911

☒ INITIAL   ☐ ADDITIONAL   ☐ SUPPLEMENTAL RE:

INVOLVED IN THE INCIDENT THAT OCCURRED ON 07/26/02 CN 02-42911.

OFFICER C. COLON WHO WAS DISPATCHED AS A COVER UNIT ARRIVED AFTER DANIEL RODRIGUEZ WAS TOLD HE WAS ABLE TO LEAVE. THE TRANSACTION TOOK APPROX. 45 SECONDS IN WHICH C. COLON WAS NOT ABLE TO ARRIVE IN TIME.

IN CLOSING THIS OFFICER WOULD LIKE TO STATE THAT AT NO TIME DID THE INCIDENT THAT OCCURRED ON 07/26/02 INFLUENCE THE MOTOR VEHICLE STOP WITH THE EXCEPTION OF THE ACTIONS TAKEN AFTER THE STOP. SIMPLY STATED THIS OFFICER OBSERVED A VEHICLE TRAVELLING NORTH ON POPLAR STREET AND I OBSERVED SAID VEHICLE TO BE IN VIOLATION OF THE MOTOR VEHICLE LAWS AS DEFINED.

THIS REPORT INCLUDES FORMS: ☐ A# ___ ☐ A-1# ___ ☐ A-2# ___ ☐ B# ___ ☐ C# ___ ☒ D# ___ ☒ D 1# ___

PRINT NAME - OFFICER / DA: ARPAD S. TOLNAY    ARREST OR ID#: 975    DATE: 8/3/02

Signed: Arpad S. Tolnay

NHPD FORM B                                         REV 8/2000