# EXHIBIT C

# MEMO

**DEPARTMENT OF POLICE SERVICE**

NEW HAVEN, CONNECTICUT 06519

TO: CAPT. F. ORTIZ
    COMMUNITY POLICE RESOURCE COORDINATOR

FROM: OFC. ARPAD S. TOLNAY
    PATROLMAN N.H.P.D. D8

DATE: 03 AUGUST, 2002

RE: MOTOR VEHICLE STOP CN02-44465
    CROSS REF- 02-42911

    I AM WRITING THIS MEMO TO INFORM OF THE INCIDENT THAT OCCURED ON 08-03-2 AT APPROX. 1858 HRS. AS I WAS TRAVELLING NORTH ON POPLAR ST. THIS OFFICER OBSERVED A VEHICLE ALSO TRAVELLING NORTH ON POPLAR ST. AND SAID VEHICLE HAD (2) YOUNG MALES HANGING OFF THE SIDES OF THE VEHICLE BEING A GREEN JEEP WITH NO REAR COVER (OPEN TOP).
    AS WITH ANY MOTOR VEHICLE VIOLATION OBSERVED THIS OFFICER CONDUCTED A MOTOR VEHICLE STOP AND NOTIFIED RADIO DISPATCH OF MY LOCATION AND THE CT. REGISTRATION OF SAID PLATE.
    UPON THIS OFFICER OBSERVING THAT THE OPERATOR OF THE VEHICLE WHO WAS VIOLATION OF 14-272a AND C.G.S. FOR MOTOR VEHICLE LAWS WHICH STATES THAT IT IS AN INFRACTION WHICH IS A BREACH OF STATE LAW, REGULATION OR LOCAL ORDINANCE AS WELL AS C.G.S. 53-21 WHICH IS A FELONY FOR RISK OF INJURY TO A MINOR.
    UPON THIS OFFICER LEARNING THAT THE OPERATOR OF SAID VEHICLE WAS DANIEL RODRIGUEZ THIS OFFICER IMMEDIATELY INFORMED HIM THAT HE WAS WITHIN HIS RIGHT TO DISTRIBUTE FLIERS (WHICH WAS LEARNED AFTER THE STOP) BUT THAT THE TWO YOUNG MALES THAT HAD BEEN HANGING ONTO THE OUTSIDE OF THE VEHICLE NEEDED TO STAY WITHIN THE VEHICLE AND ENGAGE THEIR SAFETY RESTARINTS. AT THAT TIME RODRIGUEZ WAS INFORMED HE COULD LEAVE THE SCENE WHICH HE DID WITHOUT INCIDENT.
    THIS OFFICER IMMEDIATELY NOTIFIED THE SUPERVISOR ON DUTY SGT. BURGH AND INFORMED HIM OF THE INCIDENT WHICH I ALSO INFORMED HIM THAT I WOULD BE COMPLETING A REPORT TO REFLECT SUCH.
    ON THE SAME DATE I WAS INFORMED BY SGT. BURGH THAT CAPT. ORTIZ ORDERED ME TO COMPLETE A MEMO REGARDING SAID INCIDENT AND TO SUBMIT PRIOR TO THE TERMINATION OF MY SHIFT. FOR FULL AND COMPLETE DETAILS REGARDING SAID MOTOR VEHICLE STOP PLEASE REFER TO REPORT CN 02 44465.

RESPECTFULLY SUBMITTED,
OFC. ARPAD S. TOLNAY

## **CERTIFICATION**

This is to certify that on this 15th day of August, 2006, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

The Honorable Ellen B. Burns
United States District Court
   for the District of Connecticut
141 Church Street
New Haven, CT 06510
(*Courtesy copy, via Hand Delivery*)

 

Ralph W. Johnson III

868438_1 DOC