UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY | : |
| | : |
| Plaintiff, | : |
| | : Civil No.  3:02CV1514 (EBB) |
| V. | : |
| | : |
| MELVIN WEARING | : September 5, 2006 |
| | |
| Defendant. | |

### PLAINTIFF'S MOTION FOR A THREE-DAY ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT

The undersigned counsel respectfully moves for a 3-day enlargement of time, to Friday, September 8, 2006,  within which to file an opposition to defendant's Motion for Relief from Judgment filed pursuant Fed.R.Civ.Pro. 60.

This is plaintiff's first such request and defendant has no objection to the extension.  In support hereof, the undersigned represents that she has completed the document review and legal research necessary for the opposition but, for reasons of vacation and the intervening Labor Day holiday needs an additional three days to complete the writing of the brief.

WHEREFORE, the undersigned respectfully requests that this motion be granted.

THE PLAINTIFF

ARPAD TOLNAY


BY:_____
       KAREN LEE TORRE
       Federal Bar No. ct01707
       Law Offices of Karen Lee Torre
       51 Elm St., Suite 307
       New Haven, CT 06510
       (203) 865-5541

       His Attorney

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on this 5th day of September, 2006 to:

Robert A. Rhodes, Esq.
Ralph W. Johnson, III, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Hubert J. Santos, Esq.
Santos & Seeley, P.C.
51 Russ St.
Hartford, CT 06106

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

_____
KAREN LEE TORRE