UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil No.  3:02CV1514 (EBB) |
| V. | : | |
| | : | |
| MELVIN WEARING | : | September 8, 2006 |
| Defendant. | | |

**PLAINTIFF'S MOTION FOR A ONE-DAY ENLARGEMENT OF TIME
TO FILE OPPOSITION TO DEFENDANT'S
MOTION FOR RELIEF FROM JUDGMENT**

The undersigned counsel respectfully moves for a 1-day enlargement of time, to Monday, September 11, 2006,  within which to file an opposition to defendant's Motion for Relief from Judgment filed pursuant Fed.R.Civ.Pro. 60.

 In support hereof, the undersigned represents that she has completed the drafting of the plaintiff's brief but needs the additional time to edit, proofread and check citations.  This is plaintiff's second such request and defendant has no objection to the extension.

WHEREFORE, the undersigned respectfully requests that this motion be granted.

        THE PLAINTIFF

        ARPAD TOLNAY

BY:_____
     KAREN LEE TORRE
     Federal Bar No. ct01707
     Law Offices of Karen Lee Torre
     51 Elm St., Suite 307
     New Haven, CT 06510
     (203) 865-5541

     His Attorney

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on this 8th day of September, 2006 to:

Robert A. Rhodes, Esq.
Ralph W. Johnson, III, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Hubert J. Santos, Esq.
Santos & Seeley, P.C.
51 Russ St.
Hartford, CT 06106

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

        _____
        KAREN LEE TORRE

2