IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
| Defendant | : | SEPTEMBER 18, 2006 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendant, Melvin Wearing, the former Chief of Police for the City of New Haven, requests a fifteen (15) day extension of time, from September 25, 2006 to and including October 10, 2006, of his deadline to file a reply memorandum of law in further support of his motion for relief from judgment. The plaintiff opposes the granting of this motion. His counsel would not oppose the granting of a 4 or 5 day extension of time. For the reasons set forth below, the Court should grant Chief Wearing's motion.

In support of his motion, Chief Wearing states as follows:

1. This is Chief Wearing's first request for an extension of the deadline at issue. The requested extension of time is reasonable and needed to address the issues raised by the plaintiff's opposition brief. The plaintiff's brief is 50 pages of text. It violates both Local Rule 7(a)2's 40-page limit and this Court's express admonition in its April 27, 2006 Ruling. (4/27/06 Ruling, at 3 ("This ruling does not excuse either party from observing and conforming to all relevant page limitations now and in the future.")) Moreover, the plaintiff was granted two (2) extensions of time to file his opposition brief. Both of the plaintiff's motions were filed on the days that the brief was due to be filed. Chief Wearing did not oppose the granting of either of those motions.

2.     The plaintiff has filed thirteen (13) motions for extension of time since the trial. All of them have been granted. Chief Wearing did not object to twelve (12) of the plaintiff's motions. He only objected to the plaintiff's *nunc pro tunc* motion to file an opposition brief to a motion to quash a subpoena, as the motion was filed 14 days after the deadline had passed. The plaintiff's motion was granted, despite the fact that the deadline for the filing of his brief had passed 16 days earlier.

3.     Moreover, the plaintiff moved for and received four (4) extensions of time to file his opposition briefs to Chief Wearing's post-trial motions. Eighty-two (82) days passed between the filing of the post-trial motions and the filing of the plaintiff's opposition briefs.

4.     In addition to the four (4) extensions the plaintiff received in connection with the filing of his briefs in opposition to the post-trial motions, he also received three (3) extensions of time to file an opposition to Chief Wearing's motion for a stay.

5.     The plaintiff also received two (2) extensions of time of his deadline to file a motion for an award of attorney's fees and costs.

6.     Chief Wearing's counsel require the requested extension of time to fully analyze the plaintiff's 50-page opposition brief and the numerous cases cited in it, to research the issues raised in the brief and to draft the reply brief in further support of the motion for relief from judgment. Chief Wearing's counsel also require the requested extension of time because of competing case obligations.

**WHEREFORE**, for good cause shown, Chief Wearing requests that the Court grant his motion to extend the deadline at issue from September 25, to and including October 10, 2006.

Respectfully submitted,

**DEFENDANT
MELVIN WEARING**

By: _____
Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:     (203) 227-2855
Fax:    (203) 227-6992
E-Mail:  rhodes@halloran-sage.com

and

Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel:     (860) 522-6103
Fax:    (860) 548-0006
E-Mail:  johnsonr@halloran-sage.com

His Attorneys

## CERTIFICATION

This is to certify that on this 18th day of September, 2006, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

The Honorable Ellen B. Burns
United States District Court
 for the District of Connecticut
141 Church Street
New Haven, CT 06510
*(Courtesy Copy, Via Hand Delivery)*

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Ralph W. Johnson, III

888137_1 DOC