IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | CIVIL ACTION NO. |
| Plaintiff : | 3:02-CV-1514 (EBB) |
| : | |
| V. : | |
| : | |
| MELVIN WEARING : | |
| Defendant : | NOVEMBER 14, 2006 |

**NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF DEFENDANT'S POST-TRIAL MOTIONS**

Pursuant to Rule 1 of the Federal Rules of Civil Procedure and consistent with the practice employed by the plaintiff of submitting supplemental authority to the Court, the defendant, Melvin Wearing, the former Police Chief for the City of New Haven, submits the following supplemental authority in further support of his post-trial motions.

Chief Wearing gives notice of the decision in Fritz v. Daly, 2006 WL 3095755 (D.N.H. Oct. 31, 2006). In particular, the analysis at pages *5 through *6 of the Fritz decision is highly relevant. Chief Wearing also notes that the factual context in Fritz is similar to the instant case. A copy of the Fritz decision is attached hereto as Exhibit A.

Specifically, Fritz relates to the analysis of Chief Wearing's motion for judgment as a matter of law under Rule 50(b), his motion for a new trial under Rule 59, his motion for remittitur, in the alternative, and his motion for relief from judgment under Rule 60(b). More specifically, Fritz supports the conclusion that the speech at issue was not protected speech under the "content, form and context"/issue of "public concern" analyses. It also supports the conclusion that the speech at issue fails under the Pickering-balancing analysis. Fritz further supports the entry of a judgment in Chief Wearing's favor under the analysis established by

Garcetti v. Ceballos, 126 S.Ct. 1951 (2006). Moreover, it supports the entry of a judgment in favor of Chief Wearing based on qualified immunity. That qualified immunity analysis applies to all 3 aspects of the analysis described above: (1) "content, form, context"/"public concern"; (2) the Pickering-balancing analysis and (3) the analysis under Garcetti. Finally, Fritz supports the granting of Chief Wearing's motion for a new trial and his motion for a remittitur.

## MOTION

To the extent the Court believes it necessary, Chief Wearing requests that the Court construe this notice as a motion for leave to submit the supplemental authority and that the Court grant the motion. Good cause exists for the granting of such a motion. As the Court has previously recognized the issues raised by this case are substantial. The submitting of the supplemental authority is done in good faith and to provide the Court with recent authority relevant to its analysis. The plaintiff is not prejudiced in any manner by the notice. It merely informs the Court of the recent authority and identifies what aspects of the post-trial motions Chief Wearing maintains the authority applies to.

Respectfully submitted,

**DEFENDANT
MELVIN WEARING**

By: _____
Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:   (203) 227-2855
Fax:   (203) 227-6992
E-Mail:  rhodes@halloran-sage.com

and

Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel:   (860) 522-6103
Fax:   (860) 548-0006
E-Mail:  johnsonr@halloran-sage.com

His Attorneys

## **CERTIFICATION**

      This is to certify that on this 14th day of November, 2006, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

The Honorable Ellen B. Burns
United States District Court
 for the District of Connecticut
141 Church Street
New Haven, CT 06510
***(Courtesy Copy, Via Hand Delivery)***


                                                                                                Ralph W. Johnson, III

913235_1 DOC