UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY | : |
| | : |
| Plaintiff, | : |
| | : Civil No.  3:02CV1514 (EBB) |
| V. | : |
| | : |
| MELVIN WEARING | : February 27, 2007 |
| Defendant. | |

## PLAINTIFF'S NOTICE OF ELECTION

In accordance with the ruling and order of this court entered on February 5, 2007, the plaintiff, Officer Arpad Tolnay, by and through his undersigned counsel, hereby gives notice of his election to accept the remitted punitive damage award as set forth in the court's aforementioned order.

THE PLAINTIFF

ARPAD TOLNAY

BY:_____
KAREN LEE TORRE
Federal Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm St., Suite 307
New Haven, CT 06510
(203) 865-5541

His Attorney

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on this 27th day of February, 2007 to:

Robert A. Rhodes, Esq.
Ralph W. Johnson, III, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Hubert J. Santos, Esq.
Santos & Seeley, P.C.
51 Russ St.
Hartford, CT 06106

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

                                                                         _____
                                                                         KAREN LEE TORRE