FILED

2007 MAR 19 P 1: 28

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil No.  3:02CV1514 (EBB) |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
| | : | March 19, 2007 |
| Defendant. | | |

## PLAINTIFF'S FIRST SUPPLEMENTAL APPLICATION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS

The plaintiff, Officer Arpad Tolnay, by and through his undersigned counsel, submits this supplemental application for an award of attorney fees and costs pursuant to 42 U.S.C. §1888. Officer Tolnay, as the prevailing party in this action brought under 42 U.S.C. §1983, is entitled to an award of reasonable attorney fees and costs associated with the prosecution of this action.

Under date of January 30, 2006, Officer Tolnay submitted an initial motion and application for an award of attorney fees and costs. In connection with same, plaintiff's counsel submitted an accounting of litigation expenses incurred by Officer Tolnay as well as an accounting of all time expended by plaintiff's counsel in connection with the prosecution of this action from its beginning, up to and including January 30, 2006. That motion remains pending before this Court.

Officer Tolnay seeks an additional award for litigation expenses and attorney fees incurred in connection with continued proceedings and litigation of this action from January 30, 2006 to

the present date.

In support hereof, Officer Tolnay submits the following:

1. Supplemental Affidavit of plaintiff's counsel Karen Lee Torre together with an accounting of all time expended by Attorney Torre, attached hereto as Exhibit "A";

2. An affidavit of plaintiff's counsel Norman A. Pattis together with an accounting of all time expended by Attorney Pattis, attached hereto as Exhibit "B";

3. An affidavit from David B. Bachman, legal assistant/paralegal together with an accounting of time expended by Mr. Bachman, attached hereto as Exhibit "C";

4. An itemization of litigation expenses incurred by Officer Tolnay since January 30, 2006, attached hereto as Exhibit "D";

For the reasons set forth herein and in the accompanying exhibits, affidavits and memorandum, Officer Tolnay respectfully requests this Court to award him the additional sum of $385,960.00 for reasonable attorney fees incurred and the sum of $13,044.34 for additional litigation expenses incurred in connection with plaintiff's continued prosecution of the action and defendant's continued motions and other efforts in opposition to the verdict and judgment in favor of Officer Tolnay in this case. Said amounts are based on the following:

1.　　917.0 hours expended by Attorney Karen Lee Torre at a claimed hourly rate of $400.00 an hour for a total of $366,800;

2.    47.9 hours expended by Attorney Norman A. Pattis at a claimed hourly rate of $400.00 an hour for a total of $19,160;

3.    55.2 hours expended by Legal Assistant/Paralegal David B. Bachman at a claimed hourly rate of $165.00 an hour for a total of $9,108;

4.    $3,936.34 in litigation expenses incurred by Officer Tolnay.

WHEREFORE, Officer Tolnay respectfully requests that this motion be granted and that the foregoing sums. as well as that sum requested by the initial motion submitted on January 30, 2006, be awarded to the plaintiff and made part of the amended and final judgment rendered to reflect.

THE PLAINTIFF,

ARPAD TOLNAY

BY: _____
Karen Lee Torre
Fed. Bar No. 01707
51 Elm Street, Suite 307
New Haven, CT 06150
Tel. (203)865-5541
Fax: (203)865-4844
ktorre@choiceonemail.com

His Attorney

3

**CERTIFICATION**

I hereby certify that copies of the foregoing were mailed, on this 19th day of March, 2007, to:

Robert A. Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Hubert J. Santos, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

KAREN LEE TORRE

4