UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY | : |
| | : |
| Plaintiff, | : |
| | : Civil No. 3:02CV1514 (EBB) |
| V. | : |
| | : |
| MELVIN WEARING | : |
| | : March 19, 2007 |
| Defendant. | |

**NOTICE OF MANUAL FILING OF EXHIBITS**

PLEASE TAKE NOTICE that we are unable to produce Exhibits A, B, and D, appended to Plaintiff's First Supplemental Application for an Award of Attorney's Fees and Costs in *.pdf* format and are therefore submitting these documents in manual form only.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF, ARPAD TOLNAY


BY:_____
    KAREN LEE TORRE
    Fed. Bar No. ct01707
    Law Offices of Karen Lee Torre
    51 Elm Street, Suite 307
    New Haven, Connecticut 06510
    Tel. (203) 865-5541
    Fax: (203) 865-4844

    His Attorney

## CERTIFICATION

       I hereby certify that a copy of the foregoing was mailed, this 19th day of March 2007, to:

Hubert J. Santos, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Robert A. Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

                                                        _____
                                                        KAREN LEE TORRE