UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | |
| : | |
| Plaintiff, : | |
| : | Civil No.  3:02CV1514 (EBB) |
| V. : | |
| : | |
| MELVIN WEARING : | |
| : | March 19, 2007 |
| Defendant. | |

**AFFIDAVIT OF DAVID B. BACHMAN**

State of Connecticut            )
                                ) ss: New Haven March 17, 2007
County of New Haven             )

The undersigned, having been duly sworn, states the following:

1. I am currently employed by the Law Offices of Karen Lee Torre as a Legal Assistant. In that capacity, I have a wide range of duties, including paralegal-type work and legal research. I also assist Attorney Torre in drafting pleadings and briefs.

2. I am an inactive member of the Connecticut bar, as well as the federal bar for the District of Connecticut and the Court of Appeals for the Second Circuit.

3. I was admitted to the Connecticut bar in December, 1989 and to the bar for the District of Connecticut shortly thereafter. I was also thereafter admitted to the Court of Appeals for the Second Circuit. I went on inactive status through the Connecticut bar for health reasons in 2005.

4. I earned a B.A. (cum laude) from Princeton University (1980), a M.A. from the University of Michigan (American Culture 1984) and a J.D. (cum laude), also from the University of Michigan (1989).

5. In 1989, I took a position as an associate with the firm of Williams and Wise (later known as Law Offices of John R. Williams). While there, I tried approximately twenty cases to verdict in both state and federal court and I wrote numerous briefs for the Connecticut Court of Appeals and the Connecticut Supreme Court.

6. Since leaving the Law Offices of John R. Williams, I worked for one year in the criminal unit of the New Haven Legal Aid Association and approximately three years with the law firm of Bershtein, Bershtein and Bershtein. I set up my own practice in 1998 and worked as a solo practitioner until I withdrew from active practice. During those years, I continued to try cases and write appellate briefs, including a brief in a Connecticut death penalty case.

7. I have worked in my current capacity since August, 2005.

8. In addition to my work with Attorney Torre, I have been an Adjunct Professor in the Legal Studies Department at the University of New Haven since January, 2006.

9. I performed a variety of tasks in this case at the direction of Attorney Torre and in assistance to her, chief among them legal research, including analysis of case authorities cited by defendant in the many pleadings and motions he filed with this court in

the aftermath of the verdict in this case.

10. Attached hereto is an accounting of time expended by me in connection with this litigation.

11. I also performed a variety of clerical functions associated with the post-judgment hearings in this case, including assisting in the preparation and service of witness subpoenas, organizing of exhibits and evidence and related tasks. Time expended by me on such tasks is not included in the accounting of my time submitted herewith. At Attorney Torre's direction, I have submitted hours expended only on higher-level work, such as legal research.

_____
DAVID B. BACHMAN

Subscribed and sworn to before me this 17th day of March, 2007.

_____
Karen Lee Torre, Esq.
Commissioner of Superior Court

**In re: Tolnay v. Wearing**

**Docket No: 3:02CV1514 (EBB)**

**Time Expended by David Bachman**

| Date | Description | Hours |
|---|---|---|
| 2/23/2006- | Legal research (Rule 50 motion) | 1.0 |
| 2/24/2006- | Legal research (Rule 50 motion) | 2.0 |
| 2/27/2006- | Legal research (Rule 50 motion) | 2.0 |
| 3/13/2006- | Conference with Atty Torre; Legal research (Rule 59 motion) | 2.0 |
| 4/21/2006- | Conference with Atty Torre (2); Legal research (Attorney client privilege) | 2.0 |
| 5/31/2006 - | Download and review Garcetti decision | 1.5 |
| 6/1/2006 - | Legal research on Garcetti (including correspondence w/ atty in 7th Cir.) | 2.0 |
| 6/2/2006 - | Legal research on Garcetti (including review of 7th Cir. Briefs) | 4.5 |
| 6/3/2006 - | Conference with Atty Torre re research needs | 0.5 |
| 6/5/2006 - | Legal research (Garcetti) | 0.7 |
| 6/7/2006 - | Legal research (Garcetti) | 1.0 |
| 6/9/2006 - | Legal research (Garcetti) | 2.0 |
| 6/12/2006 - | Legal research (Garcetti) | 1.5 |
| 6/13/2006 - | Conference w/ Atty Torre; legal research (Garcetti) | 3.0 |
| 6/16/2006- | Legal research (Garcetti) | 2.0 |
| 6/19/2006- | Legal research (Garcetti) | 3.0 |
| 6/21/2006- | Conference with Atty Torre; legal research (Garcetti) | 1.0 |
| 6/23/2006- | Legal research (including correspondence with atty in 7th Cir. Garcetti) | 4.0 |
| 6/29/2006- | Legal research (discrete issues relating to Garcetti; find and retrieve parties' briefs, transcript of oral arg at findlaw.com) | 4.0 |
| 8/28/2006- | Conference with Atty Torre; Legal research | |

|  |  |  |
|---|---|---|
|  | (Rule 60 motion) | 3.0 |
| 9/12/2006- | Legal research (Garcetti) | 1.0 |
| 9/25/2006- | Update legal research (Garcetti) | 3.0 |
| 10/11/2006- | Legal research (punitive damages) | 2.0 |
| 11/21/2006- | Update legal research (Garcetti) | 1.0 |
| 3/1/2007- | Attention to assisting in preparation of fee application; start drafting of affidavit; conference with Attorney Torre and staff re: time accounting | 2.0 |
| 3/5/2007- | Draft, redraft, proof and editing of final affidavit for fee application; conference with Atty Torre re: same and time accounting; auditing and final preparation of time and review of same with Atty Torre | 3.5 |
| Total: |  | 55.2 |