IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | CIVIL ACTION NO. |
| Plaintiff : | 3:02-CV-1514 (EBB) |
| : | |
| V. : | |
| : | |
| MELVIN WEARING : | |
| Defendant : | MARCH 26, 2007 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendant, Melvin Wearing, the former Chief of Police for the City of New Haven, requests a thirty (30) day extension of time, from April 9, 2007 to and including May 9, 2007, of his deadline to file an opposition to the plaintiff's first supplemental application for an award of attorneys' fees and costs. The plaintiff objects to the granting of this motion. For the reasons set forth below, the Court should grant Chief Wearing's motion.

In support of his motion, Chief Wearing states as follows:

1.  This is Chief Wearing's first request for an extension of the deadline at issue. The requested extension of time is reasonable and needed to address the issues raised by the plaintiff's supplemental application.

2.  The plaintiff has filed thirteen (13) motions for extension of time since the trial. All of them have been granted. Chief Wearing did not object to twelve (12) of the plaintiff's motions. He only objected to the plaintiff's *nunc pro tunc* motion to file an opposition brief to a motion to quash a subpoena, as that motion was filed 14 days after the deadline had passed. The plaintiff's motion was granted, despite the fact that the deadline for the filing of his brief had passed 16 days earlier.

3.  Moreover, the plaintiff moved for and received four (4) extensions of time to file his opposition briefs to Chief Wearing's post-trial motions. The plaintiff also received two (2) extensions of time of his deadline to file an initial motion for an award of attorney's fees and costs.

4.  Chief Wearing's counsel require the requested extension of time to fully analyze the plaintiff's supplemental application, to research the issues raised by it and to draft the opposition brief. The plaintiff's supplemental application is lengthy and seeks fees and expenses for the period between January 30, 2006 and March 19, 2007. Indeed, by his supplemental application, the plaintiff is seeking an additional $385,960 in fees and an additional $13,044.34 in expenses.

5.  Chief Wearing's counsel also require the requested extension of time because of competing case obligations.

**WHEREFORE**, for good cause shown, Chief Wearing requests that the Court grant his motion to extend the deadline at issue from April 9 to and including May 9, 2007.

Respectfully submitted,

**DEFENDANT**
**MELVIN WEARING**


By: _____
Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:   (203) 227-2855
Fax:   (203) 227-6992
E-Mail:  rhodes@halloran-sage.com

and

Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel:   (860) 522-6103
Fax:   (860) 548-0006
E-Mail:  johnsonr@halloran-sage.com

His Attorneys

## CERTIFICATION

This is to certify that on this 26th day of March, 2007, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

The Honorable Ellen B. Burns
United States District Court
  for the District of Connecticut
141 Church Street
New Haven, CT 06510
*(Courtesy Copy, Via Hand Delivery)*

                                                 Ralph W. Johnson, III

966420_1 DOC