# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**APPEARANCE**

ARPAD TOLNAY

VS.   CASE NUMBER: 3:02cv1514(EBB)

MELVIN WEARING

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   ARPAD TOLNAY

March 28, 2007
**Date**

*Signature*

27178
**Connecticut Federal Bar Number**

Alexandra K. Block
**Print Clearly or Type Name**

203-777-4425
**Telephone Number**

405 Orange Street
**Address**

203-776-3965
**Fax Number**

New Haven, CT   06511

ablock@garrisonlaw.com
**E-mail address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Karen Torre, Esq.
51 Elm Street, Suite 307
New Haven, CT   06510

Norman Pattis, Esq.
649 Amity Road
PO Box 307
New Haven, CT   06510

Hubert Santos, Esq.
Sandra Snaden, Esq.
Santos & Seeley
51 Russ Street
Hartford, CT   06106

Ralph Johnson, Esq.
225 Asylum Street
Hartford, CT 06103

Robert Rhodes, Esq.
315 Post Road West
Westport, CT 06880

Hugh Keefe, Esq.
52 Trumbull Street
New Haven, CT   06510

*Signature*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001