IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
|     Defendant | : | MAY 2, 2007 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendant, Melvin Wearing, the former Chief of Police for the City of New Haven, requests a thirty (30) day extension of time, from May 9, 2007 to and including June 8, 2007, of his deadline to file an opposition to the plaintiff's first supplemental application for an award of attorneys' fees and costs. The plaintiff's counsel has not responded to an inquiry about her position on this motion. Specifically, a letter was faxed to the plaintiff's counsel on April 30 requesting her position. For the reasons set forth below, the Court should grant Chief Wearing's motion.

In support of his motion, Chief Wearing states as follows:

1. This is Chief Wearing's second request for an extension of the deadline at issue. The requested extension of time is reasonable and needed to address the issues raised by the plaintiff's supplemental application. The plaintiff's supplemental application covers more than one year of billing records. Moreover, by his supplemental application, the plaintiff is seeking an additional $385,960 in fees and an additional $13,044.34 in expenses.

2. The plaintiff has filed thirteen (13) motions for extension of time since the trial. All of them have been granted. Chief Wearing did not object to twelve (12) of the plaintiff's motions. He only objected to the plaintiff's *nunc pro tunc* motion to file an opposition brief to a

motion to quash a subpoena, as that motion was filed 14 days after the deadline had passed. The plaintiff's motion was granted, despite the fact that the deadline for the filing of his brief had passed 16 days earlier.

3. Moreover, the plaintiff moved for and received four (4) extensions of time to file his opposition briefs to Chief Wearing's post-trial motions. The plaintiff also received two (2) extensions of time of his deadline to file an initial motion for an award of attorney's fees and costs.

4. Chief Wearing's counsel require the requested extension of time to fully analyze the plaintiff's supplemental application, to research the issues raised by it and to draft the opposition brief. Chief Wearing's counsel's analysis of the billing records should assist the Court with its analysis. As noted above, the plaintiff's supplemental application is lengthy and seeks fees and expenses for the period between January 30, 2006 and March 14, 2007. The records for the plaintiff's lead attorney alone include 228 entries, the vast majority of which refer to multiple tasks in each entry. For example, one entry alone refers to 22 different tasks. Moreover, the plaintiff did not provide an itemization of his expenses. Rather, he provided a collective exhibit containing 19 receipts.

5. Chief Wearing's counsel also require the requested extension of time because of competing case obligations. Those obligations include work on the initial, appellate brief in this case. That brief is due on June 1.

**WHEREFORE**, for good cause shown, Chief Wearing requests that the Court grant his motion to extend the deadline at issue from May 9 to and including June 8, 2007.

Respectfully submitted,

**DEFENDANT**
**MELVIN WEARING**

By: _____
Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:   (203) 227-2855
Fax:   (203) 227-6992
E-Mail: rhodes@halloran-sage.com

and

Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel:   (860) 522-6103
Fax:   (860) 548-0006
E-Mail: johnsonr@halloran-sage.com

His Attorneys

## CERTIFICATION

This is to certify that on this 2nd day of May, 2007, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Joseph D. Garrison, Esq.
Alexandra K. Block, Esq.
Garrison Levin-Epstein Chimes
  & Richardson
405 Orange Street
New Haven, CT 06511

The Honorable Ellen B. Burns
United States District Court
 for the District of Connecticut
141 Church Street
New Haven, CT 06510
***(Courtesy Copy, Via Hand Delivery)***

_____
Ralph W. Johnson, III

982787_1 DOC

4