IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | USCA DOCKET NOS. |
| | : | 07-0959-cv (L); 07-1846-cv (Con) |
| MELVIN WEARING | : | |
| Defendant | : | MAY 25, 2007 |

## INDEX TO THE RECORD

Document No.

Certified copy of electronic docket ........................................... A

Complaint (Docket No. 1) entered on August 29, 2002 ..................... 1

Order on Pretrial deadlines (Docket No. 2) entered on August 29, 2002 ... 2

Demand for jury trial (Docket No. 3) entered on August 29, 2002 ......... 3

Summons entered on September 9, 2002 ................................... 4

Summons returned (Docket No. 4) entered on October 4, 2002 ............ 5

Appearance of attorney for defendant (Docket No. 5) entered on October 16, 2002 ................................................................ 6

Motion to extend time (Docket No. 6) entered on November 13, 2002 ...... 7

Endorsement entered on November 18, 2002 .............................. 8

Motion to dismiss (Docket No. 7) entered on December 17, 2002 .......... 9

Memorandum in support of motion to dismiss (Docket No. 8) entered on December 17, 2002 ...................................................... 10

Report of parties' planning meeting (Docket No. 9) entered on December 23, 2002 ................................................................ 11

Endorsement entered on December 27, 2002 ............................. 12

Stipulation regarding dismissal of supplemental state law claims (Docket No. 10) entered on January 17, 2003 — 13

Endorsement entered on January 23, 2003 — 14

Endorsement entered on January 23, 2003 — 15

Answer and affirmative defenses (Docket No. 11) entered on April 1, 2003 — 16

Defendant's motion for summary judgment (Docket No. 12) entered on September 2, 2003 — 17

Memorandum in support of motion for summary judgment (Docket No. 13) entered on September 2, 2003 — 18

Statement of undisputed material facts (Docket No. 14) entered on September 2, 2003 — 19

Motion to extend time (Docket No. 15) entered on September 22, 2003 — 20

Endorsement entered on September 24, 2003 — 21

Motion for leave to conduct additional discovery (Docket No. 16) entered on October 7, 2003 — 22

Endorsement entered on October 10, 2003 — 23

Motion for extension of time (Docket No. 17) entered on October 28, 2003 — 24

Endorsement order (Docket No. 18) entered on October 31, 2003 — 25

Motion for extension of time (Docket No. 19) entered on November 13, 2003 — 26

Endorsement order (Docket No. 20) entered on November 19, 2003 — 27

Motion for extension of time (Docket No. 21) entered on December 1, 2003 — 28

Reply to response to motion for summary judgment (Docket No. 22) entered on December 5, 2003 — 29

Endorsement order (Docket No. 23) entered on December 9, 2003 — 30

Opposition to motion for summary judgment (Docket No. 24) entered on December 9, 2003 — 31

Reply to response to motion for summary judgment with attachment and exhibits (Docket No. 25) entered on December 9, 2003

32

Statement of material facts in dispute (Docket No. 26) entered on December 9, 2003

33

Order reassigning case (Docket No. 27) entered on February 26, 2004

34

Notice re: jury selection (Docket No. 28) entered on March 8, 2005

35

Ruling denying motion for summary judgment (Docket No. 29) entered on March 9, 2005

36

Order referring case for settlement conference (Docket No. 30) entered on April 8, 2005

37

Notice re: settlement conference (Docket No. 31) entered on April 26, 2005

38

Minute entry for proceedings before magistrate judge re: settlement conference (Docket No. 32) entered on May 19, 2005

39

Notice re: jury selection (Docket No. 33) entered on June 1, 2005

40

Notice re: jury trial (Docket No. 34) entered on June 1, 2005

41

Notice of appearance (Docket No. 35) entered on September 1, 2005

42

Notice re: jury selection (Docket No. 36) entered on September 14, 2005

43

Notice re: jury trial (Docket No. 37) entered on September 14, 2005

44

Notice re: settlement conference (Docket No. 38) entered on October 24, 2005

45

Minute entry for proceedings for a magistrate judge re: settlement conference (Docket No. 39) entered on October 31, 2005

