# EXHIBIT 1

**EXHIBIT 1**

**BUNDLED/BLOCKED BILLING ENTRIES**

I.   **BLOCKED/BUNDLED BILLING ENTRIES OF TWO TASKS COMBINED INTO ONE ENTRY**

Date        -    Hours

02/02/2006   -    0.4 (second entry for the day)
02/10/2006   -    3.0
02/20/2006   -    1.0
02/23/2006   -    3.0 (first entry for the day)
03/10/2006   -    1.0 (third entry for the day)
03/22/2006   -    0.4 (third entry for the day)
03/22/2006   -    1.2 (fifth entry for the day)
03/29/2006   -    0.3 (first entry for the day)
03/29/2006   -    0.6 (fourth entry for the day)
04/08/2006   -    0.7
04/14/2006   -    5.2
04/23/2006   -    6.5
04/25/2006   -    0.8 (first entry for the day)
04/26/2006   -    1.0 (first entry for the day)
05/11/2006   -    4.5 (first entry for the day)
05/25/2006   -    0.7
06/10/2006   -    0.4 (first entry for the day)
06/11/2006   -    0.8 (second entry for the day)
06/12/2006   -    2.7 (first entry for the day)
06/15/2006   -    0.3
06/19/2006   -    4.5
06/20/2006   -    5.5
06/23/2006   -    1.0
06/25/2006   -    5.5
06/27/2006   -    12.5 (first entry for the day)
06/28/2006   -    1.5 (first entry for the day)
06/28/2006   -    6.5 (second entry for the day)
07/24/2006   -    0.8
08/02/2006   -    1.5
08/08/2006   -    0.4
08/29/2006   -    5.8
09/14/2006   -    0.5
09/20/2006   -    0.6
09/21/2006   -    0.4 (second entry for the day)
10/11/2006   -    0.3
10/12/2006   -    1.5

```
10/13/2006  -   3.0 (first entry for the day)
10/13/2006  -   6.5 (second entry for the day)
12/12/2006  -   1.0 (first entry for the day)
12/27/2006  -   1.8
02/28/2007  -   0.4 (second entry for the day)
03/02/2007  -   0.3 (first entry for the day)
03/07/2007  -   3.7 (first entry for the day)
03/07/2007  -   0.3 (second entry for the day)
03/14/2007  -   0.4 (second entry for the day)
```

**TOTAL:  100.7 HOURS (45 ENTRIES OF 228 ENTRIES)**

II.    **BLOCKED/BUNDLED ENTRIES OF THREE TASKS COMBINED INTO ONE
ENTRY**

Date        -    Hours

02/01/2006  -    4.0
02/12/2006  -    2.9 (first entry for the day)
03/15/2006  -    1.5 (third entry for the day)
03/17/2006  -    1.4 (second entry for the day)
03/21/2006  -    1.0 (second entry for the day)
04/21/2006  -    5.0 (second entry for the day)
05/04/2006  -    3.5
06/01/2006  -    1.2 (first entry for the day)
06/01/2006  -    2.7 (second entry for the day)
06/03/2006  -    2.5
06/05/2006  -    1.8
06/06/2006  -    1.0 (first entry for the day)
06/07/2006  -    2.5 second entry for the day)
07/06/2006  -    5.3 (first entry for the day)
07/06/2006  -    2.5 (first entry for the day)
07/07/2006  -    0.3
07/08/2006  -    3.5
07/28/2006  -    1.0
07/30/2006  -    1.2
08/07/2006  -    0.7
08/16/2006  -    3.0
08/17/2006  -    4.0
09/01/2006  -    9.5
09/04/2006  -    1.0 (first entry for the day)
09/08/2006  -    13.0
02/23/2007  -    0.4 (first entry for the day)
02/26/2007  -    1.5
02/27/2007  -    2.0
03/01/2007  -    0.4 (second entry for the day)
03/04/2007  -    2.6
03/12/2007  -    4.0

