# EXHIBIT 2

# EXHIBIT 2

## Itemization of Plaintiff's Exhibit D
### (Litigation Expenses)

| | | |
|---|---|---|
| 1. | $ 9.50 | Receipt from USDC dated 2/24/06, apparently for a certified copy of the judgment in this case |
| 2. | $ 658.26 | Invoice for 12/7/05 Transcript in this case |
| 3. | $ 48.00 | Receipt from West Haven Town Clerk dated 3/6/06 and related to recording judgment lien |
| 4. | $ 228.01 | Invoice from Lemieux & Associates dated 3/14/06 related to picking up deed ($98.00) and ($130.01) for a previous balance (work not described) |
| 5. | $ 44.00 | Invoice from GoForService dated 3/6/06 and related to a delivery to the West Haven Town Hall (amount of invoice is barely legible) |
| 6. | $ 41.00 | Related to witness fee for Derek Slap (document dated 3/23/06) |
| 7. | $ 41.00 | Related to witness fee for Jonathan Beamon (document dated 3/23/06) |
| 8. | $ 41.00 | Related to witness fee for Thomas Ude (document dated 3/23/06) |
| 9. | $ 138.40 | Invoice dated 3/24/06 from Eve Miller for service of subpoenas on Thomas Ude, Jonathan Beamon and Derek Slap |
| 10. | $ 833.16 | Invoice for 3/28/06 Transcript in this case |
| 11. | $ 112.80 | Invoice dated 4/21/06 for service of subpoena on Steven Berry |
| 12. | $ 78.80 | Invoice dated 4/25/06 for service of subpoena on Thomas Ude. |
| 13. | $ 78.80 | Invoice dated 4/25/06 for service of subpoena on Martin Ecter |
| 14. | $ 80.77 | Invoice dated 4/25/06 for transcript in Hurley v. City of New Haven on 4/12/06 in Connecticut Superior Court |
| 15. | $ 78.80 | Invoice dated 4/28/06 for service of subpoena on John DeStefano |
| 16. | $ 287.46 | Invoice for 5/8/06 hearing transcript in this case |

17.  $   58.60   Invoice dated 5/8/06 for service of subpoena on Halloran & Sage

18.  $  209.55   Invoice for transcript of 5/23/06 hearing in this case

19.  $   30.15   Invoice for FedEx package mailed to State Marshal

**$3,098.06 = TOTAL**

979970_1.DOC

## CERTIFICATION

      This is to certify that on this 8th day of June, 2007, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Joseph D. Garrison, Esq.
Alexandra K. Block, Esq.
Garrison Levin-Epstein Chimes
 & Richardson
405 Orange Street
New Haven, CT 06511

                                                    _____
                                                    Ralph W. Johnson III

999357_1.DOC