UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | |
| : | |
| Plaintiff, : | |
| : | Civil No. 3:02CV1514 (EBB) |
| V. : | |
| : | |
| MELVIN WEARING : | |
| : | June 22, 2007 |
| Defendant. | |

**MOTION FOR EXTENSION OF TIME IN WHICH TO FILE REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S SUPPLEMENTAL APPLICATION FOR ATTORNEYS FEES AND COSTS**

Plaintiff respectfully moves that he be allowed until July 13, 2007 to reply to defendant's opposition to the plaintiff's supplemental application for attorney fees. In support of this motion, plaintiff respectfully represents that good cause exists for the following reasons:

1. Undersigned counsel has been unable to prepare a reply because, for the last several weeks, her time has been consumed by preparation for trial in another case before this court, Arlio v. Lively, and, subsequently, the negotiations that ultimately resulted in the settlement of that action.

2. Defendant has no objection to the granting of this motion.

3. This is the first request for an extension for this purpose.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF, ARPAD TOLNAY


BY:_____
    KAREN LEE TORRE
    Fed. Bar No. ct01707
    Law Offices of Karen Lee Torre
    51 Elm Street, Suite 307
    New Haven, Connecticut 06510
    Tel. (203) 865-5541
    Fax: (203) 865-4844

    His Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, this 22nd day of June, 2007, to:

Hubert J. Santos, Esq.  
Santos & Seeley, P.C.  
51 Russ Street  
Hartford, CT 06106

Robert A. Rhodes, Esq.  
Ralph W. Johnson III, Esq.  
Halloran & Sage, LLP  
315 Post Road West  
Westport, CT 06880

Norman A. Pattis, Esq.  
649 Amity Road  
Bethany, CT 06524

Alexandra Block, Esq.  
Joseph D. Garrison, Esq.  
Garrison, Levin-Epstein, Chimes and Richardson  
405 Orange Street  
New Haven, CT 06511-6489

_____  
KAREN LEE TORRE