UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | |
| : | |
| Plaintiff, : | |
| : | Civil No. 3:02CV1514 (EBB) |
| V. : | |
| : | |
| MELVIN WEARING : | |
| : | July 13, 2007 |
| Defendant. | |

**MOTION FOR EXTENSION OF TIME IN WHICH TO FILE REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S SUPPLEMENTAL APPLICATION FOR ATTORNEYS FEES AND COSTS**

Plaintiff respectfully moves that he be allowed until July 27, 2007 to reply to defendant's opposition to the plaintiff's supplemental application for attorney fees. This is the second request for an extension for this reply. In support of this motion, plaintiff respectfully represents that good cause exists for the following reasons:

1. Since the first request for an extension, undersigned counsel lost approximately one week at the office due to a personal emergency that required her attention.

2. As a result of the loss of a week in the office, a back-up of other obligations has prevented the undersigned from completing the reply to defendant's opposition to plaintiff's supplemental application for fees and costs.

3. In his opposition to plaintiff's supplemental application for attorney fees and costs, defendant Wearing relies on a Second Circuit case, <u>Arbor Hill Concerned Citizens Neighborhood Ass'n. v. County of Albany</u>, 484 F.3d 162 (2d Cir. 2007), a decision issued

in April of this year. As it happens, yesterday the Second Circuit <u>sua sponte</u> issued an amended opinion in that case which the undersigned wishes to examine and address in response to Chief Wearing's argument.

      4.      In addition, the undersigned will be away from her office next week to serve as a volunteer at a summer camp for disadvantaged kids and thus, additional time will be needed to file a reply to defendant's opposition.

      5.      The undersigned today conferred with defendant's counsel who has no objection to this request.

      RESPECTFULLY SUBMITTED,

      THE PLAINTIFF, ARPAD TOLNAY

BY:_____
  KAREN LEE TORRE
  Fed. Bar No. ct01707
  Law Offices of Karen Lee Torre
  51 Elm Street, Suite 307
  New Haven, Connecticut 06510
  Tel. (203) 865-5541
  Fax: (203) 865-4844

  His Attorney

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed, this 13th day of July, 2007, to:

| | |
|---|---|
| Hubert J. Santos, Esq.<br>Santos & Seeley, P.C.<br>51 Russ Street<br>Hartford, CT 06106 | Norman A. Pattis, Esq.<br>649 Amity Road<br>Bethany, CT 06524 |
| Robert A. Rhodes, Esq.<br>Ralph W. Johnson III, Esq.<br>Halloran & Sage, LLP<br>315 Post Road West<br>Westport, CT 06880 | Alexandra Block, Esq.<br>Joseph D. Garrison, Esq.<br>Garrison, Levin-Epstein, Chimes and Richardson<br>405 Orange Street<br>New Haven, CT 06511-6489 |

_____
KAREN LEE TORRE