UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY | : |
| | : |
|     Plaintiff, | : |
| | :   Civil No.   3:02CV1514 (EBB) |
| V. | : |
| | : |
| MELVIN WEARING | : |
| | :   July 27, 2007 |
|     Defendant. | |

**MOTION FOR THREE-DAY EXTENSION OF TIME IN WHICH TO FILE REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S SUPPLEMENTAL APPLICATION FOR ATTORNEYS FEES AND COSTS**

      Plaintiff respectfully moves that he be allowed until August 1, 2007 to reply to defendant's opposition to the plaintiff's supplemental application for attorney fees. The office of the undersigned today conferred with defendant's counsel who has no objection to this request. In support of this motion, plaintiff respectfully represents that good cause exists for the following reasons:

      1.    The undersigned is in the midst of preparing a joint appendix for a Second Circuit brief, a task that has taken significantly longer than anticipated.

      2.    This is the third request for an extension for this reply.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF, ARPAD TOLNAY


BY:_____
   KAREN LEE TORRE
   Fed. Bar No. ct01707
   Law Offices of Karen Lee Torre
   51 Elm Street, Suite 307
   New Haven, Connecticut 06510
   Tel. (203) 865-5541
   Fax: (203) 865-4844

   His Attorney


**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, this 27th day of July, 2007, to:

| | |
|---|---|
| Hubert J. Santos, Esq.<br>Santos & Seeley, P.C.<br>51 Russ Street<br>Hartford, CT 06106 | Norman A. Pattis, Esq.<br>649 Amity Road<br>Bethany, CT 06524 |
| Robert A. Rhodes, Esq.<br>Ralph W. Johnson III, Esq.<br>Halloran & Sage, LLP<br>315 Post Road West<br>Westport, CT 06880 | Alexandra Block, Esq.<br>Joseph D. Garrison, Esq.<br>Garrison, Levin-Epstein, Chimes and Richardson<br>405 Orange Street<br>New Haven, CT 06511-6489 |

_____
KAREN LEE TORRE