UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | |
| : | |
| Plaintiff, : | |
| : | Civil No.  3:02CV1514 (EBB) |
| V. : | |
| : | |
| MELVIN WEARING : | |
| : | August 2, 2007 |
| Defendant. | |

**MOTION TO ALLOW NUNC PRO TUNC FILING OF REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S SUPPLEMENTAL APPLICATION FOR ATTORNEYS FEES AND COSTS ONE DAY LATE**

Plaintiff respectfully moves that he be allowed to file his reply to defendant's opposition to the plaintiff's supplemental application for attorney fees one day after the deadline on a <u>nunc pro tunc</u> basis.  The office of the undersigned today conferred with defendant's counsel who has no objection to this request.  In support of this motion, plaintiff respectfully represents that good cause exists because, in the process of emailing drafts between the undersigned's home and office, the file got corrupted, requiring unanticipated time and effort to make it legible.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF, ARPAD TOLNAY


BY:_____
   KAREN LEE TORRE
   Fed. Bar No. ct01707
   Law Offices of Karen Lee Torre
   51 Elm Street, Suite 307
   New Haven, Connecticut 06510
   Tel. (203) 865-5541
   Fax: (203) 865-4844

   His Attorney


**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, this 2nd day of August, 2007, to:

| | |
|---|---|
| Hubert J. Santos, Esq.<br>Santos & Seeley, P.C.<br>51 Russ Street<br>Hartford, CT 06106 | Norman A. Pattis, Esq.<br>649 Amity Road<br>Bethany, CT 06524 |
| Robert A. Rhodes, Esq.<br>Ralph W. Johnson III, Esq.<br>Halloran & Sage, LLP<br>315 Post Road West<br>Westport, CT 06880 | Alexandra Block, Esq.<br>Joseph D. Garrison, Esq.<br>Garrison, Levin-Epstein, Chimes and Richardson<br>405 Orange Street<br>New Haven, CT 06511-6489 |


_____
KAREN LEE TORRE