UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil No.  3:02CV1514 (EBB) |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
| | : | September 25, 2007 |
| Defendant. | | |

### PLAINTIFF=S MOTION FOR RECONSIDERATION

Pursuant D. Conn. L. Civ. R.7(c), plaintiff respectfully moves that this court reconsider its ruling of September 19, 2007 as it pertains to plaintiff's application for costs. A memorandum of law in support of this motion is attached.

                                                                        Respectfully submitted:

BY: _____
        Karen Lee Torre
        Law Offices of Karen Lee Torre
        Fed. Bar No.  01707
        51 Elm Street, Suite 307
        New  Haven, CT 06150
        Tel. 203-865-5541
        Fax 203-865-4844
        E-mail: ktorre@choiceonemail.com

        Plaintiff's Attorney

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, on this 25th day of September, 2007, to:

Robert A. Rhodes, Esq.
Ralph W. Johnson, III, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Hubert J. Santos, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Norman A. Pattis, Esq.
649 Amity Road
P.O. Box 280
Bethany, CT 06524

Alexandra K. Block, Esq.
Joseph D. Garrison, Esq.
Garrison, Levin-Epstein, Chimes, Richardson
405 Orange Street
New Haven, CT 06511-6489

                                                                                         _____

                                                                                         Karen Lee Torre