IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
| Defendant | : | OCTOBER 24, 2007 |

### MOTION FOR STAY OF ENFORCEMENT
### AND EXECUTION OF THE JUDGMENT PENDING APPEAL AND
### FOR IMMEDIATE STAY PENDING A RULING ON THE INSTANT MOTION

Pursuant to Rules 62(d) and 62(f) of the Federal Rules of Civil Procedure and Local Rule

7, the defendant, Melvin Wearing, the former Chief of Police for the City of New Haven, hereby

moves the Court for an order staying the execution of, or any proceedings to enforce, the

judgment, pending the disposition of all appellate proceedings. In the alternative, the Court

should enter a stay with the posting of a minimal amount of security to secure only the

compensatory damages award.[1]  If the Court denies this motion, it should order the plaintiff to:

(a) post a bond to secure any damage caused to Chief Wearing by execution/enforcement of the

judgment and (b) deposit any monies he recovers into an interest bearing account held by the

Clerk of the Court. Also, if the Court denies the motion, at a minimum, it should stay the

execution and enforcement of the judgment until after the Second Circuit has reviewed the

matter and issued its own ruling on the motion for a stay.

In support of his motion, Chief Wearing has submitted a memorandum of law and an

appendix of exhibits. Chief Wearing's affidavit is attached as Exhibit A to his appendix. A copy

---

[1]     Although Chief Wearing advances alternative arguments, he reserves the right to
challenge the Court's ruling if it does not enter a stay without requiring security. See Fed. R.
App. P. 8.

of the lien placed on Chief Wearing's home by the plaintiff is attached as Exhibit B to the appendix. A copy of Chief Wearing's appellate brief (without the addendum) filed on July 2, 2007 with the Second Circuit is attached as Exhibit C to the appendix.

Chief Wearing also requests that the Court enter an interim order staying any execution or enforcement of the judgment pending the entry of its ultimate ruling on this motion.

**WHEREFORE**, for the reasons set forth in detail in his memorandum of law and for good cause shown, Chief Wearing requests that the Court grant his motion.

Respectfully submitted,

**DEFENDANT
MELVIN WEARING**


By: _____

Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:    (203) 227-2855
Fax:    (203) 227-6992
E-Mail:  rhodes@halloran-sage.com

and

Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel:    (860) 522-6103
Fax:    (860) 548-0006
E-Mail:  johnsonr@halloran-sage.com

His Attorneys

## CERTIFICATION

This is to certify that on this 24th day of October, 2007, a copy of the foregoing was caused to be served via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Alexandra K. Block, Esq.
Joseph D. Garrison, Esq.
Garrison Levin-Epstein Chimes
  Richardson
405 Orange Street
New Haven, CT 06511

The Honorable Ellen B. Burns
United States District Court
  for the District of Connecticut
141 Church Street
New Haven, CT 06510
**(Courtesy Copy, Via Hand Delivery)**

_____
Ralph W. Johnson III

958634_1 DOC