UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY, : | |
| : | |
| Plaintiff, : | CIVIL NO. |
| : | |
| v. : | |
| : | 3:02 CV 1514 (EBB) |
| MELVIN WEARING, : | |
| : | |
| Defendant. : | |

RULING ON DEFENDANT'S MOTION TO QUASH AND, IN THE ALTERNATIVE,
FOR A PROTECTIVE ORDER

Before the Court is the Defendant's Motion to Quash a subpoena served by counsel for the Plaintiff upon counsel for the Defendant. In the alternative, the Defendant moves for a protective order limiting the information to be disclosed. The subpoena at issue commanded counsel for the Defendant to disclose "billing records, accountings, statements and other like statements" relating to the billing arrangement between the Defendant and his counsel. (Def.'s Mem. in Supp. [Doc. No. 189], Ex. C, at 4.) The subpoena also commanded the disclosure of information about the billing practices of the law firm of the Defendant's counsel. (Id.) In his Memorandum in Opposition to the Motion presently before the Court, the Plaintiff's sole argument for the relevance of the documents he sought to discover with the subpoena was that information about the Defendant's billing arrangement would support his then-pending applications for attorney's fees. (Pl.'s Opp. [Doc. No. 207] at

1

7.)  The Court has since ruled on the Plaintiff's applications for attorney's fees. [Doc. No. 272.]  The discovery sought by the Plaintiff is therefore no longer relevant.

The Defendant's Motion [Doc. No. 188] is GRANTED.

SO ORDERED

___/s/_____
ELLEN BREE BURNS
SENIOR U.S. DISTRICT JUDGE

Dated at New Haven, Connecticut this 25th day of October, 2007.