IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | USCA DOCKET NO. |
| | : | 07-4508-CV |
| MELVIN WEARING | : | |
| Defendant | : | NOVEMBER 7, 2007 |

### AMENDED NOTICE OF APPEAL

On October 17, 2007, notice was given that the defendant, Melvin Wearing, in the above named case, appealed to the United States Court of Appeals for the Second Circuit from the ruling entered on September 19, 2007, ("Ruling On Plaintiff's Motion For Award Of Attorney Fees And Costs And Plaintiff's First Supplemental Application For An Award Of Attorney's Fees And Costs"), by which the district court granted the plaintiff's motion for and first supplemental application for attorneys' fees and awarded the plaintiff $513,657.50 in attorneys' fees. The defendant's appeal included the district court's rejection of arguments made in opposition to the plaintiff's motion for fees and costs and first supplemental application for fees and costs that were not expressly addressed in the September 19, 2007 ruling.

Notice is hereby further given that the defendant, Melvin Wearing, in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the ruling entered on October 26, 2007 and dated October 25, 2007, ("Ruling On Plaintiff's Motion For Reconsideration [Doc. No. 273]"), by which the district court granted the plaintiff's motion for reconsideration of the September 19, 2007 ruling and awarded the plaintiff's counsel $6,712.98 in costs. The defendant's appeal includes the district court's rejection of arguments made in opposition to the plaintiff's motion for fees and costs and supplemental application for fees and

costs and in opposition to the plaintiff's motion for reconsideration that were not addressed in the ruling on the motion for reconsideration.

To the extent necessary, notice is also hereby given that the defendant, Melvin Wearing, in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from any judgment, amended judgment or other judgment that has entered or will enter against him expressly or by operation of the Federal Rules of Appellate and Civil Procedure.

Pursuant to the Second Circuit's Local Rules, the defendant has filed a pre-argument statement (Form C). As part of that statement, a preliminary statement of the issues was attached. That preliminary statement of the issues is hereby incorporated by reference into this Notice of Appeal. An amendment/supplement to Form C and the preliminary statement of the issues will be filed. That amendment/supplement is incorporated into this Amended Notice of Appeal.

Respectfully submitted,

**DEFENDANT
MELVIN WEARING**

By: _____
Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:    (203) 227-2855
Fax:    (203) 227-6992
E-Mail:  rhodes@halloran-sage.com

and

Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel:    (860) 522-6103
Fax:    (860) 548-0006
E-Mail:  johnsonr@halloran-sage.com

His Attorneys

## CERTIFICATION

This is to certify that on this 7th day of November, 2007, a copy of the foregoing was caused to be served via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Joseph D. Garrison, Esq.
Alexandra K. Block, Esq.
Garrison Levin-Epstein Chimes
 & Richardson
405 Orange Street
New Haven, CT 06511

                                        _____
                                        Ralph W. Johnson III

1069823_1 DOC

4