UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | |
| Plaintiff, : | |
| : | Civil No. 3:02CV1514 (EBB) |
| V. : | |
| : | |
| MELVIN WEARING : | |
| : | November 13, 2007 |
| Defendant. | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR STAY OF ENFORCEMENT AND EXECUTION OF THE JUDGMENT PENDING APPEAL AND FOR IMMEDIATE STAY PENDING A RULING ON THE INSTANT MOTION**

With the consent of defendant's counsel, the undersigned counsel files this first request for a two-week extension of time to file an opposition to defendant's October 24, 2007 Motion For Stay Of Enforcement and Execution of the Judgment Pending Appeal. The deadline for response would thus be extended to November 28, 2007.

In support of this motion, the undersigned represents that she will be away for the balance of this week at a national bar convention in Washington, D.C. This, together with the upcoming Thanksgiving Day holiday, as well as the need to review extensive transcripts and conduct research, necessitate the granting of additional time.

WHEREFORE, the undersigned counsel respectfully requests that this motion be granted.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF, ARPAD TOLNAY

BY: _____
KAREN LEE TORRE
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
129 Church St. Suite 405
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844

His Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, this 13th day of November, 2007, to:

Ralph W. Johnson III, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Hubert J. Santos, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Robert A. Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Alexandra Block, Esq.
Joseph D. Garrison, Esq.
Garrison, Levin-Epstein, Chimes &
 Richardson
405 Orange Street
New Haven, CT 06511-6489

KAREN LEE TORRE