UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT FILED

ARPAD TOLNAY                          :        Nov 28

                  Plaintiff,          :

                                      :

V.                                    :    Civil No.  3:02CV1514 (EBB)

                                      :

MELVIN WEARING                        :

                                      :    November 28, 2007

                  Defendant.

**PLAINTIFF'S SECOND MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR STAY OF ENFORCEMENT AND EXECUTION OF THE JUDGMENT PENDING APPEAL AND FOR IMMEDIATE STAY PENDING A RULING ON THE INSTANT MOTION**

With the consent of defendant's counsel, the undersigned counsel files this second request for an extension of time, up to and including December 17, 2007 to file an opposition to defendant's October 24, 2007 Motion For Stay Of Enforcement and Execution of the Judgment Pending Appeal.

In support of this motion, the undersigned represents that she was away at a national bar convention in Washington, D.C., the upcoming Thanksgiving Day holiday, as well as the need to review extensive transcripts and conduct research, necessitate the granting of additional time.

Counsel for the defendant has been contacted and has no objection to the granting of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this motion be granted.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF, ARPAD TOLNAY

BY: _____
KAREN LEE TORRE
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
129 Church St. Suite 405
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844

His Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, this 28th day of November, 2007, to:

Robert A. Rhodes, Esq.
Ralph W. Johnson, III, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Hubert J. Santos, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Alexandra Block, Esq.
Joseph D. Garrison, Esq.
Garrison, Levin-Epstein, Chimes and Richardson
405 Orange Street
New Haven, CT 06511-6489

_____
KAREN LEE TORRE