FILED

2007 DEC 17 P 3: 58

U.S. ... COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY | : |
| Plaintiff, | : Civil No. 3:02CV1514 (EBB) |
| V. | : |
| MELVIN WEARING | : December 17, 2007 |
| Defendant. | : |

### PLAINTIFF'S THIRD MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR STAY OF ENFORCEMENT AND EXECUTION OF THE JUDGMENT PENDING APPEAL AND FOR IMMEDIATE STAY PENDING A RULING ON THE INSTANT MOTION

The undersigned counsel respectfully moves for an additional 4-day extension of time or up to an including Friday, December 21, 2007 to file an opposition to defendant's Motion For Stay Of Enforcement and Execution of the Judgment Pending Appeal.

In support of this motion, the undersigned represents that additional time is needed to review additional hearing transcripts and complete the memorandum in opposition to the motion. In addition, the recent inclement weather has resulted in the undersigned and staff being unable to travel to her New Haven office, further adding to the necessity of additional time.

Counsel for the defendant was telephoned by the undersigned regarding this third motion for enlargement and although he returned the undersigned's call, and the undersigned in return called again, counsel were unable to connect and thus defendant's position cannot

be reported. Defense counsel did not object to the previous motion for enlargement.

WHEREFORE, the undersigned counsel respectfully requests that this motion be granted.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF, ARPAD TOLNAY

BY: _____
KAREN LEE TORRE
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
129 Church St. Suite 405
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844

His Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, this 17th[th] day of November, 2007, to:

Robert A. Rhodes, Esq.
Ralph W. Johnson, III, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Hubert J. Santos, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Alexandra Block, Esq.
Joseph D. Garrison, Esq.
Garrison, Levin-Epstein, Chimes and Richardson
405 Orange Street
New Haven, CT 06511-6489

_____
KAREN LEE TORRE