UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY | : |
| | : |
| Plaintiff, | : |
| | : Civil No.  3:02CV1514 (EBB) |
| V. | : |
| | : |
| MELVIN WEARING | : |
| | : December 21, 2007 |
| Defendant. | |

**CONSENT MOTION BY PLAINTIFF FOR ADDITIONAL ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR STAY OF ENFORCEMENT AND EXECUTION OF THE JUDGMENT PENDING APPEAL AND IMMEDIATE STAY PENDING A RULING ON THE INSTANT MOTION**

With the consent of defendant's counsel, the undersigned plaintiff's counsel respectfully moves for an additional one week  extension of time or up to an including Friday, December 28, 2007 to file an opposition to defendant's Motion For Stay Of Enforcement and Execution of the Judgment Pending Appeal.

In support of this motion, the undersigned represents that the review and study of hearing transcripts and documentary evidence necessary to completion of the memorandum of law took much longer than expected. . In addition, the undersigned is currently without clerical support given that three available staffers have been out due to illness and in one case, a death in the family.  This, together with the intervening Christmas holiday have made necessitated this additional and fourth request for a short  extension.

WHEREFORE, the undersigned counsel respectfully requests that this motion be granted.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF, ARPAD TOLNAY


BY:_____
KAREN LEE TORRE
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
129 Church St. Suite 405
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844

His Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, this 21st day of December, 2007, to:

Robert A. Rhodes, Esq.
Ralph W. Johnson, III, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Hubert J. Santos, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Alexandra Block, Esq.
Joseph D. Garrison, Esq.
Garrison, Levin-Epstein, Chimes and Richardson
405 Orange Street
New Haven, CT 06511-6489


_____
KAREN LEE TORRE