IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | CIVIL ACTION NO. |
|     Plaintiff : | 3:02-CV-1514 (EBB) |
| : | |
| V. : | |
| : | |
| MELVIN WEARING : | |
|     Defendant : | JANUARY 3, 2008 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendant, Melvin Wearing, the former Chief of Police for the City of New Haven, requests a thirty (30) day extension of time, from January 14, 2008 to and including February 13, 2008, of his deadline to file a reply memorandum in further support of his motion for a stay. On November 13, 2007, the plaintiff's counsel spoke with Chief Wearing's counsel, Attorney Robert Rhodes, regarding his consent to her first motion for an extension of time to file the plaintiff's opposition memorandum. During that telephone conversation, when asked about an extension for the due date for Chief Wearing's reply memorandum, the plaintiff's counsel indicated that she had no problem with it and that Attorney Rhodes only had to inquire further if the requested extension would be for 2-3 months or more. For the reasons set forth below, the Court should grant Chief Wearing's motion.

In further support of his motion, Chief Wearing states as follows:

1. This is Chief Wearing's first request for an extension of the deadline at issue.

2. The plaintiff moved for and received four (4) extensions of time (totaling 44 days) to file his opposition brief to Chief Wearing's motion for a stay. His opposition is 39-pages in length.

3. The plaintiff has filed twenty-two (22) motions for extensions of time since the trial. All of them have been granted. Chief Wearing did not object to twenty-one (21) of the plaintiff's motions. He only objected to the plaintiff's *nunc pro tunc* motion to file an opposition brief to a motion to quash a subpoena, as that motion was filed 14 days after the deadline had passed. The plaintiff's motion was granted, despite the fact that the deadline for the filing of his brief had passed.

4. Moreover, the plaintiff moved for and received four (4) extensions of time to file his opposition briefs to Chief Wearing's post-trial motions.

5. Chief Wearing's request is reasonable. His counsel require the requested extension of time to fully analyze the plaintiff's opposition memorandum, to research the issues raised by it and to draft the reply memorandum.

6. Chief Wearing's counsel also require the requested extension of time because of competing case obligations and the intervening holiday.

WHEREFORE, for good cause shown, Chief Wearing requests that the Court grant his motion to extend the deadline at issue from January 14, 2008 to and including February 13, 2008.

                              Respectfully submitted,

                              **DEFENDANT**
                              **MELVIN WEARING**

By: _____
     Robert A. Rhodes, Esq.
     CT Fed. Bar No. 13583
     **HALLORAN & SAGE LLP**
     315 Post Road West
     Westport, CT 06880
     Tel:    (203) 227-2855
     Fax:   (203) 227-6992
     E-Mail:  rhodes@halloran-sage.com

                  and

     Ralph W. Johnson III, Esq.
     CT Fed. Bar No. 15277
     **HALLORAN & SAGE LLP**
     One Goodwin Square
     225 Asylum Street
     Hartford, CT 06103
     Tel:    (860) 522-6103
     Fax:   (860) 548-0006
     E-Mail:  johnsonr@halloran-sage.com

     His Attorneys

## CERTIFICATION

This is to certify that on this 3rd day of January, 2008, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Joseph D. Garrison, Esq.
Alexandra K. Block, Esq.
Garrison Levin-Epstein Chimes
 & Richardson
405 Orange Street
New Haven, CT 06511

The Honorable Ellen B. Burns
United States District Court
 for the District of Connecticut
141 Church Street
New Haven, CT 06510
*(Courtesy Copy, Via Hand Delivery)*

_____
Ralph W. Johnson, III

1081587_1 DOC