IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | USCA DOCKET NO. |
| | : | 07-4508-cv |
| MELVIN WEARING | : | |
| Defendant | : | JANUARY 7, 2008 |

## INDEX TO THE RECORD

|  | Document No. |
|---|---|
| Certified copy of electronic docket | A |
| Complaint (Docket No. 1) entered on August 29, 2002 | 1 |
| Order on Pretrial deadlines (Docket No. 2) entered on August 29, 2002 | 2 |
| Demand for jury trial (Docket No. 3) entered on August 29, 2002 | 3 |
| Summons entered on September 9, 2002 | 4 |
| Summons returned (Docket No. 4) entered on October 4, 2002 | 5 |
| Appearance of attorney for defendant (Docket No. 5) entered on October 16, 2002 | 6 |
| Motion to extend time (Docket No. 6) entered on November 13, 2002 | 7 |
| Endorsement entered on November 18, 2002 | 8 |
| Motion to dismiss (Docket No. 7) entered on December 17, 2002 | 9 |
| Memorandum in support of motion to dismiss (Docket No. 8) entered on December 17, 2002 | 10 |
| Report of parties' planning meeting (Docket No. 9) entered on December 23, 2002 | 11 |
| Endorsement entered on December 27, 2002 | 12 |
| Stipulation regarding dismissal of supplemental state law claims (Docket No. 10) entered on January 17, 2003 | 13 |

Endorsement entered on January 23, 2003                                          14

Endorsement entered on January 23, 2003                                          15

Answer and affirmative defenses (Docket No. 11) entered on April 1, 2003         16

Defendant's motion for summary judgment (Docket No. 12) entered on               17
September 2, 2003

Memorandum in support of motion for summary judgment (Docket No.                 18
13) entered on September 2, 2003

Statement of undisputed material facts (Docket No. 14) entered on                19
September 2, 2003

Motion to extend time (Docket No. 15) entered on September 22, 2003              20

Endorsement entered on September 24, 2003                                        21

Motion for leave to conduct additional discovery (Docket No. 16) entered         22
on October 7, 2003

Endorsement entered on October 10, 2003                                          23

Motion for extension of time (Docket No. 17) entered on October 28, 2003         24

Endorsement order (Docket No. 18) entered on October 31, 2003                    25

Motion for extension of time (Docket No. 19) entered on November 13,             26
2003

Endorsement order (Docket No. 20) entered on November 19, 2003                   27

Motion for extension of time (Docket No. 21) entered on December 1,              28
2003

Reply to response to motion for summary judgment (Docket No. 22)                 29
entered on December 5, 2003

Endorsement order (Docket No. 23) entered on December 9, 2003                    30

Opposition to motion for summary judgment (Docket No. 24) entered on             31
December 9, 2003

Reply to response to motion for summary judgment with attachment and             32
exhibits (Docket No. 25) entered on December 9, 2003

Statement of material facts in dispute (Docket No. 26) entered on
December 9, 2003                                                                33

Order reassigning case (Docket No. 27) entered on February 26, 2004           34

Notice re: jury selection (Docket No. 28) entered on March 8, 2005            35

Ruling denying motion for summary judgment (Docket No. 29) entered on
March 9, 2005                                                                  36

Order referring case for settlement conference (Docket No. 30) entered on
April 8, 2005                                                                  37

Notice re: settlement conference (Docket No. 31) entered on April 26,
2005                                                                          38

Minute entry for proceedings before magistrate judge re: settlement
conference (Docket No. 32) entered on May 19, 2005                            39

Notice re: jury selection (Docket No. 33) entered on June 1, 2005             40

Notice re: jury trial (Docket No. 34) entered on June 1, 2005                 41

Notice of appearance (Docket No. 35) entered on September 1, 2005             42

Notice re: jury selection (Docket No. 36) entered on September 14, 2005       43

Notice re: jury trial (Docket No. 37) entered on September 14, 2005           44

Notice re: settlement conference (Docket No. 38) entered on October 24,
2005                                                                          45

Minute entry for proceedings for a magistrate judge re: settlement
conference (Docket No. 39) entered on October 31, 2005                        46

Order re: voir dire questions (Docket No. 40) entered on November 4,
2005                                                                          47

Proposed voir dire by defendant (Docket No. 41) entered on November 10,
2005                                                                          48

Supplemental proposed voir doir by plaintiff (Docket No. 42) entered on
November 14, 2005                                                             49

