**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ARPAD TOLNAY

    v.                                                         Civil No. 3:02cv1514(EBB)

MELVIN WEARING

## **A M E N D E D   J U D G M E N T**

It is hereby Ordered that the Judgment entered by this Court in the above-entitled case on December 14, 2005, be amended. This matter came on for trial before a jury and the Honorable Ellen Bree Burns, Senior United States District Judge. On December 12, 2005, the jury returned a verdict for the plaintiff, Arpad Tolnay, in the amount of $150,903.84 in compensatory damages and $5,000,000.00 in punitive damages. Post judgment motions were filed and on February 5, 2007, a ruling on post-trial motions entered denying defendant's motion for judgment as a matter of law. The ruling further granted defendant's motion for remittitur conditioned by plaintiff's acceptance of a remittitur in the amount of $1,350,000.00 within 30 days or a new trial limited to the issue of damages would be held. On February 27, 2007, plaintiff filed a notice of election to accept the remitted punitive damage award. On September 19, 2007, plaintiff's motion for attorney's fees in the amount of $513,657.50 was granted. On October 25, 2007, plaintiff's motion for costs in the amount of $6,712.98 was granted.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff in the amount of $1,350,000.00 in punitive damages, $150,903.84 in compensatory damages, $513,657.50 in attorney's fees, plus $6,712.98 in costs.

Dated at New Haven, Connecticut this 23rd day of January, 2008.

                                                     ROBERTA D. TABORA, Clerk
                                                     By

                                                     _____/s/_____
                                                     Melissa Ruocco
EOD:_____               Deputy Clerk