IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
| Defendant | : | MARCH 10, 2008 |

## SUPPLEMENT TO DEFENDANT'S MOTION FOR STAY OF ENFORCEMENT AND EXECUTION OF THE JUDGMENT PENDING APPEAL AND FOR IMMEDIATE STAY PENDING NEW RULING ON THE INSTANT MOTION

On October 24, 2007, the defendant moved for a stay of the enforcement and execution of the judgment pending appeal. In support of his motion, the defendant filed an Affidavit concerning his personnel assets. The present supplement contains an Affidavit of the defendant, attached as Exhibit A, concerning a small lot of undeveloped property which the defendant owns in South Carolina. This property was not mentioned in the defendant's prior Affidavit due to an oversight by the defendant. At no time did the defendant intend to conceal this property or mislead the plaintiff or the Court. The present Affidavit is submitted to correct this oversight.

Respectfully submitted,

**DEFENDANT-APPELLANT MELVIN WEARING**

By: /s/ Robert A. Rhodes

Robert A. Rhodes
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:    (203) 227-2855
Fax:    (203) 227-6992
E-Mail:  rhodesr@halloran-sage.com
His Attorneys

## CERTIFICATION

This is to certify that on this 10th day of March, 2008, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Norman A. Pattis
129 Church St., 4th Floor
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Joseph D. Garrison, Esq.
Alexandra K. Block, Esq.
Garrison Levin-Epstein Chimes
 & Richardson
405 Orange Street
New Haven, CT 06511

Robert A. Rhodes

798474_1.DOC

3

**EXHIBIT A**

Case 3:02-cv-01514-EBB    Document 302    Filed 03/10/2008    Page 4 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-CV-1514 (EBB) |
| V. | : | |
| MELVIN WEARING | : | |
| Defendant | : | MARCH 7, 2008 |

### AFFIDAVIT OF MELVIN WEARING

STATE OF CONNECTICUT    )
                         )    ss. Westport
COUNTY OF FAIRFIELD      )

**MELVIN WEARING**, being duly sworn and upon personal knowledge, deposes and states as follows:

1. I am the former Chief of Police for the City of New Haven. I am over eighteen (18) years of age and believe in the obligations of an oath.

2. In addition to the assets identified in my prior affidavits, as well as, my court testimony, I also own a small lot of undeveloped real property in Georgetown, South Carolina.

3. I believe that I purchased this property in 1995 and sold a large portion of this property in 2000 or 2001 when I purchased my vacation home.

4. The remaining portion of the property consists of approximately one quarter of an acre which is undeveloped.

5. I did not intend to conceal the existence of this property or deceive the court or the plaintiff when I submitted my prior affidavits and court testimony. Rather, I simply forgot about this property, a portion of which was sold in 2000 or 2001.

6. I do not own or have any interest in any other real property, vehicles, bank accounts, salary, pension or other assets of value other than those identified in my prior affidavits and the present affidavit.

_____
Melvin Wearing

Subscribed and Sworn to before me
this 7 day of March 2008.

_____
~~Notary Public~~
Commissioner of the Superior Court

1135879

2