IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
| Defendant | : | MARCH 11, 2008 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendant, Melvin Wearing, the former Chief of Police for the City of New Haven, requests a twenty (20) day extension of time, from March 13, 2008 to and including April 2, 2008, of his deadline to file a memorandum of law in opposition to the plaintiff's motion to strike Exhibit A attached to Chief Wearing's reply memorandum in further support of his motion for a stay.

On March 10, 2008, Chief Wearing's counsel faxed a letter to the plaintiff's attorney requesting her position on the motion for an extension of time. As of the filing of this motion, Chief Wearing's counsel has not received a response. For the reasons set forth below, the Court should grant Chief Wearing's motion.

In further support of his motion, Chief Wearing states as follows:

1. This is Chief Wearing's first request for an extension of the deadline at issue. Although the plaintiff's motion to strike was filed on Thursday, February 21, Chief Wearing's undersigned counsel first received a copy of it on Monday, February 25 via the Court's docketing email.

2. The plaintiff has filed twenty-two (22) motions for extensions of time since the trial. All of them have been granted. Chief Wearing did not object to twenty-one (21) of the

plaintiff's motions. He only objected to the plaintiff's *nunc pro tunc* motion to file an opposition brief to a motion to quash a subpoena, as that motion was filed 14 days after the deadline had passed. The plaintiff's motion was granted, despite the fact that the deadline for the filing of his brief had passed.

3. In particular, the plaintiff moved for and received four (4) extensions of time (totaling 44 days) to file his opposition brief to Chief Wearing's motion for a stay. Moreover, the plaintiff moved for and received four (4) extensions of time to file his opposition briefs to Chief Wearing's post-trial motions.

4. Chief Wearing's request for an extension of time is reasonable. His counsel require the requested extension of time to fully analyze the plaintiff's motion to strike, to research the issues raised by it and to prepare the opposition.

5. Chief Wearing's counsel also require the requested extension of time because of competing case obligations.

**WHEREFORE**, for good cause shown, Chief Wearing requests that the Court grant his motion to extend the deadline at issue from March 13, 2008 to and including April 2, 2008.

        Respectfully submitted,

        **DEFENDANT**
        **MELVIN WEARING**

By: _____
        Robert A. Rhodes, Esq.
        CT Fed. Bar No. 13583
        **HALLORAN & SAGE LLP**
        315 Post Road West
        Westport, CT 06880
        Tel:    (203) 227-2855
        Fax:   (203) 227-6992
        E-Mail:  rhodes@halloran-sage.com

        and

        Ralph W. Johnson III, Esq.
        CT Fed. Bar No. 15277
        **HALLORAN & SAGE LLP**
        One Goodwin Square
        225 Asylum Street
        Hartford, CT 06103
        Tel:    (860) 522-6103
        Fax:   (860) 548-0006
        E-Mail:  johnsonr@halloran-sage.com

        His Attorneys

## CERTIFICATION

This is to certify that on this 11th day of March, 2008, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Norman A. Pattis
129 Church Street, 4th Floor
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Joseph D. Garrison, Esq.
Alexandra K. Block, Esq.
Garrison Levin-Epstein Chimes
 & Richardson
405 Orange Street
New Haven, CT 06511

The Honorable Ellen B. Burns
United States District Court
 for the District of Connecticut
141 Church Street
New Haven, CT 06510
*(Courtesy Copy, Via Hand Delivery)*

_____
Ralph W. Johnson, III

1137669_1.DOC