March 28, 2008

**Via Facsimile and Regular Mail**

Robert A. Rhodes, Esq.
Halloran & Sage
315 Post Road West
Westport, CT 06880

RE:   **Tolnay v Wearing**
      **No. 3:02CV1514 (EBB)**

Dear Mr. Rhodes:

I have been informed by South Carolina counsel handling the matter of the registration and recording of the judgment that a search of public records appears to indicate that Mr. Wearing has an interest in property beyond that which he disclosed in the District Court at the hearing.

I should appreciate your making prompt inquiry of your client to determine whether he misspoke at the hearing and whether the District Court should accordingly be advised that the answer he gave to my question regarding his out-of-state assets was understated or inaccurate.

I look forward to your prompt response.

Very truly yours,


Karen Lee Torre

KLT:map

cc:  Hubert J. Santos, Esq.