```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| ARPAD TOLNAY, | : |
| | : |
| Plaintiff, | :   CIVIL NO. |
| | : |
| v. | : |
| | :   3:02 CV 1514 (EBB) |
| MELVIN WEARING, | : |
| | : |
| Defendant. | : |

### Ruling on Plaintiff's Motion to Strike Defendant's Exhibit

The Plaintiff, Officer Arpad Tolnay, moves to strike from the record Defendant Chief Of Police Melvin Wearing's "Exhibit 1", appended to his reply memorandum of law in support of his motion for a stay of the execution and execution of the judgment. [Doc. No. 296]. The exhibit in dispute is a letter, dated January 9, 2008, from Westport Insurance Corporation to the Defendant's personal counsel. It purports to set forth the scope of municipal insurance coverage available to the Defendant.

In an opinion also issued today, the Court granted the Defendant's motion for a stay of execution and enforcement of the judgment, but denied the Defendant's request that the Court depart from the usual requirement of a full supersedeas bond. In so ruling, the Court had no need to consider the scope of municipal insurance coverage available to the Defendant. Rather, the Court found that the Defendant's belief that he would not be indemnified

by the City of New Haven for the full damage award was contradicted by the actions of the City's representatives throughout the litigation of this case.  Thus, the Court did not consider any potential coverage by the City's insurance policy in concluding that the Defendant had failed to objectively demonstrate a reason why the Court should depart from the standard requirement of a full supersedeas bond.

    For this reason, the Court finds that the Plaintiff's motion to strike [Doc. No. 301] is moot.

SO ORDERED

/s/ Ellen Bree Burns, SUDJ

ELLEN BREE BURNS

SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this 3rd day of April 2008.