IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY : | CIVIL ACTION NO. |
| Plaintiff : | 3:02-CV-1514 (EBB) |
| : | |
| V. : | |
| : | |
| MELVIN WEARING : | |
| Defendant : | APRIL 14, 2008 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO**
**FILE MOTION FOR RECONSIDERATION OF THE RULING ON THE**
**DEFENDANT'S MOTION FOR A STAY OF ENFORCEMENT AND EXECUTION OF**
**JUDGMENT**

The undersigned defendant, Melvin Wearing, hereby moves for an extension of time of thirty (30) days up to and including May 17, 2008 in which to file a Motion for Reconsideration of the court's ruling denying the Defendant's Motion for a Stay of Enforcement and Execution of Judgment dated April 3, 2008. This additional time is necessary as defense counsel is currently drafting a reply brief in the appeal now pending before the Second Circuit in the present matter. This reply brief is due on May 5, 2008.

Undersigned counsel contacted Attorney Norm Pattis on April 14, 2008 and has been told that the plaintiff does not consent to a granting of this motion. The plaintiff has filed twenty-two (22) motions for extensions of time since the trial. All of them have been granted. Chief Wearing did not object to twenty-one (21) of the plaintiff's motions. He only objected to the plaintiff's *nunc pro tunc* motion to file an opposition brief to a motion to quash a subpoena, as that motion was filed 14 days after the deadline had passed. The plaintiff's motion was granted, despite the fact that the deadline for the filing of his brief had passed.

This is the first Motion for Extension of Time filed by the defendant concerning the above-mentioned motion for reconsideration.

        Respectfully submitted,

        **DEFENDANT-APPELLANT**
        **MELVIN WEARING**

By: _____
        Robert A. Rhodes
        **HALLORAN & SAGE LLP**
        315 Post Road West
        Westport, CT 06880
        Tel:    (203) 227-2855
        Fax:   (203) 227-6992
        E-Mail:  rhodesr@halloran-sage.com
        His Attorneys

## CERTIFICATION

This is to certify that on this 14th day of April, 2008, a copy of the foregoing was caused to be mailed via U.S. Mail to:

Karen Lee Torre, Esq.
Law Offices of Norman A. Pattis
129 Church St., 4th Floor
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Joseph D. Garrison, Esq.
Alexandra K. Block, Esq.
Garrison Levin-Epstein Chimes
 & Richardson
405 Orange Street
New Haven, CT 06511

_____
Robert A. Rhodes

1156606

3