IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02-CV-1514 (EBB) |
| | : | |
| V. | : | |
| | : | |
| MELVIN WEARING | : | |
|     Defendant | : | MAY 8, 2008 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR RECONSIDERATION OF THE RULING ON THE DEFENDANT'S MOTION FOR A STAY OF ENFORCEMENT AND EXECUTION OF JUDGMENT**

The defendant, Melvin Wearing, hereby moves for an extension of time of twenty (20) days, up to and including June 6, 2008, in which to file a Motion for Reconsideration of the Court's ruling on the Defendant's Motion for a Stay of Enforcement and Execution of Judgment dated April 3, 2008. This additional time is necessary as the defendant's counsel is currently waiting for the City of New Haven to definitively state its position concerning a bond and indemnification. The defendant has no control over the City of New Haven and cannot dictate when the City will provide its position.

Undersigned counsel contacted Attorney Norman Pattis on May 7, 2008 and has been told that the plaintiff does not consent to a granting of this motion.

Chief Wearing's request for an extension of time is reasonable and should be granted. The plaintiff has filed twenty-two (22) motions for extensions of time in this Court since the trial. All of them have been granted. Chief Wearing did not object to twenty-one (21) of the plaintiff's motions. Chief Wearing only objected to the plaintiff's *nunc pro tunc* motion to file an opposition brief to a motion to quash a subpoena, as that motion was filed 14 days after the

deadline had passed. The plaintiff's motion was granted, despite the fact that the deadline for the filing of his brief had passed.

In particular, the plaintiff moved for and received four (4) extensions of time (totaling 44 days) to file his opposition brief to Chief Wearing's motion for a stay pending appeal. The plaintiff also moved for and received four (4) extensions of time to file his opposition briefs to Chief Wearing's post-trial motions. Moreover, Chief Wearing recently consented to two (2) of the plaintiff's motions for extension of time (totaling 44 days) to file a brief in the Second Circuit.

Accordingly, Chief Wearing's request for an extension of time is reasonable and should be granted. This is the second Motion for Extension of Time filed by the defendant concerning the above-mentioned motion for reconsideration.

Respectfully submitted,

**DEFENDANT
MELVIN WEARING**

By: _____
Robert A. Rhodes
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:    (203) 227-2855
Fax:    (203) 227-6992
E-Mail: rhodesr@halloran-sage.com

His Attorney

2

## CERTIFICATION

This is to certify that on this 8th day of May, 2008, a copy of the foregoing was caused to be served via U.S. Mail on:

Karen Lee Torre, Esq.
Law Offices of Norman A. Pattis
129 Church St., 4th Floor
New Haven, CT 06510

Norman A. Pattis, Esq.
649 Amity Road
Bethany, CT 06524

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Joseph D. Garrison, Esq.
Alexandra K. Block, Esq.
Garrison Levin-Epstein Chimes
 & Richardson
405 Orange Street
New Haven, CT 06511

_____
Robert A. Rhodes

1171095