IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY<br>Plaintiff | CIVIL ACTION NO.<br>3:02-CV-1514 (EBB) |
| V. | |
| MELVIN WEARING<br>Defendant | JUNE 6, 2008 |

## DEFENDANT'S RENEWED MOTION FOR STAY OF ENFORCEMENT AND EXECUTION OF THE AMENDED JUDGMENT PENDING APPEAL AND FOR IMMEDIATE STAY PENDING A RULING ON THE INSTANT MOTION AND TO THE EXTENT NECESSARY MOTION FOR RECONSIDERATION

Pursuant to Rules 62(d) of the Federal Rules of Civil Procedure and Local Rule 7, the defendant, Melvin Wearing, the former Chief of Police for the City of New Haven, hereby renews his motion for an order staying the execution of, or any proceedings to enforce, the amended judgment, pending the disposition of all appellate proceedings, without the posting of any further security. In the alternative, the Court should enter a stay with the posting of the amount of additional security that the City's insurer is willing to post.

In support of his motion, Chief Wearing has submitted a memorandum of law, with Exhibits A through C attached to it. In further support of this motion, Chief Wearing incorporates by reference the pleadings, memoranda of law, affidavits and exhibits that he submitted in connection with his October 24, 2007 motion for a stay and his opposition to the plaintiff's February 21, 2008 motion to strike. Specifically, those pleadings, memoranda, affidavits and exhibits are found in the Court's file at Docket Entry Nos. 278, 296, 302 and 306.

Chief Wearing also requests that the Court enter an interim order staying any execution or enforcement of the judgment pending the entry of its ultimate ruling on this motion.

To the extent necessary, this motion constitutes a motion for reconsideration of the Court's April 3, 2008 ruling, which conditioned a stay on the posting of a bond that satisfies the entire amended judgment, including the punitive damages award of $1.35 million.

If the Court denies this motion, it should order the plaintiff to: (a) post a bond to secure any damage caused to Chief Wearing and his family by the execution/enforcement of the judgment and (b) deposit any monies he recovers into an interest bearing account held by the Clerk of the Court. In connection with that account, the Court should order the Clerk not to deduct any monies from the account at the time monies are released.

Also, if the Court denies the instant motion, at a minimum, it should stay the execution and enforcement of the amended judgment until after the Second Circuit has reviewed the Court's ruling under Rule 8 of the Federal Rules of Appellate Procedure.

**WHEREFORE**, for the reasons set forth in detail in his memorandum of law and for good cause shown, Chief Wearing requests that the Court grant his motion.

Respectfully submitted,

**DEFENDANT**
**MELVIN WEARING**

By: /s/ Robert A. Rhodes
Robert A. Rhodes, Esq.
CT Fed. Bar No. 13583
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, CT 06880
Tel:   (203) 227-2855
Fax:   (203) 227-6992
E-Mail: rhodes@halloran-sage.com

and

Ralph W. Johnson III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel:   (860) 522-6103
Fax:   (860) 548-0006
E-Mail: johnsonr@halloran-sage.com

His Attorneys

3

## CERTIFICATION

This is to certify that on this 6th day of June, 2008, a copy of the foregoing was caused to be served via U.S. Mail to:

Karen Lee Torre, Esq.
Norman A. Pattis, Esq.
Law Offices of Norman A. Pattis
129 Church Street, 4th Floor
Suite 405
New Haven, CT 06510

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Hubert J. Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Alexandra K. Block, Esq.
Joseph D. Garrison, Esq.
Garrison Levin-Epstein Chimes
 Richardson
405 Orange Street
New Haven, CT 06511

Ralph W. Johnson III

1167990_1.DOC

4