UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ARPAD TOLNAY** | : | CIVIL ACTION NO.: |
| *Plaintiff,* | : | |
| | : | 3:02-cv-1514 (EBB) |
| *v.* | : | |
| | : | |
| **MELVIN WEARING,** | : | |
| *Defendant.* | : | JUNE 18, 2008 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned, Alexandra K. Block, respectfully moves to withdraw her appearance on behalf of the plaintiff in this matter. The plaintiff will continue to be represented by Attorneys Karen Torre and Norman Pattis from the Law Offices of Norman A. Pattis, LLC, and Attorney Joseph D. Garrison from the law firm Garrison, Levin-Epstein, Chimes, Richardson & Fitzgerald, P.C.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

By:   /s/ *Alexandra K. Block*
        Alexandra K. Block  (ct27178)
        GARRISON, LEVIN-EPSTEIN, CHIMES
        RICHARDSON & FITZGERALD, P.C.
        405 Orange Street
        New Haven, CT 06511
        Ph: (203) 777-4425
        Fax: (203) 776-3965
        ablock@garrisonlaw.com

## CERTIFICATION

     I HEREBY CERTIFY that on this 18th day of June, 2008, a copy of the foregoing **Motion to Withdraw Appearance** was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                            /s/ *Alexandra K. Block*
                                            Alexandra K. Block