W/E Form
Rev. 4/10/01

**FILED**

2008 JUN 25 P 4: 03

UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
NEW HAVEN, CT

DISTRICT OF CONNECTICUT

Arpad Tolnay

v.

Melvin Wearing

Civil No. 3:02CV-01514 (EEB)

## APPLICATION FOR WAGE EXECUTION

Pursuant to Rule 69 of the Federal Rules of Civil Procedures and Section 52-361a of the Connecticut General Statutes, __Arpad Tolnay__, hereby applies for the issuance of a wage execution and in support thereof makes the following representations:

1. On __January 23, 2008__ judgment entered in this action against __Melvin Wearing__ for $__1,500,903.84__ plus costs of $__520,370.48__ and attorney fees interest at the rate of _____ pursuant to 28 U.S.C.§ 1961.

2. (Name of judgment debtor) __Melvin Wearing (Sr.)__ has made __0__ payments and (insert name of party making application) __Arpad Tolnay__ has received (enter amount) $ __0__ pursuant to the Court's judgment.

3. As of __June 25, 2008__, the total amount of the unpaid judgment, including interest and costs is $ __2,021,274.20__ Interest continues to accrue on the principal amount of the judgment at the rate of __unknown at this time__ per annum.

1

4. The last known employer of the judgment debtor, (insert name) Melvin Wearing _____ is (indicate name and address of employer):

City of Bridgeport - Board of Education

Dated this 25th day of June, 2008.

Respectfully submitted,

K. Lee Torre
Counsel for Plaintiff-Creditor
Arpad Tolnay )

This application of the issuance of a wage execution in the amount of the unpaid judgment including costs and interest is hereby GRANTED/DENIED.

_____
United States District Judge

### CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing application for wage execution was sent to the defendant, _____, dated this ____ day of _____, 20___.

2