UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Arpad Tolnay

v.

Melvin Wearing

FILED

2008 JUN 25 P 4: 03

U.S. DISTRICT COURT
NEW HAVEN, CT

CIVIL ACTION NO. 3:02CV-01514 (EBB)

MOTION FOR APPOINTMENT OF PERSON
TO SERVE PROCESS

Plaintiff moves this Court to appoint  State Marshal Robert S. Miller , a qualified person over eighteen (18) years of age, residing in  Connecticut - Stamford  Connecticut, and not a party to or attorney in this action to serve papers, other than the summons and complaint, in the above-entitled action for the reason that the United States Marshal's Office no longer makes service of private process. (See Rule 4, F.R.Civ.P.)

Dated at  New Haven , Connecticut, this 25th day of  June , 20 08.

_____
Attorney for Plaintiff

SO ORDERED.

ROBERTA D. TABORA, CLERK

By:_____
    Deputy Clerk

Dated:_____, _____

Rev 10/1/07