IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2008 JUN 26  P 4: 4
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| ARPAD TOLNAY<br>  Plaintiff | CIVIL ACTION NO.<br>3:02-CV-1514 (EBB) |
| V. | |
| MELVIN WEARING<br>  Defendant | JUNE 25, 2008 |

## ORDER OF PROTECTION

The United States District Court for the District of Connecticut hereby orders that any financial information disclosed to or otherwise obtained by the plaintiff in the above-captioned matter concerning the finances of the defendant, Melvin Wearing, including but not limited to, bank accounts, wages, employment information, any information concerning real estate, cash, securities, bonds or any other financial assets shall be confidential and shall only be disclosed to any third parties necessary for the execution and enforcement of the Amended Judgment, and in the course of enforcing/executing the Amended Judgment. Further, any information of an account identifying nature such as social security numbers, account numbers, routing codes, vehicle identification numbers or other such information which could subject the defendant to identity theft shall not be disclosed or otherwise included in any court filings – with the exception of execution forms when such information is required.

/s/ Ellen Bree Burns, SUSDJ
_____
The Honorable Ellen Bree Burns,
Senior United States District Judge