UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARPAD TOLNAY<br>Plaintiff | :<br>:<br>: |
| V. | :<br>: CIVIL NO. 3:02CV1514 (EBB) |
| MELVIN WEARING<br>Defendant | :<br>:<br>: JUNE 25, 2008 |

### APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance for non-party respondent, John R. Ward.

THE NON-PARTY RESPONDENT,
JOHN R. WARD

BY: _____
Vikki Cooper
Deputy Corporation Counsel
Office of the Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT  06510
(203) 946-7958
Federal Bar No. ct22937
E-mail: vcooper@newhavenct.net

## **C E R T I F I C A T I O N**

I hereby certify that on a copy of the foregoing appearance has been mailed, postage prepaid, on June 25, 2008 to the following:

Karen Lee Torre, Esq.
Norman Pattis, Esq.
Law Offices of Norman A. Pattis
129 Church Street, 4th Floor
Suite 405
New Haven, CT 06510

Hugh Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Hubert Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Joseph D. Garrison
Alexandra K. Block, Esq.
Garrison Levin-Epstein Chimes
& Richardson
405 Orange Street
New Haven, CT 06511



Vikki Cooper