# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARPAD TOLNAY | : | |
| Plaintiff | : | CIVIL NO. 3:02CV1514 (EBB) |
| | : | |
| v. | : | |
| | : | |
| MELVIN WEARING | : | |
| Defendant | : | JUNE 25, 2008 |

### MOTION TO QUASH SUBPOENA SERVED UPON NEW HAVEN'S CORPORATION COUNSEL JOHN R. WARD AND MOTION FOR PROTECTIVE ORDER

Pursuant to Fed.R.Civ. P. 26 and 45, the non-party respondent, City of New Haven Corporation Counsel, John R. Ward ("Attorney Ward"), hereby moves for a Protective Order and to Quash the Subpoena served upon him on June 23, 2008. A copy of the subpoena is attached as Exhibit A to Attorney Ward's supporting memorandum of law.

As is more fully set forth in the memorandum of law submitted herewith, the Subpoena should be quashed and a Protective Order should enter for all of the following reasons:

(1) This case is currently on appeal before the United States Court of Appeals, and Plaintiff's counsel does not, therefore, have any authority to depose Attorney Ward, as discovery is closed and there is no litigation presently pending before the Court;

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

(2)     Attorney Ward's predecessor, Thomas W. Ude, has previously testified that the City of New Haven is not authorized under Connecticut statutory law to pay punitive damages on behalf of Mr. Wearing and that the City's Litigation Settlement Committee has already refused to settle this matter;

(3)     Counsel's attempt to depose Attorney Ward about the City of New Haven's decision not to indemnify Mr. Wearing is improper and serves only to harass, embarrass and annoy the non-party respondent.

Accordingly, for all of these reasons, this Court should Quash the Subpoena and enter a Protective Order.

THE NON-PARTY RESPONDENT,
ATTORNEY JOHN R. WARD

/s/_____
        Vikki Cooper
        Deputy Corporation Counsel
        City of New Haven
        Office of Corporation Counsel
        165 Church Street
        New Haven, CT 06510
        (203) 946-7963
        Fax:  (203) 946-7942
        E-mail: vcooper@newhavenct.net
        Fed. Bar #ct27470
        His Attorney

{W1610365}

## **CERTIFICATE OF SERVICE**

This is to certify that on this 25th day of June, 2008, a copy of the foregoing was caused to be mailed via U.S. Regular mail to:

Karen Lee Torre, Esq.
Norman Pattis, Esq.
Law Offices of Norman A. Pattis
129 Church Street, 4th Floor
Suite 405
New Haven, CT 06510

Hugh Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Hubert Santos, Esq.
Sandra L. Snaden, Esq.
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106

Joseph D. Garrison
Alexandra K. Block, Esq.
Garrison Levin-Epstein Chimes
& Richardson
405 Orange Street
New Haven, CT 06511

/s/_____
Vikki Cooper

3