Civil (April 12, 2004)

TOTAL TIME: ___ hours 49 minutes  
HONORABLE Ellen Burns  
DEPUTY CLERK M. Rucco  
(RPTR)/ERO/TAPE K. Paradis

DATE 6/26/08    START TIME 11:50    END TIME 12:39  
LUNCH RECESS FROM ___ TO ___  
RECESS FROM ___ TO ___ (if more than 1/2 hour)

CIVIL NO. 3:02cv1514

Tolnay  
vs.  
Wearing

K. Towe — Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

R. Rhodes - M. Weann — Defendants Counsel

V. Cooper - Corp. Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ Motion Hearing  
☐ Evidentiary Hearing  
☐ Miscellaneous Hearing  
☐ Show Cause Hearing  
☐ Judgment Debtor Exam

**MOTION DOCUMENT NO.**

- ☒ #326 Motion to Quash Subpoena of Atty Ward — ☒ denied
- ☒ #324 Motion for Protective Order — ☒ denied
- Oral Motion by pla. for 14 day extension to respond to renewed motion for stay — ☒ granted

☐ Brief(s) due ___    ☐ Proposed Findings due ___    Response due ___

Hearing continued until ___ at ___