UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

## APPLICATION FOR AND WRIT OF EXECUTION
## PROPERTY

**APPLICATION**

To the United States District Court for the District of Connecticut at **New Haven**, Connecticut, in connection with a judgment entered on **1-23-08** *Amended*. Docket No. **3:02CV—01514 (EBB)**, Case name: **Tolnay v. Wearing**

---

**NAME AND ADDRESS OF JUDGMENT CREDITOR(S) MAKING APPLICATION:**

Arpad Tolnay
68 Cosey Beach Ave.
East Haven, CT 06512

**NAME(S) AND ADDRESS(ES) OF JUDGMENT DEBTOR(S):**

Melvin H. Wearing (Sr.)
17 Kilborn St.
West Haven, CT 06516

---

| | |
|---|---|
| AMOUNT OF JUDGMENT: | $1,500,903.84 |
| AMOUNT OF COSTS: & Atty Fees | $520,370.48 |
| AMOUNT OF INTEREST (if applicable): | $ uncalculated as yet |
| TOTAL JUDGMENT AND COSTS: | $2,021,274.20 |
| TOTAL PAID ON ACCOUNT: | $ —0— |
| TOTAL UNPAID JUDGMENT: | $2,021,274.20 |

FILED 2008 JUL -1 P 4:17 U.S. DISTRICT COURT NEW HAVEN, CT

IS THIS A JUDGMENT ARISING OUT OF SERVICES PROVIDED AT A HOSPITAL?
☒NO  ☐YES  *(If yes, see Notice to Judgment Creditor or Attorney on page 2)*

IS THIS IS A CONSUMER JUDGMENT? ("Consumer judgment" means a money judgment of less than $5,000 against a natural person resulting from a debt incurred primarily for personal, family or household purposes)
☒NO  ☐YES  *(If yes, has a stay of property execution been entered pursuant to an installment payment order?)*  ☐NO  ☐YES

IF A STAY OF PROPERTY EXECUTION HAS BEEN ENTERED, HAS THE JUDGMENT DEBTOR DEFAULTED ON AN INSTALLMENT PAYMENT ORDER?
☐NO  ☐YES (Specify): **N/A — no stay has issued.**

---

Signature of Attorney or party making application: _(signed)_
Date: **7-1-08**

Printed Name: **Karen Torre**
Bar Number: **CT 01707**

Street Address: **129 Church St. Suite 405**
Phone Number: **(203) 865-5541**

City/State/Zip: **New Haven, CT 06510**
Email Address: **KTorre@Pattislaw.com**

(Rev. 5/20/08)

**JUDGMENT CREDITOR OR ATTORNEY** - Complete and print original. If judgment debtor is a natural person, attach copy of Exemption Form.

**NOTICE TO JUDGMENT CREDITOR OR ATTORNEY**- Pursuant to Public Act 03-266, Section 9, in the case of a judgment arising out of services provided at a hospital, no application for a property execution shall be made until the court has (A) issued an order for installment payments in accordance with Gen. Stat. § 52-356d, (B) made a finding that the debtor has defaulted on payments under the order, and (C) lifted the mandatory stay concerning noncompliance or default. The court also shall decide whether to modify the installment payment plan, continue the installment payment plan, or lift the stay.

**MARSHAL** - Make execution as directed in the "Execution" section. Make return on signed original within four months from the date this execution issued. If judgment debtor is a natural person, attach exemption form to copy(ies) of execution served. Complete Section II on exemption claim form.

**PERSON IN POSSESSION OF PROPERTY OF JUDGMENT DEBTOR WHO IS A NATURAL PERSON** - Pursuant to Conn. Gen. Stat. § 52-356a, you are required to mail to the judgment debtor (indicated on reverse side) at his or her last known address, postage prepaid, a copy of this property execution and the attached property execution exemption claim form. Complete Section III on exemption claim form before mailing it to judgment debtor. Twenty days from the date of the service of this property execution, you must deliver to the marshal property owned by the judgment debtor in your possession or you must deliver to the proper officer payment of a debt owed by you to the judgment debtor. EXCEPT (1) If an exemption claim has been filed with the court you shall withhold delivery of the property or payment of the debt owed by you subject to the determination of the exemption claim by the court and (2) if the debt owed by you to the judgment debtor is not due at the expiration of the twenty days, you shall pay the amount to the marshal when the debt becomes due if it becomes due within four months after the date of issuance of this execution.

**PERSON IN POSSESSION OF PROPERTY OF JUDGMENT DEBTOR WHO IS NOT A NATURAL PERSON** - Pursuant to Conn. Gen. Stat. § 52-356a, you are required to deliver to the marshal, property in your possession owned by the judgment debtor or pay to the marshal the amount of a debt owed by you to the judgment debtor, provided, if the debt owed by you is not yet payable, payment shall be made to the marshal when the debt becomes due within four months after the date of issuance of this execution