*Exempt*

| EXEMPTION CLAIM FORM | STATE OF CONNECTICUT |
|---|---|
| FINANCIAL INSTITUTION EXECUTION | SUPERIOR COURT |
| JD-CV-24A Rev. 4-05 | www.jud.ct.gov |
| C.G.S. 31-58(j), 52-321a, 52-350n, 52-352b, 52-361a, 52-367b, 20 U.S.C. 206(a)(1) | |

SEE INSTRUCTIONS ON BACK/PAGE 2

NAME AND ADDRESS OF JUDGMENT DEBTOR OR ATTORNEY
*(To be completed by judgment creditor or attorney)*

TO: MELVIN H. WEARING, SR.
17 Kilborn Street
West Haven, CT  06516

BANK OF AMERICA
LEGAL ORDER PROCESSING
5701 HORATIO STREET
UTICA, NEW YORK 13502
NY7-501-02-07

**SECTION I** *(To be completed by judgment creditor)*

[ ] Judicial District  [ ] Housing Session  [ ] G.A. No. ____

NAME AND ADDRESS OF COURT: UNITED STATES DISTRICT COURT, DISTRICT OF CT
141 Church Street, New Haven, CT  06510

NAME OF CASE: ARPAD TOLNAY
NAME OF JUDGMENT DEBTOR: MELVIN H. WEARING, SR.
DOCKET NO.: 3:02 CV-01514 (EEB)

**SECTION II** *(To be completed by financial institution - see instructions on back/page 2)*

NAME AND ADDRESS OF FINANCIAL INSTITUTION TO WHICH EXEMPTION CLAIM (IF ANY) IS TO BE RETURNED | DATE OF MAILING TO JUDGMENT DEBTOR

DESCRIPTION OF ACCOUNT *(including account no.)* | AMOUNT REMOVED PURSUANT TO EXECUTION | AMOUNT AND TYPE OF READILY IDENTIFIABLE EXEMPT FUNDS NOT REMOVED

[ ] Additional sheet(s) attached hereto and made a part hereof *(if necessary).*

**SECTION III      NOTICE TO JUDGMENT DEBTOR**

As a result of a judgment entered against you, the attached execution has been issued against funds deposited by you in the financial institution named above. In compliance with this execution, the financial institution has removed the amount of money indicated above from the account(s) enumerated above.

**THE MONEY IN YOUR ACCOUNT(S) MAY BE EXEMPT FROM EXECUTION** - The money in your account(s) may be protected from execution by state statutes or by other laws or regulations of this state or of the United States. A checklist and a description of the most common exemptions established by law are set forth below.

**HOW TO CLAIM AN EXEMPTION ESTABLISHED BY LAW.** If you wish to claim that the money in your account(s) is exempt by law from execution, you must fill out and sign before a proper official the Affidavit of Claim of Exemption below and mail or deliver this exemption claim form to the financial institution at the above address. This form must be received by the financial institution no later than 15 days from the DATE OF MAILING TO THE JUDGMENT DEBTOR indicated above.

Upon receipt of this form the financial institution will forward it to the Superior Court and the court clerk will notify you and the judgment creditor of the date on which a hearing will be held by the court to determine the issues raised by your claim.

**SECTION IV      AFFIDAVIT OF CLAIM OF EXEMPTION ESTABLISHED BY LAW**

I, the judgment debtor named above, hereby claim and certify under the penalty of false statement that the money in the above account is exempt by law from execution as follows: ("X" all that apply to the funds contained in this account)

[ ] Social Security benefits (§52-352b(g))
[ ] Unemployment benefits (§52-352b(g))
[ ] Worker's Compensation benefits (§52-352b(g))
[ ] Veteran's benefits (§52-352b(g))
[ ] Public Assistance payments (§52-352b(d))
[X] Wages* (§52-361a)
[ ] Wages earned by a public assistance recipient under an incentive earnings or similar program (§52-352b(d))
[ ] Court-ordered child support payments (§52-352b(h))
[ ] Alimony and support other than child support* (§52-352b(n))
[X] Private pension, trust, retirement, or medical savings account payments (§§52-321a, 52-352b(m))
[ ] Health or disability insurance payments (§52-352b(e))
[X] An amount in the bank not to exceed $1000 (§52-352b(r))
[ ] Other claim of exempt funds *(Explain basis for claim of exemption):*

*See Note Regarding Exemption for Wages and Alimony on back/page 2.

