```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


ARPAD TOLNAY,                        :
                                     :
          Plaintiff,                 :   CIVIL ACTION NO.
                                     :   3:02 CV 1514 (EBB)
     v.                              :
                                     :
MELVIN WEARING,                      :
                                     :
          Defendant.                 :   July 17, 2008
```

**ORDER OF TEMPORARY STAY OF EXECUTION OF JUDGMENT**

By agreement of the parties, the United States District Court for the District of Connecticut hereby orders that any financial institutions, employers or other third parties who have been served with writs of execution (Bank of America, People's United Bank, the City of Bridgeport, and the City of New Haven) in this matter shall not forward or turn over any monies to a State Marshal, counsel for the plaintiff, Melvin Wearing, or Ruthena Wearing, until they have received notice from the Court that they may do so.  Melvin Wearing may not dispose of his assets, with the exception of paying for household costs, etc., until bonds have been posted.

                                   SO ORDERED

                                    /s/ Ellen Bree Burns, SUDJ
                                   ELLEN BREE BURNS
                                   SENIOR UNITED STATES DISTRICT JUDGE

Case 3:02-cv-01514-EBB    Document 334    Filed 07/17/2008    Page 2 of 6

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


ARPAD TOLNAY,                       :
                                    :
        Plaintiff,                  :   CIVIL ACTION NO.
                                    :   3:02 CV 1514 (EBB)
        v.                          :
                                    :
MELVIN WEARING,                     :
                                    :
        Defendant.                  :   July 17, 2008
```

**ORDER OF TEMPORARY STAY OF EXECUTION OF JUDGMENT**

By agreement of the parties, the United States District Court for the District of Connecticut hereby orders that any financial institutions, employers or other third parties who have been served with writs of execution (Bank of America, People's United Bank, the City of Bridgeport, and the City of New Haven) in this matter shall not forward or turn over any monies to a State Marshal, counsel for the plaintiff, Melvin Wearing, or Ruthena Wearing, until they have received notice from the Court that they may do so.  Melvin Wearing may not dispose of his assets, with the exception of paying for household costs, etc., until bonds have been posted.

                              SO ORDERED

                               /s/ Ellen Bree Burns, SUDJ
                              ELLEN BREE BURNS
                              SENIOR UNITED STATES DISTRICT JUDGE

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


ARPAD TOLNAY,                      :
                                   :
          Plaintiff,               :    CIVIL ACTION NO.
                                   :    3:02 CV 1514 (EBB)
     v.                            :
                                   :
MELVIN WEARING,                    :
                                   :
          Defendant.               :    July 17, 2008
```

### ORDER OF TEMPORARY STAY OF EXECUTION OF JUDGMENT

By agreement of the parties, the United States District Court for the District of Connecticut hereby orders that any financial institutions, employers or other third parties who have been served with writs of execution (Bank of America, People's United Bank, the City of Bridgeport, and the City of New Haven) in this matter shall not forward or turn over any monies to a State Marshal, counsel for the plaintiff, Melvin Wearing, or Ruthena Wearing, until they have received notice from the Court that they may do so.  Melvin Wearing may not dispose of his assets, with the exception of paying for household costs, etc., until bonds have been posted.

```
                              SO ORDERED

                               /s/ Ellen Bree Burns, SUDJ
                              ELLEN BREE BURNS
                              SENIOR UNITED STATES DISTRICT JUDGE
```

Case 3:02-cv-01514-EBB    Document 334    Filed 07/17/2008    Page 6 of 6