Civil (April 12, 2004)

HONORABLE **Ellen Burns**
DEPUTY CLERK **M. Ruocco**   RPTR/ERO/TAPE **K. Paradis**

TOTAL TIME: ___ hours ___ minutes

DATE **7/17/08**   START TIME **3:25**   END TIME **4:20**
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

CIVIL NO. **3:02CV1514**

**Tolnay**
vs.
**Wearing**

**K. Torre**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**S. Snadey, R. Rhodes**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ Motion Hearing
☐ Evidentiary Hearing
☐ Miscellaneous Hearing
☐ Show Cause Hearing
☐ Judgment Debtor Exam

**MOTION DOCUMENT NO.**

#332 — Motion **Emergency mot. to stay — Moot**
Motion **by agreement of parties — order**
Motion **to be entered which addresses**
Motion **concerns of all parties**

Hearing continued until ___ at ___