UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ARPAD TOLNAY** | : | 2008 JUL 18  A 11: 01 |
| Plaintiff | : | |
| | : | U.S. DISTRICT COURT |
| V. | : | CIVIL NO. 3:02CV1514 (JCH) EBB |
| | : | |
| **MELVIN WEARING** | : | |
| Defendant | : | JULY 17, 2008 |

### AFFIDAVIT OF VIKKI COOPER, ESQ.

The undersigned, being duly sworn, hereby deposes and says:

1. I am over the age of 18 years and understand the obligations of an oath.

2. I am Deputy Corporation Counsel for the City of New Haven, and I have been employed as such since December 10, 2007.

3. On July 2, 2008, the City of New Haven's Litigation Settlement Committee met and approved a measure for the City of New Haven to indemnify former Chief of New Haven Police Department, Melvin Wearing, for the punitive damages award of $1,350,000.00, as related to this case.

4. The City of New Haven is currently in the process of securing a bond in the amount of $1,350,000, plus interest, from Commercial Surety North American Insurance Company.

5. The City of New Haven expects to have the bond issued on or before July 31, 2008.

_____
Vikki Cooper, Esq.

OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN
165 Church Street, New Haven, CT 06510
Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715

STATE OF CONNECTICUT)
                    )    ss:    New Haven, Connecticut
COUNTY OF NEW HAVEN)

Subscribed and sworn to before me this 17th day of July, 2008.

*Notary Public signature*
Notary Public
Commissioner of the Superior Court

**AMANDA SHULAR**
**NOTARY PUBLIC**
COMMISSION EXPIRES OCT. 31, 2011