**EXEMPTION AND MODIFICATION CLAIM FORM, WAGE EXECUTION**
JD-CV-3a Rev. 10/07
C.G.S. § 31-58(i), 52-212, 52-350a, 52-352b, 52-361a,
52-361b, 29 U.S.C. 206(a)(1)

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.

**NAME AND MAILING ADDRESS OF JUDGMENT DEBTOR OR ATTORNEY**
(To be completed by judgment creditor)

TO: MELVIN H. WEARING SR.
17 KILBURN STREET
WEST HAVEN, CT 06516

TO PROPER OFFICER:
and make service on employer
instructions on form JD-

TO EMPLOYER: Complete
immediately deliver to employee

### SECTION I
- JUDICIAL DISTRICT ☐
- HOUSING SESSION ☐
- G.A. NO. ☐

NAME AND ADDRESS OF COURT
United States District Court, District of CT, 141 Church St., New Haven, CT 06510

NAME OF CASE
ARPAD TOLNAY vs MELVIN H. WEARING SR.

DOCKET NUMBER
3:02 CV-01514

NAME OF JUDGMENT DEBTOR
MELVIN H. WEARING SR.

### SECTION II
NAME OF PROPER OFFICER
Robert S. Miller

DATE OF SERVICE OF WAGE EXECUTION ON EMPLOYER
6-27-08

### SECTION III
NAME AND ADDRESS OF EMPLOYER
City of Bridgeport 45 Lyon Terrace Rm 307

TELEPHONE # OF PAYROLL DEPT.
576-8114

DATE OF DELIVERY OR MAILING TO JUDGMENT DEBTOR

TOTAL AMOUNT OF WAGE EXECUTION
$2,354,270.85

AMOUNT TO BE TAKEN OUT OF WEEKLY EARNINGS
$351.71 wkly

### SECTION IV — NOTICE TO JUDGMENT DEBTOR

As the result of a judgment entered against you, the attached execution has been issued against wages earned from the employer named above. In compliance with this execution, beginning 20 days from the Date of Service of Wage Execution on Employer indicated above, the employer will remove from your weekly earnings an amount of money which leaves you with the greater of seventy-five percent of your disposable earnings OR forty times the higher of the minimum hourly wage prescribed by federal or state law. On page two of this form are those sections of the general statutes which your employer must follow in determining the amount that may be taken out of your wages to satisfy the wage execution. If you determine that your employer has not calculated the amount correctly, you should bring this to your employer's attention.

**YOUR EARNINGS MAY BE EXEMPT FROM EXECUTION** — Any wages earned by a public assistance recipient under an incentive earnings or similar program are exempt from execution. (Gen. Stat. § 52-352b(d))

**HOW TO CLAIM AN EXEMPTION ALLOWED BY LAW** — If you wish to claim that your earnings are exempt from execution you must fill out and sign the Claim of Exemption on page 2 of this form and return this exemption and modification form to the Superior Court at the above address.

Upon receipt of this form the clerk of the Superior Court will notify you and the judgment creditor of the date a hearing will be held by the court to determine the issues raised by your claim. If this form is received by the court no later than the Date of Service of Wage Execution on Employer indicated above, the employer will not begin withholding your earnings until your claim is determined by the court. A claim may also be filed after the 20 day period. No earnings claimed to be exempt may be held from any employee until determination of the claim.

**MODIFICATION OF EXECUTION** — If you have reasonable cause to believe that you are entitled to a modification of the wage execution and wish to have the execution so modified, you must fill out the Claim for Modification on page 2 of this exemption and return this exemption and modification claim form to the Superior Court at the above address.

Upon receipt of this form the clerk of Superior Court will notify you and the judgment creditor of the date on which a hearing will be held by the court to determine the issues raised by your claim. If this form is received by the court no later than 20 days from the Date of Service of Wage Execution on Employer indicated above, the employer will not begin withholding your earnings until after your claim is determined by the court. A claim may also be filed after the 20 day period. No earnings subject to a claim for modification may be withheld from any employee until determination of the claim.

