** REVISED ORIGINAL **

# Appeal Bond

| | | |
|---|---|---|
| Arpad Tolnay | ) | File No. Civil # 3:02cv1514(EBB) |
| | ) | |
| Vs | ) | Bond No. SUR2037012 |
| | ) | |
| Melvin Wearing | ) | |

On January 23, 2008 judgment for $ 150,903.84 and costs was entered for Arpad Tolnay and against Melvin Wearing from which Melvin Wearing has appealed to the 2nd Circuit Appeals Court of New York

We jointly and severally agree to pay to the above judgment creditor any part of the judgment which is not reversed, and interest, damages and costs.

The obligation of this bond is limited to Six Hundred Ninety Five Thousand Nine Hundred Eighty Four and 05/100 ($695,984.05).

Signed, sealed and dated July 22, 2008.

Westport Insurance Corporation
(Principal)

_[signature]_

North American Specialty Insurance Company
(Surety)

By: _[signature]_
William Reidinger,  Attorney in Fact

Approved:
Date:
Judge
Attorney Name:
Attorney for:
Address:

Rev: 8/01

## NAS SURETY GROUP

NORTH AMERICAN SPECIALTY INSURANCE COMPANY
WASHINGTON INTERNATIONAL INSURANCE COMPANY

### GENERAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, THAT North American Specialty Insurance Company, a corporation duly organized and existing under laws of the State of New Hampshire, and having its principal office in the City of Manchester, New Hampshire, and Washington International Insurance Company, a corporation organized and existing under the laws of the State of Arizona and having its principal office in the City of Itasca, Illinois, each does hereby make, constitute and appoint:

WILLIAM REIDINGER, DONNA WRIGHT, MARVIN O. RIVERA,

DIANE M. O'LEARY, KAREN E. BOGARD and MATTHEW V. BUOL

JOINTLY OR SEVERALLY

Its true and lawful Attorney(s)-in-Fact, to make, execute, seal and deliver, for and on its behalf and as its act and deed, bonds or other writings obligatory in the nature of a bond on behalf of each of said Companies, as surety, on contracts of suretyship as are or may be required or permitted by law, regulation, contract or otherwise, provided that no bond or undertaking or contract or suretyship executed under this authority shall exceed the amount of: TEN MILLION (10,000,000.00) DOLLARS

This Power of Attorney is granted and is signed by facsimile under and by the authority of the following Resolutions adopted by the Boards of Directors of both North American Specialty Insurance Company and Washington International Insurance Company at meetings duly called and held on the 24th of March, 2000:

"RESOLVED, that any two of the President, any Executive Vice President, any Vice President, any Assistant Vice President, the Secretary or any Assistant Secretary be, and each or any of them hereby is authorized to execute a Power of Attorney qualifying the attorney named in the given Power of Attorney to execute on behalf of the Company bonds, undertakings and all contracts of surety, and that each or any of them hereby is authorized to attest to the execution of any such Power of Attorney and to attach therein the seal of the Company; and it is

FURTHER RESOLVED, that the signature of such officers and the seal of the Company may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be binding upon the Company when so affixed and in the future with regard to any bond, undertaking or contract of surety to which it is attached."

By _____
Steven P. Anderson, President & Chief Executive Officer of Washington International Insurance Company &
Vice President of North American Specialty Insurance Company

By _____
David M. Layman, Vice President of Washington International Insurance Company &
Vice President of North American Specialty Insurance Company

IN WITNESS WHEREOF, North American Specialty Insurance Company and Washington International Insurance Company have caused their official seals to be hereunto affixed, and these presents to be signed by their authorized officers this 29th day of August, 2006.

North American Specialty Insurance Company
Washington International Insurance Company

State of Illinois
County of Du Page      ss:

On this 29th day of August, 2006, before me, a Notary Public personally appeared Steven P. Anderson, President and CEO of Washington International Insurance Company and Vice President of North American Specialty Insurance Company and David M. Layman, Vice President of Washington International Insurance Company and Vice President of North American Specialty Insurance Company, personally known to me, who being by me duly sworn, acknowledged that they signed the above Power of Attorney as officers of and acknowledged said instrument to be the voluntary act and deed of their respective companies.

"OFFICIAL SEAL"
SUSAN ANSEL
Notary Public, State of Illinois
My Commission Expires 7/5/2008

_____
Susan Ansel, Notary Public

I, James A. Carpenter, the duly elected Assistant Secretary of North American Specialty Insurance Company and Washington International Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney given by said North American Specialty Insurance Company and Washington International Insurance Company, which is still in full force and effect.

IN WITNESS WHEREOF, I have set my hand and affixed the seals of the Companies this 22nd day of July, 2008.

_____
James A. Carpenter, Vice President & Assistant Secretary of Washington International Insurance Company &
North American Specialty Insurance Company

STATE OF     ILLINOIS
COUNTY OF    COOK

On this __22nd__ day of __July__, 2008, before me personally appeared __William Reidinger__, known to me to be the Attorney-in-Fact of __North America Specialty Insurance Company__, the corporation that executed the within instrument, and acknowledged to me that such corporation executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, at my office in the aforesaid county, the day and year in this certificate first written above.

"OFFICIAL SEAL"
DIANE M. O'LEARY
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 1/4/09

_____
(Notary Public)