46

Order re: voir dire questions (Docket No. 40) entered on November 4, 2005

47

Proposed voir dire by defendant (Docket No. 41) entered on November 10, 2005

48

| | |
|---|---|
| Supplemental proposed voir doir by plaintiff (Docket No. 42) entered on November 14, 2005 | 49 |
| Proposed jury instructions by plaintiff (Docket No. 43) entered on November 15, 2005 | 50 |
| Minute entry for proceedings re: jury selection (Docket No. 44) entered on November 15, 2005 | 51 |
| Motion to make opening statement (Docket No. 45) entered on November 21, 2005 | 52 |
| Order granting motion for leave to make opening statement (Docket No. 46) entered on November 22, 2005 | 53 |
| Defendant's motion in limine with attached memorandum (Docket No. 47) entered on November 28, 2005 | 54 |
| Defendant's motion to quash and motion in limine re: trial testimony of Mayor with attached memorandum and exhibits (Docket No. 48) entered on November 28, 2005 | 55 |
| Defendant's motion in limine re: testimony of Chief Ortiz (Docket No. 49) entered on November 28, 2005 | 56 |
| Memorandum in support of motion in limine re: testimony of Chief Ortiz (Docket No. 50) entered on November 28, 2005 | 57 |
| Joint trial memorandum with multiple attachments (Docket No. 51) entered on November 29, 2005 | 58 |
| Motion in limine re: testimony of David Newman (Docket No. 52) entered on December 2, 2005 | 59 |
| Memorandum in support of motion in limine re: testimony of David Newman (Docket No. 53) entered on December 2, 2005 | 60 |
| Minute entry re: jury trial (Docket No. 54) entered on December 2, 2005 | 61 |
| Order in open court denying motion in limine re: disciplinary action, and denying motion to quash testimony of Mayor (Docket No. 55) entered on December 2, 2005 | 62 |
| Opposition to motion to quash (Docket No. 57) entered on December 5, 2005 | 63 |

Objection to motion in limine re: testimony of Ortiz (Docket No. 58) entered on December 5, 2005 ....... 64

Opposition to motion in limine re: disciplinary actions (Docket No. 59) entered on December 5, 2005 ....... 65

Minute entry re: jury trial (Docket No. 56) entered on December 5, 2005 ....... 66

Minute entry re: jury trial (Docket No. 60) entered on December 6, 2005 ....... 67

Minute entry re: jury trial (Docket No. 61) entered on December 7, 2005 ....... 68

Plaintiff's proposed jury instructions (Docket No. 62) entered on December 7, 2005 ....... 69

Minute entry re: jury trial; oral motion by defendant pursuant to Rule 50 - denied (Docket No. 63) entered on December 8, 2005 ....... 70

Minute entry for jury trial (Docket No. 64) entered on December 12, 2005 ....... 71

Minute entry re: jury trial (Docket No. 65) entered on December 12, 2005 ....... 72

Jury verdict (Docket No. 66) entered on December 12, 2005 ....... 73

Court exhibit list (Docket No. 67) entered on December 14, 2005 ....... 74

Plaintiff's witness list (Docket No. 68) entered on December 14, 2005 ....... 75

Defendant's marked exhibit list (Docket No. 69) entered on December 14, 2005 ....... 76

Plaintiff's marked exhibit list (Docket No. 70) entered on December 14, 2005 ....... 77

Judgment (Docket No. 71) entered on December 16, 2005 ....... 78

December 2, 2005 transcript (Docket No. 72) entered on December 21, 2005 ....... 79

December 6, 2005 transcript (Docket No. 73) entered on December 21, 2005 ....... 80