**TOTAL:  86.9 HOURS (31 ENTRIES OF 228 TOTAL ENTRIES ON BILLING
RECORDS)**

**III.    BLOCKED/BUNDLED ENTRIES OF FOUR TASKS COMBINED INTO ONE ENTRY**

Date        -    Hours

02/02/2006    -    1.5 (first entry for the day)
02/13/2006    -    3.8 (second entry for the day)
02/22/2006    -    3.7
03/08/2006    -    7.0 (second entry for the day)
03/09/2006    -    7.5
03/10/2006    -    1.5 (second entry for the day)
03/15/2006    -    2.9 (fourth entry for the day)
03/17/2006    -    13.0 (first entry for the day)
03/24/2006    -    0.6 (second entry for the day)
03/25/2006    -    4.7
04/01/2006    -    2.0
04/20/2006    -    6.9 (first entry for the day)
04/20/2006    -    2.0 (second entry for the day)
04/21/2006    -    8.0 (first entry for the day)
05/11/2006    -    5.0 (second entry for the day)
05/19/2006    -    3.7 (first entry for the day)
05/19/2006    -    3.9 (second entry for the day)
05/24/2006    -    2.2
06/04/2006    -    1.0
06/11/2006    -    2.5 (first entry for the day)
06/13/2006    -    2.0 (second entry for the day)
06/21/2006    -    8.0
06/24/2006    -    8.5
06/30/2006    -    7.0
07/29/2006    -    6.0
08/27/2006    -    3.5
09/11/2006    -    9.0
09/13/2006    -    4.0 (first entry for the day)
11/21/2006    -    5.0
03/08/2007    -    1.0 (second entry for the day)
03/13/2007    -    8.2

**TOTAL:  145.6 HOURS (31 ENTRIES OF 228 TOTAL ENTRIES)**

4

IV.    **BLOCKED/BUNDLED ENTRIES OF FIVE TASKS COMBINED INTO ONE ENTRY**

Date        -    Hours

03/07/2006    -    11.5
03/13/2006    -    3.7 (first entry for the day)
03/14/2006    -    9.5 (first entry for the day)
03/29/2006    -    1.0 (third entry for the day)
05/02/2006    -    1.9
05/03/2006    -    2.6
05/21/2006    -    5.5
06/02/2006    -    3.2
06/12/2006    -    1.4 (second entry for the day)
06/13/2006    -    2.5 (third entry for the day)
06/27/2006    -    1.0 (second entry for the day)
09/05/2006    -    8.0
02/22/2007    -    .6
02/28/2007    -    .4

**TOTAL: - 52.8 HOURS (14 ENTRIES OF 228 TOTAL ENTRIES)**

## V.    BLOCKED/BUNDLED ENTRIES OF SIX TASKS COMBINED INTO ONE ENTRY

Date          -    Hours

| | | |
|---|---|---|
| 03/14/2006 | - | .6 (second entry for the day) |
| 03/22/2006 | - | 2.2 (second entry for the day) |
| 04/07/2006 | - | .3 |
| 04/28/2006 | - | 2.5 (second entry for the day) |
| 06/08/2006 | - | 1.0 |
| 06/13/2006 | - | 2.0 (second entry for the day) |
| 06/26/2006 | - | 14.0 |
| 07/20/2006 | - | 11.0 |
| 07/27/2006 | - | 2.0 (second entry for the day) |
| 12/06/2006 | - | 2.3 |
| 02/28/2007 | - | .4 (third entry for the day) |
| 03/01/2007 | - | 7.5 (first entry for the day) |
| 03/02/2007 | - | 2.6 (second entry for the day) |

**TOTAL: - 48.4 HOURS (13 ENTRIES OF 228 TOTAL ENTRIES)**

## VI.    BLOCKED/BUNDLED ENTRIES OF SEVEN TASKS COMBINED INTO ONE ENTRY

Date          -    Hours

03/20/2006    -    10.5
05/01/2006    -    8.5 (first entry for the day)
05/22/2006    -    6.0
06/09/2006    -    7.9
07/05/2006    -    7.8
07/21/2006    -    10.7

## TOTAL: - 51.4 HOURS (6 ENTRIES OF 228 TOTAL ENTRIES)

**VII.    BLOCKED/BUNDLED ENTRIES OF EIGHT TASKS COMBINED INTO ONE ENTRY**

Date            -    Hours

03/15/2006    -    11.0 (first entry for the day)
03/21/2006    -    9.0 (first entry for the day)
04/13/2006    -    4.2
06/22/2006    -    9.3
09/19/2006    -    4.0
03/14/2007    -    4.5