Proposed jury instructions by plaintiff (Docket No. 43) entered on
November 15, 2005                                                             50

Minute entry for proceedings re: jury selection (Docket No. 44) entered on November 15, 2005 · 51

Motion to make opening statement (Docket No. 45) entered on November 21, 2005 · 52

Order granting motion for leave to make opening statement (Docket No. 46) entered on November 22, 2005 · 53

Defendant's motion in limine with attached memorandum (Docket No. 47) entered on November 28, 2005 · 54

Defendant's motion to quash and motion in limine re: trial testimony of Mayor with attached memorandum and exhibits (Docket No. 48) entered on November 28, 2005 · 55

Defendant's motion in limine re: testimony of Chief Ortiz (Docket No. 49) entered on November 28, 2005 · 56

Memorandum in support of motion in limine re: testimony of Chief Ortiz (Docket No. 50) entered on November 28, 2005 · 57

Joint trial memorandum with multiple attachments (Docket No. 51) entered on November 29, 2005 · 58

Motion in limine re: testimony of David Newman (Docket No. 52) entered on December 2, 2005 · 59

Memorandum in support of motion in limine re: testimony of David Newman (Docket No. 53) entered on December 2, 2005 · 60

Minute entry re: jury trial (Docket No. 54) entered on December 2, 2005 · 61

Order in open court denying motion in limine re: disciplinary action, and denying motion to quash testimony of Mayor (Docket No. 55) entered on December 2, 2005 · 62

Opposition to motion to quash (Docket No. 57) entered on December 5, 2005 · 63

Objection to motion in limine re: testimony of Ortiz (Docket No. 58) entered on December 5, 2005 · 64

Opposition to motion in limine re: disciplinary actions (Docket No. 59) entered on December 5, 2005 · 65

| | |
|---|---|
| Minute entry re: jury trial (Docket No. 56) entered on December 5, 2005 | 66 |
| Minute entry re: jury trial (Docket No. 60) entered on December 6, 2005 | 67 |
| Minute entry re: jury trial (Docket No. 61) entered on December 7, 2005 | 68 |
| Plaintiff's proposed jury instructions (Docket No. 62) entered on December 7, 2005 | 69 |
| Minute entry re: jury trial; oral motion by defendant pursuant to Rule 50 - denied (Docket No. 63) entered on December 8, 2005 | 70 |
| Minute entry for jury trial (Docket No. 64) entered on December 12, 2005 | 71 |
| Minute entry re: jury trial (Docket No. 65) entered on December 12, 2005 | 72 |
| Jury verdict (Docket No. 66) entered on December 12, 2005 | 73 |
| Court exhibit list (Docket No. 67) entered on December 14, 2005 | 74 |
| Plaintiff's witness list (Docket No. 68) entered on December 14, 2005 | 75 |
| Defendant's marked exhibit list (Docket No. 69) entered on December 14, 2005 | 76 |
| Plaintiff's marked exhibit list (Docket No. 70) entered on December 14, 2005 | 77 |
| Judgment (Docket No. 71) entered on December 16, 2005 | 78 |
| December 2, 2005 transcript (Docket No. 72) entered on December 21, 2005 | 79 |
| December 6, 2005 transcript (Docket No. 73) entered on December 21, 2005 | 80 |
| Motion for remittitur (Docket No. 74) entered on December 29, 2005 | 81 |
| Memorandum in support of motion for remittitur (Docket No. 75) entered on December 29, 2005 | 82 |
| Motion for judgment as a matter of law (Docket No. 76) entered on December 29, 2005 | 83 |
| Motion for a new trial (Docket No. 77) entered on December 29, 2005 | 84 |