Amount claimed to be exempt if less than the entire amount: _____

SIGNED: X /s/ Melvin H. Wearing
DATE SIGNED: 7-7-08
TELEPHONE NO.: 203 980 8729

COMPLETE MAILING ADDRESS OF JUDGMENT DEBTOR:
17 Kilborn St, West Haven Ct, 06516

Subscribed and sworn to before me on: 7-7-08
AT (Town): Westport
SIGNED *(Notary Public, Commissioner of Superior Court)*: X _____

FILED 2008 JUL 16 U.S. DIST. CT NEW HAVEN

Page 1 of 2

| EXEMPTION CLAIM FORM<br>FINANCIAL INSTITUTION EXECUTION<br>JD-CV-24A Rev. 4-06<br>C.G.S. 31-58(j), 52-321a, 52-350a, 52-352b,<br>52-361a, 52-367b, 29 U.S.C. 206(a)(1) | SEE INSTRUCTIONS ON BACK/PAGE 2 | STATE OF CONNECTICUT<br>SUPERIOR COURT<br>www.jud.ct.gov |
|---|---|---|

NAME AND ADDRESS OF JUDGMENT DEBTOR OR ATTORNEY
(To be completed by judgment creditor or attorney)

TO: MELVIN H. WEARING, SR.
17 Kilborn Street
West Haven, CT 06516

BANK OF AMERICA
LEGAL ORDER PROCESSING
5701 HORATIO STREET
UTICA, NEW YORK 13502
NY7-501-02-07

**SECTION I** (To be completed by judgment creditor)

☐ Judicial District  ☐ Housing Session  ☐ G.A. No. ____

NAME AND ADDRESS OF COURT (No., Street, Town and Zip Code)
UNITED STATES DISTRICT COURT, DISTICT OF CT
141 Church Street, New Haven, CT 06510

NAME OF CASE: ARPAD TOLNAY

NAME OF JUDGMENT DEBTOR: MELVIN H. WEARING, SR.

DOCKET NO.: 3:02 CV-01514 (EEB)

**SECTION II** (To be completed by financial institution - see instructions on back/page 2)

NAME AND ADDRESS OF FINANCIAL INSTITUTION TO WHICH EXEMPTION CLAIM (IF ANY) IS TO BE RETURNED:
Bank of America, Legal Order Processing, 501 Horatio St.

DATE OF MAILING TO JUDGMENT DEBTOR: July 1, 2008

ACCOUNT (Including account no.): Tuthena & Melvin Wearing SR

AMOUNT REMOVED PURSUANT TO EXECUTION: $45,488.62

AMOUNT AND TYPE OF READILY IDENTIFIABLE EXEMPT FUNDS NOT REMOVED: → Utica, NY 13502

# Melvin Wearing ↑

☐ Additional sheet(s) attached hereto and made a part hereof (if necessary).

**SECTION III    NOTICE TO JUDGMENT DEBTOR**

As a result of a judgment entered against you, the attached execution has been issued against funds deposited by you in the financial institution named above. In compliance with this execution, the financial institution has removed the amount of money indicated above from the account(s) enumerated above.

**THE MONEY IN YOUR ACCOUNT(S) MAY BE EXEMPT FROM EXECUTION** - The money in your account(s) may be protected from execution by state statutes or by other laws or regulations of this state or of the United States. A checklist and a description of the most common exemptions established by law are set forth below.

**HOW TO CLAIM AN EXEMPTION ESTABLISHED BY LAW.** If you wish to claim that the money in your account(s) is exempt by law from execution, you must fill out and sign before a proper official the Affidavit of Claim of Exemption below and mail or deliver this exemption claim form to the financial institution at the above address. This form must be received by the financial institution no later than 15 days from the DATE OF MAILING TO THE JUDGMENT DEBTOR indicated above.

Upon receipt of this form the financial institution will forward it to the Superior Court and the court clerk will notify you and the judgment creditor of the date on which a hearing will be held by the court to determine the issues raised by your claim.