**SETTING ASIDE JUDGMENT** — If the judgment was rendered against you because of your failure to appear in court, you may, pursuant to section 52-212 of the general statutes, within four months of the date judgment was rendered and upon belief that you have reasonable cause, move the court to set aside the judgment entered against you.

FILE DATE

PAGE 1 OF 2     EXEMPTION AND MODIFICATION CLAIM

## SECTION V CLAIM OF EXEMPTION ESTABLISHED BY LAW

I, the Judgment Debtor hereby claim and certify under the penalty of false statement that my earnings are exempt from execution because:

☐ I am a public assistance recipient earning wages under an incentive earnings or similar program whose earnings are exempt from execution, or

☒ Other statutory exemption (state exemption and statutory citation) _____

_____

| SIGNED (Judgment Debtor) | DATE SIGNED | NAME AND ADDRESS OF JUDGMENT DEBTOR | TELEPHONE NO. |

## SECTION VI MOTION FOR MODIFICATION

I, the Judgment Debtor hereby move for a modification of the wage execution issued against me as

| NEW AMOUNT REQUESTED | SIGNATURE OF CLAIM FOR MODIFICATION |
| 0 /PER WEEK | The wage execution should be vacated because it was issued in violation of C.G.S. Sec. 52-361a(a) which requires a motion for weekly payments and a default of same. |

SIGNED (Judgment Debtor): *Melvin H. Wearing*  
DATE SIGNED: 7-16-08  
NAME AND COMPLETE MAILING ADDRESS OF JUDGMENT DEBTOR: 17 Kilborn St.

SIGNED (Judgment Debtor): *Melvin H. Wearing*  
DATE SIGNED: 7-16-08  
NAME AND COMPLETE MAILING ADDRESS OF JUDGMENT DEBTOR: 17 Kilborn St. W.H.G.  
TELEPHONE NO.: (203) 980-8739

## SECTION VII STIPULATION TO MODIFICATION

The Judgment Creditor(s) in this matter hereby agree to the modification of the Wage Execution as above.

SIGNED (Judgment Creditor or Attorney)

## SECTION VIII NOTICE OF HEARING ON EXEMPTION/MODIFICATION CLAIM

| DATE OF HEARING | TIME OF HEARING | COURTROOM |
| | ___ .M. | BY THE ASSISTANT CLERK |

## SECTION IX ORDER OF THE COURT

ORDERED that:





SIGNED (Judge, Magistrate, Assistant Clerk)  
BY ORDER OF THE COURT  
DATE:

## SECTION X EXCERPTS FROM GENERAL STATUTES

1. The following is that part of General Statutes section 52-361a(f) which denotes what portion of wages is subject to execution.

The maximum part of the aggregate weekly earnings of an individual which may be subject under this section to levy or other withholding for payment of a judgment is the lesser of (1) twenty-five percent of his disposable earnings for that week, or (2) the amount by which his disposable earnings for that week exceed forty times the higher of (A) the minimum hourly wage prescribed by section 6(a)(1) of the Fair Labor Standards Act of 1938, 29 U.S.C. section ___ (1), or (B) the full minimum fair wage established by subsection (j) of section 31-58, in effect at the time the earnings are payable.

2. The following is that part of General Statutes section 52-350a(4) which defines disposable earnings which defines portions of your wages which must be excluded from your total earnings when calculating the wage amount which is subject to execution.

"Disposable earnings" means that part of the earnings of an individual remaining after the deduction from those earnings of amounts required to be withheld for payment of federal income and employment taxes, normal retirement contributions, union dues and initiation fees, group life insurance premiums, health insurance premiums, and federal tax levies.

JD-CV-3a (Back/page 2) Rev. ___/07                    PAGE 2 OF 2