Motion for remittitur (Docket No. 74) entered on December 29, 2005 ....... 81

| | |
|---|---|
| Memorandum in support of motion for remittitur (Docket No. 75) entered on December 29, 2005 | 82 |
| Motion for judgment as a matter of law (Docket No. 76) entered on December 29, 2005 | 83 |
| Motion for a new trial (Docket No. 77) entered on December 29, 2005 | 84 |
| Motion to correct/supplement record (Docket No. 78) entered on December 29, 2005 | 85 |
| Motion to file supplemental briefs (Docket No. 79) entered on December 29, 2005 | 86 |
| Notice of appearance of attorney for defendant (Docket No. 80) entered on December 29, 2005 | 87 |
| Notice of appearance of attorney for defendant (Docket No. 81) entered on December 29, 2005 | 88 |
| Memorandum in support of motion for a new trial with attachments (Docket No. 82) entered on December 30, 2005 | 89 |
| Memorandum in support of motion for judgment with attachments (Docket No. 83) entered on December 30, 2005 | 90 |
| Manually filed exhibits by defendant re: motion for judgment, motion for a new trial, motion for remittitur (Docket No. 84) entered on December 30, 2005 | 91 |
| Volume 2 manually filed exhibits by defendant re: motion for judgment, motion for a new trial, motion for remittitur (Docket No. 85) entered on December 30, 2005 | 92 |
| Volume 3 manually filed exhibits by defendant re: motion for judgment, motion for a new trial, motion for remittitur (Docket No. 86) entered on December 30, 2005 | 93 |
| Volume 4 manually filed exhibits by defendant re: motion for judgment, motion for a new trial, motion for remittitur (Docket No. 87) entered on December 30, 2005 | 94 |
| Volume 5 manually filed exhibits by defendant re: motion for judgment, motion for a new trial and motion for remittitur (Docket No. 88) entered on December 30, 2005 | 95 |

Volume 6 manually filed exhibits by defendant re: motion for judgment, motion for a new trial and motion for remittitur (Docket No. 89) entered on December 30, 2005                                                                                                96

Motion for extension of time (Docket No. 90) entered on January 3, 2006          97

Order (Docket No. 91) entered on January 4, 2006                                 98

Motion for extension of time (Docket No. 92) entered on January 12, 2006         99

Objection to motion to correct/supplement record (Docket No. 93) entered on January 12, 2006                                                                  100

Motion for extension of time (Docket No. 94) entered on January 12, 2006        101

Motion for extension of time (Docket No. 95) entered on January 12, 2006        102

Motion to strike (Docket No. 96) entered on January 12, 2006                    103

Objection to motion to file supplemental briefs (Docket No. 97) entered on January 12, 2006                                                                  104

December 1, 2005 transcript (Docket No. 98) entered on January 13, 2006         105

December 5, 2005 transcript (Docket No. 99) entered on January 13, 2006         106

December 7, 2005 transcript (Docket No. 100) entered on January 13, 2006        107

December 8, 2005 transcript (Docket No. 101) entered on January 13, 2006        108

December 12, 2005 transcript (Docket No. 102) entered on January 13, 2006       109

Reply in support of motion to motion to file supplemental briefs (Docket No. 103) entered on January 25, 2006                                                110

Memorandum in opposition to motion to strike (Docket No. 104) entered on January 25, 2006                                                                  111

Reply in support of motion to correct/supplement record (Docket No. 105) entered on January 25, 2006                                                       112