**TOTAL: - 42 HOURS (6 ENTRIES OF 228 TOTAL ENTRIES)**

**VIII.  BLOCKED/BUNDLED ENTRIES OF NINE TASKS COMBINED INTO ONE ENTRY**

Date         -    Hours

02/13/2006   -    8.0 (first entry for the day)
03/23/2006   -    11.8 (first entry for the day)
05/23/2006   -    7.0
03/05/2007   -    5.5

**TOTAL: - 32.3 HOURS (4 ENTRIES OF 228 TOTAL ENTRIES)**

9

IX.    **BLOCKED/BUNDLED ENTRIES OF TEN TASKS COMBINED INTO ONE ENTRY**

| Date | - | Hours |
|------|---|-------|
| 03/16/2006 | - | 14.0 |
| 03/27/2006 | - | 9.4 |
| 03/28/2006 | - | 11.5 |
| 04/19/2006 | - | 6.7 |

**TOTAL: - 41.6 HOURS (4 ENTRIES OF 228 TOTAL ENTRIES)**

**X.    BLOCKED/BUNDLED ENTRIES OF ELEVEN TASKS COMBINED INTO ONE
ENTRY**

Date          -    Hours

02/21/2006    -    6.1
04/18/2006    -    7.5
04/27/2006    -    13.0
02/05/2007    -    3.5

**TOTAL:  30.1 HOURS (4 ENTRIES OF 228 TOTAL ENTRIES)**

**XI    BLOCKED/BUNDLED ENTRIES OF TWELVE TASKS COMBINED INTO ONE ENTRY**

Date         -    Hours

03/31/2006   -    4.5

**TOTAL:  4.5 HOURS (1 ENTRY OF 228 TOTAL ENTRIES)**

**XII.    BLOCKED/BUNDLED ENTRIES OF THIRTEEN TASKS COMBINED INTO ONE ENTRY**

Date          -    Hours

04/25/2006   -    10.5 (second entry for the day)
05/05/2006   -    6.5
03/08/2007   -    4.3 (first entry for the day)

**TOTAL:  21.3 HOURS (3 ENTRIES OF 228 TOTAL ENTRIES)**

**XIII.    BLOCKED/BUNDLED ENTRIES OF FOURTEEN TASKS COMBINED INTO ONE ENTRY**

Date          -    Hours

03/29/2006   -    8.5 (second entry for the day)
04/28/2006   -    8.0 (first entry for the day)

**TOTAL:  16.5 HOURS (2 ENTRIES OF 228 TOTAL ENTRIES)**

14

**XIV.  BLOCKED/BUNDLED ENTRIES OF SIXTEEN TASKS COMBINED INTO ONE ENTRY**

Date         -    Hours

04/03/2006   -    6.5

**TOTAL:  6.5 HOURS (1 ENTRY OF 228 TOTAL ENTRIES)**

## XV. BLOCKED/BUNDLED ENTRIES OF SEVENTEEN TASKS COMBINED INTO ONE ENTRY

Date            -    Hours

03/22/2006    -    12.8 (first entry for the day)
04/21/2006    -    1.5 (fourth entry for the day)

## TOTAL:  14.3 HOURS (2 ENTRIES OF 228 TOTAL ENTRIES)

**XVI.    BLOCKED/BUNDLED ENTRIES OF EIGHTEEN TASKS COMBINED INTO ONE ENTRY**

Date            –    Hours

04/24/2006    –    8.5

**TOTAL:  8.5 HOURS (1 ENTRY OF 228 TOTAL ENTRIES)**

## XVII. BLOCKED/BUNDLED ENTRIES OF TWENTY TASKS COMBINED INTO ONE ENTRY

Date          -   Hours

03/24/2006   -   7.5 (first entry for the day)

**TOTAL:  7.5 HOURS (1 ENTRY OF 228 TOTAL ENTRIES)**

## XVIII. BLOCKED/BUNDLED ENTRIES OF TWENTY-TWO TASKS COMBINED INTO ONE ENTRY

Date            -    Hours

04/26/2006   -    11.2 (second entry for the day)

**TOTAL:  11.2 HOURS (1 ENTRY OF 228 TOTAL ENTRIES)**

980485.1(HSFP)