| | |
|---|---|
| Motion to correct/supplement record (Docket No. 78) entered on December 29, 2005 | 85 |
| Motion to file supplemental briefs (Docket No. 79) entered on December 29, 2005 | 86 |
| Notice of appearance of attorney for defendant (Docket No. 80) entered on December 29, 2005 | 87 |
| Notice of appearance of attorney for defendant (Docket No. 81) entered on December 29, 2005 | 88 |
| Memorandum in support of motion for a new trial with attachments (Docket No. 82) entered on December 30, 2005 | 89 |
| Memorandum in support of motion for judgment with attachments (Docket No. 83) entered on December 30, 2005 | 90 |
| Manually filed exhibits by defendant re: motion for judgment, motion for a new trial, motion for remittitur (Docket No. 84) entered on December 30, 2005 | 91 |
| Volume 2 manually filed exhibits by defendant re: motion for judgment, motion for a new trial, motion for remittitur (Docket No. 85) entered on December 30, 2005 | 92 |
| Volume 3 manually filed exhibits by defendant re: motion for judgment, motion for a new trial, motion for remittitur (Docket No. 86) entered on December 30, 2005 | 93 |
| Volume 4 manually filed exhibits by defendant re: motion for judgment, motion for a new trial, motion for remittitur (Docket No. 87) entered on December 30, 2005 | 94 |
| Volume 5 manually filed exhibits by defendant re: motion for judgment, motion for a new trial and motion for remittitur (Docket No. 88) entered on December 30, 2005 | 95 |
| Volume 6 manually filed exhibits by defendant re: motion for judgment, motion for a new trial and motion for remittitur (Docket No. 89) entered on December 30, 2005 | 96 |
| Motion for extension of time (Docket No. 90) entered on January 3, 2006 | 97 |
| Order (Docket No. 91) entered on January 4, 2006 | 98 |

| | |
|---|---|
| Motion for extension of time (Docket No. 92) entered on January 12, 2006 | 99 |
| Objection to motion to correct/supplement record (Docket No. 93) entered on January 12, 2006 | 100 |
| Motion for extension of time (Docket No. 94) entered on January 12, 2006 | 101 |
| Motion for extension of time (Docket No. 95) entered on January 12, 2006 | 102 |
| Motion to strike (Docket No. 96) entered on January 12, 2006 | 103 |
| Objection to motion to file supplemental briefs (Docket No. 97) entered on January 12, 2006 | 104 |
| December 1, 2005 transcript (Docket No. 98) entered on January 13, 2006 | 105 |
| December 5, 2005 transcript (Docket No. 99) entered on January 13, 2006 | 106 |
| December 7, 2005 transcript (Docket No. 100) entered on January 13, 2006 | 107 |
| December 8, 2005 transcript (Docket No. 101) entered on January 13, 2006 | 108 |
| December 12, 2005 transcript (Docket No. 102) entered on January 13, 2006 | 109 |
| Reply in support of motion to motion to file supplemental briefs (Docket No. 103) entered on January 25, 2006 | 110 |
| Memorandum in opposition to motion to strike (Docket No. 104) entered on January 25, 2006 | 111 |
| Reply in support of motion to correct/supplement record (Docket No. 105) entered on January 25, 2006 | 112 |
| Motion for cost in attorney fees (Docket No. 106) entered on January 31, 2006 | 113 |
| Memorandum in support of motion for cost in attorney fees (Docket No. 107) entered on January 31, 2006 | 114 |
| Affidavit re: motion for cost in attorney fees (Docket No. 108) entered on January 31, 2006 | 115 |
| Notice re: settlement conference (Docket No. 109) entered on February 1, 2006 | 116 |

| | |
|---|---|
| Motion for extension of time (Docket No. 110) entered on February 8, 2006 | 117 |
| Motion for extension of time (Docket No. 111) entered on February 10, 2006 | 118 |
| Motion for extension of time (Docket No. 112) entered on February 10, 2006 | 119 |
| Minute entry re: settlement conference (Docket No. 115) entered on February 15, 2006 | 120 |
| Order (Docket No. 113) entered on February 14, 2006 | 121 |
| Order (Docket No. 114) entered on February 14, 2006 | 122 |
| Motion for bond (Docket No. 116) entered on February 17, 2006 | 123 |
| Motion for extension of time (Docket No. 117) entered on February 22, 2006 | 124 |
| Motion for extension of time (Docket No. 118) entered on February 22, 2006 | 125 |
| Order (Docket No. 119) entered on February 22, 2006 | 126 |
| Motion for extension of time (Docket No. 120) entered on February 24, 2006 | 127 |
| Motion for extension of time (Docket No. 121) entered on February 24, 2006 | 128 |
| Order (Docket No. 122) entered on February 27, 2006 | 129 |
| Motion for a stay of enforcement and execution of judgment (Docket No. 123) entered on March 3, 2006 | 130 |
| Memorandum in support of motion for stay of enforcement and execution of judgment (Docket No. 124) entered on March 3, 2006 | 131 |
| Notice of filing original affidavit (Docket No. 125) entered on March 7, 2006 | 132 |
| Motion to withdraw (Docket No. 126) entered on March 10, 2006 | 133 |
| Motion for extension of time (Docket No. 127) entered on March 13, 2006 | 134 |