**SECTION IV    AFFIDAVIT OF CLAIM OF EXEMPTION ESTABLISHED BY LAW**

I, the judgment debtor named above, hereby claim and certify under the penalty of false statement that the money in the above account is exempt by law from execution as follows: ("X" all that apply to the funds contained in this account)

☐ Social Security benefits (§52-352b(g))
☐ Unemployment benefits (§52-352b(g))
☐ Worker's Compensation benefits (§52-352b(g))
☐ Veteran's benefits (§52-352b(g))
☐ Public Assistance payments (§52-352b(d))
☐ Wages* (§52-361a)
☐ Wages earned by a public assistance recipient under an incentive earnings or similar program (§52-352b(d))
☐ Court-ordered child support payments (§52-352b(h))
☐ Alimony and support other than child support* (§52-352b(n))
  *See Note Regarding Exemption for Wages and Alimony on back/page 2.

☐ Private pension, trust, retirement, or medical savings account payments (§§52-321a, 52-352b(m))
☐ Health or disability insurance payments (§52-352b(e))
☐ An amount in the bank not to exceed $1000 (§52-352b(r))
☐ Other claim of exempt funds (Explain basis for claim of exemption):

Amount claimed to be exempt if less than the entire amount: ____

| SIGNED<br>X | DATE SIGNED | TELEPHONE NO. |
|---|---|---|

COMPLETE MAILING ADDRESS OF JUDGMENT DEBTOR

| Subscribed and sworn to before me on: | DATE | AT (Town) | SIGNED (Notary Public, Commissioner of Superior Court)<br>X |
|---|---|---|---|



# HALLORAN & SAGE LLP
ATTORNEYS AT LAW

ROBERT A. RHODES    rhodes@halloran-sage.com

July 9, 2008

**Via Federal Express**

Wayne Pritchard
Bank of America
Legal Order Processing
5701 Horatio Street
Utica, NY 13502

Re:   Arpad Tolnay v. Melvin Wearing
      Our File No.: 07312.0268

Dear Mr. Pritchard:

We represent Melvin H. Wearing, Sr., in the above-captioned matter. Mr. Wearing is an account holder with Bank of America which has recently been served with a Writ of Execution by State Marshal Robert S. Miller. However, Bank of America did not complete Section II of the Exemption Claim List Form which requires the name and address of the financial institution to which the exemption claim is to be returned and the date in which the exemption claim form was mailed to Mr. Wearing. Further, we have been advised by Attorney Torre that funds have already been turned over to State Marshal Robert S. Miller. We advise you to look at numbered paragraph 3 on the Instructions to the Financial Institution which was served with the Writ of Execution. According to these instructions, Bank of America must hold the amount removed from Mr. Wearing's account for fifteen (15) days from the date in which Bank of America mailed copies of the Exemption Claim Form to Mr. Wearing. Therefore, it appears that Bank of America has failed to comply with these instructions and may be liable for any monies paid in contravention to these instructions. We also refer you to Connecticut General Statute § 52-367b(d) and 52-367e(n).

We also enclose herewith the Exemption Claim Form completed by Mr. Wearing. Please refer back to the instructions provided by Marshal Miller as to the further handling of this matter.

Should you have any questions, please feel free to contact our office.

Very truly yours,

Robert A. Rhodes

RAR/kg
Enclosures

315 Post Road West, Westport, Connecticut, 06880   203 227-2855   Fax 203 227-6992   www.halloran-sage.com
Hartford / Middletown / Westport / Washington, D.C.

5701 Horatio Street
Utica, NY 13502

July 01, 2008

MELVIN HUDSON WEARING SR
17 KILBORN ST
W HAVEN, CT 06516-2326

RE: Reference # U070108000939
Case:
Case No:
Customer Name: MELVIN WEARING

Dear Valued Customer,

We received an Writ of Attachment/Execution on 6/27/2008 regarding your account(s). The order prohibits withdrawing or transferring money on deposit. Additional funds deposited to the account may be subject to this hold until we are directed by court order to release the funds. This order requires us by law to prevent withdrawals on the following account(s):

| Account Number(s) |
| --- |
| **********5172 |

The restriction remains in effect pending further order of the court. We have charged your account a $100.00 bank fee for processing the attachment.

If you have any questions about the legal order, please contact the ROBERT MILLER at 203-787-4805.

Should you have questions concerning your account, please contact our Customer Service Center at one of the numbers listed below. If you need to forward any additional correspondence to us regarding this matter, please direct it to the address noted above. When contacting the Bank regarding this Writ of Attachment/Execution please use the Reference # U070108000939.

Legal Order Processing

| Telephone Banking: | Spanish Telephone Banking: | For Speech or Hearing Impaired TDD Required: |
| --- | --- | --- |
| 1.800.432.1000 | 1.800.688.6068 | 1.800.288.4408 |