| | |
|---|---|
| Motion for cost in attorney fees (Docket No. 106) entered on January 31, 2006 | 113 |
| Memorandum in support of motion for cost in attorney fees (Docket No. 107) entered on January 31, 2006 | 114 |
| Affidavit re: motion for cost in attorney fees (Docket No. 108) entered on January 31, 2006 | 115 |
| Notice re: settlement conference (Docket No. 109) entered on February 1, 2006 | 116 |
| Motion for extension of time (Docket No. 110) entered on February 8, 2006 | 117 |
| Motion for extension of time (Docket No. 111) entered on February 10, 2006 | 118 |
| Motion for extension of time (Docket No. 112) entered on February 10, 2006 | 119 |
| Minute entry re: settlement conference (Docket No. 115) entered on February 15, 2006 | 120 |
| Order (Docket No. 113) entered on February 14, 2006 | 121 |
| Order (Docket No. 114) entered on February 14, 2006 | 122 |
| Motion for bond (Docket No. 116) entered on February 17, 2006 | 123 |
| Motion for extension of time (Docket No. 117) entered on February 22, 2006 | 124 |
| Motion for extension of time (Docket No. 118) entered on February 22, 2006 | 125 |
| Order (Docket No. 119) entered on February 22, 2006 | 126 |
| Motion for extension of time (Docket No. 120) entered on February 24, 2006 | 127 |
| Motion for extension of time (Docket No. 121) entered on February 24, 2006 | 128 |
| Order (Docket No. 122) entered on February 27, 2006 | 129 |

| | |
|---|---|
| Motion for a stay of enforcement and execution of judgment (Docket No. 123) entered on March 3, 2006 | 130 |
| Memorandum in support of motion for stay of enforcement and execution of judgment (Docket No. 124) entered on March 3, 2006 | 131 |
| Notice of filing original affidavit (Docket No. 125) entered on March 7, 2006 | 132 |
| Motion to withdraw (Docket No. 126) entered on March 10, 2006 | 133 |
| Motion for extension of time (Docket No. 127) entered on March 13, 2006 | 134 |
| Motion for extension of time (Docket No. 128) entered on March 13, 2006 | 135 |
| Order granting motion to withdraw (Docket No. 129) entered on March 13, 2006 | 136 |
| Motion for extension of time (Docket No. 131) entered on March 14, 2006 | 137 |
| Order (Docket No. 130) entered on March 14, 2006 | 138 |
| Objection to motion to withdraw (Docket No. 133) entered on March 17, 2006 | 139 |
| Order (Docket No. 132) entered on March 15, 2006 | 140 |
| Notice of appearance by attorney for plaintiff (Docket No. 134) entered on March 17, 2006 | 141 |
| Second motion to withdraw (Docket No. 135) entered on March 20, 2006 | 142 |
| Motion for leave to file brief in excess of pages (Docket No. 137) entered on March 21, 2006 | 143 |
| Memorandum in opposition to motion for judgment and motion for remittitur (Docket No. 138) entered on March 21, 2006 | 144 |
| Order granting second motion to withdraw (Docket No. 136) entered on March 21, 2006 | 145 |
| Order granting motion for leave to file excess pages (Docket No. 139) entered on March 22, 2006 | 146 |
| Motion for protective order (Docket No. 140) entered on March 23, 2006 | 147 |

| | |
|---|---|
| Memorandum in support of motion for protective order (Docket No. 141) entered on March 23, 2006 | 148 |
| Motion for protective order (Docket No. 142) entered on March 23, 2006 | 149 |
| Memorandum in support of motion for protective order (Docket No. 143) entered on March 23, 2006 | 150 |
| Response to motion for protective order (Docket No. 144) entered on March 23, 2006 | 151 |
| Response to motion for judgment (Docket No. 145) entered on March 23, 2006 | 152 |
| Memorandum in opposition to motion for judgment (Docket No. 146) entered on March 23, 2006 | 153 |
| Motion for extension of time (Docket No. 147) entered on March 24, 2006 | 154 |
| Motion for extension of time (Docket No. 148) entered on March 24, 2006 | 155 |
| Minute entry re: telephone conference (Docket No. 149) entered on March 24, 2006 | 156 |
| Order (Docket No. 150) entered on March 27, 2006 | 157 |
| Order (Docket No. 151) entered on March 27, 2006 | 158 |
| Acknowledgment of receipt of trial exhibits (Docket No. 152) entered on March 28, 2006 | 159 |
| Acknowledgment of receipt of trial exhibits (Docket No. 153) entered on March 28, 2006 | 160 |
| Minute entry re: hearing (Docket No. 154) entered on March 30, 2006 | 161 |
| Notice of appearance of attorney for witnesses (Docket No. 162) entered on April 7, 2006 | 162 |
| Motion for order permitting registration of judgment (Docket No. 155) entered on March 31, 2006 | 163 |
| Memorandum in support of motion for order permitting registration of judgment (Docket No. 156) entered on March 31, 2006 | 164 |