Motion for extension of time (Docket No. 128) entered on March 13, 2006    135

Order granting motion to withdraw (Docket No. 129) entered on March 13, 2006    136

Motion for extension of time (Docket No. 131) entered on March 14, 2006    137

Order (Docket No. 130) entered on March 14, 2006    138

Objection to motion to withdraw (Docket No. 133) entered on March 17, 2006    139

Order (Docket No. 132) entered on March 15, 2006    140

Notice of appearance by attorney for plaintiff (Docket No. 134) entered on March 17, 2006    141

Second motion to withdraw (Docket No. 135) entered on March 20, 2006    142

Motion for leave to file brief in excess of pages (Docket No. 137) entered on March 21, 2006    143

Memorandum in opposition to motion for judgment and motion for remittitur (Docket No. 138) entered on March 21, 2006    144

Order granting second motion to withdraw (Docket No. 136) entered on March 21, 2006    145

Order granting motion for leave to file excess pages (Docket No. 139) entered on March 22, 2006    146

Motion for protective order (Docket No. 140) entered on March 23, 2006    147

Memorandum in support of motion for protective order (Docket No. 141) entered on March 23, 2006    148

Motion for protective order (Docket No. 142) entered on March 23, 2006    149

Memorandum in support of motion for protective order (Docket No. 143) entered on March 23, 2006    150

Response to motion for protective order (Docket No. 144) entered on March 23, 2006    151

Response to motion for judgment (Docket No. 145) entered on March 23, 2006    152

9

| Description | |
|---|---|
| Memorandum in opposition to motion for judgment (Docket No. 146) entered on March 23, 2006 | 153 |
| Motion for extension of time (Docket No. 147) entered on March 24, 2006 | 154 |
| Motion for extension of time (Docket No. 148) entered on March 24, 2006 | 155 |
| Minute entry re: telephone conference (Docket No. 149) entered on March 24, 2006 | 156 |
| Order (Docket No. 150) entered on March 27, 2006 | 157 |
| Order (Docket No. 151) entered on March 27, 2006 | 158 |
| Acknowledgment of receipt of trial exhibits (Docket No. 152) entered on March 28, 2006 | 159 |
| Acknowledgment of receipt of trial exhibits (Docket No. 153) entered on March 28, 2006 | 160 |
| Minute entry re: hearing (Docket No. 154) entered on March 30, 2006 | 161 |
| Notice of appearance of attorney for witnesses (Docket No. 162) entered on April 7, 2006 | 162 |
| Motion for order permitting registration of judgment (Docket No. 155) entered on March 31, 2006 | 163 |
| Memorandum in support of motion for order permitting registration of judgment (Docket No. 156) entered on March 31, 2006 | 164 |
| Notice re: hearing (Docket No. 157) entered on April 4, 2006 | 165 |
| Motion for extension of time (Docket No. 158) entered on April 5, 2006 | 166 |
| Motion for extension of time (Docket No. 159) entered on April 5, 2006 | 167 |
| March 24, 2006 transcript (Docket No. 160) entered on April 5, 2006 | 168 |
| Order (Docket No. 161) entered on April 5, 2006 | 169 |
| Notice of appearance for attorney for defendant (Docket No. 163) entered on April 7, 2006 | 170 |
| Notice of appearance for attorney for defendant (Docket No. 164) entered on April 7, 2006 | 171 |

Reply in support of motion for protective order (Docket No. 165) entered on April 7, 2006 — 172

Motion for extension of time (Docket No. 166) entered on April 13, 2006 — 173

Order (Docket No. 167) entered on April 18, 2006 — 174

Motion for extension of time (Docket No. 168) entered on April 20, 2006 — 175

March 28, 2006 transcript (Docket No. 169) entered on April 21, 2006 — 176

Endorsement order (Docket No. 170) entered on April 21, 2006 — 177

Motion for order limiting role of counsel for non-party witnesses (Docket No. 171) entered on April 24, 2006 — 178

Notice re: hearing (Docket No. 172) entered on April 25, 2006 — 179

Memorandum of law on issue of invocation of attorney-client privilege (Docket No. 173) entered on April 26, 2006 — 180