| | |
|---|---|
| Notice re: hearing (Docket No. 157) entered on April 4, 2006 | 165 |
| Motion for extension of time (Docket No. 158) entered on April 5, 2006 | 166 |
| Motion for extension of time (Docket No. 159) entered on April 5, 2006 | 167 |
| March 24, 2006 transcript (Docket No. 160) entered on April 5, 2006 | 168 |
| Order (Docket No. 161) entered on April 5, 2006 | 169 |
| Notice of appearance for attorney for defendant (Docket No. 163) entered on April 7, 2006 | 170 |
| Notice of appearance for attorney for defendant (Docket No. 164) entered on April 7, 2006 | 171 |
| Reply in support of motion for protective order (Docket No. 165) entered on April 7, 2006 | 172 |
| Motion for extension of time (Docket No. 166) entered on April 13, 2006 | 173 |
| Order (Docket No. 167) entered on April 18, 2006 | 174 |
| Motion for extension of time (Docket No. 168) entered on April 20, 2006 | 175 |
| March 28, 2006 transcript (Docket No. 169) entered on April 21, 2006 | 176 |
| Endorsement order (Docket No. 170) entered on April 21, 2006 | 177 |
| Motion for order limiting role of counsel for non-party witnesses (Docket No. 171) entered on April 24, 2006 | 178 |
| Notice re: hearing (Docket No. 172) entered on April 25, 2006 | 179 |
| Memorandum of law on issue of invocation of attorney-client privilege (Docket No. 173) entered on April 26, 2006 | 180 |
| Motion to quash (Docket No. 174) entered on April 27, 2006 | 181 |
| Ruling granting motion for leave to file supplemental briefs in support of post-trial motions (Docket No. 175) entered on April 28, 2006 | 182 |
| Minute entry re: hearing held on April 27, 2006 (Docket No. 176) entered on May 1, 2006 | 183 |

Order in open court granting motion for order limiting role of counsel        184
(Docket No. 177) entered on May 1, 2006

Order in open court denying motion to quash (Docket No. 178) entered on      185
May 1, 2006

Notice of appearance of attorney for witness (Docket No. 179) entered on     186
May 1, 2006

Motion to quash subpoena (Docket No. 180) entered on May 1, 2006            187

Order in open court denying motion to quash (Docket No. 181) entered on      188
May 1, 2006

Notice re: hearing (Docket No. 182) entered on May 1, 2006                  189

Minute entry for proceedings held on May 1, 2006 (Docket No. 184)           190
entered on May 3, 2006

Ruling granting motion to correct/supplement record (Docket No. 183)         191
entered on May 2, 2006

Memorandum in opposition to motion for costs and fees with attachments       192
(Docket No. 185) entered on May 4, 2006

Appendix of exhibits to memorandum in opposition to motion for costs         193
and fees (Docket No. 186) entered on May 4, 2006

May 1, 2006 transcript (Docket No. 187) entered on May 10, 2006             194

Motion to quash and in the alternative, motion for a protective order        195
(Docket No. 188) entered on May 12, 2006

Memorandum in support of motion to quash and in the alternative motion       196
for a protective order, with attachments (Docket No. 189) entered on May
12, 2006

Memorandum in opposition to motion permitting registration of judgment       197
(Docket No. 190) entered on May 12, 2006