Motion to quash (Docket No. 174) entered on April 27, 2006 — 181

Ruling granting motion for leave to file supplemental briefs in support of post-trial motions (Docket No. 175) entered on April 28, 2006 — 182

Minute entry re: hearing held on April 27, 2006 (Docket No. 176) entered on May 1, 2006 — 183

Order in open court granting motion for order limiting role of counsel (Docket No. 177) entered on May 1, 2006 — 184

Order in open court denying motion to quash (Docket No. 178) entered on May 1, 2006 — 185

Notice of appearance of attorney for witness (Docket No. 179) entered on May 1, 2006 — 186

Motion to quash subpoena (Docket No. 180) entered on May 1, 2006 — 187

Order in open court denying motion to quash (Docket No. 181) entered on May 1, 2006 — 188

Notice re: hearing (Docket No. 182) entered on May 1, 2006 — 189

Minute entry for proceedings held on May 1, 2006 (Docket No. 184) entered on May 3, 2006                                                                 190

Ruling granting motion to correct/supplement record (Docket No. 183) entered on May 2, 2006                                                              191

Memorandum in opposition to motion for costs and fees with attachments (Docket No. 185) entered on May 4, 2006                                           192

Appendix of exhibits to memorandum in opposition to motion for costs and fees (Docket No. 186) entered on May 4, 2006                                    193

May 1, 2006 transcript (Docket No. 187) entered on May 10, 2006                                                                                          194

Motion to quash and in the alternative, motion for a protective order (Docket No. 188) entered on May 12, 2006                                           195

Memorandum in support of motion to quash and in the alternative motion for a protective order, with attachments (Docket No. 189) entered on May 12, 2006     196

Memorandum in opposition to motion permitting registration of judgment (Docket No. 190) entered on May 12, 2006                                          197

April 27, 2006 transcript (Docket No. 191) entered on May 17, 2006                                                                                       198

Motion for extension of time (Docket No. 192) entered on May 18, 2006                                                                                    199

Motion to stay enforcement and execution of judgment (Docket No. 193) entered on May 19, 2006                                                           200

Proposed jury interrogatories from defendant, offered to court during December 8, 2005 charge conference (Docket No. 194) entered on May 24, 2006)       201

Minute entry for hearing proceeding (Docket No. 195) entered on May 24 2006                                                                              202

Order (Docket No. 196) entered on May 24, 2006                                                                                                           203

Marked exhibit list and witness list (Docket No. 197) entered on May 25, 2006                                                                            204

[The exhibits for the hearing on the motion for a stay and listed on this exhibit list are in the possession of the district court's clerk's office and are designated as part of the index to the record.  Pl.'s Exh. No. 2 is a

sealed/access restricted exhibit. The District Judge indicated that she
would not view it and counsel for the defendant has not seen its contents]

Order re: applicability of <u>Garcetti v. Ceballos</u> (Docket No. 198) entered on
June 1, 2006                                                                                              205

May 23, 2006 transcript (Docket No. 199) entered on June 6, 2006                            206

Motion for oral argument (Docket No. 200) entered on June 7, 2006                           207

Notice re: hearing (Docket No. 201) entered on June 7, 2006                                    208

Order granting motion for oral argument (Docket No. 202) entered on June
7, 2006                                                                                                    209

Notice re: settlement conference (Docket No. 203) entered on June 8, 2006             210

Memorandum in opposition to motion for bond entered on June 14, 2006
(Docket No. 204)                                                                                        211

Motion for extension of time entered on June 14, 2006 (Docket No. 205)                212

Order (Docket No. 206) entered on June 14, 2006                                                213

Memorandum in opposition to motion to quash and/or motion for
protective order (Docket No. 207) entered on June 16, 2006                                   214

Motion for extension of time (Docket No. 208) entered on June 22, 2006                 215

Order (Docket No. 209) entered on June 22, 2006                                                216

Motion for extension of time (Docket No. 210) entered on June 28, 2006                 217

Motion for extension of time (Docket No. 212) entered on June 30, 2006                 218

Order (Docket No. 211) entered on June 29, 2006                                                219

Order (Docket No. 213) entered on June 30, 2006                                                220

Plaintiff's memorandum of law on the issue of U.S. Supreme Court
decision in <u>Garcetti v. Ceballos</u> (Docket No. 214) entered on July 5, 2006           221

Supplemental memorandum/reply memorandum in support of motion for
remittitur (Docket No. 215) entered on July 6, 2006                                             222