April 27, 2006 transcript (Docket No. 191) entered on May 17, 2006          198

Motion for extension of time (Docket No. 192) entered on May 18, 2006       199

Motion to stay enforcement and execution of judgment (Docket No. 193) entered on May 19, 2006                                                                              200

Proposed jury interrogatories from defendant, offered to court during December 8, 2005 charge conference (Docket No. 194) entered on May 24, 2006)                                                                              201

Minute entry for hearing proceeding (Docket No. 195) entered on May 24 2006                                                                              202

Order (Docket No. 196) entered on May 24, 2006                                                                              203

Marked exhibit list and witness list (Docket No. 197) entered on May 25, 2006                                                                              204

[The exhibits for the hearing on the motion for a stay and listed on this exhibit list are in the possession of the district court's clerk's office and are designated as part of the index to the record. Pl.'s Exh. No. 2 is a sealed/access restricted exhibit. The District Judge indicated that she would not view it and counsel for the defendant has not seen its contents]

Order re: applicability of <u>Garcetti v. Ceballos</u> (Docket No. 198) entered on June 1, 2006                                                                              205

May 23, 2006 transcript (Docket No. 199) entered on June 6, 2006                                                                              206

Motion for oral argument (Docket No. 200) entered on June 7, 2006                                                                              207

Notice re: hearing (Docket No. 201) entered on June 7, 2006                                                                              208

Order granting motion for oral argument (Docket No. 202) entered on June 7, 2006                                                                              209

Notice re: settlement conference (Docket No. 203) entered on June 8, 2006                                                                              210

Memorandum in opposition to motion for bond entered on June 14, 2006 (Docket No. 204)                                                                              211

Motion for extension of time entered on June 14, 2006 (Docket No. 205)                                                                              212

Order (Docket No. 206) entered on June 14, 2006                                                                              213

Memorandum in opposition to motion to quash and/or motion for protective order (Docket No. 207) entered on June 16, 2006                                                                              214

Motion for extension of time (Docket No. 208) entered on June 22, 2006 — 215

Order (Docket No. 209) entered on June 22, 2006 — 216

Motion for extension of time (Docket No. 210) entered on June 28, 2006 — 217

Motion for extension of time (Docket No. 212) entered on June 30, 2006 — 218

Order (Docket No. 211) entered on June 29, 2006 — 219

Order (Docket No. 213) entered on June 30, 2006 — 220

Plaintiff's memorandum of law on the issue of U.S. Supreme Court decision in Garcetti v. Ceballos (Docket No. 214) entered on July 5, 2006 — 221

Supplemental memorandum/reply memorandum in support of motion for remittitur (Docket No. 215) entered on July 6, 2006 — 222

Defendant's memorandum of law re: Garcetti v. Ceballos with attachments (Docket No. 216) entered on July 6, 2006 — 223

Defendant's supplemental/reply memorandum in support of motion for a new trial with attachments (Docket No. 217) entered on July 6, 2006 — 224

Defendant's supplemental/reply memorandum in support of motion for judgment with attachments (Docket No. 218) entered on July 6, 2006 — 225

Defendant's appendix of exhibits in support of motion for judgment, motion for a new trial, motion for remittitur with attachments (Docket Entry No. 219) entered on July 6, 2006 — 226

Affidavit to authenticate exhibit (Docket No. 220) entered on July 6, 2006 — 227

Marked exhibit list (Docket No. 221) entered on July 21, 2006 — 228

Minute entry re: proceedings (Docket No. 222) entered on July 21, 2006 — 229

Minute entry re: settlement conference (Docket No. 223) entered on July 25, 2006 — 230

Memorandum in further support of motion to quash and motion for protective order (Docket No. 224) entered on August 1, 2006 — 231

Defendant's motion for relief from judgment (Docket No. 225) entered on August 16, 2006 — 232