Defendant's memorandum of law re: <u>Garcetti v. Ceballos</u> with attachments
(Docket No. 216) entered on July 6, 2006                                                          223

Defendant's supplemental/reply memorandum in support of motion for a new trial with attachments (Docket No. 217) entered on July 6, 2006 — 224

Defendant's supplemental/reply memorandum in support of motion for judgment with attachments (Docket No. 218) entered on July 6, 2006 — 225

Defendant's appendix of exhibits in support of motion for judgment, motion for a new trial, motion for remittitur with attachments (Docket Entry No. 219) entered on July 6, 2006 — 226

Affidavit to authenticate exhibit (Docket No. 220) entered on July 6, 2006 — 227

Marked exhibit list (Docket No. 221) entered on July 21, 2006 — 228

Minute entry re: proceedings (Docket No. 222) entered on July 21, 2006 — 229

Minute entry re: settlement conference (Docket No. 223) entered on July 25, 2006 — 230

Memorandum in further support of motion to quash and motion for protective order (Docket No. 224) entered on August 1, 2006 — 231

Defendant's motion for relief from judgment (Docket No. 225) entered on August 16, 2006 — 232

Defendant's memorandum in support of his relief from judgment with attachments (Docket No. 226) entered on August 16, 2006 — 233

July 21, 2006 transcript (Docket No. 227) entered on August 30, 2006 — 234

Motion for extension of time (Docket No. 228) entered on September 6, 2006 — 235

Order (Docket No. 229) entered on September 8, 2006 — 236

Motion for extension of time (Docket No. 230) entered on September 11, 2006 — 237

Order (Docket No. 231) entered on September 11, 2006 — 238

Plaintiff's response to motion for relief from judgment (Docket No. 232) entered on September 12, 2006 — 239

Motion for extension of time (Docket No. 233) entered on September 19, 2006 — 240

| | |
|---|---|
| Order (Docket No. 234) entered on September 19, 2006 | 241 |
| Response re: motion for extension of time (Docket No. 235) entered on September 20, 2006 | 242 |
| Order (Docket No. 236) entered on September 26, 2006 | 243 |
| Motion for leave to file a reply memorandum and/or motion to strike opposition memorandum (Docket No. 237) entered on October 11, 2006 | 244 |
| Notice of supplemental authority re: punitive damages issue with attachments (Docket No. 238) entered on October 12, 2006 | 245 |
| Reply memorandum in further support of motion for relief from judgment with attachments (Docket No. 256) entered on April 5, 2007 | 246 |
| Notice of supplemental authority with attachments (Docket No. 239) entered on November 16, 2006 | 247 |
| Order/ruling on post-trial motions (Docket No. 240) entered on February 5, 2007 | 248 |
| Notice re: settlement conference (Docket No. 241) entered on February 22, 2007 | 249 |
| Notice of election to accept remittited punitive damages award (Docket No. 242) entered on March 1, 2007 | 250 |
| Notice re: settlement conference (Docket No. 243) entered on March 5, 2007 | 251 |
| Notice of appeal (Docket No. 244) entered on March 9, 2007 | 252 |
| Minute entry re: settlement conference (Docket No. 245) entered on March 15, 2007 | 253 |
| Motion for attorney's fees and costs (Docket No. 246) entered on March 19, 2007 | 254 |
| Motion for extension of time (Docket No. 247) entered on March 27, 2007 | 255 |
| Order (Docket No. 248) entered on March 28, 2007 | 256 |
| Motion for order and motion to correct/clarify the record with attachments (Docket No. 249) entered on March 29, 2007 | 257 |

Order inter alia denying motion for a new trial and denying as moot motion for relief from judgment (Docket 250) entered on March 30, 2007      258

Order (Docket No. 251) entered on March 30, 2007      259

Notice of appearance of attorney for plaintiff (Docket No. 252) entered on April 4, 2007      260

Notice of appearance of attorney for plaintiff (Docket No. 253) entered on April 4, 2007      261

Order granting nunc pro tunc motion for extensions of reply memorandum; denying motion to strike as moot (Docket No. 254) entered on April 4, 2007      262

Order (Docket No. 255) finding as moot motion to amend/correct; finding as moot motion for order entered on April 4, 2007      263