14

| | |
|---|---|
| Defendant's memorandum in support of his relief from judgment with attachments (Docket No. 226) entered on August 16, 2006 | 233 |
| July 21, 2006 transcript (Docket No. 227) entered on August 30, 2006 | 234 |
| Motion for extension of time (Docket No. 228) entered on September 6, 2006 | 235 |
| Order (Docket No. 229) entered on September 8, 2006 | 236 |
| Motion for extension of time (Docket No. 230) entered on September 11, 2006 | 237 |
| Order (Docket No. 231) entered on September 11, 2006 | 238 |
| Plaintiff's response to motion for relief from judgment (Docket No. 232) entered on September 12, 2006 | 239 |
| Motion for extension of time (Docket No. 233) entered on September 19, 2006 | 240 |
| Order (Docket No. 234) entered on September 19, 2006 | 241 |
| Response re: motion for extension of time (Docket No. 235) entered on September 20, 2006 | 242 |
| Order (Docket No. 236) entered on September 26, 2006 | 243 |
| Motion for leave to file a reply memorandum and/or motion to strike opposition memorandum (Docket No. 237) entered on October 11, 2006 | 244 |
| Notice of supplemental authority re: punitive damages issue with attachments (Docket No. 238) entered on October 12, 2006 | 245 |
| Reply memorandum in further support of motion for relief from judgment with attachments (Docket No. 256) entered on April 5, 2007 | 246 |
| Notice of supplemental authority with attachments (Docket No. 239) entered on November 16, 2006 | 247 |
| Order/ruling on post-trial motions (Docket No. 240) entered on February 5, 2007 | 248 |
| Notice re: settlement conference (Docket No. 241) entered on February 22, 2007 | 249 |

Notice of election to accept remittited punitive damages award (Docket No. 242) entered on March 1, 2007                                         250

Notice re: settlement conference (Docket No. 243) entered on March 5, 2007                                                                       251

Notice of appeal (Docket No. 244) entered on March 9, 2007               252

Minute entry re: settlement conference (Docket No. 245) entered on March 15, 2007                                                                 253

Motion for attorney's fees and costs (Docket No. 246) entered on March 19, 2007                                                                  254

Motion for extension of time (Docket No. 247) entered on March 27, 2007  255

Order (Docket No. 248) entered on March 28, 2007                         256

Motion for order and motion to correct/clarify the record with attachments (Docket No. 249) entered on March 29, 2007                            257

Order inter alia denying motion for a new trial and denying as moot motion for relief from judgment (Docket 250) entered on March 30, 2007        258

Order (Docket No. 251) entered on March 30, 2007                         259

Notice of appearance of attorney for plaintiff (Docket No. 252) entered on April 4, 2007                                                         260

Notice of appearance of attorney for plaintiff (Docket No. 253) entered on April 4, 2007                                                         261

Order granting nunc pro tunc motion for extensions of reply memorandum; denying motion to strike as moot (Docket No. 254) entered on April 4, 2007  262

Order (Docket No. 255) finding as moot motion to amend/correct; finding as moot motion for order entered on April 4, 2007                        263

Notice of appeal (Docket No. 257) entered on May 1, 2007                 264

Amend notice of appeal (Docket No. 258) entered on May 1, 2007           265

Motion for extension of time (Docket No. 259) entered on May 3, 2007     266

Order (Docket No. 260) entered on May 4, 2007                            267

Clerk's Certificate

Respectfully submitted,

**DEFENDANT**
**MELVIN WEARING**


By:    _____
Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:    (203) 227-2855
Fax:    (203) 227-6992
E-Mail:  rhodes@halloran-sage.com

and

Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel:    (860) 522-6103
Fax:    (860) 548-0006
E-Mail:  johnsonr@halloran-sage.com

His Attorneys

## <u>CERTIFICATION</u>

This is to certify that on this 25th day of May, 2007, a copy of the foregoing was caused to be served via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Joseph D. Garrison, Esq.
Alexandra K. Block, Esq.
Garrison Levin-Epstein Chimes
  & Richardson
405 Orange Street
New Haven, CT 06511


_____
Ralph W. Johnson III

989797_1 DOC