Notice of appeal (Docket No. 257) entered on May 1, 2007      264

Amend notice of appeal (Docket No. 258) entered on May 1, 2007      265

Motion for extension of time (Docket No. 259) entered on May 3, 2007      266

Order (Docket No. 260) entered on May 4, 2007      267

Index to record (Docket No. 261) entered on May 29, 2007      268

Memorandum in opposition to plaintiff's motion for attorneys' fees, with attached exhibits (Docket No. 262) entered on June 13, 2007      269

Motion for extension of time (Docket No. 263) entered on June 26, 2007      270

Order (Docket No. 264) entered on June 27, 2007      271

Motion for Extension of Time (Docket No. 265) entered on July 16, 2007      272

Order (Docket No. 266) entered on July 17, 2007      273

Motion for extension of time (Docket No. 267) entered on August 1, 2007      274

Order (Docket No. 268) entered on August 1, 2007      275

Motion for extension of time (Docket No. 269) entered on August 7, 2007      276

Order (Docket No. 270) entered on August 8, 2007      277

Reply in further support of motion for attorneys' fees (Docket No. 271) entered on August 9, 2007 — 278

Ruling granting motion for fees (Docket No. 272) entered on August 19, 2007 — 279

Plaintiff's motion for reconsideration (Docket No. 273) entered on September 26, 2007 — 280

Plaintiff's memorandum in support of motion for reconsideration (Docket No. 274), with attachment entered on September 26, 2007 — 281

Plaintiff's motion for a status conference (Docket No. 275) entered on October 3, 2007 — 282

Defendant's memorandum in opposition to plaintiff's motion for reconsideration (Docket No. 276) entered on October 17, 2007 — 283

Notice of appeal (Docket No. 277) entered on October 17, 2007 — 284

Defendant's motion for stay with attachments (Docket No. 278) entered on October 25, 2007 — 285

Ruling granting motion for order permitting registration (Docket No. 279) entered on October 26, 2007 — 286

Ruling granting motion for reconsideration (Docket No. 280) entered on October 26, 2007 — 287

Ruling granting motion to quash and in the alternative, motion for a protective order (Docket No. 281) entered on October 26, 2007 — 288

Amended Notice of Appeal (Docket No. 282) entered on November 8, 2007 — 289

Motion for enlargement of time (Docket No. 283) entered on November 14, 2007 — 290

Order granting motion for extension of time (Docket No. 284) entered on November 14, 2007 — 291

Second motion for enlargement of time (Docket No. 285) entered on November 29, 2007 — 292

Order granting motion for extension of time (Docket No. 286) entered on November 29, 2007 — 293

| | |
|---|---|
| Third motion for enlargement of time (Docket No. 287) entered on December 20, 2007 | 294 |
| Order granting motion for extension of time (Docket No. 288) entered on December 20, 2007 | 295 |
| Consent motion for additional enlargement of time (Docket No. 289) entered on December 26, 2007 | 296 |
| Objection and memorandum of law in opposition (Docket No. 290) entered on January 2, 2008 | 297 |
| Order granting nunc pro tunc motion for extension of time (Docket No. 291) entered on January 2, 2008 | 298 |
| Unopposed motion for extension of time (Docket No. 292) entered on January 3, 2008 | 299 |
| Order granting motion for extension of time (Docket No. 293) entered on January 4, 2006 | 300 |

Clerk's Certificate

Respectfully submitted,

**DEFENDANT**
**MELVIN WEARING**


By:     _____
        Robert A. Rhodes, Esq.
        CT Fed. Bar No. 13583
        **HALLORAN & SAGE LLP**
        315 Post Road West
        Westport, CT 06880
        Tel:     (203) 227-2855
        Fax:     (203) 227-6992
        E-Mail:  rhodes@halloran-sage.com

                and

        Ralph W. Johnson III, Esq.
        CT Fed. Bar No. 15277
        **HALLORAN & SAGE LLP**
        One Goodwin Square
        225 Asylum Street
        Hartford, CT 06103
        Tel:     (860) 522-6103
        Fax:     (860) 548-0006
        E-Mail:  johnsonr@halloran-sage.com

        His Attorneys

## CERTIFICATION

This is to certify that on this 7th day of January, 2008, a copy of the foregoing was caused to be served via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Joseph D. Garrison, Esq.
Alexandra K. Block, Esq.
Garrison Levin-Epstein Chimes
  & Richardson
405 Orange Street
New Haven, CT 06511

_____
Ralph W. Johnson III

1064368_1 DOC